TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
J. BRETT GROSKO, *Senior Trial Attorney*
(MD Bar No. 0106180001)
Wildlife and Marine Resources Section
HANNAH O'KEEFE, *Trial Attorney*
(IL Bar No. 6336475)
Natural Resources Section
P.O. Box 7369, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0342 | Phone (Grosko)
(202) 616-3353 | Phone (O'Keefe)
Brett.Grosko@usdoj.gov
Hannah.Okeefe@usdoj.gov

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER and FRIENDS OF THE SHASTA RIVER, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALECIA VAN ATTA, in her official capacity as Assistant Regional Administrator, California Coastal Office, National Marine Fisheries Service, *et al.*, <br><br> *Defendants*. | CASE NO. 3:22-cv-3520 |

**STIPULATION AS TO THE DEADLINE FOR DEFENDANTS TO ANSWER OR <u>OTHERWISE RESPOND TO THE COMPLAINT</u>**

1

Pursuant to Civil Local Rules 6.1 and 5, Plaintiffs, the Environmental Protection Information Center and Friends of the Shasta River (collectively, "Plaintiffs") and Defendants, Alecia Van Atta, in her official capacity as Assistant Regional Administrator, California Coastal Office, National Marine Fisheries Service ("NMFS"), *et al*. ("Defendants"), hereby stipulate to an extension of Defendants' deadline to answer or otherwise respond to the Complaint (Dkt. 1) by three business days, through August 31, 2022, and in support state:

1. Plaintiffs filed their Complaint on June 15, 2022. Dkt. 1.

2. Plaintiffs served the Complaint on the U.S. Attorney's Office for the Northern District of California on June 27, 2022.

3. The deadline for Defendants to file their response or answer is currently August 26, 2022. Fed. R. Civ. P. 12(a)(2).

4. Good cause exists pursuant to Federal Rule of Civil Procedure 6(b) to extend Defendants' deadline to file their answer or response through August 31, 2022.

5. The undersigned lead attorney for Defendants, J. Brett Grosko, will be out of town and on annual leave August 16, 2022, and August 18, 2022, through August 26, 2022. Additionally, key personnel at NMFS who are assigned to this matter were on leave the week of August 8, 2022, or will be on leave the week of August 15, 2022.

Respectfully submitted,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

 /s/ J. Brett Grosko
J. BRETT GROSKO
*Senior Trial Attorney* (MD Bar No. 0106180001)
Wildlife and Marine Resources Section
HANNAH O'KEEFE (IL Bar No. 6336475)
*Trial Attorney*
Natural Resources Section
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7369, Ben Franklin Station
Washington, D.C.  20044

(202) 305-0342 | Phone (Grosko)
(202) 616-3353 | Phone (O'Keefe)
(202) 305-0275 | Fax
Brett.Grosko@usdoj.gov
Hannah.Okeefe@usdoj.gov

*Attorney for Federal Defendants*

*Of Counsel*

Rachel Morris, Attorney-Advisor
Laurie Beale, Attorney-Advisor
U.S. Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel, Northwest Section
Seattle, Washington

/s/ Peter M. K. Frost
_____
THOMAS EDGERTON WHEELER, *pro hac vice*
Environmental Protection Information Center
145 G Street, Suite A
Arcata, CA 95521
Tel: (707) 822-7711
Email: Tom@wildcalifornia.Org

PETER M.K. FROST, *pro hac vice*
SANGYE INCE-JOHANNSEN*, pro hac vice*
Western Environmental Law Center
120 Shelton Mcmurphey Blvd. Suite 340
Eugene, OR 97401
Tel: 541-359-3238 (Frost)
Tel: 541-778-6626 (Ince-Johannsen)
Email: Frost@westernlaw.Org
Email: Sangyeij@westernlaw.Org

*Counsel for Plaintiffs*

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, J. Brett Grosko, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ J. Brett Grosko*
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2022, I caused the foregoing document to be served upon counsel of record, as indicated below, through the Court's electronic service system (ECF/CM):

*/s/ J. Brett Grosko*
Attorney for Defendants
