Thomas E. Wheeler, CA Bar #304191
Environmental Protection Information Center
145 G Street, Suite A
Arcata, California 95521
Tel: (707) 822-7711; email: tom@wildcalifornia.org

Peter M. K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: (541) 359-3239; email: frost@westernlaw.org.

Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: (541) 778-6626; email: sangyeij@westernlaw.org

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, et al. | ) ) ) | No. 3:22-cv-03520-TLT |
| Plaintiffs, | ) ) | **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | ) ) | |
| ALECIA VAN ATTA, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Civil L.R. 3-15, Plaintiffs Environmental Protection Information Center et al. hereby respectfully file this Certification of Interested Entities and Persons, stating as follows:

1.    Plaintiffs have no parent companies, subsidiaries, or affiliates that have issued shares to the public in the United States or abroad;

2.    Plaintiffs are unaware of persons, firms, partnerships, corporations (including parent corporations) or other entities known to have a financial interest in the subject matter in controversy or in a party to the proceeding; and

3.    Plaintiffs are unaware of persons, firms, partnerships, corporations (including parent corporations) or other entities known to have any other kind of interests that may be substantially affected by the outcome of this proceeding.

Date: September 1, 2022.                    Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, *pro hac vice*
Sangye Ince-Johannsen, *pro hac vice*
Thomas E. Wheeler, CA Bar #304191

Attorneys for Plaintiffs