**NATALIE K. WIGHT, OSB # 035576**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010
　　　Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS; OREGON WILD,** | Case No. 6:22-cv-00767-AA |
| Plaintiffs, | **DEFENDANTS' NOTICE OF LODGING ADMINISTRATIVE RECORDS** |
| v. | |
| **CHERYL ADCOCK**; **PAUL TIGAN**; and **U.S. BUREAU OF LAND MANAGEMENT**, | |
| Defendants. | |

By and through undersigned counsel, Defendants provide notice of the lodging of the U.S. Bureau of Land Management's ("BLM") administrative records for judicial review of this action. Filed concurrently with this notice is the Declaration of Morgan Schneider certifying the administrative records with an accompanying index for the administrative records.

The documents in the administrative records comprise Bates-numbered pages and are provided in text-searchable PDF format on a single USB thumb drive. The administrative records include: Bates-numbered pages N126 00001 through N126 50284 for BLM's challenged N126 decision; Bates-numbered pages PU 00001 through PU 00910 for BLM's challenged Pucker Up decision; and Bates-numbered pages GF 00001 through GF 01392 for BLM's challenged Gone Fishin' decision.

As lodged with the court, the USB thumb drive is enclosed in a protective plastic sheath and attached to a document entitled "Defendant Bureau of Land Management's Administrative Records on USB thumb drive."

I certify that on November 1, 2022, I served the Plaintiffs with the administrative records by placing a copy of the above-described USB thumb drive in a postage-paid envelope in Portland, Oregon, for delivery via U.S. Postal Service to each of the addresses set forth below:

Marlee Goska
Western Environmental Law Center
P.O. Box 187
Lostine, Oregon 97857

Susan Jane M. Brown
Western Environmental Law Center
4107 NE Couch Street
Portland, Oregon 97232

    Attorneys for Plaintiffs

Dated this 1st day of November, 2022.

    Respectfully submitted,

    NATALIE K. WIGHT
    United States Attorney
    District of Oregon

    */s/ Sean E. Martin*
    SEAN E. MARTIN
    Assistant United States Attorney