UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ALECIA VAN ATTA, et al.,<br><br>　　　　Defendants. | ) Case No. 3:22-cv-03520-TLT<br>)<br>) **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>)<br>) Hon. Trina L. Thompson<br>)<br>)<br>)<br>) |

　　　　Please enter the appearance of Young Kang as counsel of record on behalf of the Defendants in the above-captioned case. Service of all papers by U.S. mail to Mr. Kang should be as follows:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611

**Express and hand deliveries to Mr. Kang should be addressed as follows:**

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street, N.E., Room 3.116
Washington, DC 20002

**Mr. Kang's email, telephone, and facsimile information are as follows:**

E-mail: young.kang@usdoj.gov
Telephone: (202) 514-2415
Facsimile: (202) 305-0275

Date: July 17, 2024　　　　　　　　　　　Respectfully submitted,

1

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Young A. Kang*
YOUNG A. KANG
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.E., Room 3.116
Washington, DC 20002
TEL: (202) 514-2415
FAX: (202) 305-0275
E-mail: young.kang@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, a copy of the foregoing was served by electronic means on all counsel by the Court's CM/ECF system.

*/s/ Young A. Kang*
Young A. Kang