Thomas E. Wheeler, CA Bar #304191
Environmental Protection Information Center
145 G Street, Suite A
Arcata, California 95521
Tel: (707) 822-7711; email: tom@wildcalifornia.org

Peter M. K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: (541) 359-3239; email: frost@westernlaw.org

Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: (541) 778-6626; email: sangyeij@westernlaw.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, et al., | ) Case No. 3:22-cv-03520-TLT |
| | ) |
| Plaintiffs, | ) **DECLARATION OF PETER** |
| | ) **M. K. FROST IN SUPPORT OF** |
| vs. | ) **PLAINTIFFS' MOTION FOR** |
| | ) **ATTORNEYS' FEES, COSTS,** |
| ALECIA VAN ATTA, et al., | ) **AND OTHER EXPENSES** |
| | ) |
| Defendants. | ) |
| | ) |

I, Peter M. K. Frost, hereby declare:

1.      I am an attorney of record in this case and represent Plaintiffs.

2.      I was born in Princeton, New Jersey; I was raised in Oregon; I obtained an A.B. from Stanford University in 1983 and a J.D. from the University of Oregon School of Law in 1990. Between college and law school I served as a Peace Corps volunteer in the Philippines, played rugby in Hong Kong, and volunteered for an Oregon land conservation advocacy group.

3.      After receiving my law degree, from 1990-1992, I was a law clerk to Hon. Jonathan U. Newman and Hon. Robert D. Durham at the Oregon Court of Appeals in Salem, Oregon.

4.      From 1992 to 1999, I was a staff attorney with the National Wildlife Federation in its western regional office in Portland, Oregon. While there I represented clients in federal environmental cases involving the Wild and Scenic Rivers Act, the Endangered Species Act, the Clean Water Act, the National Enviromental Policy Act, and other federal laws.

5.      From 1996 to 1999, I was an adjunct professor of law at the Lewis and Clark Law School, and taught a weekly clinical course on federal environmental litigation.

6.      In 1999, I joined the Western Environmental Law Center in Eugene, Oregon as a litigator and firm manager. In 2001, I transitioned to full-time litigator, which I have been since then.

7.      From 2004 to 2007, I coached the Environmental Moot Court team at the University of Oregon School of Law to prepare for and compete in the National Environmental Law Moot Court competition at Pace University in White Plains, New York.

8.      Since 2010, I have taught the Environmental Law Clinic at the University of Oregon School of Law. The clinic is comprised of eight students in each of two semesters annually.

9.      I have been counsel in numerous federal appellate cases, including:

*San Luis Obisbo Coastkeeper v. County of San Luis Obisbo*, No. 24-7807 (pending 9th Cir. (2025)) (lead amicus curiae law school faculty supporting affirmance on bases of proven ESA take and lawful mandatory preliminary injunction).

*Environmental Protection Information Center v. Van Atta*, No. 28-1813, 2025 WL 470894 (9th Cir. Feb. 12, 2025) (lead-concede lack of appellate standing based on agency implementation of permits).

*WildEarth Guardians v. U.S. Forest Service*, No. 23-35352, 2024 WL 3042396 (Ninth Cir. June 18, 2024) (co-counsel, loss as to federal agency action under ESA Section 7).

*California State Water Resources Board v. Federal Energy Regulatory Commission*, 43 F.4th 920 (9th Cir. 2022) (co-chair of petitioners' successful challenge to FERC order that State waived authority under CWA Section 401 to condition hydroproject license).

*Brookfield White Pine Hydro LLC v. Federal Energy Regulatory Commission*, No. 23-1075, 2024 WL 3311809 (D.C. Cir. 2024) (co-chair of petitioners' successful defense of FERC order that State did not waive authority under CWA Section 401 to condition).

*In Re Clean Water Act Rulemaking*, 60 F.4th 583 (9th Cir. 2023) (co-chair as appellees in challenge to Clean Water Act Section 401 rule).

*Bohmker v. State of Oregon*, 903 F.3d 1029 (9th Cir. 2018), *cert. denied* (2019) (lead as intervenor in successful defense of state regulation on federal preemption challenge).

*WildEarth Guardians v. Conner*, No. 17-1334 (10th Cir. 2018) (second chair as appellant in unsuccessful challenge to agency timber sale).

*Klamath-Siskiyou Wildlands Ctr. v. MacWhorter*, 797 F.3d 645 (9th Cir. 2015) (second chair as appellant in successful defense of sufficiency of ESA notice).

*Conservation Northwest v. Sherman*, 715 F.3d 1181 (9th Cir. 2013) (lead as appellee in unsuccessful defense of consent decree).

*Wilderness Watch v. U.S. Fish & Wildlife Service*, 629 F.3d 1024 (9th Cir. 2010) (lead in appellants' successful challenge to federal agency water developments in wilderness).

*Citizens for Better Forestry v. U.S. Dept. of Agric.*, 567 F.3d 1128 (9th Cir. 2009) (lead in appellees' successful challenge to NFMA regulations).

*Siskiyou Reg'l Educ. Project v. U.S. Forest Service*, 565 F.3d 545 (9th Cir. 2009) (lead in appellants' successful challenge to instream mining permits).

*Ventana Wilderness Alliance v. Bradford*, 313 Fed. Appx. 944 (9th Cir. 2008) (lead in appellants' unsuccessful challenge to livestock grazing in national forest).

*Friends of Yosemite Valley v. Kempthorne*, 520 F.3d 1024 (9th Cir. 2008) (lead in amicus curiae successful defense of challenge to national park management plan).

*Aylward v. U.S. Forest Serv.*, No. 03-35856 (9th Cir. 2005) (lead in appellees' successful defense of challenge to limits on mining in streams).

*High Sierra Hikers v. Blackwell*, 309 F.3d 630 (9th Cir. 2004) (lead in appellees' successful challenge to commercial packstock services in wilderness).

*Friends of Yosemite Valley v. Norton*, 348 F.3d 789 (9th Cir. 2003) (second chair in successful challenge to first iteration national park management plan).

*Center for Biological Diversity v. Delgado,* 61 Fed. Appx. (9th Cir. April 4, 2003) (lead in appellants' unsuccessful challenge to wild and scenic river management plan).

*Or. Natural Res. Council v. Harrell*, 52 F.3d 1499 (9th Cir. 1995) (lead in amicus curiae unsuccessful challenge to dam on river).

*U.S. Dept. of Commerce v. F.E.R.C.*, 36 F.3d 893 (9th Cir. 1994) (lead in appellants' successful challenge to failure to require FERC license for hydroproject).

10.    I have been counsel in numerous federal environmental cases in district court, including:

*WildEarth Guardians v. U.S. Fish and Wildlife Service,* 342 F.Supp.2d 1047 (D. Mt. 2018) (granting summary judgment that incidental take statement violated ESA).

*Double R Ranch Trust v. Nedd,* 2018 WL 466652 (D. D.C. Jan. 18, 2018) (lead in intervention to file successful motion to dismiss the plaintiffs' case for lack of standing).

*Center for Biological Diversity v. C.L. "Butch" Otter*, 2018 WL 539329 (D. Id. Jan. 24, 2018) (lead in granting motion for reconsideration and reversing prior summary judgment holding that state of Idaho liable for take of lynx).

*Flyfishers v. McIntosh,* 2015 WL 1176853 (D. Or. March 13, 2015) (lead in denying summary judgment that state of Oregon liable for jeopardizing Chinook salmon).

*Native Fish Soc'y v. National Marine Fisheries Serv.*, 992 F.Supp.2d 1095 (D. Or. 2014) (lead in granting summary judgment that agency liable for take of various salmon).

*Cascadia Wildlands v. Bureau of Land Mgmt.*, 2012 WL 6738275 (D. Or. Dec. 21, 2012) (co-chair in granting summary judgment that timber sale violated FLPMA).

*Wilderness Watch v. Iwamoto,* 853 F.Supp.2d 1063 (W.D. Wash. 2012) (lead in granting summary judgment that reconstructing fire lookout in wilderness violated Wilderness Act).

*Californians for Alternatives to Toxics v. U.S. Fish and Wildlife Service*, 814 F.Supp.2d 992 (E.D. Cal. 2011) (lead in granting summary judgment preventing use of rotenone in wilderness stream).

*Conservation Northwest v. Rey*, 674 F.Supp.2d 1232 (W.D. Wash. 2009) (lead in granting summary judgment that agencies unlawfully withdrew protective forest plan standard).

*Citizens for Better Forestry v. U.S. Dep't of Agric.*, 632 F.Supp.2d 968 (N.D. Cal. 2009) (lead in granting summary judgment that revisions to NFMA regulations must undergo NEPA analysis and ESA consultation).

*High Sierra Hikers Ass'n v. Weingardt*, 521 F.Supp.2d 1065 (N.D. Cal. 2007) (lead in granting summary judgment that wilderness plan allowed unnecessary commercial packstock operations).

*Citizens for Better Forestry v. USDA*, 497 F.Supp.2d 1062 (N.D. Cal. 2007) (lead in granting summary judgment that revisions to NFMA regulations must undergo NEPA analysis and ESA consultation).

*High Sierra Hikers Ass'n v. U.S. Forest Serv.*, 436 F.Supp.2d 1117 (E.D. Cal. 2006) (lead in granting summary judgment that agency cannot reconstruct dams in wilderness).

*Or. Natural Res. Council v. U.S. Forest Serv.*, 445 F.Supp.2d 1211 (D. Or. 2006) (lead in granting summary judgment that Forest Service timber sales violate NEPA).

*Californians for Alternatives to Toxics v. Troyer*, 2005 WL 2105343 (E.D. Cal. Aug. 31, 2005) (lead in granting TRO preventing use of rotenone in stream in wilderness).

*Northwest Ecosystem Alliance v. Rey*, 380 F.Supp.2d. 1175 (W.D. Wash. 2005) (lead in granting summary judgment that forest management plan amendment violated NEPA).

*Envtl. Prot. Info. Ctr. v. Blackwell*, 389 F.Supp.2d 1174 (N.D. Cal. 2004) (second chair in granting summary judgment that Forest Service timber sale violated NEPA and NFMA).

*Or. Natural Res. Council v. U.S. Forest Serv.*, 293 F.Supp.2d 1200 (D. Or. 2003) (lead in granting summary judgment that six Forest Service timber sales violated NEPA).

*Ozark Soc'y v. Melcher*, 284 F.Supp.2d 810 (E.D. Ark. 2003) (co-chair dismissing as moot challenge to withdraw permit to build a dam, after agency withdrew it).

*Or. Natural Res. Council v. Forsgren*, 252 F.Supp.2d 1088 (D. Or. 2003) (co-chair in granting summary judgment that Forest Service timber sales violated standards for lynx).

*Riverhawks v. Zepeda*, 228 F.Supp.2d 1173 (D. Or. 2002) (co-chair in ruling that Forest Service violated NEPA in allowing commercial jetboat uses).

*Nat'l Wildlife Fed'n v. Cosgriffe*, 21 F.Supp.2d. 1211 (D. Or. 1998) (lead in ruling that agency violated Wild and Scenic Rivers Act in failing to prepare river management plan).

*Or. Natural Desert Ass'n v. Green*, 953 F. Supp. 1133 (D. Or. 1997) (lead in ruling that BLM violated WSRA when it authorized cattle grazing along wild and scenic river).

*City of Klamath Falls v. Babbitt*, 947 F. Supp. 1 (D. D.C. 1996) (co-chair in ruling state designation of river under WSRA precluded FERC licensing of hydroelectric facility).

*Nat'l Wildlife Fed'n v. Agpaoa*, 95-3005-CO (D. Or. 1996) (lead in granting summary judgment that suction dredge mining operations violated Forest Plan provisions).

*Idaho Wildlife Fed'n v. Richmond*, 94-1347-AS (D. Or. 1993) (lead in denying summary judgment that Forest Service violated NEPA by authorizing grazing in bighorn habitat).

11.    In 2025, I was appointed to Attorney/Judge Merit Selection Panel to Recommend Magistrate Judge Candidates for the U.S. District Court, District of Oregon (Eugene Division).

12.    In 2000, I was given the David Brower Lifetime Achievement Award for Litigation. It is special to me because I was lucky as an undergraduate to take a course taught by Mr. Brower, and to spend time with him in California and in Oregon.

13.    In 2025, I was given the Svitlana Kravchenko Memorial Award for Working to Advance Young Lawyers. I am proud of this award because I try to help law students and young attorneys do the best they can in their legal work.

14.     At the request of the Oregon State Bar, I wrote a chapter entitled "The Wild and Scenic Rivers Act," Environmental Law Deskbook, Oregon State Bar (2008 ed.). I have subsequently updated the deskbook chapter.

15.    At the request of a law professor at Lewis and Clark Law School, I wrote and published "Preserving Flows in Wild and Scenic Rivers," 29 Idaho Law Review 313 (1992). The Idaho Supreme Court cited the article in *Potlach Corp. v. U.S.A.*, 12 P.3d 1256 (Id. 2000).

16.    I have presented at conferences for attorneys and law students including "The Wilderness Act at 50," Wilderness Conference, Lewis and Clark Law School (April 11, 2014), and "The Wilderness Act," Uncommon Dialogue Series, Stanford Law School (Feb. 22-23, 2012).

17.    I have created, led, and/or participated in discussion panels for attorneys and law students that qualify as Continuing Legal Education seminars on federal environmental issues including the Endangered Species Act, the National Environmental Policy Act, the National Forest Management Act, the Wilderness Act, the Wild and Scenic Rivers Act, and Tribal Sovereignty.

18.    I am particularly interested in advancing tribal conservation efforts, and have had the honor of representing or working alongside in court the Nez Perce Tribe (in Idaho), the Puyallup Tribe of Indians (in Washington), the Karuk Tribe (in California), the Confederated Tribes of the Grand Ronde (in Oregon), and the Yurok Tribe (in California). I am currently retained by the Cowlitz Indian Tribe (in Washington) to represent it to restore wild salmon on its ancestral lands.

19.    To determine reasonable market value hourly rates for federal environmental cases in the forum of San Francisco, I conferred with two attorneys who work for private law firms, and one attorney who works for a non-profit public interest law firm, all of whom handle federal environmental cases in the forum of San Francisco. However, I alone determined my reasonable

rates, based on these conferrals, and other sources, such as court orders. I seek hourly rates of $835 in 2021, $850 in 2022, $865 in 2023, $880 in 2024, and $895 in 2025, for my work in this case. In my estimation, these hourly rates are less than market value for an attorney of my skills and experience.

20.    I attach to this declaration as Exhibit A my time sheets in this case. I enter my time often immediately after completing a discrete task, or on an hourly or at least daily basis. I do so in 6-minute increments, so a task denoted as ".1" means I worked six minutes or less on it. I exercised billing judgment and omitted time in this case that would or might be improper to bill a client for. I seek a total of 569.80 hours for my work in this case.

21.    I attach to this declaration as Exhibit B: *Vaquero Energy Inc. v. County of Kern*, BCV-15-101645, Ruling on Petitioners' Motions for Attorneys' Fees (Cal. Super. Ct. Kern Co. March 6, 2025). I attach to this declaration as Exhibit C: *Vaquero Energy Inc. v. County of Kern*, BCV-15-101645, Order Granting in Part Petitioner V Lions Farming LLC's Motion for Attorneys' Fees and Expenses (Cal. Super. Ct. Kern Co. April 3, 2025).

22.    I attach to this declaration as Exhibit D the 2017 National Law Journal Billing Report listing hourly billing rates among law firms in fora including San Francisco.

23.    I attach to this declaration as Exhibit E an itemization of Plaintiffs' compensable costs and other expenses in this case.

24.    On April 18, 2025, I emailed counsel Erika Furlong, Hannah O'Keefe, and Young Kang of the U.S. Department of Justice to confer related to Plaintiffs' motion for attorneys' fees, costs, and other expenses. On April 21, 2025, Ms. Furlong responded to me, and I responded to her. On behalf of our clients, we were unable to resolve our differences as to the motion, but agreed that would Plaintiffs and Defendants would file a joint motion to stay proceedings on the fees motion in order to enable the parties to explore settlement.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Executed on May 2, 2025.        /s/ Peter M. K. Frost
                                Peter M. K. Frost

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 3/21/21 | Frost | Review email from Wheeler re Safe harbor problems [.1] | 835.00 | 0.10 | | 83.50 |
| 4/2/21 | Frost | VM expert re Shasta safe harbor [.1]; TC Hawley re capacity, counsel [.3]; respond Wheeler re review [.1]; read Wheeler response [.1] | 835.00 | 0.50 | | 417.50 |
| 4/6/21 | Frost | VM/TC expert re Shasta safe harbor agreements, enhancement permits, BiOp, EA, document review, potential claims [1.6]; respond Wheeler re same [.2]; TC Sangye re same [.2] | 835.00 | 2.00 | | 1,670.00 |
| 4/7/21 | Frost | ESA safe harbor case research [1.3]; confer Bahr re Aiken ruling in first OR district court case, appeal [.3] | 835.00 | 1.60 | | 1,336.00 |
| 4/15/21 | Frost | TC Sangye re prospective case, SHAs, reading, call next Wed 11 am | 835.00 | 0.30 | | 250.50 |
| 4/16/21 | Frost | Review folders, docs, forward link to Sangye [.3]; respond Wheeler re call [.1] | 835.00 | 0.40 | 0.30 | 83.50 |
| 4/21/21 | Frost | TC Sangye re prospective case [.5]; VM expert re documents [.1]; read Aiken SHA standing decision and Ninth Circuit reversal, respond Sangye [.5] | 835.00 | 1.10 | | 918.50 |
| 4/23/21 | Frost | Read/respond Marx re call [.1]; read 2021 NMFS orca priority report re Chinook pops [.8] | 835.00 | 0.90 | 0.80 | 83.50 |
| 4/27/21 | Frost | Emails Sangye re effects on orcas of Klamath Chinook [.3]; email Sangye re status call [.1] | 835.00 | 0.40 | 0.30 | 83.50 |
| 5/6/21 | Frost | Review Wheeler, other responses re call week May 17 [.2] | 835.00 | 0.20 | | 167.00 |
| 5/11/21 | Frost | TC Sangye/Hawley re prospective case, doodle poll for client call [.1] | 835.00 | 0.10 | | 83.50 |
| 5/18/21 | Frost | Review EA, associated materials for client call tomorrow [.9]; TC Sangye re cancellation [.1]; TC Wheeler re same [.1]; email out to clients [.1] | 835.00 | 1.20 | | 1,002.00 |
| 5/25/21 | Frost | Shasta: review comments/responses; TCs Sangye re legal standards; review clients' comments; TC Wheeler re EJ; TC Goldman re Logan; email clients re Net Conservation Benefit doc; read Zoom call info; read FOA cases ED Cal and 9th (MBTA) [2.7] | 835.00 | 2.70 | | 2,254.50 |
| 5/26/21 | Frost | Conference call prospective clients [1]; TC Hawley re same [.1]; review Wheeler email re NCB finding [.1]; TC Logan Earthjustice re co-representation, parties, venue, state laws, next steps [.5] | 835.00 | 0.80 | | 668.00 |
| 7/1/21 | Frost | Shasta: Research Dwinnell Dam docs, research prior lawsuit, TC expert re same [1.6] | 835.00 | 1.60 | | 1,336.00 |
| 8/2/21 | Frost | Shasta: TC expert re Tier 1 waters, amounts, any conferral w Moyle [.9] | 835.00 | 0.90 | | 751.50 |
| 8/27/21 | Frost | Shasta: TC Amy re research, assignment options [.8]; forward documents [.1] | 835.00 | 0.90 | 0.90 | - |
| 9/10/21 | Frost | Shasta: TC Webb re Earthjustice, representation, parties [.4]; TC Wheeler re same, call next week [.2]; TC Sangye re baseline and recovery issues [.3] | 835.00 | 0.90 | | 751.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 9/14/21 | Frost | Shasta: set up call tomorrow w Tucker [.1]; download Sheehan appellate materials, forward Sangye, calendar oral argument [.2] | 835.00 | 0.30 | 0.20 | 83.50 |
| 9/15/21 | Frost | Shasta: TC Tucker re potential case, issues, parties/opponents, tribes and tribal interests [.4] | 835.00 | 0.40 | | 334.00 |
| 9/15/21 | Frost | Shasta: Read docs, TC and Zoom call Tucker re watershed, diversions, strategies, parties, tribes and tribal interests [1.4] | 835.00 | 1.40 | | 1,169.00 |
| 9/16/21 | Frost | TC Sangye re env baseline, read cases re same [.9]; TC Katzen re prospective case, Klamath basin tribal issues [.4]; TC Marx re call tomorrow, claims, parties [.6] | 835.00 | 1.90 | | 1,586.50 |
| 9/17/21 | Frost | Shasta: Conference call potential clients re potential plaintiffs, venue, costs/fees, claims, relief, in-person meeting [.9] | 835.00 | 0.90 | | 751.50 |
| 9/17/21 | Frost | Shasta: Read NMFS VSP paper (2000), notes [.9]; read portions of EA, notes [.9]; edits to background memo [.5] | 835.00 | 2.30 | | 1,920.50 |
| 9/18/21 | Frost | Read 2016 coho status review, notes, edit background memo [1.2] | 835.00 | 1.20 | | 1,002.00 |
| 9/20/21 | Frost | Shasta: read cases, draft environmental baseline argument, TC Sangye re same [1.1]; read Cooling Water Intake re recovery/survival standards [.4]; research Ninth Cir treatment ESA Consultation Handbook re any Chevron or Auer deference [.5]; research re navigability, ownership of Shasta River bed/banks [.4] | 835.00 | 2.40 | | 2,004.00 |
| 9/23/21 | Frost | Shasta: research ESA leg hist 73 bills, scientific/propagation provisions, notes, TC Sangye re same [1.3]; recovery plan edit memo re same [.7]; meeting Laws re baseline [.9] | 835.00 | 2.90 | 0.90 | 1,670.00 |
| 9/29/21 | Frost | TC Wheeler re Yurok representation, terms, role in SHA, any conflicts [.4]; state court SHA decision, implications [.2]; TC Sangye re potential case theories [.5]; read/respond client emails, query re Shasta role in ESU, meeting [.3] | 835.00 | 1.40 | | 1,169.00 |
| 10/1/21 | Frost | Review Webb email, TC Webb re ESU scope, Shasta population, docs re historical importance within ESU; rearing life history, CDFW studies re same and flows, docs [.7] | 835.00 | 0.70 | | 584.50 |
| 10/2/21 | Frost | Shasta: Condor example research and cases [1.3]; ; draft portions of memo re SHA policy misuse [1.5]; VM Sangye re Fed Reg notice [.1] | 835.00 | 2.90 | | 2,421.50 |
| 10/4/21 | Frost | Shasta: read Cordalis/Yurok response [.1]; Montague research/edit memo [1.2]; TC Sangye re regulatory history 50 cfr 222.308, and condor 10(a)(1)(A) take permit, next steps [.4] | 835.00 | 1.70 | | 1,419.50 |
| 10/7/21 | Frost | Shasta: read Fed Reg re issuance of permits [.1]; confer Webb re recent population numbers, documentation [.1] | 835.00 | 0.20 | | 167.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 10/11/21 | Frost | Shasta: TC Hawley re attorney-client/work product privileges, onset, phone log/client communication duties [.4]; read historic Fed Reg notices to discern regulatory history survival/propagation regs [1] | 835.00 | 1.40 | | 1,169.00 |
| 10/13/21 | Frost | Shasta: Read 61 FR 21926, notes [.7]; read 58 FR 53320, notes, TC Sangye re same [1.6]; respond Webb meeting [.1] | 835.00 | 2.40 | | 2,004.00 |
| 10/18/21 | Frost | Shasta: TC Shoemaker re meeting [.2]; VM Marx re same [.1]; TC Sangye re same [.1]; TC Marx re same, logistics, agenda, conflicts check [.3] | 835.00 | 0.70 | | 584.50 |
| 10/20/21 | Frost | Shasta: meetings Laws/Roses re water quality, no jeopardy opinion, binding terms [.7] | 835.00 | 0.70 | 0.70 | - |
| 10/21/21 | Frost | Shasta: Confer Sangye meeting tomorrow [.1] | 835.00 | 0.10 | | 83.50 |
| 10/22/21 | Frost | Shasta: TC Sangye re-schedule strategy call [.1]; read/respond clients re Nov meeting [.1] NCB research [1.2] | 835.00 | 1.40 | | 1,169.00 |
| 11/3/21 | Frost | Set up meetings Amy/Roses [.2]; confer Sangye re status of claims, NOI, internal approval [.4]; email clients re 2021 flows, temps, returns data [.1]; research ITP differences from SHA immunity [1.5] | 835.00 | 2.20 | 0.20 | 1,670.00 |
| 11/4/21 | Frost | Shasta: VM/TC OSB Ethics officer re potential conflict w/ representing Cal Trout in 401 case, read OSB ethics opinion, Oregon Ethical Lawyer 10-2; TC Sangye re same [1.2]; review Marx email re temperatures, respond re research queries, BiOp representations [.7]; TC Sangye re same, Montague use of settlement as baseline/basis for SHA [.3]; read Sangye post re same, responses [.2] | 835.00 | 2.40 | | 2,004.00 |
| 11/8/21 | Frost | Shasta: TC Sangye re game plan for client meeting tomorrow [.3]; billing office trip [.4]; drive EUG to Shasta City [4.2]; initial meeting Shoemaker re new non-profit status, board members, dynamics [1.1] | 835.00 | 6.00 | 4.90 | 918.50 |
| 11/9/21 | Frost | Pre-meeting conferral Sangye [.6]; Shasta clients/expert meeting [6.3] | 835.00 | 6.90 | | 5,761.50 |
| 11/10/21 | Frost | Shasta: TC Amy/Roses re update [.4]; read EA provision re TAC non-disclosure, email Cordalis re same and call [.2]; review notes and to-dos [.6]; drive Shasta to EUG [4.3] | 835.00 | 5.50 | 4.70 | 668.00 |
| 11/12/21 | Frost | Shasta: TMDL research [.3]; email Webb re 2006 baseline data, monitoring sites [.1] | 835.00 | 0.40 | | 334.00 |
| 11/15/21 | Frost | Shasta: read final NMF [.2]; read Hawley email re TMDLs, enforceability [.1] | 835.00 | 0.30 | | 250.50 |
| 11/16/21 | Frost | Shasta: diversions as environmental baseline research [.9]; cf Section 10 baseline research [.9]; | 835.00 | 1.80 | | 1,503.00 |
| 11/17/21 | Frost | Shasta: read Katzen response re tribes, draft Sangye response re venue [.2]; meeting Amy/Roses re assignments [.8] | 835.00 | 1.00 | 0.80 | 167.00 |
| 11/18/21 | Frost | Convert timeslips [.3] | 835.00 | 0.30 | 0.30 | - |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 11/24/21 | Frost | Email Marx, Wheeler re case approval [.1]; read responses, calendar retainer call [.1] | 835.00 | 0.20 | | 167.00 |
| 11/29/21 | Frost | Read Wheeler response litigation approval [.1] | 835.00 | 0.10 | | 83.50 |
| 11/30/21 | Frost | TC Sangye notice, strategy meeting tomorrow [.1] | 835.00 | 0.10 | | 83.50 |
| 12/1/21 | Frost | Confer Sangye re Shasta strategy, re-schedule [.2] | 835.00 | 0.20 | | 167.00 |
| 12/3/21 | Frost | TC Fox re TMDLs, read materials, research re enforceability, nonpoint source (diversions) [1.2]; research re Section 313 action against NMFS re temperature performance indicator [2.2] | 835.00 | 3.40 | | 2,839.00 |
| 12/7/21 | Frost | Read Stenhouse (2012) re temperatures, read BiOp provisions, read EA re triggering temps, compare Hole in the Wall and Hidden Valley site agreements, TC Sangye re same, review permits, write up draft [2.9] | 835.00 | 1.90 | | 1,586.50 |
| 12/8/21 | Frost | Read NCRWD TMDL, read cited EPA (2003) recommendations re salmonids, re-read Stenhouse, search/function BiOp re water quality/temperature citations, finalize temp draft argument, email to Sangye w questions/review [1.9]; read SONCC listing, edit draft brief portions [.4] | 835.00 | 2.30 | | 1,920.50 |
| 12/9/21 | Frost | TC Marx re tribal/NGO strategy meeting Arcata, substance, disclosures [.4]; forward email re NEPA disclosure and permit/site agreement [.3]; contact Tucker re strategy meeting tomorrow [.1] | 835.00 | 0.80 | 0.10 | 584.50 |
| 12/10/21 | Frost | Zoom call clients, tribes, NGOs re Shasta and Scott River issues [2.3]; TC Sangye re temperature data and documents; ESA leg hist; research tasks [.4] | 835.00 | 2.70 | | 2,254.50 |
| 12/11/21 | Frost | Email clients re meeting follow-up, temperature triggers, FMS document, why canal temps [.3] | 835.00 | 0.30 | | 250.50 |
| 12/16/21 | Frost | Read Marx response availability call, respond re noon [.1]; review/respond Sangye re same [.1] | 835.00 | 0.20 | | 167.00 |
| 12/20/21 | Frost | Read/respond Webb email re call this week [.1]; read Marx email re CDFW Big Springs lease, read docs and respond re CEQA compliance, regional board waiver, TMDL compliance [.3]; read H. Reps. 97-537 and 97-835, further research incidental take amendments [1.9] | 835.00 | 2.30 | | 1,920.50 |
| 12/21/21 | Frost | TC Sangye re intentional/incidental permitting; SH fit; leg hist cites; client call tomorrow [.3]; research re NOAA incidental take regs, unscreened diversions, decision factors [.6] | 835.00 | 0.90 | | 751.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 12/22/21 | Frost | Complete ESA history, NMFS regulatory, SFA policy review, draft document re argument, circulate to Sangye [1.9]; re-arrange Webb conference call [.1]; conference call Webb, Sangye re 12 possible claims re BiOp, different standards of review, facts/documents re each, next steps [1.1]; notes re same [.2]; TC Sangye re same, unique recovery claim [.3]; read CHERPS BiOp, draft portions of temperature argument, noting needs [1.3]; TC/VM Belchick Yurok/email same, re representation [.1] | 835.00 | 6.00 | | 5,010.00 |
| 1/11/22 | Frost | TC Wheeler re Yurok representation, his contacts, next steps; consistency determinations, import; Big Springs and CEQA [.6] | 850.00 | 0.60 | | 510.00 |
| 1/12/22 | Frost | Conference call Webb, Chesney, Sangye re temps [.5] | 850.00 | 0.50 | | 425.00 |
| 1/15/22 | Frost | Read/respond Wheeler re Yurok call [.1] | 850.00 | 0.10 | | 85.00 |
| 1/18/22 | Frost | Confer Sangye re client call today [.1]; conference call clients [1]; TC Sangye re same, claims, timing [.3]; confer Wheeler re Yurok representation, issues, relief [.2] | 850.00 | 0.70 | | 595.00 |
| 1/19/22 | Frost | Review Wheeler input re Yurok, review tribe's litigation papers in Klamath cases, respond Wheeler re call w outside tribal counsel/Belchick fish bio [1.2]; email Wheeler EPIC re status of calls, Yurok call, participation; forward to Sangye [.2]; review/respond Tucker re call Friday [.1] | 850.00 | 1.50 | | 1,275.00 |
| 1/20/22 | Frost | Read/respond re Yurok/Tucker concerns re SHA [.3] | 850.00 | 0.30 | | 255.00 |
| 1/21/22 | Frost | TC Sangye re net conservation benefit, FWS presentation; thoughts re SHA and no jeopardy opinion [.4]; TC Tucker re Big Springs and CDFW management, Montague take, non-SHA diversions, coordination with tribes [.7] | 850.00 | 1.10 | | 935.00 |
| 1/24/22 | Frost | Collect notes; work up client claims memo, forward to Sangye [1.6]; review response [.1]; respond Webb re Wed call [.1] | 850.00 | 1.80 | | 1,530.00 |
| 1/25/22 | Frost | Review Sangye edited claims synopsis, research documents, edit; prepare Zoom call, confidentiality; email clients [1.3]; research 1600 permit confirmations, cases [1] | 850.00 | 2.30 | 1.00 | 1,105.00 |
| 1/26/22 | Frost | Review/respond Wheeler cannot call in [.1]; prep for weekly client strategy call [.2]; strategy call [1.3]; notes re same and to-do tasks [.2]; review Webb comments/edits to first iteration potential claims worksheet, incorporate some, respond Webb re origin of figure 19 [.9] | 850.00 | 2.70 | | 2,295.00 |
| 1/31/22 | Frost | Read Wheeler email calendar client call Friday [.1] | 850.00 | 0.10 | | 85.00 |
| 2/1/22 | Frost | Email clients re Wed/Fri calls [.1] | 850.00 | 0.10 | 0.10 | - |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 2/3/22 | Frost | TC Sangye re relief [.3]; TC Webb re relief phase of any suit, NOI, call tomorrow [.3]; prep for conference call Yurok/clients call tomorrow [.6]; conference call Hawley/Sangye relief [.5] | 850.00 | 1.70 | | 1,445.00 |
| 2/4/22 | Frost | Confer Webb re regional board letter, standards, follow-up [.3] | 850.00 | 0.30 | | 255.00 |
| 2/8/22 | Frost | ITS research: read new Fed Reg notice, amended regulations, agency explanations; caselaw research parameters use of surrogate, notes [1.9]; confer Webb re downstream RM enrolled properties, docs re rearing habitat downstream [.4]; confer Wheeler re availability tomorrow [.1]; email clients re conference call [.1]; TC Sangye re second iteration potential claims memo [.3] | 850.00 | 2.80 | | 2,380.00 |
| 2/9/22 | Frost | Shasta client conference call [1.3]; TC Sangye re same, NOI prep [.2]; TC Sangye re disadvantage finding, legislative history re same, read email re same [.3]; TC Wheeler re Yurok, NOI, Karuk history, streambed alteration permits, comments [.6]; read Sangye email re water transfer rule, read text and EPA quest/answer re Dwinnell and NPDES permitting [.5] | 850.00 | 2.90 | 0.30 | 2,210.00 |
| 2/10/22 | Frost | Research best available science cases, admissibility of documents to prove failure, court orders [1.8] | 850.00 | 1.80 | | 1,530.00 |
| 2/14/22 | Frost | TC Sangye re status of NOI, claims [.3]; research any jeopardy w slight improvement, cases, briefing [1.9] | 850.00 | 2.20 | | 1,870.00 |
| 2/15/22 | Frost | TC Belchik Yurok re claims, notice, timing, next steps [.4]; TC Sangye re same, ITS [.2]; research Yurok v Bur Rec case, orders, ITS claims [1.3]; research species specific triggers [.9] | 850.00 | 2.80 | | 2,380.00 |
| 2/16/22 | Frost | Review notes, conference call Sangye, clients [.7]; email Sweeney re press [.1] | 850.00 | 0.80 | 0.10 | 595.00 |
| 2/17/22 | Frost | TC Webb re irrigation district/irrigated areas maps, SHA covered areas, bases for mapping, declaration; NPDES permitting for Montague [.4]; TC Sangye re water transfers rule, legal research same [1.9]; read NCRWQB 2012 Temp Policy [.3]; read CHERP BiOp and notes, queries Webb re discharges [1.3] | 850.00 | 3.90 | | 3,315.00 |
| 2/20/22 | Frost | Review client email re NOI, edits; respond same and queries re media [.1] | 850.00 | 0.10 | | 85.00 |
| 2/22/22 | Frost | TC Wheeler re representing Yurok, communications re Belchik, NOI [.3]; review client recommended edits to NOI, incorporate [.8] | 850.00 | 1.10 | | 935.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 2/23/22 | Frost | Conference call clients re notice, Yurok, temp std, press release, next steps [.6]; TC Sangye re same and review release, NOI [.1]; review/edit notice [.4]; VM/TC Flanders re CA ethics requirements retainer agreements [.3]; check ethical rules re rates [.4]; review/edit proposed retainer, email to clients [.8]; review press release, edits [.2] | 850.00 | 2.80 | | 2,380.00 |
| 2/24/22 | Frost | Read Cal Prof Code, cases, TC Flanders re approach [.9]; read final release, media [.3]; draft, edit, finalize retainers, to clients [1.2]; confer Sangye re NOI [.1]; check Scoble re service [.1] | 850.00 | 2.30 | | 1,955.00 |
| 2/25/22 | Frost | Respond Scoble re FOSR retainer [.1]; confer Wheeler re EPIC retainer [.1] | 850.00 | 0.20 | | 170.00 |
| 3/4/22 | Frost | Jeopardy research, forward case brief to Sangye, check Ninth docket, note dismissal [1.3] | 850.00 | 1.30 | | 1,105.00 |
| 3/8/22 | Frost | Read Sheehan case Ninth, notes [.6]; TC Sangye re same, effects [.4]; watch oral argument [1]; TC Wheeler re decision [.3]; emails clients re board changes FOSR [.2]; set up conf call w Webb [.1]; TC Wheeler re changes [.2]; TC Sangye re ethical questions re conflicts, retainer [.2] conference call Webb, Sangye re board changes, policies, retainer, conflicts, multiple representation [.5] | 850.00 | 3.50 | | 2,975.00 |
| 3/15/22 | Frost | TC Sangye re NOAA NOI call, strategy; retainer agreement [.2]; read CA ethical rules and cases re client conflicts and representation [1.9]; TC Webb re retainer, appointed rep [.3]; conference call NOAA, Sangye re settlement [.4]; TC Sangye re same [.1] | 850.00 | 2.90 | | 2,465.00 |
| 3/16/22 | Frost | Read respond Joslin re retainer [.1]; email Sangye re prospective days/times for NOAA call [.1] | 850.00 | 0.20 | | 170.00 |
| 3/21/22 | Frost | Email Laurie Beale NOAA re call this week [.1]; read response, calendar call [.1] | 850.00 | 0.20 | | 170.00 |
| 3/22/22 | Frost | Emails Brannon re NOAA call today [.1]; TC Sangye/Brannon to prep [.2]; conference call NOAA attorney and staff re NOI [.4]; respond Webb re retainer call tomorrow [.1] | 850.00 | 0.80 | 0.10 | 595.00 |
| 3/23/22 | Frost | Strategy call Joslin, Webb, Chesney re NOAA call, claims, parties, retainer provisions and confidentiality boundaries [1]; TC Sangye re same, discuss confidentiality needs re Montague and other meetings [.4]; research conflict of interest pre-nup agreements, email clients proposed additional language [1.6] | 850.00 | 3.00 | | 2,550.00 |
| 3/28/22 | Frost | Client emails re NMFS meeting, concerns, resolutions [.8] | 850.00 | 0.80 | | 680.00 |
| 3/29/22 | Frost | Review client query hatchery fish, read SONCC listing, recovery plan provisions, respond same [1.3]; read literature genetic influence, spawning success, notes [1.4]; review/respond Chesney chart data [.2]; email Joslin/Wheeler re revised retainers [.1] | 850.00 | 3.00 | | 2,550.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 3/31/22 | Frost | Conf call Mellgren, Sadie, Sangye re Yurok and potential conflicts [.4]; conference call clients re retainer, data to request from NMFS, NMFS settlement call next week [.8]; Follow-up with Sangye [.2]; circulate modified retainers [.2]; draft four item requests, circulate [.2] | 850.00 | 1.80 | | 1,530.00 |
| 4/1/22 | Frost | Review client responses re requested info, email NOAA attorneys [.3]; query Lawlor re Mangels visit [.1]; read NOAA attorney responses [.1] | 850.00 | 0.50 | | 425.00 |
| 4/4/22 | Frost | Arrangements settlement call tomorrow [.9] | 850.00 | 0.90 | | 765.00 |
| 4/5/22 | Frost | Review notes [.3]; settlement conference call NMFS/clients [1.3]; TC Sangye re same [.3]; review client updates re info and reaction [.7] | 850.00 | 2.60 | | 2,210.00 |
| 4/7/22 | Frost | Review client emails [.1]; calendar conference call next Tuesday [.1] | 850.00 | 0.20 | | 170.00 |
| 4/12/22 | Frost | Read new water quality report, notes [.9]; status conference call clients, Sangye [.9] | 850.00 | 1.80 | | 1,530.00 |
| 4/21/22 | Frost | Listen to San Luis Obsibo/Twitchell Dam take case Ninth [.6]; read client confirmation call next Tues [.1] | 850.00 | 0.70 | | 595.00 |
| 4/27/22 | Frost | Meeting Schwab re 2017 BiOp, environmental baseline, research [.5]; consider next steps [.5] | 850.00 | 1.00 | | 850.00 |
| 4/28/22 | Frost | Read emails re client conf call [.1]; confer Sangye re NOI timing, receipts [.1]; client status conference call [1]; notes and doc needs [.2]; check NOAA FOIA regs, draft FOIA request, email to Webb [.9] | 850.00 | 2.30 | | 1,955.00 |
| 5/9/22 | Frost | Conference call Hawley, Sangye re environmental baseline, Shasta decree, state/private actions [.4]; research caselaw re same [1.7]; read documents, work up  Montague description, claim re same and baseline [3.2]; ECF search Karuk/Dwinnell settlement agreement, read, VM Wheeler re same [.4] | 850.00 | 5.70 | | 4,845.00 |
| 5/10/22 | Frost | Confer Sangye, email clients re status call, change of time [.1]; read responses [.1]; confer Sangye re Montague settlement, Karuk representation [.3]; read EA, notes and changes to brief [1.9] | 850.00 | 2.40 | | 2,040.00 |
| 5/11/22 | Frost | Read temperature documents, FMS, edit temperature argument [1.9]; confer Sangye re ESA Handbook provisions, Sec 7 environmental baseline, changes to argument, his review of draft [.6] | 850.00 | 2.50 | | 2,125.00 |
| 5/12/22 | Frost | Review notes [.3]; clients/Sangye status conference call re 9 agenda items, to dos [1]; notes re same and next steps [.4]; TC Sangye to confer, progress on environmental baseline issues [.3] | 850.00 | 2.00 | | 1,700.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 5/16/22 | Frost | Confer Hawley, Bishop, Sangye re ITS, surrogate, tertiary, claims [.7]; TC Webb re non profit status, corp papers, FOIA request [.4]; draft last, email to Webb [;3]; review Webb response, edit, forward, confer Sangye re same [.3]; email Webb re forward [.1] | 850.00 | 1.80 | | 1,530.00 |
| 5/18/22 | Frost | Conf call clinic student/Sangye re baseline [.8] | 850.00 | 0.80 | 0.80 | - |
| 5/19/22 | Frost | Call expert re Yurok, ITS [.4]; TC Sangye re same [.1] | 850.00 | 0.50 | | 425.00 |
| 5/20/22 | Frost | Read docs, email clients re historic flows, complete draft temp argument [.9]; TC Sangye re same, strategic use of validation monitoring re ITS claim [.3]; read Webb post re instream flows, respond [.2]; read Karuk, McBain et al comments on draft EA, notes [.9] | 850.00 | 2.30 | | 1,955.00 |
| 5/23/22 | Frost | Read Desert Survivors case re best available science [.3] | 850.00 | 0.30 | | 255.00 |
| 5/24/22 | Frost | Read cases, record/documents, draft action area argument [1.8]; TC Sangye re his completion draft ITS argument, submerged lands ownership, concession re downstream areas excluded from action area [.3]; email Wheeler re same [.1] | 850.00 | 2.20 | | 1,870.00 |
| 5/25/22 | Frost | TC Sangye re geographic scopes recovery, jeopardy, action area; research cases re same Butte et al [.9]; complete action area argument, to Sangye [.7]; VM Webb re salmon heaven, riparian lands [.1]; TC Webb re same [.2]; NCRWQB zoom call re drought, water restrictions [1.9] | 850.00 | 3.70 | 1.90 | 1,530.00 |
| 6/1/22 | Frost | Complete reading cases, record cites, and complete draft ITS argument [2.2]; conference call Brian/Renata/Sangye re filing, theme, media, client coordination [.7] | 850.00 | 2.90 | 0.70 | 1,870.00 |
| 6/2/22 | Frost | TC Sangye re ITS tautology claim, others [.4]; client status call [1]; review notes and create to-dos [.2]; email Sweeney/Renata re press [.1]; read response [.1] | 850.00 | 1.80 | | 1,530.00 |
| 6/6/22 | Frost | Text response Sangye media call [.1] | 850.00 | 0.10 | 0.10 | - |
| 6/8/22 | Frost | ITS argument doc review and argument revisions [1.1]; action area doc review and same [.7]; environmental baseline conundrum re BiOp theory, read provisions, TC Sangye re same, edit argument [1.9]; multiple emails Webb re monitoring stations, edits temp argument [.9]; read 2020 CDFW Shasta report, edits [.6] | 850.00 | 5.20 | | 4,420.00 |
| 6/10/22 | Frost | Reading local rules, complaint prep [1]; read new BOEM Ninth Cir opinion re NEPA adequacy [.4]; TC Sangye re public ownership bed and banks, Safe Harbor implications, his Section 10 write up, length/density [.7]; read Tribal comments pp. 1-35, edit complaint, draft substantive arguments [1.8] | 850.00 | 3.90 | | 3,315.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 6/13/22 | Frost | Read client proposed edits and comments on draft complaint background section, research documents and incorporate edits [2.7]; confer Joslin/Wheeler re jurisdictional statements, memberships, specificity re allegations [.4]; claim review and edits [.8] | 850.00 | 3.90 | | 3,315.00 |
| 6/14/22 | Frost | TC Sangye re Section 10 claims [.4]; review/propose edits to clients' press release [.3]; review responses [.1]; confer Webb re Montague delivery amounts, edit [.3]; TC Wheeler re pro hac, filing, review [.3] | 850.00 | 1.40 | | 1,190.00 |
| 6/15/22 | Frost | Review Sangye's proposed edits/additions to complaint, research Sec 10 claim formulation, adopt/finesse edits [1]; email final draft to clients for review [.1]; read FOSR response, edits [.2]; read final draft press release [.1]; read Webb response, edits [.2]; TC Sangye re Wheeler and filing, pro hac forms [.2]; TC Wheeler re assignment [.1] | 850.00 | 1.90 | | 1,615.00 |
| 6/16/22 | Frost | Email Sweeney et al re media [.1]; client status call [1]; read Sangye follow-up re water transfers rule, EPA rule and commentary [.4]; read Wheeler email re media [.1]; TC Sangye cert good standing, access/apply; fill out PHV form [.3] | 850.00 | 1.90 | 0.30 | 1,360.00 |
| 6/21/22 | Frost | Read/respond Preso re call re safe harbor agreements [.1]; research development of policy, check all FR citations [1.8] | 850.00 | 2.90 | | 2,465.00 |
| 6/22/22 | Frost | Search regional water board cite Montague docs, download, read [.9]; TC reg bd temp staffer re 18 and 16, documents, status of Montague petition to State Board re SHA [.8]; TC reg bd general permit staffer re status of Flying L pump NPDES dischargers, email him re same, read response, save docs [.7]; read responsive documents, notes re AR and any discovery, edit temp argument [1.8]; email Sangye re call tomorrow [.1]; read water board email and docs; notes, confer Chesney re Montague 2021 report data, what's missing [.9] | 850.00 | 5.20 | 3.00 | 1,870.00 |
| 6/23/22 | Frost | Read Ninth Cir glyphosate case re APA applied to data/reports, notes [.6] | 850.00 | 0.60 | 0.60 | - |
| 6/28/22 | Frost | Review/respond Joslin re ELF and drought regulations, topic for Thurs status call [.1] | 850.00 | 0.10 | | 85.00 |
| 6/30/22 | Frost | TC ECF help desk, fix password, e-file PHV [.2]; confer Sangye re client call [.1]; client call re update and strategy [.6]. | 850.00 | 0.90 | 0.20 | 595.00 |
| 7/1/22 | Frost | Read pro hac vice order [.1]; VM Sangye re magistrate decline [.1], fill out form, e-file [.1] | 850.00 | 0.30 | 0.10 | 170.00 |
| 7/5/22 | Frost | Multiple tries ECF declination, conferrals courtroom deputy [.3]; read reassignment to Judge Corley, research her enviro cases [.9]; email ND Cal colleagues [.1] | 850.00 | 1.30 | 0.30 | 850.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 7/6/22 | Frost | VM Nate Kane re Montague state claims [.1] | 850.00 | 0.10 | 0.10 | - |
| 7/7/22 | Frost | Read Sangye email Zoom call [.1]; client status/update/strategy call [.6]; VM/TC regional water board staffer re TMDL numeric targets temp DO, CHERP standard, Montague petition to State Board [.8]; research same and forward docs to clients [1.4] | 850.00 | 2.90 | | 2,465.00 |
| 7/8/22 | Frost | Review Joslin email re Reg Bd protest of SHA petition, read associated documents, notes for files [1.9] | 850.00 | 1.90 | 1.90 | - |
| 7/11/22 | Frost | Read Joslin/Wheeler litigation hold letter responses [.1] | 850.00 | 0.10 | | 85.00 |
| 7/17/22 | Frost | Read state board email re dam and water objective compliance, read associated doc, forward Kane [.4] | 850.00 | 0.40 | 0.40 | - |
| 7/19/22 | Frost | Read Webb email forwarding Scott info re Montague and WDRs, respond same and forward Sangye [.2] | 850.00 | 0.20 | | 170.00 |
| 7/26/22 | Frost | Read/respond Mellgren re Wheeler [.1]; forward to Sangye [.1] | 850.00 | 0.20 | | 170.00 |
| 7/28/22 | Frost | Email clients re-schedule status call [.1]; read responses [.1]; read ECF, re-calendar case management conference [.1] | 850.00 | 0.30 | | 255.00 |
| 7/28/22 | Frost | Confer Sangye re difficulty in Silver Spring MD service to NOAA [.1] | 850.00 | 0.10 | | 85.00 |
| 8/2/22 | Frost | Review guidelines for professional conduct in ND Cal [.3] | 850.00 | 0.30 | | 255.00 |
| 8/2/22 | Frost | TC Sangye re status/plan [.3] | 850.00 | 0.30 | | 255.00 |
| 8/6/22 | Frost | Email Herman re NOAA 16C request [.1]; find MWCD 2021 report, forward clients [.1] | 850.00 | 0.20 | | 170.00 |
| 8/9/22 | Frost | Read ECF DOJ notice of appearance, TC Sangye re same, Westlaw case research re same [.3] | 850.00 | 0.30 | | 255.00 |
| 8/11/22 | Frost | Status call clients / agenda items / follow-up [.6]; review and propose edits FOSR to SWRB [.7]; read Wheeler text, TC Sangye, email Grosko/O'Keefe re coordination call tomorrow [.2] | 850.00 | 1.50 | 0.70 | 680.00 |
| 8/15/22 | Frost | Read O'Keefe draft stip, check LR re stips and timing, email back [.1] | 850.00 | 0.10 | | 85.00 |
| 8/15/22 | Frost | Review documents, notes, TC Webb re origination of temp std, protest, docs. review some [2.9] | 850.00 | 2.90 | | 2,465.00 |
| 8/17/22 | Frost | Read Null (2009), notes [.6]; read protest Att 1 [.4]; email clients re Chesney, Null, Welsh studies and displacement [.4]; read responses [.2] | 850.00 | 1.60 | | 1,360.00 |
| 8/18/22 | Frost | Client status call, to do list [.8]; confer Sangye re SH baseline claim [.3] | 850.00 | 1.10 | | 935.00 |
| 8/19/22 | Frost | Email Kane re update re reg bd meeting Montague WDRs [.2]; confer EPIC re its FOIA request re reporting, check documents, respond [.3]; read Amber response, respond [.1] | 850.00 | 0.60 | | 510.00 |
| 8/22/22 | Frost | Read JSC standing order, read general CMS order, read local rules, draft provisions of joint CMS [2.7] | 850.00 | 2.70 | | 2,295.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 8/22/22 | Frost | Email EPIC re FOIA request [.1] | 850.00 | 0.10 | 0.10 | - |
| 8/23/22 | Frost | Query Sivas/Sanders Stanford re non-interested entities disclosure; confer Sangye re same [.3]; joint CMS prep re cases re discovery in ESA claims [1.7]; read State Water board draft order re illegal diversions during curtailment [.2]; circulate to clients, query re permitees [.1]; read response [.1]; TC Sangye re application w state law regulatory provision, origin, history [.3] | 850.00 | 2.50 | | 2,125.00 |
| 8/25/22 | Frost | Read WD WA KW BiOp challenge order, circulate to Sangye [.4]; read Amber FOIA update [.1] | 850.00 | 0.50 | | 425.00 |
| 8/29/22 | Frost | Read ECF judge reassignment [.1]; check web for Thompson background, any standing orders, email clients re same; confer Sangye re same [.4] | 850.00 | 0.50 | | 425.00 |
| 8/30/22 | Frost | Email Webb re St Clair/Scott meeting [.1]; read response, respond [.1]; read Cal Matters investigation re illegal diversions [.3] | 850.00 | 0.50 | | 425.00 |
| 8/31/22 | Frost | Check court and case documents, TC Sangye, draft and email proposed certification [1]; read documents [3.9]; coordination re call tomorrow [.2] | 850.00 | 5.10 | | 4,335.00 |
| 9/1/22 | Frost | Emails clients changed conf call [.1]; read Thompson background, confer Sanders re same [.3]; confer Sangye, finalize/file Cert Interested Entities [.2]; read up, calendar ADR responsibilities [.6]; conference/status call clients re venue, new judge, curtailments and violations, any redress, state/regional board actions [1]; follow up research re state ownership bed banks Shasta [1.9] | 850.00 | 4.10 | | 3,485.00 |
| 9/2/22 | Frost | CA navigability research [1.9]; read ECF reassignment to Judge Thompson [.1] | 850.00 | 2.00 | | 1,700.00 |
| 9/8/22 | Frost | Client status call [.8] calendar Reg Bd call tomorrow [.1]; read KID v. BuRec re Klamath flows, drought, tribal sovereignty [.9]; review documents, prepare questions for Reg Bd meeting [1.9] | 850.00 | 3.70 | 2.00 | 1,445.00 |
| 9/12/22 | Frost | Finalize issues clients and regional board, forward [.8]; read Webb post and data re elevated temperatures 3/4 mile downstream of Dwinnell, respond re meeting [.2] | 850.00 | 1.00 | | 850.00 |
| 9/16/22 | Frost | Read LR, ADR rules, ADR handbook, email clients synopsis, set/calendar call to discuss provisions/requirements/opportunities [1.3]; read Lusardi, Chesney studies, net pen data, check BiOp, draft Lusardi response and citation check, forward Chesney [1.7] | 850.00 | 3.00 | | 2,550.00 |
| 9/17/22 | Frost | Email Webb re proposed reply to MWCD protest response [.2] | 850.00 | 0.20 | | 170.00 |
| 9/21/22 | Frost | Email Webb re MWCD protest re temp [.1] | 850.00 | 0.10 | | 85.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 9/22/22 | Frost | Read ADR documents [.4]; conference call clients re three processes, opportunities, outcomes [1.1]; draft certification email to Sangye [.2]; read client emails re standing decs, preliminary research qualifications as 'member' [.6] | 850.00 | 2.30 | | 1,955.00 |
| 9/23/22 | Frost | Read EPIC board/bylaws, reply re membership [.2] | 850.00 | 0.20 | | 170.00 |
| 9/26/22 | Frost | Read Ninth Cir Twitchell Sec 9 take opinion/dissent [.8] | 850.00 | 0.80 | | 680.00 |
| 9/27/22 | Frost | Read Webb emails, cases re title/navigability, respond same [2.6]; read MWCD application permit changes, notes, VM Webb re same [1.6]; read Grosko email re ADR certification, e-file ours [.1] | 850.00 | 4.30 | | 3,655.00 |
| 9/28/22 | Frost | Review docs, conf call Webb temperature standard, MWCD protest response, prior rights deliveries, monitoring stations and data, next steps [1.4]; update notes and case strategy/claims [.9] | 850.00 | 2.30 | | 1,955.00 |
| 9/29/22 | Frost | TC Wheeler re standing declarant, CDFW public trust duties based on indigenous populations, approach re case strategy [.5] | 850.00 | 0.50 | | 425.00 |
| 9/29/22 | Frost | Status conference call clients/Sangye [.8]; TC Sangye re Renata/Sweeney coordination [.1]; review Sangye email re differences in take permit restrictions, check re same, respond re conference call [.7] | 850.00 | 1.60 | | 1,360.00 |
| 9/30/22 | Frost | TC Hawley ITP/ESP permit distinctions, broader discussion [.3] | 850.00 | 0.30 | | 255.00 |
| 10/3/22 | Frost | Conf call Sweeney Harrison re media campaign, components, next steps [.9] | 850.00 | 0.90 | 0.90 | - |
| 10/4/22 | Frost | Read ECF case management statement/conference; confer Sangye re local counsel [.1]; email DOJ proposed timing draft CMS [.1]; review response [.1]; confirm call w Nat Kane Thurs [.1] | 850.00 | 0.40 | 0.10 | 255.00 |
| 10/5/22 | Frost | TCs Webb, Chesney re petition protest response/reply, scientific studies, reg bd guidance, reg bd meeting today, Bain flow position [1.3]; work up draft reply [2.6] | 850.00 | 3.90 | | 3,315.00 |
| 10/12/22 | Frost | Meeting Sangye AR, exceptions, case management strategy [.4] | 850.00 | 0.40 | | 340.00 |
| 10/13/22 | Frost | Email Brett/Hannah delay in draft CMS [.1]; draft CMS components [1.4] | 850.00 | 1.50 | | 1,275.00 |
| 10/15/22 | Frost | Review Sangye's proposed changes to joint CMS, change/edit schedule, check order format, return for his review/changes [.5] | 850.00 | 0.50 | | 425.00 |
| 10/16/22 | Frost | Review/complete draft CMS, forward to Sangye, review response, forward edited version, review response, incorporate edits, forward to Groske/O'Keefe for review [1] | 850.00 | 1.00 | | 850.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 10/21/22 | Frost | Email Grosko re status of joint CMS [.1]; read Rock Creek mine opinions re scope of jeopardy analysis, sufficiency of mitigation measures, no jeopardy bases; notes [.9]; read Grosko response [.1] | 850.00 | 1.10 | | 935.00 |
| 10/24/22 | Frost | Email Grosko re draft CMS, call [.1]; conferrals Sangye, draft CMS components [.8]; final draft eve [.3] | 850.00 | 1.20 | | 1,020.00 |
| 10/25/22 | Frost | Shasta CMS emails/drafts [.3]; conf call Grosko/DOJ [.5]; confer Sangye, update and format draft, to Grosko [.4]; emails client re conference call [.2]; TC Sangye, read his proposed edits on CMS, fine tooth comb and further edits [.7] | 850.00 | 2.10 | | 1,785.00 |
| 10/26/22 | Frost | Edit/next iteration proposed joint CMS to DOJ [.3]; confer Sangye re same [.1]; TC Webb client re local cooperative solution; State Board approval wo public notice; regional board call; temperature standards [.6] | 850.00 | 1.00 | | 850.00 |
| 10/27/22 | Frost | Conferrals re clients/Sangye re CMS [.3]; email Grosko re same [.1]; client status/strategy call [1]; review Grosko response, edit doc, return [.1]; review Grosko email, form fix, TC Grosko [.1]; email Grosko re amendment [.1]; confer Sangye re filing, e-file [.1]; email Chesney re document [.1]; review Joslin email, respond re text re standing declaration, testimony [.3]; confer Amber, email Miller re expert testimony [.3] | 850.00 | 2.50 | | 2,125.00 |
| 10/28/22 | Frost | Research caselaw admission/weight expert testimony ESA cases; read Benson Ridge order re same, notes [1.3]; confer potential expert, scope/subject, timing [.8]; confer clients re same, costs [.3] | 850.00 | 2.40 | | 2,040.00 |
| 11/1/22 | Frost | Read ECF amended CMS [.1]; confer Sangye scope of jeopardy determination, potential responses [.3]; work up draft of temperature reply [1.6]; TC Wheeler re meeting [.1]; TC expert re meeting, jeopardy determination [.1]; arrange travel [.3] | 850.00 | 2.50 | | 2,125.00 |
| 11/2/22 | Frost | TC Amber re expert/relief declarant, background, expertise; standing declarants, backgrounds, status of draft declarations; visit [.7]; complete review temperature reply, forward to Webb for review [.9]; confer Sangye CMS tomorrow [.1] | 850.00 | 1.70 | | 1,445.00 |
| 11/3/22 | Frost | Call in, wait for, participate in CMC [.5]; TC Sangye re same, next steps [.3] | 850.00 | 0.80 | | 680.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 11/4/22 | Frost | Read/respond Webb re temperature reply [.1]; email Webb re historic flows/temps [.1]; read draft ITS argument, re component (1.2), research and read cases, begin re-cast and focus, writing up component [1.7]; read/respond Jamieson re film [.1]; email Sangye re Zoom link [.1]; weekly client status call, go over CMS and hearing yesterday [.5] | 850.00 | 3.80 | 0.10 | 3,145.00 |
| 11/7/22 | Frost | Read ECF CMS minute order, confer Sangye re initial disclosures, email DOJ re understanding of deadline [.2]; TC Webb re review of temp reply, visit [.3]; review/respond expert re visit [.1] | 850.00 | 0.60 | | 510.00 |
| 11/8/22 | Frost | Confirm Mon Nov 11 SC meeting [.1]; TC Webb re hatchery proportion adult returns, listing, argument, NMFS assertion [.5]; Recovery Plan pp. ES-5 to 5-6 review [1.6]; TC Bishop re use of experts [.3] TC Webb re status of his review temp reply [.2]; email Mangels meeting [.1]; read cases, thorough edit ITS argument [2.4] | 850.00 | 5.20 | | 4,420.00 |
| 11/9/22 | Frost | Review/respond client re standing dec, review [.1]; review/respond Wheeler re meeting tomorrow [.1]; travel EUG to ARC [5] | 850.00 | 5.20 | 2.50 | 2,295.00 |
| 11/10/22 | Frost | Prep for and Arcata meeting Tucker re tribal concerns, strategy [2.3];  review Recovery Plan and edit argument sections [2.4]; meeting Arcata relief expert, follow up queries [1.3]; meeting client Wheeler re strategy, claims, standing decs, AR review [1.1] | 850.00 | 7.10 | 3.60 | 2,975.00 |
| 11/11/22 | Frost | Travel ARC to Davis [5]  meeting potential expert [1.1] | 850.00 | 6.10 | 2.50 | 3,060.00 |
| 11/14/22 | Frost | Review/respond Groske re IDs [.1]; review notes, meeting clients [1.5]; review their documents [.8]; travel SHS to EUG [3.5]; listen to Groske VM re CMS [.1] | 850.00 | 6.00 | 1.75 | 3,612.50 |
| 11/15/22 | Frost | Billing trip [.5] | 850.00 | 0.50 | 0.50 | - |
| 11/16/22 | Frost | Meeting Sangye re claims, development, record, CMS, strategy [1.1]; review/edit media piece, email clients re same and SAC Bee [.3]; confer Joslin re standing dec [.2]; work up SHA challenge, email attorneys in Sheehan re BiOp ITS [1.9] | 850.00 | 3.50 | | 2,975.00 |
| 11/17/22 | Frost | Read Grosky proposed motion/order, compare joint CMS, confer Sangye re proposal, confer with clients, respond Groske [.4]; read Amber email re media edits, Norris dec, respond same [.3]; read Norris changes, save [.2]; read ECF, note mispelling in proposed order [.1]; work on SHA/ESA argument [1.7] | 850.00 | 2.70 | | 2,295.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 11/21/22 | Frost | Confer Sangye action area argument, physical effects, mesh w no jeopardy challenge [.6]; read/review similar CA CEQA case [.4]; confer Sangye his review ITS argument, project completion standard, use [.3] | 850.00 | 1.30 | | 1,105.00 |
| 11/22/22 | Frost | Confer Sangye re his review of draft claims, esp environmental baseline; need to amend pleadings; next steps [.4] | 850.00 | 0.40 | | 340.00 |
| 11/26/22 | Frost | Complete review Karuk settlement [.4] email Kane re WDRs [.1] | 850.00 | 0.50 | 0.10 | 340.00 |
| 11/28/22 | Frost | Confer client re McBain contact, background, accessibility [.4]; review client email, TC Sangye re call, substance, availability [.3]; email McBain Zoom link [.1]; review client draft relief request; research NMFS requirement to determine legality of covered activities; read EA response re same; read NMFS handbook guidance re same; TC Sangye re same, need for client conferral re relief components [2.2] | 850.00 | 3.00 | | 2,550.00 |
| 11/30/22 | Frost | Confer Sangye re track/change amended complaint [.1]; devise agenda tomorrow status call [.2] | 850.00 | 0.30 | | 255.00 |
| 12/1/22 | Frost | Read Genshaw draft standing dec, track/change comments, return [.7]; review Joslin draft standing dec, track/change comments, return [.8]; client status conf call [.9]; review Sangye edits latest draft, research notes, track/change acceptance, further edits [1.3] | 850.00 | 3.70 | | 3,145.00 |
| 12/6/22 | Frost | Confer Chesney screw trap data, action area, rearing habitat [.5]; email Sangye proposed DOJ email [.1]; review response [.1] | 850.00 | 0.70 | | 595.00 |
| 12/7/22 | Frost | Read client emails re conflicts, cancel, re-schedule tomorrow's status call [.1]; email DOJ re amending complaint [.1]; confirm Sangye meeting temps tomorrow [.1] | 850.00 | 0.30 | | 255.00 |
| 12/8/22 | Frost | Meeting Sangye temp argument, documents, AR, strategy [.7]; work up complaint amendments [3.4]; review/respond Webb re monitoring stations [.3]; confer Webb re TMDL meeting, follow-up [.3]; read/respond Kane re Montague WDR call next week [.1] | 850.00 | 4.80 | | 4,080.00 |
| 12/9/22 | Frost | Emails Webb amended pleading [.2]; read gages chart, query re data [.3]; confer Sangye DOJ non-response [.1] | 850.00 | 0.60 | | 510.00 |
| 12/15/22 | Frost | TC Sangye re core habitat, amendment, status call [.3] read emails re call, next steps [.2] | 850.00 | 0.50 | | 425.00 |
| 1/3/23 | Frost | Confer Sangye re media google doc [.1]; review same, forward Sweeney/Harrison for review, call Thursday [.1]; review Joslin first draft standing dec, track/change proposed edits, queries, return [.9]; review Gensaw first draft standing dec, track/changes proposed edits, forward McGinnis formatting [.8] | 865.00 | 1.90 | | 1,643.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 1/4/23 | Frost | Read Webb response St John retirement, PRA [.2]; forward clients' edited media link w cover to Sweeney for review, participation Thurs status call [.3]; confer Sangye re DOJ and amending complaint, project file vs AR [.3]; read Grosko email re amendment [.1]; read Recovery Plan pp. 5-6 to R1-70 [1.2] | 865.00 | 2.10 | | 1,816.50 |
| 1/6/23 | Frost | Read ECF filing of AR, download, TC Sangye re same and search function, combination [.3]; read Wheeler email to clients re AR [.1]; format open SJ brief [.3] | 865.00 | 0.70 | 0.30 | 346.00 |
| 1/7/23 | Frost | TC Sangye re AR, omnibus search, bates stamps, identifying docs, organization, tasks [.4]; TC Sangye relief, declarant[s] [.3]; TC Sangye re amending complaint by Jan 16, prospect adding claims [.2] | 865.00 | 0.90 | | 778.50 |
| 1/9/23 | Frost | Read Joslin query re HVR [.1]; read Webb response [.1]; read/edit media piece [.1]; read Sweeney response same [.1];  confer Sangye AR contents, organization, search mechanism; read his email re same and included documents [.4]; respond re full cites and searchability for docs cited in docs [.2]; TC Wheeler re AR review, client involvement, roll out [.4]; email all clients re update on standing decs, AR compilation and review, next steps towards opening brieg [.3]; respond Grosko re not opposing vs consenting to amending complaint, confer Sangye re same [.2] | 865.00 | 2.10 | | 1,816.50 |
| 1/10/23 | Frost | Read Sangye email, forward updated AR link to clients [.1]; read Webb email, explain AR and omitted communications, grounds [.4]; review draft of background section, edits [1.3]; email Sangye re document and AR; read response [.1]; TC Sangye conversion docs to AR cites [.1]; review/edit argument sections [1.9]; read Grosko email re amending complaint, respond [.1] | 865.00 | 3.90 | | 3,373.50 |
| 1/11/23 | Frost | Read Sangye conferral Webb re AR and excluded docs, confer Sangye re same [.3]; read/respond Webb re regional board response re Montague [.2]; read draft arguments, edit, email clients re support for a cite, confer re case citations [2.4] | 865.00 | 2.90 | | 2,508.50 |
| 1/12/23 | Frost | Consider/confer Sangye re agenda for counsel/client status call [.3]; conference call [.8]; review last proposed amended complaint, consider any missing specificity, TC Sangye re same and claim, email Grosko re filing [.6]; e-file [.1]; respond Amber re Gensaw availability and edits [.1]; TC Chesney re prospective dec, substance [.6] | 865.00 | 2.50 | 0.10 | 2,076.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 1/14/23 | Frost | Read/respond Webb re Montague reporting data, TMDL compliance [.3]; read/respond Kane re PRA re data, daily averages, CWA monitoring compliance [.3] | 865.00 | 0.60 | 0.60 | - |
| 1/17/23 | Frost | Read AR formatting, index, compare two, confer Sangye re same and missing last bates stamp numbers, citation form, DOJ and court rectifications [.6]; proof/add cites to memo from full cite form [.9] read/respond Webb, Kane re Montague WDRs, temps [.4]; add edits ESA background section [.9] | 865.00 | 2.80 | | 2,422.00 |
| 1/19/23 | Frost | Confer Joslin re standing dec [.2]; email Amber re Gensaw dec [.1]; TC Webb re relief dec, adult counts/escapement; temp and flow data 2021; irreparable harm [.8]; TC Sangye re Big Springs AR cite, USEPA doc [.2]; TC Webb re Montague WDRs and reporting, research state cause of action [2.8]; brief writing temps [1.8] | 865.00 | 5.90 | | 5,103.50 |
| 1/24/23 | Frost | Review draft brief to date, edits [1.4]; TC Webb re irrigation return flows, spring diversions, his review draft brief [.4]; forward same w notes on emphases [.2] | 865.00 | 2.00 | | 1,730.00 |
| 1/25/23 | Frost | Review AR, confer Sangye re docs [.3]; research Ninth Cir and DCT cases re completing or supplementing AR, and how judicial notice plays in [1.9]; draft email to DOJ for Sangye review re same [.2]; review his response [.1]; VM Sangye difference between completing and supplementing [.1] TC Webb re temperature docs, his review draft brief, DOJ's redactions in AR, legal challenges [.9]; email Sangye again re complete v supplement AR [.1] | 865.00 | 3.60 | | 3,114.00 |
| 1/26/23 | Frost | Read AR complete/supplement cases, notes re AR citations/referrals/discussions; TC Sangye re same and strategy [2.8]; TC Sangye re final draft email, note review, email DOJ [.2]; review Webb Excel temp data, query; read respond Webb re admissions in EA comment responses, read respond Webb re RCD data and reports [.7] | 865.00 | 3.70 | | 3,200.50 |
| 1/31/23 | Frost | Text and numeric searching effects on coho of flood irrigation and tailwater return flows [1.8]; respond client re AR search and refining [.2]; confer Sangye re Montague habitat blockage, conflicting data in AR [.3]; read/respond client re AR search query [.1] | 865.00 | 2.40 | | 2,076.00 |
| 2/1/23 | Frost | Confer Sangye re next steps re prosecuting case, response to DOJ re AR, what is in AR [.4]; confer Sangye re brief, his input [.3]; TC Webb re monitoring stations, temp data relief [.5] | 865.00 | 1.20 | | 1,038.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 2/2/23 | Frost | Complete review Recovery Plan, research Greenhorn dam, edits to brief based on plan [1.9]; status call Sangye, clients [.8]; read 2016 Status Review, notes and edits to brief [.9]; TC Sangye re point source discharge claim [.2]; edit draft email to Groske re AR, forward to Sangye [.1] | 865.00 | 3.90 | | 3,373.50 |
| 2/3/23 | Frost | Review Sangye response re AR email [.1]; edit/email Groske [.1]; read expert response [.1] | 865.00 | 0.30 | | 259.50 |
| 2/6/23 | Frost | Read Joslin email re temp triggers, re Montague site agreement, email Joslin re trigger [.6]; read Flow Management Strategy, notes [1.8]; TC expert re same and BiOp [.8]; confer Sangye re status his review/edits draft brief, arguments [.2] | 865.00 | 3.40 | | 2,941.00 |
| 2/7/23 | Frost | Read Appalachian Valley case, edits to brief [1.1]; confer Webb re record and fact cites, add [.3]; confer Sangye re his draft of brief components [.3] | 865.00 | 1.70 | | 1,470.50 |
| 2/8/23 | Frost | Meeting Jillian re relief and proof [.9]; read Webb emails, incorporate facts/arguments re coho distribution and intrinsic potential [.7]; read Webb email re comments, check Zip file, TC Sangye re same and Friday deadline for any motion, search AR for same [.6]; email Groske re response to supplementing AR with proffered docs [.1] | 865.00 | 2.30 | 0.90 | 1,211.00 |
| 2/9/23 | Frost | Status call clients, Sangye re review draft brief, standing and relief declarations, relief components [1]; confer Sangye re same [.3]; best available science research and additions [.7]; TC Chesney re relief, contents declaration [.4] | 865.00 | 2.40 | | 2,076.00 |
| 2/10/23 | Frost | Research statutory, regulatory, policy, BiOp monitoring duties, notes [1.1]; TC Webb re same, Karuk comments [.2]; prepare for Sangye strategy/complete work meeting [.4]; meeting Sangye re same, tasks, substance of claims, calendar [.5] | 865.00 | 1.80 | | 1,557.00 |
| 2/14/23 | Frost | TC Sangye re status of brief, today's strategy and needs [.3]; Read Flow Management Strategy, notes, edits to brief [2.8]; TCs/emails Webb re map, contours, presentation [.1] | 865.00 | 3.20 | | 2,768.00 |
| 2/15/23 | Frost | TC Sangye status of net conservation benefit, substance of site plan agreements, focus on mandatory actions [.7] read Webb email re map [.1]; read/respond Joslin re call status call tomorrow, canal lining funding [.3]; TC Sangye re monitoring requirements under CFR, no jeopardy finding [.3]; research/write monitoring argument [1.8] | 865.00 | 3.20 | | 2,768.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 2/17/23 | Frost | TC Sangye re status of his edits to brief, AR complete issue [.3] TC Webb re coho distribution, maps, state. diversion records, CA watermaster records, brief review [1]; receive Sangye edited version, review AR cites/accept via track changes, forward to Hawley [.7]; TC Sangye re ITS population argument; drafting no jeopardy, NEPA arguments [.4]; review Chesney email and bio materials, respond substantive part of relief dec [.4]; review Sweeney email re media [.1]; NEPA FONSI research and argument drafts [1.7]; email standing decs to McGinnis for format changes [.1] | 865.00 | 4.70 | 0.10 | 3,979.00 |
| 2/19/23 | Frost | Edit brief to date, comments, forward to Sangye [.8]; FONSI record research and argument drafts [1.9]; review Webb email CA state reporting [.1] | 865.00 | 2.80 | | 2,422.00 |
| 2/21/23 | Frost | Review/respond Chesney re dec [.3]; review McGinnis re format standing decs, responses [.2]; calendar edits Joslin dec [.1]; research FONSI challenge flows, draft [1.2]; confer Sangye status of his review brief, no jeopardy argument, timing [.4]; read Webb email non Covered Area irrigated lands, read record, edit arguments [.9] | 865.00 | 3.10 | | 2,681.50 |
| 2/22/23 | Frost | Status conference Sangye re remaining work; discuss NEPA draft, relief components, Joslin dec, relief decs, divide tasks [.9]; respond McGinnis re draft brief [.1]; read FWS Fed Reg proposed SHA regulations, confer Sangye same [.7]; read Sinkiyone case, recast portions of env baseline arg [1.2]; confer Webb re state water reporting [.2]; review/finalize map suggestions [.1] | 865.00 | 3.20 | | 2,768.00 |
| 2/23/23 | Frost | Conferral Sangye SHA section, overhaul and restructure, edits [1.7]; Confer Webb re brief, enter some edits, check others [.7]; confer Chesney re brief, corroborate record cites, enter edits [.6]; respond Thayer re edits and next steps [.2]; overall read, finalize for tomorrow [.9]; check email, respond Grosko re AR addition [.1]; confer Webb re map, changes, dec re sources [.2]; confer Amber re final standing decs [.2]; confer Sangye re Joslin dec, changes [.2]; read Wheeler proposed changes/questions/edits, incorporate [.3] | 865.00 | 5.10 | | 4,411.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 2/24/23 | Frost | Read updated draft SHA arguments, check legal citations, read case, edit [1.6]; TC Groske re supplementing AR [.1]; read/respond Groske re same [.1]; print out edits/questions brief as whole [1.7]; TC Webb re canal mileage, cites [.1]; confer Sangye re status of brief, today's tasks [.3]; consider relief, find cases, confer Sangye re approach, TC Bishop re same, finalize [.4]; confer McGinnis tables [.2]; read version, create Word documents [.8]; read final draft Joslin dec, propose edits, confer Joslin re changes, finalize [.7]; proof final [.9]; confer Sangye signing [.1] | 865.00 | 7.70 | 1.00 | 5,795.50 |
| 2/28/23 | Frost | Check court rules, Thompson standing order re courtesy copies [.1]; confer Sangye re government response, timing of supplemental AR [.2] | 865.00 | 0.30 | | 259.50 |
| 3/2/23 | Frost | Read Sangye email cancel status call [.1]; read clients' responses [.1] | 865.00 | 0.20 | | 173.00 |
| 3/4/23 | Frost | Review Groske email re supplemental AR docs, respond re timing [.1] | 865.00 | 0.10 | | 86.50 |
| 3/6/23 | Frost | Confer Sangye re relief, AR supplementation, client status call Thurs [.3] | 865.00 | 0.30 | | 259.50 |
| 3/9/23 | Frost | Confer experts re brief [.3]; client status call [.8]; receive, load, post supplemental AR [.1]; review full comments, notes [1.6]; confer Sangye re same [.2] | 865.00 | 3.00 | | 2,595.00 |
| 3/10/23 | Frost | Read/respond Sangye re supp AR and docs [.1]; read Can Fisheries Journal study CA returning spawners and age distribution, notes re relief [.6]; confer client re regional board appointment, any ethical conflicts re case role as declarant, member [.4] | 865.00 | 1.10 | | 951.50 |
| 3/16/23 | Frost | Read Grosko email re changes to briefing schedule, forward to client for conferral [.1] | 865.00 | 0.10 | | 86.50 |
| 3/19/23 | Frost | Confer client, respond DOJ re changes to briefing schedule [.1] | 865.00 | 0.10 | | 86.50 |
| 3/22/23 | Frost | Email Grosko re response to new hearing proposal [.1]; read Grosko email response [.1] | 865.00 | 0.20 | | 173.00 |
| 3/23/23 | Frost | Read clients' emails re call [.1]; read Amber email re FOSR nomination [.1]; read Eighth Circuit, Seventh Circuit cases re scope of take provision [1.1]; read Grosko email, check court and personal calendars, confer Sangye re shortening time, email courtroom deputy re "re-noticing," email Grosko propose hearing July 11 [.6]; VM Sangye re calendar [.1] | 865.00 | 2.00 | | 1,730.00 |
| 3/24/23 | Frost | Read Sablefish ITP order [.2]; check ECF parties' briefing on vacatur/relief, read docs [.5] | 865.00 | 0.70 | | 605.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 3/25/23 | Frost | Review entries court docket, calendar, prepare draft stip re hearing date, forward to Sangye for review [.4]; review proposed edits, incorporate, email to Grosko [.1]; email clients changes briefing schedule, proposed change hearing [.1]; review EPIC response [.1]; read Webb response, respond re number of attorneys [.1] | 865.00 | 0.80 | | 692.00 |
| 3/30/23 | Frost | Email Kane re status of federal briefing, query re Montague waiver [.1]; calendar research tasks [.3] | 865.00 | 0.40 | 0.30 | 86.50 |
| 4/3/23 | Frost | Read Karrigan email, contemplate [.2]; consider CA state water data claim [.3]; consider vacatur vs injunctive relief, decs [.3] | 865.00 | 0.80 | | 692.00 |
| 4/5/23 | Frost | Research framework opposition to vacatur, cases, burdens [1.3]; TC Kimbrell Center for Food Safety re same [.2]; VM Eubanks re same and take case [.1]; TC Sangye re same, documentary/declarations in support [.3] | 865.00 | 1.90 | | 1,643.50 |
| 4/7/23 | Frost | Read Eubanks email, DC Colo ITP case re differences ITPs and ESPs, relief, notes [.9]; review calendar next steps, calendar week Apr 10 [.1] | 865.00 | 1.00 | | 865.00 |
| 4/10/23 | Frost | Research cases re binding nature/enforceability of SH policy [1.4]; read FWS 2/9/23 proposed revision SH regulations, notes [.7] | 865.00 | 2.10 | | 1,816.50 |
| 4/12/23 | Frost | Read all supplemental written comments, notes [2.6]; email Webb re confirm accuracy of his comments [.1]; confer Kane, research re CA state water law re reporting/data [1.1]; confer Sangye re DOJ hearing date changes, factors [.1] | 865.00 | 3.90 | | 3,373.50 |
| 4/14/23 | Frost | Read Webb response draft dec map prep [.1] | 865.00 | 0.10 | | 86.50 |
| 4/17/23 | Frost | Confer Webb re outmigrant, return data, AR; government brief [.3]; review Webb draft dec re map prep basis, email response [.2] | 865.00 | 0.50 | | 432.50 |
| 4/21/23 | Frost | Read Ninth DCT cases re policies, rules, enforceability, standards [1.9] | 865.00 | 1.90 | | 1,643.50 |
| 4/26/23 | Frost | Reread DOJ SHA argument, frame and research possible avenues to response [2.8]; conferrals Sanyge re same [.3]; research NRDC EPA, River Runners, other cases [1] | 865.00 | 4.10 | | 3,546.50 |
| 4/28/23 | Frost | Read/research/prepare response 2017/2021 BiOps and take as to Montague [2.9]; VM Sangye coordination [.1] | 865.00 | 3.00 | | 2,595.00 |
| 5/1/23 | Frost | TC Sangye re status of research, Scalia concurrence re interpretive rules, independent tasks [.4]; TC Webb re two research tasks, timing [.3]; research AR, edit memo [1.4] | 865.00 | 2.10 | | 1,816.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 5/2/23 | Frost | Read NRDC v. EPA re interpretive rules, consider underlying docs, email Sangye re same [.9]; confer Sangye re issue and his reading different Ninth Cir case re rules/policies/enforceability [.4]; review AR and specific cites, edit/refine action area argument [1.9], email Webb for review [.1]; read/respond Webb email re Grenada diversion, data points, check AR, email back query [.4] | 865.00 | 3.80 | | 3,287.00 |
| 5/5/23 | Frost | TC Sangye re enforceability argument, his review my second pivot response, timing [.4]; read Webb note re GID diversion, cfs figures, record problems [.2]; edit action area [.2]; read EPA/NRDC briefs re enforceability, email Kimbrell re same [.5] | 865.00 | 1.30 | | 1,124.50 |
| 5/8/23 | Frost | Read Ninth, DCT, other federal appellate cases re relative probative weight peer-reviewed studies, edit temp brief argument re same [1.9]; read whole of 2008 CDFW WQ report to respond to NMFS's dated data point, edit argument re same [1.7]; TC Chesney re same, forward AR excerpts [.4]; read/respond Sangye email re rules interp write up, review tomorrow [.1] | 865.00 | 4.10 | | 3,546.50 |
| 5/9/23 | Frost | TC Chesney re 2008 documents, smolt to adult survival ratios, brood year productivity, record search [.8]; read Chesney text re same and chart, query origin, numbers [.2]; TC Sangye re argument date [.1]; research edit substantive/interpretive rules and enforceability [1.9] | 865.00 | 3.00 | | 2,595.00 |
| 5/10/23 | Frost | Emails Sangye coordination claims prep [.1]; complete draft leg rule/enforceability arguments [1.7]; begin draft violated Policy [1.4] TCs Bishop/McMillan re oral argument [.2] | 865.00 | 3.40 | | 2,941.00 |
| 5/11/23 | Frost | Meeting Sangye status of arguments, standing, additional declarant, relief research [.5]; email Sangye Chesney materials [.1]; conference call clients re case, some arguments, evidentiary needs [.5] | 865.00 | 1.10 | | 951.50 |
| 5/12/23 | Frost | Read CDFW Cal Coho Recovery Strategy AR 23037-23124 , notes [1]; edit action area, check cites re tailwater, correct [.4]; continue SHA violated argument [1]; TC Sangye re SHA enforceability argument [.3]; emails Webb re AR cite checking/proof [.3] | 865.00 | 3.00 | | 2,595.00 |
| 5/14/23 | Frost | Strategize week work assignments [.3]; research and complete draft response to SHA policy complied with [2.6] | 865.00 | 2.90 | | 2,508.50 |
| 5/15/23 | Frost | TC Chesney re outmigrant data, temps, Karuk comments, response re juvenile rearing [.4]; search/read AR cites re same [1.3]; meeting Sangye his prep standing response, Chesney dec, SHA enforceability, timing [.3] | 865.00 | 2.00 | | 1,730.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 5/16/23 | Frost | Read NMFS ITS argument, notes [.3]; read AR 1123-64 & 711-808, notes [1.9]; draft response argument [1.9]; confer Sangye status jurisdiction response [.2] | 865.00 | 4.30 | | 3,719.50 |
| 5/17/23 | Frost | Read AR cites and case research, complete final first draft ITS section, forward to Sangye for review, critique, edits [2.4]; read Sangye first draft standing response, read Ninth Circuit cases cited (and others), edit (shorten), return Sangye further review and answer queries [1.7]; draft 18C temperature efficacy response [.9]; confer Bishop no argument re vacatur, cases, forward [.3] | 865.00 | 5.30 | | 4,584.50 |
| 5/18/23 | Frost | First read NMFS's NEPA arguments, initial case research re LaFlamme, significance, benefit/degradation [1.7] | 865.00 | 1.70 | | 1,470.50 |
| 5/19/23 | Frost | Confer Eubanks re agency discretion when issuing permits, research write final draft SHA violated piece, to Sangye [2.6]; confer Sangye today's work/production schedule [.1], review/forward to Sangye final draft action area argument [.3]; read client emails re docs commented upon, links, agency fix to docs [.2]; confer Sangye and review second draft standing argument, edit and finalize [1.2] | 865.00 | 4.40 | | 3,806.00 |
| 5/20/23 | Frost | Research and draft components of environmental baseline argument [1.3]; TC Sangye re same [.3]; email final drafts action area and temperatures to Sangye for review, covering queries re record and research needed [.3]; review and again edit SHP enforceability argument [1.1] | 865.00 | 4.00 | | 3,460.00 |
| 5/21/23 | Frost | Review/edits SHP enforceability piece, reframe Friends DCT treatment [.5]; email Sangye gameplan for next four days, allotted tasks [.2]; research/compose first draft monitoring argument [1]; email draft to date to Wheeler [.1] | 865.00 | 1.80 | | 1,557.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 5/24/23 | Frost | Research and draft three of four NEPA arguments, multiple conferrals w Sangye, researching EA/AR [2.6]; confer Webb re his recommended edits to brief, emphases [.4]; review/input some of his changes [.3]; confer Joslin re brief [.1]; confer Chesney re brief and temps response, other issues [.2]; read full draft brief, round of edits, note research needs [.7]; read Amber proposed edits, incorporate [.2]; confer Sangye re latest iteration, his edits, recommended removal footnotes, Skidmore argument, Handbook differences, deference to both, changes [.4]; research and draft fourth NEPA argument re EA [.6]; third, fourth, fifth edits to brief, review/respond clients' input re iterations, multiple conferrals Sange, finalize for tables [1]; TC Sange re proposed order, forward [.1]; respond client re filing tonight [.1]; TC Sangye re status of filing [.1] | 865.00 | 6.80 | | 5,882.00 |
| 5/25/23 | Frost | Check ECF, text/TC Sangye re brief [.1]; email Grosko/Hannah re motion re day late, prepare [.1]; confer Sangye re filing [.1] | 865.00 | 0.30 | 0.30 | - |
| 5/26/23 | Frost | TC Sangye re no court order re extension [.1] | 865.00 | 0.10 | | 86.50 |
| 5/30/23 | Frost | Read emails between courtroom deputy and Sangye [.1], confer Sangye re same [.1] | 865.00 | 0.20 | | 173.00 |
| 6/1/23 | Frost | Conference/status call clients, co-counsel [.4] | 865.00 | 0.40 | | 346.00 |
| 6/4/23 | Frost | Reread Home Builders and NW Ecosystem Ninth Cir cases, outline/draft text for SHP origin, statutory authority, force and effect [2.6] | 865.00 | 2.60 | | 2,249.00 |
| 6/5/23 | Frost | Read CBD v Haaland re ESA recovery plans and reviewable final agency actions, notes [.7]; read handbook provisions, check w Sangye re errors, confer re errata, draft, e-file [.7]; ensure Ecology Center cite, read Lands Council re same soil standard [.4]; reread NRDC v. EPA, login parties' appellate briefs re any assertion binding/no force effect of Cancer Guidelines [.5] | 865.00 | 2.30 | | 1,989.50 |
| 6/6/23 | Frost | Read/respond Cal Cares re media call [.1] | 865.00 | 0.10 | 0.10 | - |
| 6/7/23 | Frost | Oral arg prep re SHP enforceability; jurisdiction [1.9] | 865.00 | 1.90 | | 1,643.50 |
| 6/9/23 | Frost | Email Kloepper re Firedoll and oral arg [.1] | 865.00 | 0.10 | 0.10 | - |
| 6/9/23 | Frost | Read Upper Green River ESA BiOp/ITS Tenth Cir, consider re supplemental authority [.4] | 865.00 | 0.40 | | 346.00 |
| 6/24/23 | Frost | TC Wheeler standing declarants, body of evidence, pronunciations [.2]; multiple conferrals Sangye; research and prepare responses/outline of jurisdictional issues for oral argument [4.9] | 865.00 | 5.10 | | 4,411.50 |
| 6/25/23 | Frost | Travel EUG to SFO [3.5] | 865.00 | 3.50 | 1.75 | 1,513.75 |
| 6/26/23 | Frost | Oral argument prep courthouse attorney lounge [5.9] | 865.00 | 5.90 | | 5,103.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 6/27/23 | Frost | TC Bishop re hearing [.1]; to Hastings, document prep [.5]; oral arg prep at courthouse [3.7]; hearing [1.5]; email clients re hearing update [.2]; SFO to EUG [3] | 865.00 | 10.30 | 2.00 | 7,179.50 |
| 7/1/23 | Frost | Billing for trip [.3] | 865.00 | 0.30 | 0.30 | - |
| 7/3/23 | Frost | TC Hawley re hearing, lateness, firm review [.2]; read Ninth Cir BMBP case re NEPA challenge to FONSI, confer Sangye re any 28j letter [.5] | 865.00 | 0.70 | 0.30 | 346.00 |
| 7/11/23 | Frost | Read ECF court order and judgment [.4]; read FRCP calendar Rule 59 and appeal deadlines [.1]; TC Sangye re initial read [.4]; TC Wheeler re same [.1]; TC Webb re same [.1]; TC Hawley re same and ESP permits [.3]; conferrals re media [.2]; arrange client call tomorrow [.1]; emails potential experts [.2]; confer tribal reps, TC same [.3] | 865.00 | 2.20 | 0.20 | 1,730.00 |
| 7/12/23 | Frost | TC Webb 2020-2022 adult return, outmigrants, temp/flow data within enrolled properties; claims and relief; Aug strategy meeting; client call today [.7]; read LR re 59(e) substance/timing [.1] | 865.00 | 0.80 | | 692.00 |
| 7/17/23 | Frost | Read Fruitgrowers remedy opinion/order, read parties' briefs in that case, read underlying cases, notes [1.3]; TC Webb re dropbox data, lack of specifics at downstream border, closest accurate data at A-12, scope of inquiry [.4]; read/respond Kane re call Wed [.1] | 865.00 | 1.80 | | 1,557.00 |
| 7/19/23 | Frost | Review WDR docs, Coastkeeper case re exhaustion, notes [.8]; TC Kane re Montague and WDRs [.6]; agenda tomorrow client call [.1]; read Webb emails re case result [.2] | 865.00 | 1.70 | 1.40 | 259.50 |
| 7/20/23 | Frost | Case research vacatur BiOp and internal ITS [1]; same re EA and evaluated (permitted) activities [1.1]; TC Sangye re position to take in opening motion, case results [.3]; prep for client status call [.1]; client status call, answer questions, informational/data needs, declaration [.9]; notes re same and next steps [.2] | 865.00 | 3.60 | | 3,114.00 |
| 7/21/23 | Frost | Re-read order, Ds' open/reply brief, table 19, subset six categories [.4]; TC Webb re same, identifying specific beneficial projects to exempt [.8]; research/edit text/framework 59(e) motion [1]; respond client re Karuk interest, any preclusion from settlement agreement [.3]; confer McBain re call next week, set [.1] | 865.00 | 2.60 | 0.10 | 2,162.50 |
| 7/24/23 | Frost | Read Scott email re low threat discharge permit, respond [.1]; read Chesney response CPSA [.1]; final edits State Water Board letter, email to clients for review [.3]; edits Chesney dec 59(e) [.5] | 865.00 | 1.00 | 0.30 | 605.50 |
| 7/25/23 | Frost | Read client response MWCD protest update circulation [.1] | 865.00 | 0.10 | 0.10 | - |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 7/26/23 | Frost | TC McBain re water issues, tribal work, next steps [.7]; confer Webb re same [.3]; proposed edits Chensey dec [.9]; review/respond Hunt re rescheduled call [.1]; TC Hunt re flows petition [.9] | 865.00 | 2.90 | 0.90 | 1,730.00 |
| 8/1/23 | Frost | Research/edit/work up 59(e) motion, to Wheeler for review [1.4]; multiple TCs, emails Webb re data, reports [.7]; finalized prospective draft Chesney dec [.9]; forward Webb/Chesney for review [.1]; review emails re flows, WDRs, propose email subjects/compartmentilization [.3]; confer Sangye re attorney client parameters, concerns [.2] | 865.00 | 3.60 | | 3,114.00 |
| 8/3/23 | Frost | Confer Chesney re dec changes, Parks Creek inclusion, whether permits/funding needed for projects [.7]; status call clients re 59(e) motion, strategy meeting re appeal and remand tasks [.8]; draft invitees and agenda [.4]; respond Tucker re Karuk attendance [.1]; TC Bishop re his read 59(e) [.1]; TC Hawley re his read tomorrow [.1] | 865.00 | 2.20 | | 1,903.00 |
| 8/4/23 | Frost | Read/incorporate Webb comments motion and Chesney dec [.2]; read Hawley email re same [.1] | 865.00 | 0.30 | | 259.50 |
| 8/10/23 | Frost | Read Groske response joint extension motion, reply [.1]; counsel/client status call [.9] | 865.00 | 1.00 | | 865.00 |
| 8/14/23 | Frost | Read ECF order granting extension [.1] | 865.00 | 0.10 | | 86.50 |
| 8/29/23 | Frost | Read 2023 NMFS annual report, notes [.9]; read MWCD excel docs, notes [.8]; VM Webb re same [.1]; TC Webb re same; flows petition; NMFS appeal [.8] | 865.00 | 2.60 | | 2,249.00 |
| 9/14/23 | Frost | Confer Hawley re NMFS brief, response [.2]; confer Sangye re same, approach [.2]; research and draft opening components of reply [1.9]; forward NMFS materials to clients with explanation [.1] | 865.00 | 2.40 | | 2,076.00 |
| 9/21/23 | Frost | Read Helena Hunters, docket entries, edit 59(e) legal standard argument [1]; TC Sangye re client call today [.1]; review government papers [.2]; status call clients [.9] | 865.00 | 2.20 | | 1,903.00 |
| 9/26/23 | Frost | Read Simondet dec, notes, check AR and website re reps re Klamath project [1.4]; confer Chesney re representations, potential responses [.6]; research 59(e) preclusion argument and cases [.9]; read Webb response re Simondet dec, NMFS opposition [.3] | 865.00 | 3.20 | | 2,768.00 |
| 10/2/23 | Frost | Multiple client, declarant, attorney conferrals/reviews/edits to 59(e) motion and accompanying docs; finalize reply; [2.8]; e-file [.1] | 865.00 | 2.90 | 0.10 | 2,422.00 |
| 10/23/23 | Frost | Check court calendar, scheduling notes re hearing next week [.1] | 865.00 | 0.10 | | 86.50 |
| 10/30/23 | Frost | Prep for hearing tomorrow [1.1]; read ECF cancelling same [.1]; confer Sangye re same, email clients re same [.1] | 865.00 | 1.30 | | 1,124.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 11/15/23 | Frost | Email clients re no ruling on 59(e) motion cancel status call tomorrow re-schedule after Thanksgiving [.1] | 865.00 | 0.10 | | 86.50 |
| 11/30/23 | Frost | Review Wheeler email absent [.1]; status call clients [.5]; notes on call and prospective WDR case [.2] | 865.00 | 0.80 | | 692.00 |
| 12/7/23 | Frost | Review/respond client re no status call [.1]; read Ninth Cir opinion re BiOp remand, query Sangye re remand rule application [.3] | 865.00 | 0.40 | | 346.00 |
| 12/14/23 | Frost | Read clients' emails unavailability re status call today [.1]; read Wheeler email re state appellate SHA argument [.1]; respond query link [.1] | 865.00 | 0.30 | | 259.50 |
| 1/8/24 | Frost | Consider means of finessing ruling on 59(e) motion, review projects list, check web as to any development/funding requests, email clients re same and updates [.7] | 880.00 | 0.70 | | 616.00 |
| 1/12/24 | Frost | Confer Wheeler re state SHA oral argument [.2]; read Stokely post $2 million for Shasta projects, read requests, confer clients [.3] | 880.00 | 0.50 | 0.20 | 264.00 |
| 1/17/24 | Frost | Check NDCA website SHA oral arg, email Wheeler re same [.1]; read response [.1] | 880.00 | 0.20 | | 176.00 |
| 1/19/24 | Frost | Read Stokely post State Water Board drought report, CEQA analysis [.2] | 880.00 | 0.20 | 0.20 | - |
| 1/23/24 | Frost | Read 59(e) order, email clients re same, read responses [.5]; consider next steps [.4]; calendar appeal deadline [.1]; TC Hawley re Alsea Valley and rule [.3] | 880.00 | 1.30 | | 1,144.00 |
| 1/25/24 | Frost | Status call clients re court 59(e) order, joint status reports, contents and data; opportunities; possible appeal; next steps re flows [1]; consider same and remand rule [.4] | 880.00 | 1.40 | | 1,232.00 |
| 1/26/24 | Frost | Read Wheeler email, Cal state appellate court marten safe harbor ruling [.7] | 880.00 | 0.70 | 0.70 | - |
| 2/1/24 | Frost | Respond clients no call today [.1]; email clients Murphy link [.1]; confer donor re FOSR [.1] | 880.00 | 0.30 | 0.10 | 176.00 |
| 2/8/24 | Frost | Status conference call clients [.5] | 880.00 | 0.50 | | 440.00 |
| 2/12/24 | Frost | Check 59(e) order cases, read SCOTUS re same, calendar any appeal deadline [.2] | 880.00 | 0.20 | | 176.00 |
| 2/14/24 | Frost | Read Stokely email re $72 millon IRA funding, terms [.1]; email clients re status call postponed until next week [.1] | 880.00 | 0.20 | 0.10 | 88.00 |
| 2/21/24 | Frost | Review Webb, Joslin emails re TMDLs, state board response; set up Zoom call [.2]; Conf call Webb, Joslin re TMDL processes, WDRs, flow petition denial (meeting tomorrow), state SHA concurrences, appeal [1.3]; set up status call tomorrow [.1] | 880.00 | 1.60 | 1.60 | - |
| 2/22/24 | Frost | Read/respond Joslin re call today [.1]; respond Drevet re flow petition denial call [.1]; conference call state board, clients re denial of Shasta instream flow petition [1]; conf call clients re same, appeal, TMDLs, data for June progress report [.8] | 880.00 | 2.00 | 2.00 | - |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 2/23/24 | Frost | Conference call Drev/associate re flow petition denial, next steps [.8] | 880.00 | 0.80 | 0.80 | - |
| 3/3/24 | Frost | Read/respond Webb re cancel status call this Thurs reschedule re appeal next [.1] | 880.00 | 0.10 | 0.10 | |
| 3/19/24 | Frost | VM Peppin USDOJ [.1]; confer Sangye re prophylactic appeal, claims [.1] | 880.00 | 0.20 | 0.20 | |
| 3/21/24 | Frost | TC Chesney re CDFW curtailment fish presence, annual report [.2]; status call clients re appeal, updates [.5]; TC Sangye re notice of appeal [.1] | 880.00 | 0.80 | 0.80 | |
| 3/22/24 | Frost | Notice of appeal, forward to clients [.1] | 880.00 | 0.10 | 0.10 | - |
| 3/26/24 | Frost | Read ECF re appellate case file [.1]; read ECF re corrected linking [.1]; calendar mediation and brief dates [.1] | 880.00 | 0.30 | 0.30 | |
| 3/28/24 | Frost | Review/respond Webb re agenda status call today [.1]; TC Webb re legal tasks, appeal, curtailment order, July status report, data and next steps [.7] | 880.00 | 0.80 | 0.80 | - |
| 4/4/24 | Frost | Calendar mediation email due date [.1]; read ECF order re appellate jurisdiction, briefing [.1]; read ECF NMFS cross-appeal [.1]; email clients re same [.1]; read data on Klamath basin Chinook returns/projections [.3] | 880.00 | 0.70 | 0.70 | - |
| 4/5/24 | Frost | Read ECF re NMFS notice of appeal [.1] | 880.00 | 0.10 | 0.10 | - |
| 4/8/24 | Frost | Appellate mediation message [.1]; confer clients on same, cross-appeal, pending projects, data needs [.5]; read email responses [.1] | 880.00 | 0.70 | 0.70 | - |
| 4/9/24 | Frost | Read ECF USDOJ notice appearance [.1]; read ECF Ninth case management [.1] | 880.00 | 0.20 | 0.20 | |
| 4/11/24 | Frost | Read Karuk query re water rights protest and Dwinnell dam permit; read docs, respond same re April 22 [.7]; read article closure CA salmon season [.2]; confer Joslin re flushing flows, timing, bank remediation, regional board parameters [.4] | 880.00 | 1.30 | 1.30 | |
| 4/22/24 | Frost | Ninth Circuit mediation call [.5], read/respond expert re billing, call [.1]; read/respond Hutchison re brief [.1]; read client email, Cong Chavez letter [.1] | 880.00 | 0.80 | 0.80 | - |
| 4/23/24 | Frost | Email Mediation office re Apr 29 call [.1]; read response [.1]; read ECF notices [.1]; appeal research, new FWS SH regulation, read prior draft, seek Fed Reg comments [1.9] | 880.00 | 2.20 | 2.20 | |
| 4/24/24 | Frost | Check ECF, email mediator re opening brief due date [.1]; read State Board response Konrad MWCD protest, email clients re NPDES permit [.2]; email Konrad re VM and TC openings | 880.00 | 0.40 | 0.40 | |
| 4/25/24 | Frost | Review/respond mediator re opening brief deadline [.1]; read Webb response re MWCD protest reply [.1]; read Joslin response re same [.1] | 880.00 | 0.30 | 0.30 | |
| 4/26/24 | Frost | Prepare concise fact background; review AR sections [1.9] | 880.00 | 1.90 | 1.90 | |
| 4/29/24 | Frost | Read ECFs re new DOJ appellate attorney [.1] | 880.00 | 0.10 | 0.10 | - |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 4/30/24 | Frost | TCs Webb re State Board/regional board temp and discharge requirements, documents [.4]; notes re different discharges SH v NPDES permit, timing, monitoring [.7] | 880.00 | 1.10 | 1.10 | - |
| 5/1/24 | Frost | Read SWRCB rules re protests and responses, evidence; notes; TC Webb re same and available data [.5] | 880.00 | 0.50 | 0.50 | - |
| 5/2/24 | Frost | Conf call Joslin, Webb re SB protest response, extension, specifics [.9]; read SH AR for data, check Montague settlement terms, re-read temp papers [1.4] | 880.00 | 2.30 | 2.30 | - |
| 5/3/24 | Frost | Research temp/flow data from MWCD releases/Seldom Scene monitoring to respond State Board query [.1] | 880.00 | 0.10 | 0.10 | - |
| 5/16/24 | Frost | Appellate opening brief background section review, AR cites, edits, narrative [1.6]; read client email re NMFS staff changes, respond [.1] | 880.00 | 1.70 | 1.70 | - |
| 5/20/24 | Frost | Read/respond Ninth Cir mediator re call Thurs [.1] | 880.00 | 0.10 | 0.10 | - |
| 5/22/24 | Frost | Read/respond Saltiel re mediation call tomorrow [.1] | 880.00 | 0.10 | 0.10 | - |
| 5/23/24 | Frost | Confer Rue re filing, work up docs [.1]; confer Karli re remand rule issue and research [.2]; 9th mediation office call [.5]; confer Rain re opening brief, excerpts of record; email examples [.2] | 880.00 | 1.00 | 1.00 | - |
| 5/28/24 | Frost | Draft background sections opening brief [1.6]; email clients re status report, data needs call [.1]; email USDOJ re same and proposed stip re extension [.1] | 880.00 | 1.80 | 1.80 | - |
| 5/29/24 | Frost | Confer clients re call re joint status report [.1]; email Ninth Cir mediator re schedule/terms of any settlement [.1]; research and draft SHP enforceability argument [1.9]; read Grosko response re conferral on status report [.1] | 880.00 | 2.20 | 2.20 | - |
| 5/30/24 | Frost | Set up client Zoom call [.1]; confer Rain re excerpts, court orders, likely volumes, timing [.3]; Zoom call clients re joint status report, data collection, monitoring stations, Del Campo ranch exiting SH, sale of other ranch to TNC; Big Springs ranch management [1.2]; notes re same and next steps [.2] | 880.00 | 1.80 | 1.80 | - |
| 5/31/24 | Frost | Read Karli memo re remand rule [.2]; TC Karli re same, prongs [.1]; review/respond Rain ER and pagination [.1]; respond Ninth Cir mediator re status, opening brief deadline [.1] | 880.00 | 0.50 | 0.50 | - |
| 6/3/24 | Frost | Read Ninth Cir mediator email re response re settlement, release [.1]; read follow-up re USDOJ concurrence extension [.1] | 880.00 | 0.20 | 0.20 | - |
| 6/5/24 | Frost | Prepare NMFS permitting history, assumptions, DCT arguments and treatment [1.7]; confer Rain re ER, check Ninth Cir rules re form, edits [.4] | 880.00 | 2.10 | 2.10 | - |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 6/6/24 | Frost | Edits/cite checking/AR checking jurisdiction, issues, fact, proceedings sections opening brief [1.7]; edits SH argument [1.2]; read Grosko email re joint status report extension [.1]; read Yowell email re conferring re appeal [.1] | 880.00 | 3.10 | 3.10 | - |
| 6/8/24 | Frost | Review/respond Yowell re call [.1]; email clients expected draft [.1]; research agencies' general statutory authority to promulgate rules; read Bork article re same [1.9]; work up revisions of Friends case in contexts of both enforceability and applicability arguments [1.3]; edit SHP as applied argument one [.8] | 880.00 | 4.20 | 4.20 | - |
| 6/9/24 | Frost | VM Hawley re status of draft opening brief, review Tuesday [.1]; read Chesney dec, incorporate background changes [.3]; shorten/precise fact section, population data [.5]; edit enforceability arg [.7]; check record cites, edit second SHP infirmity [.8]; baseline argument [1.2]; check Grosko email, read LR, prepare joint status report stip and declaration, email [.6] | 880.00 | 4.20 | 4.20 | - |
| 6/10/24 | Frost | Research and edit third SHP argument re Section 10(a)(1)(A) [1.3]; meeting Rain re excerpts [.2]; TC Ninth Cir re same for website citations [.2]; TC Hawley re brief review [.1]; TC Wheeler re same [.1]; edit brief [1.9]; draft fourth SHP argument [.6] | 880.00 | 4.40 | 4.40 | - |
| 6/11/24 | Frost | Text edit entire draft brief to date, changes [.8]; email to Hawley for review w cover [.1]; email to clients for review dif cover [.1]; email to Wheeler for review dif cover [.1]; cover Rain re ER and AR, download [.2]; confer Karli re cite check all legal citations [.1]; TC Yowell USDOJ re cross-appeal, position on motion for judicial notice [.1]; confer Karli re same and professional conduct [.1] read rules, cases, compile motion, email to Yowell [1]; email Court's 4/2 order to Hawley [.1]; re DCT case, read Grosko email, edit stip re extension, file [.1]; review Wheeler recommended edits to draft opening brief, incorporate [.9]; TC Karli re cites, leg hist, fixes; incorporate [.3]; read clients' recommended changes to draft brief, check AR, incorporate [1.2]; read Hawley email his review, VM same, text same tomorrow [.1]; add standing dec testimony [1] | 880.00 | 7.00 | 7.00 | - |
| 6/12/24 | Frost | Conferrals Rain re ER [.6]; TC Ninth Cir clerk re same [.2], VM/TC Hawley re his edits, substantive changes [.3]; emails Karli re cite form and substantive issues [.3]; forward brief out to attys and Rain re issues [.1] | 880.00 | 1.50 | 1.50 | - |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 6/13/24 | Frost | Edits brief to date, Condor addition, DCT briefing addition [1]; email to Hawley, review response his review [.1]; read Yowell email, respond [.1]; edit motion judicial notice, prepare dec [.2]; TC Webb re NMFS annual SH report [.1]; confer Rue re AR excerpts in ER [.2]; TC Ninth Circuit clerk re same [.1]; multiple conferrals Rue, Uwaine re text and ER composition and edits [.9]; review draft ER citations, cross-reference AR for accuracy, input [2.4] | 880.00 | 4.00 | 4.00 | - |
| 6/14/24 | Frost | Print, check AR, check cases edit draft brief to date [.9]; read rules Addendum, prepare, travel Kinkos, PDF, paginate, TOC [1]; review tables to date, check cites, multiple edits, conferrals [.9]; piece together omnibus brief, edit, incorporate Karli edits [1.8]; TC Ninth Cir re addendum attached or detached [.1]; word count differences, rectify [.2], publish docs for filing [.3]; efiling [.2]; email to clients w cover [.1] | 880.00 | 5.50 | 5.50 | - |
| 7/9/24 | Frost | Read/respond Grosko re status call re status report [.1]; confer clients re information/data [.1]; appeal: read ECF paper copies filed [.1]; read ECF appellants extension, calendar [.1]; confer Rue re same [.1]; conf call Grosko et al re status report [.1]; email/TC clients re flow temp return data, read preliminary same [.3]; read Grosko email re NMFS annual report [.1]; read report, forward clients [.4] | 880.00 | 1.40 | 0.30 | 968.00 |
| 7/10/24 | Frost | Multiple calls client, web research, draft fish and flow temp addition to status report [.4]; track change edit to doc, forward to Grosko [.1] | 880.00 | 0.50 | | 440.00 |
| 7/17/24 | Frost | Read ECF notice appearance Kang [.1] | 880.00 | 0.10 | 0.10 | - |
| 8/14/24 | Frost | Confer Yowell re dismissing cross appeal [.1]; read ECF motion re same [.1] | 880.00 | 0.20 | 0.20 | - |
| 8/20/24 | Frost | Read ECF order granting motion dismiss cross-appeal; confirming date optional reply [.1] | 880.00 | 0.10 | 0.10 | - |
| 8/23/24 | Frost | Read ECF ND Cal dismissal cross appeal [.1] | 880.00 | 0.10 | 0.10 | - |
| 9/3/24 | Frost | TC Ninth re streamline brief request,  calendar [.1] | 880.00 | 0.10 | 0.10 | - |
| 9/24/24 | Frost | Read ECF court notice oral arg span SF [.1] | 880.00 | 0.10 | 0.10 | - |
| 10/3/24 | Frost | Read ECF 28j letter from NMFS and attachment [.2] | 880.00 | 0.20 | 0.20 | - |
| 10/9/24 | Frost | Read part of NMFS answering brief (thru pp 29), notes [.9]; email clients re permit position [.1], TC Wheeler re same [.3], TC Sangye re same, enforceability [.2]; consider options re DCT/influence on oral argument, TC Hawley re same [1.4]; conference call Drev Hunt, Cody Phillips re state board instream flows, ESA angles [.8] | 880.00 | 3.70 | 3.70 | - |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 10/10/24 | Frost | TC Bishop re NMFS answering brief concession, strategy [.3]; read CBD v. Bernhardt, red CBD v. BLM, respond Bishop re ROD and approval w/ court order specificity; research approaches [2.3] | 880.00 | 2.60 | 2.60 | - |
| 10/11/24 | Frost | Research district court/appellate court jurisdiction re 59e, 61, 62 [1.2] | 880.00 | 1.20 | 1.20 | - |
| 10/28/24 | Frost | Research Sierra Legacy case, headnotes, other Ninth and D.C. Circuit cases, all re remand rule and exceptions [2.7]; confer Karli re same [.2]; TC Kimbrell re possibilities [.2]; draft response args [.6] | 880.00 | 3.70 | 3.70 | - |
| 10/29/24 | Frost | Compile SSER docs from filed docs [.4]; complete draft reply argument summary, injury, factual corrections [1.3] | 880.00 | 1.70 | 1.70 | - |
| 10/30/24 | Frost | Reply brief: draft aggrieved response [.7]; read Electus Parrots, River Runner, draft components of enforceability response [1.8] | 880.00 | 2.50 | 2.50 | - |
| 10/31/24 | Frost | Meeting Rain SSER, forward docs, confer re rules and authentication [.4]; draft components enforceability [1.9]; proof and add cites existing brief to date [.6]; draft components violation [1.6] | 880.00 | 4.50 | 4.50 | - |
| 11/1/24 | Frost | Meeting Rain re SSER [.2]; forward docs [.1]; confer re same and EA, tables Monday [.1]; research/contact Tullos re Klamath salmon research [.3] | 880.00 | 0.70 | 0.70 | - |
| 11/4/24 | Frost | Draft remaining components of reply brief re enforceability and violation [2.6]; multiple record, case, and text edits [.8]; confer Rue re tables [.1]; review Rue email re cite form, record cites, correct [.2]; complete and e-file brief and SSER [.9] | 880.00 | 4.60 | 4.60 | - |
| 11/5/24 | Frost | TC Wheeler re Quartz Valley, Karuk, PCCFA views and representation [.5]; read ECF Ninth re filing [.1] | 880.00 | 0.60 | 0.60 | - |
| 11/7/24 | Frost | TC court clerk filed vs printed copy of reply [.1]; confer Karli re mistake [.1] | 880.00 | 0.20 | 0.20 | - |
| 11/14/24 | Frost | Read ECF received paper copies reply SSER [.1] | 880.00 | 0.10 | 0.10 | - |
| 11/18/24 | Frost | Read Konrad email re general meeting [.1]; read Phillips response, respond [.1]; calendar meetings [.1] | 880.00 | 0.30 | 0.30 | - |
| 11/25/24 | Frost | Read ECF calendar appellate oral argument [.1] | 880.00 | 0.10 | 0.10 | - |
| 12/1/24 | Frost | TC Wheeler re Dec strategy meeting, meeting w Karuk [.2] | 880.00 | 0.20 | 0.20 | - |
| 12/3/24 | Frost | Work through meeting/case/reg notes, compile initial issues list and needs [1]; read Grosko email re status report [.1] | 880.00 | 1.10 | 1.00 | 88.00 |
| 12/6/24 | Frost | Email Grosko re status of NMFS assessment of project completion [.1]; review Webb's edits task/issues sheet, incorporate, edits [.8] | 880.00 | 0.90 | 0.80 | 88.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 12/19/24 | Frost | Read Grosko email re proposed joint report, leave date; respond [.1]; email Webb, TC Webb re project status, fish returns/outmigrants, data for joint report [.5]; TC expert re historic conditions/numbers, databases [.3]; read July status report, cf Grosko draft, email Grosko re permit representation and appellate statements [.4]; email Webb queries re 2024 data and median temp/flow info [.2] | 880.00 | 1.50 | | 1,320.00 |
| 1/6/25 | Frost | Review documents, conference call clients, tribal staff re state water board meeting tomorrow, prep; minimum vs recovery flows; methodologies; hiring experts [2.1];  TC Bishop, research historic flows legal issues, TCs and emails Webb re same, monitoring sites criteria, and locations [1.2] | 895.00 | 3.30 | 3.30 | - |
| 1/8/25 | Frost | Review documents; TCs/conferrals Chesney/Webb historic flows mapping/locations [1.8]; TC Webb re locations, confidentiality [.3]; review final map, draft covering email [.2]; confer Fisher re experts, funding [.3]; VM McCarthy re Dwinnell alt [.1]; email Wright re same [.2] | 895.00 | 2.80 | 2.80 | - |
| 1/13/25 | Frost | Email Spain re fisheries cost benefit analysis [.1]; VM Webb re upstream Dwinnell [.1]; read/respond Amber re SHA scoping call tomorrow, consider issues re same [.4] | 895.00 | 0.50 | 0.50 | - |
| 1/15/25 | Frost | Appeal: confer Rain re CMEC v ACMS [.1]; read email, file acknowledgment [.1]; Ongoing: read/respond Konrad re expert call Friday [.1]; research record, draft components of responses to NEPA scoping inquiries [2.8] | 895.00 | 3.10 | 3.10 | - |
| 1/22/25 | Frost | Read ECF appellate oral argument notice [.1] | 895.00 | 0.10 | 0.10 | - |
| 1/27/25 | Frost | Research Moyle methodologies, tiers; email clients re Tier III and recovery flows [2.6]; hotel reservation appellate argument, confer Prill re same [.3]; TC Bishop re panels [.2] | 895.00 | 3.10 | 3.10 | - |
| 1/30/25 | Frost | Read/respond Ninth Cir clerk re oral arg [.1] | 895.00 | 0.10 | 0.10 | - |
| 1/31/25 | Frost | TC Hawley re Friday argument, panel [.1] | 895.00 | 0.10 | 0.10 | - |
| 2/4/25 | Frost | Oral argument prep [3.2]; VM Hawley re strategy [.1]; email USDOJ re call tomorrow [.1] | 895.00 | 3.40 | 3.40 | - |
| 2/5/25 | Frost | TC Yowell re argument, parties' positions, evidence [.2]; TC Hawley re same [.3]; read his email response [.1]; research cases re disposition on parties' agreement [2.8]; prep for oral argument script [1.1]; conference call water flow experts / clients re Tier III flows, recovery flows, historic data, next steps [1] | 895.00 | 5.30 | 5.30 | - |
| 2/6/25 | Frost | Oral argument prep, travel/flight delays [7] | 895.00 | 7.00 | 7.00 | - |
| 2/7/25 | Frost | Prep for argument [1.2]; print script [.2]; travel to courthouse, retreat before hearing [.9]; hearings [.7]; travel to hotel [.3]; confer Bishop, Hawley, clients re argument [.7] | 895.00 | 4.00 | 4.00 | - |
| 2/8/25 | Frost | Travel SFO to EUG [3.5]; billing, timeslips [.3] | 895.00 | 3.80 | 3.80 | - |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 2/10/25 | Frost | TC McMillan re oral argument [.2]; TC Bishop re 28(J) letter [.1] | 895.00 | 0.30 | 0.30 | - |
| 2/12/25 | Frost | Read ECF, Ninth Cir order [.1]; email to clients w explanation [.2] | 895.00 | 0.30 | 0.30 | - |
| 2/20/25 | Frost | Read/respond Lacy re EAJA first filing Ninth or DCT [.1]; second response re DCT / Ninth jurisdiction [.1] | 895.00 | 0.20 | | 179.00 |
| 3/3/25 | Frost | TC Ninth Cir clerk re mandate [.1] | 895.00 | 0.10 | | 89.50 |
| 3/16/25 | Frost | Read Marx email / photo re Little Springs Creek impoundment; read CDFW Big Springs Cr Ranch permit; respond Marx et al re permit terms; email Webb/Joslin re call, issues, clarification, permit terms [1.2]; email Prill/Scoble re timesheets [.1]; update personal declaration [.6] | 895.00 | 1.90 | 1.20 | 626.50 |
| 3/17/25 | Frost | Check rules, TC court clerk, calendar judgment/mandate/fee motion deadlines, confer Karli re same [.2]; update resume w case citations, parentheticals [.8] | 895.00 | 1.00 | | 895.00 |
| 3/21/25 | Frost | Confer Prill re timesheets [.1]; review same re form, email staff re timing [.1] | 895.00 | 0.20 | | 179.00 |
| 3/30/25 | Frost | Check Ninth Cir ECF re any mandate [.1] | 895.00 | 0.10 | | 89.50 |
| 3/31/25 | Frost | TC Bishop re Family Farm direct review rates [.2]; caselaw research re same [1.9]; email Lacy re same, read respond [.1] | 895.00 | 2.20 | | 1,969.00 |
| 4/2/25 | Frost | Read/respond Rue re bill of costs deadline [.1]; read/respond Bishop re motion inclusion [.1]; confer ESG re fee declarants [.1]; email Sangye re timing and fee dec [.1]; multiple conferrals Shute Mihaly re forum rates, reasonable time [.2]; research ND Cal cases re same [1]; email Rue re National Law survey [.1] draft components of motion [1] | 895.00 | 2.80 | | 2,506.00 |
| 4/7/25 | Frost | Read Ninth ECF entry mandate [.1] | 895.00 | 0.10 | | 89.50 |
| 4/7/25 | Frost | Fees motion prep: detail case proceeding, from onset through Ninth [1.9]; confer Karli re same, and argument sequence [.1]; read Sangye email re updated dec, read same, respond [.3]; confer Wilcox re rates in forum [.2]; confer Lacy re flat vs staggered rates in Ninth [.1] | 895.00 | 2.60 | | 2,327.00 |
| 4/8/25 | Frost | Email Paul Hastings re day/time to talk [.1]; confer Karli re rates [.1]; research ND Cal rates [1] | 895.00 | 1.20 | | 1,074.00 |
| 4/10/25 | Frost | Conferrals/case research flat vs staggered rates [.7]; TC Parent re same and National Family Farm litigation, DOJ theories [.4] | 895.00 | 1.10 | | 984.50 |
| 4/11/25 | Frost | Read ECF Grosko substitution [.1] confer Parent re same [.1]; confer clients re same [.1]; review/suggest edits Wheeler draft dec [.2]; review/suggest edits Joslin draft dec [.1] | 895.00 | 0.60 | | 537.00 |
| 4/14/25 | Frost | Fees: check Ecological Rights ECF re order [.1]; draft substantial justification re NEPA [1]; add Ninth Cir cite re special circumstances [.1] | 895.00 | 1.20 | | 1,074.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|------|----------|-------------|------|------|------|--------|
| 4/15/25 | Frost | Review and edit draft fees motion to date, ensure accuracy of all case, record, exhibit cites [1.4] | 895.00 | 1.40 | | 1,253.00 |
| 4/17/25 | Frost | Confer Lozeau re declaration [.2]; check ECF re ND Cal fees order [.1]; timesheets edits/omissions [.8] | 895.00 | 1.10 | | 984.50 |
| 4/18/25 | Frost | Email USDOJ to confer on motion, joint motion to stay [.1]; TC Sangye re status of motion, timesheets, rates research, conferral, timing of completion [.4] | 895.00 | 0.50 | | 447.50 |
| 4/21/25 | Frost | Complete review all decs and timesheets [.4]; final edits motion [.4]; read/respond Furlong DOJ re timing, joint motion stay [.1] | 895.00 | 0.90 | | 805.50 |
| 5/1/25 | Frost | Confer Lozeau re timing of his declaration [.1] | 895.00 | 0.10 | | 89.50 |
| 5/2/25 | Frost | Proof and e-file documents [1] | 895.00 | 1.00 | 1.00 | - |
| | | **For Professional Services: Peter M.K. Frost** | | **757.20** | **187.40** | **486,906.75** |

| | |
|---|---|
| **Total Hours** | **757.20** |
| **Total Hours Omitted** | **187.40** |
| **Total Hours after Omissions** | **569.80** |

| | |
|---|---|
| **Total Attorneys' Fees** | **486,906.75** |



# Superior Court of California
# County of Kern
### Metropolitan Division
**1215 Truxtun Avenue, Bakersfield, CA 93301**

Date:    03/06/2025                                                   Time:  8:00 AM - 5:00 PM

**BCV-15-101645**

VAQUERO ENERGY VS COUNTY OF KERN

### _Courtroom Staff_

**Honorable:**    Gregory Pulskamp          **Clerk:**    Robin L. McDonald
Division J

---

**NATURE OF PROCEEDING:**

Ruling on Petitioners' Motions for Attorneys' Fees; heretofore submitted on February 19, 2025.

**RULING:**

For the reasons set forth below, the Court grants in part Petitioners' Motions for Attorneys' Fees.

**DISCUSSION:**

  I.  **California Independent Petroleum Assn., et al., Real Parties in Interest ("RPIs") Request for Judicial Notice (RJN) in Support of Opposition to Motions**

RPIs request that the Court take judicial notice, under Evidence Code section 452(d) and (h), of the Declaration of attorney Eric Moorman made in Opposition to both Motions for Attorneys' Fees, (Exhibit 1) and Judge Bradshaw's October 6, 2020 ruling on the prior Motions for Attorneys' Fees in this case (Exhibit 2).  Evidence Code section 452(d) provides that judicial notice may be taken of records of any court of this state.  Section 452(h) allows a court to take judicial notice of facts not reasonably subject to dispute.

**Ruling:**  Granted. Both documents are the proper subject of judicial notice. No opposition to the RJN was filed.

 II.  **V Lions Farming's ("VLF") Motion for Attorneys' Fees and Expenses**

   A.  **Amount of Fees Requested:**

The attorneys' fees requested are based on a lodestar of $2,476,315.50, covering a total of 3,110.5 hours worked.  VLF "seeks recovery of $3,714,473.25 in attorneys' fees (lodestar plus 1.5 multiplier) for the work of its counsel at Shute, Mihaly & Weinberger ('SMW') in successfully prosecuting this lawsuit. VLF also seeks $5,360.85 for recoverable out-of-pocket expenses..." (Motion, p. 6, lines 17-21; Hooper

Decl., para. 67).  Further, VLF claims to have spent 231.7 hours for work on this Motion and therefore requests an additional $190,601.00 in attorneys' fees.  (Hooper Reply Decl., Exhibit Q).  The grand total requested is $3,910,435.10. (Reply brief, p. 26).

Attorney Rachel Hooper is the lead attorney for the SMW law firm in this case.  She billed the most of any attorney from the firm.  She oversaw this matter during each phase: administrative, trial court, appellate court, and remand proceedings.  She also supervised all SMW attorneys, paralegals, law clerks, and other personnel. (Hooper Decl., para. 9-10).

She claims to have "written down" "significant amounts of attorney and planner time spent during the administrative proceedings," as well as "[s]ignificant amounts of attorney time spent drafting briefs and other pleadings, and of law clerks conducting legal research."  Nevertheless, the total time written down was only about "7.6% of the hours spent on this case by the Firm's attorneys, planner, paralegals, and law clerks." (Hooper Decl., para. 68).

    **B.  VLF is a Successful Party under CCP section 1021.5 and is Therefore Entitled to Attorneys' Fees:**

CCP section 1021.5 provides, in pertinent part, as follows:

"Upon motion, a court may award attorneys' fees to a successful party against one or more opposing parties in any action which has resulted in the enforcement of an important right affecting the public interest if: (a) a significant benefit, whether pecuniary or nonpecuniary, has been conferred on the general public or a large class of persons, (b) the necessity and financial burden of private enforcement…are such as to make the award appropriate, and (c) such fees should not in the interest of justice be paid out of the recovery, if any…"

The Court finds that VLF has met the requirements of section 1021.5 and is therefore entitled to attorneys' fees as a successful party.

In Keep Our Mountains Quiet v. County of Santa Clara (2015) 236 CA4th 714, 737-738, the Court noted:

"[T]he 'significant benefit' that will justify an attorney fee award [under section 1021.5] need not represent a 'tangible' asset or a 'concrete' gain but, in some cases, may be recognized simply from the effectuation of a fundamental constitutional or statutory policy. (Citation omitted). Because "the public always has a significant interest in seeing that legal strictures are properly enforced …, in a real sense, the public always derives a 'benefit' when illegal private or public conduct is rectified." (Citation omitted)…

 "A judge must award attorney's fees under CCP § 1021.5 when the party seeking fees has met the statutory criteria unless special circumstances make the award unjust. Vosburg v County of Fresno, supra, 54 CA5th at 450; Carlsbad Police Officers Ass'n v City of Carlsbad (2020) 49 CA5th 135, 145. Each of the statutory criteria must be satisfied. City of Oakland v Oakland Police & Fire Retirement Sys. (2018) 29 CA5th 688, 697–698." (California Judges Benchbook: Civil Proceedings Before Trial, sec. 16.108 (2024)).

VAQUERO ENERGY VS COUNTY OF KERN      BCV-15-101645

*MINUTES FINALIZED BY:*    Robin McDonald    *ON:*  3/6/2025

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

"[W]hether a party is 'successful' for purposes of § 1021.5 requires an analysis of the circumstances surrounding the litigation and a pragmatic assessment of the gains achieved by a particular action." (Vosburg v. County of Fresno (2020) 54 CA5th 439, 450-451).

"Courts have taken a "broad, pragmatic view' of what constitutes a successful party. Generally, a party is successful under sec. 1021.5 if it achieves some relief from the benchmark conditions challenged in the lawsuit. (Folsom v. Butte County Ass'n of Gov'ts (1982) 32 C3d. 668, 687 [Citation omitted]. See Maria P. v. Riles (1987) 43 C3d 1281, 1292 (successful party is a party that 'succeed[s] on any significant issue in litigation which achieves some of the benefit the parties sought in bringing suit' [Citation omitted]; City of Oakland v. Oakland Police & Fire Retirement System (2018) 29 CA5th 688, 708 (partial success no bar to fee award)…" (CEB, California Attorney Fee Awards, sec. 3.13.2 (2024)).

"In the CEQA context, courts have held that actions requiring a governmental agency to analyze or reassess environmental impacts associated with a proposed project confer a significant benefit. (Citations omitted)."

It appears that a "significant public benefit" was conferred by the litigation in that the decisions of this Court and the Court of Appeal require further CEQA analysis in a revised EIR in the event the County chooses to go forward with the Ordinance. As a result of VLF's appeal, the Appellate Court has determined that agricultural conservation easements (ACEs) qualify as compensatory mitigation under 14 CCR 15370(e). Such analysis effects a "fundamental…statutory policy" of full CEQA compliance. (Keep Our Mountains Quiet). The residents of Kern County "have benefitted from a more in-depth CEQA review, notwithstanding the ultimate outcome of this matter." (Center for Biological Diversity v. County of San Bernardino (2010) 185 CA4th 866, 895).

RPIs and County argue that no significant benefit was conferred on the general public because the result of the challenge to the Ordinance and SREIR was the setting aside of an environmentally friendly ordinance that had required new standards, conditions, and mitigation measures on oil and gas activities that were "as of right" both prior to the passage of the Ordinance and now.

However, this argument has been rejected by the Court of Appeal. "The Ordinance's primary purpose is the acceleration of oil and gas development" and not protection of the environment. (King and Gardiner Farms v. County of Kern (2020) 45 CA5th 814, 898).

In support of its argument that no significant benefit has been conferred on the general public or large class of persons, RPIs cites Concerned Citizens of La Habra v. City of La Habra (2005) 131 CA4th 329 ("Concerned Citizens") and Christward Ministry v. County of San Diego (1993) 13 CA4th 31 ("Ministry").

These cases do not appear to be helpful to RPI's argument because they are factually distinguishable from the facts in this matter. The failings of the SREIR here, as set forth in the initial judgment of this Court as well as in the Appellate opinion, cannot be characterized as a "minute blemish" (as set forth in Concerned Citizens). Nor can it be said that "the relief obtained added little to what had already been required by regulatory agencies" (K and Z, sec. 23.128 (cited in reference to the holding in the Ministry case).

VAQUERO ENERGY VS COUNTY OF KERN                                                    BCV-15-101645

*MINUTES FINALIZED BY:*          Robin McDonald                              *ON:*      3/6/2025

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

RPIs argue that separate enforcement by VLF was unnecessary. There was no need for separate lawsuits and separate teams of attorneys since VLF and Arvin both prayed for the same primary remedy: setting aside the 2021 Ordinance and SREIR. Also, VLF and Arvin discussed litigation strategy, reviewed drafts of each other's petitions, and raised many overlapping issues.

The Court finds that VLF was entitled to file its own lawsuit and focus on its own issues. "Litigants have a right to be represented by counsel of their choice, particularly in substantive areas requiring particular expertise." (Banning Ranch Conservancy v. Superior Court (2011) 193 CA4th 903, 908).

"If two private parties prosecute important public interest litigation together and obtain the same success, neither party's services can be deemed unnecessary simply because the other party would have succeeded without them." (State Water Resources Board Cases (2008) 161 CA4th 304, 315).

### C. There is Precedence for a Large Attorneys' Fee Award:

RPIs submitted the Declaration of Attorney Moorman who conducted research on the issue of the amount of attorneys' fees awarded in reported cases. His research indicated that he found no reported cases where the award was anywhere close to the amounts claimed by VLF.

However, it appears that the research excluded both fee settlements and trial court fee awards that were not appealed. In his Reply Declaration (para. 15), Attorney Pearl states that he is aware of at least seven cases in which he was personally involved that resulted in fee awards exceeding $1 million. One of those cases resulted in a fee settlement of $5 million.

In the Reply Declaration of Attorney Hooper (para. 3), she cites five cases where her firm obtained fee awards in excess of $1 million. SMW "obtained a fee settlement of $1.975 million" in one case, "obtained a fee settlement of $1.7 million" in another, "won an interim fee award of $1.9 million" in a third, "am informed, and on that basis believe" that there was a $3.9 million attorneys' fee settlement in a fourth case, and "obtained a fee settlement of $989,786" in a fifth case. The current value of the fee settlement in the fifth case in today's dollars she estimates to be approximately $1.26 million.

### D. Time Records Submitted by VLF Attorneys are Properly Documented:

RPIs argue that VLF did not produce actual bills nor "contemporaneous time logs" that SMW lawyers prepared each day.  As a result, the hours submitted are not credible. Attorney Hooper states that she wrote off time "to accurately reflect only the time for which VLF is clearly entitled to compensation." There is no way to scrutinize this assertion without contemporaneous time logs. The total time written off was just 7.6% of all hours. (Hooper Decl., para. 68). (RPI Opposition brief, p. 17, line 16-p. 18, line 10).

VLF asserts that the records reflect hours contemporaneously entered at the time attorneys performed the work. According to Hooper's Declaration, para. 65: "During the course of the day, I and others in the Firm keep a record of the time expended in tenths of hours. For each day and each client, a written entry is recorded that notes the time spent and the general nature of the work performed. This time log serves as the basis for the billings sent to the Firm's clients and for summaries submitted to the court in cases involving statutory fee awards." Daily summaries of time spent are attached as Exhibit A to Hooper's Declaration. "The summaries are prepared on the basis of the contemporaneous time logs

maintained by attorneys, [] paralegals [] and the Firm's law clerks." (Hooper Decl. para. 66).

"The California courts do not require detailed time records. Trial courts have discretion to award fees based on declarations of counsel describing the work they have done and the court's own view of the number of hours reasonably spent. See PLCM Group, Inc. v. Drexler (2000) 22 C4th 1084, 1095 n4  (claim based on detailed reconstructed records upheld…Stratton v. Beck (2017) 9 CA5th 483, 496 (under PLCM, contemporaneous records preferred but not required)." (California Attorney Fee Awards, sec. 9.83).

The Court therefore finds that the records submitted are generally sufficient. However, as noted below, some of the time spent was excessive.

## E.    Determining Market Rate for Attorneys' Fees:

"The determination of "market rate' is generally based on the rates prevalent in the community where the court is located. (Altavion, Inc. v. Konica Minolta Sys. Lab, Inc. (2014) 226 CA4th 26, 71)." (CEB, sec. 9.114).

Higher rates are allowed if the "local [] bar has not the resources to engage in complex litigation on a contingency-fee basis, the public interest [] requires that the financial incentives be adjusted to attract attorneys who are sufficient to the cause. In the absence of any realistic indication plaintiffs could have found local counsel, it was an abuse of discretion to fail even to consider an hourly rate base on counsel's 'home' market rate." (Horsford v. Board of Trustees (2005) 132 CA4th 359, 399). (CEB, sec. 9.115).

Plaintiff's declaration that he was familiar with the local market and that no local attorney who regularly practiced on behalf of environmental groups was available to work on a contingent basis and possessed sufficient expertise to represent the plaintiffs was considered sufficient evidence that hiring local counsel was impractical. (Center for Biological Diversity ("CBD") v. County of San Bernardino (2010) 188 CA4th 603, 618-619). (CEB, sec. 9.115). "As the only evidence on the issue of availability of local counsel showed plaintiffs' need to retain out-of-area counsel, the court abused its discretion by applying local market rates rather than counsel's home market rates." (CBD at p. 619).

## F.    Use of San Francisco Rates is Appropriate:

The determination of the "market rate" is generally based on the rates prevalent in the community where the court is located. However, in PLCM Group, Inc. v. Drexler (2000) 22 C4th 1084, 1096, the Court affirmed a fee award based on the rates where counsel's office was (San Francisco) instead of where the case was litigated (Los Angeles). Prevailing attorneys from a market where rates are higher than the forum may be entitled to their home market rate in certain circumstances.

In Horsford v. Board of Trustees (2005) 132 CA4th 359, 399, the Court of Appeal reversed the trial court's refusal to award San Francisco Bay Are rates to an attorney litigating a difficult FEHA case in Fresno:

"If a potential defendant is too intimidating to the local bar or so replete with resources as to potentially overwhelm local counsel, or if the local plaintiffs' bar has not the resources to engage in complex

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

litigation on a contingency-fee basis, the public interest in the prosecution of meritorious civil rights cases requires that the financial incentives be adjusted to attract attorneys who are sufficient to the cause. In the absence of any realistic indication plaintiffs could have found local counsel, it was an abuse of discretion to fail even to consider an hourly rate based on counsel's 'home' market rate." (Emphasis added).

In Center for Biological Diversity v. County of San Bernardino (2010) 188 CA4th 603, 618, the Court held that plaintiff's Declaration was stating he was familiar with the local market and there was no local attorney available to work on a contingent basis and with the sufficient expertise was sufficient for hiring out-of-town counsel. "A plaintiff's threshold showing of impracticability, however, is not onerous (Horsford, supra, 132 Cal.App.4th at p. 399, 33 Cal.Rptr.3d 644), and the Jorris declaration is sufficient and competent evidence that plaintiffs acted in good faith and hiring qualified counsel in the San Bernardino area was impracticable." (See California Attorney Fee Awards, sec. 9.115).

Here, the Declaration of Mr. Gardiner (para. 5) is sufficient to establish unavailability of local counsel. He stated that in 2015 he retained SMW after diligently looking for attorneys in the Kern County, Fresno, and Sacramento areas. He later retained SMW to represent him in his challenges to the 2021 Ordinance. He states that he had no reason to believe that the Kern, Fresno, and Sacramento law firms he contacted earlier would no longer have the conflicts of interest they had when he contacted them in 2015.

"More importantly, I knew that SMW was familiar with the record and the judicial decisions in the case and was in the best position to determine whether the County's revised environmental review complied with state environmental law and the Court of Appeal decision. I also believed that SMW had done an excellent job in the 2015 litigation against the oil associations' big-firm lawyers and Holland & Knight, the large firm that is the County's outside counsel in San Francisco, and had succeeded in achieving VLF's goals. Therefore, I wanted the Firm to continue to represent me in this matter." (Id., para.5).

The Court therefore finds that use of a San Francisco firm was appropriate. "Home market" rates for VLF are appropriate in this case because hiring local counsel was impractical. (See Center for Biological Diversity above).

### G.  Scope of Trial Court's Discretion on Whether to Apply a Lodestar Adjustment:

"Under Serrano III, the lodestar is the basic fee for comparable legal services in the community; it may be adjusted by the court based on factors including, as relevant herein, (1) the novelty and difficulty of the questions involved, (2) the skill displayed in presenting them, (3) the extent to which the nature of the litigation precluded other employment by the attorneys, (4) the contingent nature of the fee award.

"The purpose of such adjustment is to fix a fee at the fair market value for the particular action. In effect, the court determines, retrospectively, whether the litigation involved a contingent risk or required extraordinary legal skill justifying augmentation of the unadorned lodestar in order to approximate the fair market rate for such services. The " 'experienced trial judge is the best judge of the

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

value of professional services rendered in his court, and while his judgment is of course subject to review, it will not be disturbed unless the appellate court is convinced that it is clearly wrong.' " (Ketchum v. Moses (2001) 24 C.4th 1122, 1131-1132).

"Trial courts have considerable discretion in determining whether to apply a lodestar adjustment and the size of that adjustment. '[T]he awarding of attorney fees and the calculation of attorney fee enhancements are highly fact-specific matters best left to the discretion of the trial court.' (Graham v. DaimlerChrysler Corp. (2004) 34 C.4th 553, 581." (CEB, California Attorney Fee Awards, sec. 10.4).

"There is no hard-and-fast rule limiting the factors that may justify an exercise of judicial discretion to increase or decrease a lodestar calculation. There are numerous such factors, and their evaluation is entrusted to a trial court's sound discretion; any one of those factors may be responsible for enhancing or reducing the lodestar." (Center for Biological Diversity v. County of San Bernardino (Nursery Prods., LLC ) (2010) 185 CA4th 866, 901).

### H.  No Fractional Multiplier is Justified:

RPIs argues that there was no need for two lawsuits and two large teams of attorneys because VLF and Arvin coordinated their efforts during the administrative process for the 2021 Ordinance, discussed strategy, reviewed drafts of each other's petitions, raised many overlapping issues, and prayed for the same primary remedy.  RPIs also argue that to the extent VLF is entitled to any award, the amount should be reduced to account for the private interests of VLF and the Gardiners. Based on these arguments, RPI requests that a fractional multiplier be applied.

VLF argues, and the Court agrees, that it has the right to be represented by counsel of its own choosing, file its own lawsuit, and focus on its own claims. (Banning Ranch Conservancy v. Superior Court (2011) 193 CA4th 103, 108). In La Mirada Avenue Neighborhood Assn. of Hollywood v. City of Los Angeles (2018) 22 CA5th 1149, 1155, the Court upheld separate fee awards in separate petitions that challenged the same project.

Also, the lawsuits here were not duplicative. While some issues overlapped, VLF and Arvin raised a number of separate claims. The fact that both parties sought the same remedy is not surprising, given that the setting aside of the project and the EIR is the usual sought after remedy in a CEQA action.

As to the private interests of the Gardiners and VLF, Mr. Gardiner has stated that "the outcome of this litigation of this litigation could not, and did not, result in any direct pecuniary benefit to me, VLF, or any of my other business interests" and that "the cost of the litigation was far greater than any conceivable indirect benefit to my business interests." (Gardiner Decl,. para. 15).

The Court therefore rejects the argument that a fractional multiplier should apply. VLF was entitled to pursue its own lawsuit irrespective of Arvin's action.

### I.  A Multiplier of 1.1 is Appropriate:

A lodestar adjustment is the standard method applied to the determination of reasonable attorney fees. It is not intended as a bonus, reward, or (in the case of a downward adjustment) a penalty. Rather, it is

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

the second step in calculating a reasonable attorney fee which recognizes that a fee can take into account factors other than just hours and rates. (Pearl Book, sec. 10.1).

The case of Ketchum v. Moses (2001) 24 Cal.4th 1122, sets forth the factors to be considered for an award of a multiplier:

Under Serrano III, the lodestar is the basic fee for comparable legal services in the community; it may be adjusted by the court based on factors including, as relevant herein, (1) the novelty and difficulty of the questions involved, (2) the skill displayed in presenting them, (3) the extent to which the nature of the litigation precluded other employment by the attorneys, (4) the contingent nature of the fee award. (Serrano III, supra, 20 Cal.3d at p. 49.) The purpose of such adjustment is to fix a fee at the fair market value for the particular action. In effect, the court determines, retrospectively, whether the litigation involved a contingent risk or required extraordinary legal skill justifying augmentation of the unadorned lodestar in order to approximate the fair market rate for such services. The " 'experienced trial judge is the best judge of the value of professional services rendered in his court, and while his judgment is of course subject to review, it will not be disturbed unless the appellate court is convinced that it is clearly wrong.' " (Ibid.)" (Ketchum at p. 1132).

"Under our precedents, the unadorned lodestar reflects the general local hourly rate for a fee-bearing case; it does not include any compensation for contingent risk, extraordinary skill, or any other factors a trial court may consider under Serrano III. The adjustment to the lodestar figure, e.g., to provide a fee enhancement reflecting the risk that the attorney will not receive payment if the suit does not succeed, constitutes earned compensation; unlike a windfall, it is neither unexpected nor fortuitous. Rather, it is intended to approximate market-level compensation for such services, which typically includes a premium for the risk of nonpayment or delay in payment of attorney fees. In this case, for example, the lodestar was expressly based on the general local rate for legal services in a noncontingent matter, where a payment is certain regardless of outcome.

"Of course, the trial court is not required to include a fee enhancement to the basic lodestar figure for contingent risk, exceptional skill, or other factors, although it retains discretion to do so in the appropriate case; moreover, the party seeking a fee enhancement bears the burden of proof. In each case, the trial court should consider whether, and to what extent, the attorney and client have been able to mitigate the risk of nonpayment, e.g., because the client has agreed to pay some portion of the lodestar amount regardless of outcome. It should also consider the degree to which the relevant market compensates for contingency risk, extraordinary skill, or other factors under Serrano III. We emphasize that when determining the appropriate enhancement, a trial court should not consider these factors to the extent they are already encompassed within the lodestar. The factor of extraordinary skill, in particular, appears susceptible to improper double counting; for the most part, the difficulty of a legal question and the quality of representation are already encompassed in the lodestar. A more difficult legal question typically requires more attorney hours, and a more skillful and experienced attorney will command a higher hourly rate. (See Margolin v. Regional Planning Com. (1982) 134 Cal.App.3d 999, 1004 [185 Cal.Rptr. 145].) Indeed, the " 'reasonable hourly rate [used to calculate the lodestar] is the product of a multiplicity of factors ... the level of skill necessary, time limitations, the amount to be

VAQUERO ENERGY VS COUNTY OF KERN                                                    BCV-15-101645

_MINUTES FINALIZED BY:_          Robin McDonald                              _ON:_      3/6/2025

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

obtained in the litigation, the attorney's reputation, and the undesirability of the case.' " (Ibid.) Thus, a trial court should award a multiplier for exceptional representation only when the quality of representation far exceeds the quality of representation that would have been provided by an attorney of comparable skill and experience billing at the hourly rate used in the lodestar calculation. Otherwise, the fee award will result in unfair double counting and be unreasonable. Nor should a fee enhancement be imposed for the purpose of punishing the losing party." (Emphasis added). (Ketchum, at pp. 1138-1139).

The Court finds that VLF's attorneys demonstrated skill in representing VLF. This was reflected by the fact that the Court of Appeal issued a lengthy, published opinion that upheld their argument on the issue of ACEs.

However, the Court does not find that most of the other issues briefed (both in this Court and the Court of Appeal) were legally or factually extremely difficult. For example, in presenting its arguments to the Court of Appeal, VLF's remedies arguments (requesting the Court to set aside the Ordinance, SREIR and Addendum, and prepare a revised EIR) were the arguments that would be expected in a case like this one. Many of the issues raised were, for the most part, issues that are often argued in CEQA cases.

Even the issue of ACEs was not overly complex. The Appellate Court in V Lions Farming clarified its 2020 opinion in King and Gardiner Farms on that issue, noting that there was "ambiguity in the 2020 opinion." (V Lions Farming v. County of Kern (2024) 100 CA5th 412, 426).

The Court found that the County "mistakenly concluded the [2020] opinion established the principle that ACE's 'do not provide an effective means of even partial mitigation for agricultural conversion impacts.'" (Id., at p. 427). The Court concluded that "the County failed to comply with CEQA when it eliminated the use of ACE's as a mitigation measure for the conversion of agricultural land in situations where the permit applicant's adoption of other mitigation has not reduced the net loss of agricultural land to zero acres." (Id., at p. 437).

After considering these factors, the Court believes a multiplier of 1.1 is appropriate.

### J.  Attorneys' Fees Requested:

VLF requests that this Court award attorneys' fees for each stage of the proceedings as follows: administrative proceedings: $399,903.50; trial court proceedings: $1,327,527.50; appellate court proceedings: $690,029.50; trial court proceedings on remand: $58,855.00: total lodestar: $2,476,315.50. This total reflects 3,110.5 hours of work.  VLF requests a lodestar multiplier of 1.5 times the $2,476,315.50 figure resulting in an adjusted fee request of $3,714,473.25.  In addition, VLF requests fees for this Motion in the amount of $190,601.00. This total reflects 231.7 hours of work. VLF is not seeking a multiplier for the fees for this Motion.

The total attorneys' fee request is $3,905,074.25.  In addition, VLF requests $3,923.45 in costs as documented in its Memorandum of Costs.

### K.  Some of the Time Spent by VLF's Attorneys is Excessive.  Those Amounts are therefore

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

**Subtracted from the Lodestar:**

VLF is entitled to the hourly rates claimed.  At those rates, however, much is reasonably expected regarding how much time should be devoted to a given task. The Court has reviewed the timesheets attached to the Declaration of Ms. Hooper. A number of the hours that SMW spent doing various tasks was excessive.

Initially, the Court notes that SMW was already intimately familiar with this matter when it filed its Petition for Writ of Mandate in this case on March 10, 2021. This is demonstrated by reviewing the history of VLF's (and Arvin's) challenges to the 2015 and 2021 Ordinances.

VLF (then known as King and Gardiner Farms) previously filed a very similar Petition in 2015 when it challenged the original 2015 version of the Ordinance that regulated oil and gas activities. It extensively litigated the matter in this Court and on appeal. After the County adopted a modified Ordinance (the 2021 version) that covered the same activities, VLF and Arvin filed their current Petitions in March of 2021.

VLF and Arvin challenged the 2015 Ordinance on a number of grounds. This Court "found the EIR inadequately analyzed the project's environmental impacts to rangeland and from a road paving mitigation measure, and rejected the other CEQA claims."

On appeal the Court of Appeal found "CEQA violations involving water, agricultural land, and noise…[T]he EIR's disclosures about the mitigation measures were inadequate and, as a result, the adoption of a statement of overriding considerations did not render harmless these failures to comply with CEQA.

"Also, the finding that the project's conversion of agricultural land would be mitigated to a less than significant level is not supported by substantial evidence."

Lastly, the Court of Appeal found "CEQA violations existed with respect to air quality and related health risks." (King and Gardiner Farms, LLC v. County of Kern (2020) 45 CA5th 814, 829-830).

After the County adopted a slightly modified 2021 Ordinance, VLF and Arvin challenged that Ordinance on multiple grounds. This Court found "[the SREIR] was deficient in analyzing environmental impacts of [the] ordinance on rangeland and of road paving mitigation measure[s], but denied all other CEQA claims."

The Court of Appeal found that "ACE's [agricultural conservation easements] qualify as compensatory mitigation, even though they do not replace or otherwise offset the acres of agricultural land converted by the project—that is, they do not ensure the project results in no net loss of agricultural land." The Court found  CEQA violations where the County removed a water supply mitigation measure and failed to properly assess "cancer risks associated with the drilling of multiple wells near sensitive receptors." The Court also found that VLF and Arvin failed to carry their burden of proof on all other alleged CEQA violations. (V Lions Farming, LLC v. County of Kern (2024) 100 CA5th 412, 419-420, 438).

*MINUTES FINALIZED BY:*          Robin McDonald                                    *ON:*      3/6/2025

The Court has reviewed the timesheets submitted by VLF's attorneys.

 (a) Time Spent on the Administrative Proceedings is Excessive:

ADMINISTRATIVE PROCEEDINGS:

Rachel Hooper, JD $925 per hour, 148 hours= $ 136,900.00

Kevin Bundy, JD $875 per hour, 52.9 hours= $ 46,287.50

Susannah French. JD $850 per hour, 90.5 hours= $ 76,925.00

Tori Gibbons, JD $690 per hour, 186.9 hours= $ 128,961.00

Carmen Borg, Planner $250 per hour, 25.4 hours= $ 6,350.00

Law Clerks $200 per hour, 22.4 hours=$ 4,480.00

TOTAL 526.1 hours=$ 399,903.50

The Court finds that this amount is excessive. Examples include the following:

During the administrative process, SMW staff spent approximately 28.1 hours researching ACEs, approximately 16.2 hours researching "overriding findings," and approximately 51.2 hours researching "legacy equipment" for a total of 95.5 hours of research. Approximately 91 entries involved "reviewing" work that was done by others. While reviewing documents is essential and useful in many instances, the Court believes that the large number of "reviewing" entries can also indicate duplicative work and over-staffing. SMW lists some 56 entries involving approximately 54.2 hours concerning the issue of potential settlement. This too is excessive.

The Court therefore finds the time spent during the administrative proceedings was excessive, and the billing for a reasonable amount of time must be reduced from $399,903.50 to the reasonable sum of $250,000.

(b) Time Spent on the Trial Court Proceedings is Excessive:

TRIAL COURT PROCEEDINGS:

Rachel Hooper, JD 1980 $925 per hour, 479.1 hours= $ 443,167.50

Kevin Bundy, JD 2003 $875 per hour, 277.4 hours= $ 242,725.00

Susannah French. JD 1993 $850 per hour, 609.5 hours= $ 518,075.00

Tori Gibbons, JD 2012 $690 per hour, 125 hours=$ 86,250.00

Maurene Ryan, Sr. Paralegal $250 per hour, 83.4 hours= $ 20,850.00

Julie Dolinsek, Jr. Paralegal $200 per hour, 17.5 hours= $ 3,500.00

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

Law Clerks 200 per hour, 64.8 hours=$ 12,960.00

TOTAL 1,656.7 hours=$ 1,327,527.50

The Court finds this amount excessive. Examples include the following:

SMW spent approximately 155.7 hours on drafting the opening brief in this Court. Of that total, at least 29.6 hours was spent on "cite checking" the opening brief. The Court notes an inordinate amount of time was spent on cite checking throughout the court proceedings. SMW spent approximately 353.3 hours on drafting the reply brief. SMW spent approximately 111 hours on preparation for the hearing. Approximately 388.5 hours were spent on preparing the proposed judgment and briefing the remedies issue. Overall, the Court notes a general pattern of excessive time spent on issues briefed before this Court.

The Court therefore finds the time spent during the trial court proceedings was excessive, and the billing for a reasonable amount of time must be reduced from $1,327,527.50 to the reasonable sum of $850,000.

(c) Time Spent on the Appeal is Excessive:

APPELLATE COURT PROCEEDINGS:

Rachel Hooper, JD 1980 $925 per hour, 196.7 hours= $ 181,947.50

Kevin Bundy, JD 2003 $875 per hour, 152.6 hours= $ 133,525.00

Susannah French. JD $850 per hour, 382.4 hours= $ 325,040.00

Tori Gibbons, JD 2012 $690 per hour, 45.3 hours= $ 31,257.00

Maurene Ryan $250 per hour, 24 hours= $ 6,000.00

Law Clerks $200 per hour 61.3 hours= $ 12,260.00

TOTAL 862.3 hours= $ 690,029.50

When comparing the complexity of the issues VLF raised in response to the 2015 Ordinance particularly on appeal compared to the issues raised in response to the 2021 Ordinance, it would appear that the challenges to the 2015 Ordinance were more numerous and complex than the issues raised concerning the 2021 Ordinance. Yet, SMW requests attorneys' fees for 862.3 hours for the appellate proceedings here, while requesting 822.1 hours for the first appeal. While the Court understands that in the current case there was some extra briefing done as a result, for example, of requesting a writ of supersedeas and responding to amicus briefs that were filed, nevertheless, the Court believes the hours requested for work on the appeal are excessive.

The Court finds that the issues addressed by VLF on appeal were relatively few in number (the main issue being the use of ACEs for mitigation) and not overly complex. The remedies requested by VLF and granted by the Court were the types of remedies that are normally requested in a CEQA action (e.g.,

VAQUERO ENERGY VS COUNTY OF KERN                                    BCV-15-101645

*MINUTES FINALIZED BY:*          Robin McDonald                    *ON:*    3/6/2025

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

setting aside the Ordinance and the SREIR, remanding the matter to the trial court, etc.).

The Court also notes that there are numerous entries documenting significant time spent concerning "editing," "reviewing" and "revising" the briefs filed by VLF in the Appellate Court. This would indicate excessive billing.

The Court therefore finds that the total time spent on the appeal was excessive and reduces the amount of $690,029.50 to the reasonable amount of $500,000.

(d) Time Spent on Court Proceedings on Remand is Excessive:

COURT PROCEEDIDNGS ON REMAND:

Rachel B. Hooper $925 per hour, 32.6 hours=$ 30,155.00

Kevin P. Bundy $875 per hour, 32.8 hours= $ 28,700.00

Total hours: 65.4=$58,855.00

Most of the time spent was on preparation of a proposed judgment and writ that was ultimately submitted to this Court. The Court finds the time spent on this task was excessive and reduces the amount of $58,855.00 to the reasonable amount of $40,000.00.

(e) Time Spent on Fees for this Motion is Reasonable:

FEES FOR THIS MOTION:

Total hours: 231.7=$190,601.00

The Court finds this amount to be reasonable.

(f) COSTS in the amount of $3,923.45 are awarded:

Exhibit F to Hooper's Declaration lists Westlaw charges for legal research for selected dates between February 28, 2021 and May 31, 2023 totaling $2,972.98. It also includes the cost of a transcript of the September 10, 2020 hearing on a motion to enforce writ of $145.60, with FedEx shipping of $22.33. It lists meals on six separate occasions between September 19, 2021 and January 12, 2024 totaling $550.66, and lodging corresponding to those meal dates of $1,669.28. The grand total is $5,360.85 for "recoverable expenses."

"When relief is awarded to the petitioner, [] a cost award is discretionary, under the general rule that when the recovery in a civil case is other than monetary relief, the trial court determines the prevailing party and may in its discretion award costs to that party. (CCP sec. 1032(a)(4); Preserve Wild Santee v. City of Santee (2012) 210 CA4th 260, 291…This includes discretion to apportion costs among the parties, or deny a cost award altogether, when the petitioner prevails on only some of the issues. (Madera Oversight Coalition, Inc. v. County of Madera (2011) 199 CA4th 48, 106; East Bay Municipal Utility Dist. v. Dept. of Forestry and fire Protection (1996) 43 CA4th 1113, 1133)." (K and Z, sec. 23.139A).

"[W]e conclude that the trial court correctly determined it had the discretionary authority under Code of

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

Civil Procedure section 1032, subdivision (a)(4) to apportion costs. In other words, when a plaintiff obtains a writ of mandate in a CEQA proceeding, that nonmonetary relief alone does not entitle the plaintiff to costs as a matter of right under Code of Civil Procedure section 1032, subdivision (b)." (Madera Oversight at p. 106).

Here, VLF requests $3,923.45 in costs as documented in its Memorandum of Costs. There is no objection to this amount. The Court will award this amount. In its Reply brief, VLF requests a total of $5,360.85 in "Recoverable expenses." It is not clear if this amount is a revision of the $3,923.45 amount. In any event, no documentation has been provided to support this higher figure.

### L.  Ruling on Amount of Fees and Costs Granted by the Court to VLF:

Based on the calculations referenced above, the Court awards a lodestar of $1,830,601.00. The Court awards a 1.1 multiplier for a sub-total of $2,013,661.10, fees for this Motion of $190,601.00 and recoverable expenses of $3,923.45 and for a grand total of $2,208,185.55.

### III.  Arvin Petitioners' ("Arvin") Motion for Attorneys' Fees

### A.  Issues and Conclusions Addressed by this Court in its Ruling on VLF's Motion (above) that are the Same Here:

The factual and legal findings of this Court in its Ruling on VLF's Motion apply to Arvin's Motion as well. Therefore, the Court will not repeat the analyses here, except as discussed below.

Arvin is a successful party under section 1021.5 and is entitled to attorneys' fees.

It appears that a "significant public benefit" was conferred by the litigation in that the decisions of this Court and the Court of Appeal require further CEQA analysis in a revised EIR in the event the County chooses to go forward with the Ordinance. This Court found that the County failed to adopt adequate, enforceable mitigation for increased PM2.5 emissions and that the County did not properly analyze or mitigate water supply impacts, particularly in disadvantaged communities.

As a result of Arvin's appeal, the Appellate Court, in the unpublished portion of its opinion, determined that the SREIR's analysis of the cancer risk associated with the drilling of more than one well near a sensitive receptor was inadequate for purposes of CEQA. The Appellate Court also found that the County misconstrued CEQA when it decided to remove a water supply mitigation measure because there was no requirement in CEQA to analyze impacts to low income communities. Contrary to the County's analysis, the Court found that social and economic effects are relevant in determining the significance of a physical change to the conditions constituting the environment.

These Court rulings effect a "fundamental…statutory policy" of full CEQA compliance. (Keep Our Mountains Quiet). The residents of Kern County "have benefitted from a more in-depth CEQA review, notwithstanding the ultimate outcome of this matter." (Center for Biological Diversity v. County of San Bernardino (2010) 185 CA4th 866, 895).

### B.  A Multiplier of 1.1 is Appropriate:

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

The Court finds that Arvin's attorneys demonstrated skill in representing Arvin. This was reflected by the fact that the Court of Appeal issued a lengthy, though unpublished, opinion that upheld Arvin's arguments concerning analysis of the multi-well health risk assessment and water supply impacts to disadvantaged communities.

However, the Court does not find that most of the other issues briefed (both in this Court and the Court of Appeal) were legally or factually extremely difficult. For example, Arvin's remedies arguments (requesting the Court to set aside the Ordinance, SREIR and Addendum, and prepare a revised EIR) were the arguments that would be expected in a case like this one. Many of the issues raised were, for the most part, issues that are often argued in CEQA cases.

Further, issues that Arvin previously raised in the initial litigation in this matter (discussed in King and Gardiner Farms, LLC v. County of Kern (2020) 45 CA5th 814) were raised again in the current litigation: the multi-well Health Risk Assessment and impacts to the water supply.

Though these arguments were not identical to the arguments raised in the earlier litigation, nevertheless, Arvin's attorneys were already very familiar with the Ordinance and its environmental impacts. The overall number of hours billed in the current litigation should reflect that familiarity, but they do not. In the initial action, Arvin's lodestar was $1,753,630. Yet, in the current matter, Arvin has billed for 4,267.9 hour reflected in a lodestar of $2,968,428. (This excludes time spent on the Fee Motion).

After considering these factors, the Court believes a multiplier of 1.1 is appropriate.

### C. Time Records Submitted by Arvin's Attorneys are Properly Documented:

RPIs claim that Arvin must demonstrate how much time was spent on particular claims (since they were unsuccessful on several) and whether the hours were reasonably expended. Arvin has failed to produce billing records showing work performed on distinct claims.

Arvin distinguishes the cases cited by RPIs to support this proposition and claims there is no required level of detail that attorneys must show in their time entries. Further, Arvin claims their attorneys produced many issue-specific entries. Also, Arvin is not required to show that every time entry relates to a winning claim.

Concerning time records, "there is no required level of detail that counsel must achieve." (California Attorney Fee Awards, sec. 9.84). A party that obtains "excellent results" is entitled to a "fully compensatory fee." "Excellent results do not necessarily require a party to win every issue or gain every bit of relief sought." (Id., at sec. 9.50). Time spent on "unrelated" (nonfee-shifting claims) is generally not compensable, but if there are unsuccessful related claims, a court may award a fully compensatory fee. (Id., at sec. 9.51).

"The California courts do not require detailed time records. Trial courts have discretion to award fees based on declarations of counsel describing the work they have done and the court's own view of the number of hours reasonably spent. See PLCM Group, Inc. v. Drexler (2000) 22 C4th 1084, 1095 n4 (claim based on detailed reconstructed records upheld…Stratton v. Beck (2017) 9 CA5th 483, 496 (under PLCM,

contemporaneous records preferred but not required)." (Id., sec. 9.83).

The Court therefore finds that the records submitted are generally sufficient. However, as noted below, some of the time spent was excessive.

### D.  Amount of Fees Requested:

Arvin requests that this Court award attorneys' fees for each stage of the proceedings as follows: administrative proceedings: $506,384.00; trial court proceedings: $1,695,455.00; appellate court proceedings: $729,760.00; trial court proceedings on remand: $36,829.00: total lodestar: $2,968,428.00. This total reflects 4,267.9 hours of work. Of the $2,968,428 requested, attorneys for Earthjustice claimed the most: $2,436,577.50. (O'Brien Decl., para. 93, and Exhibits A-F thereto).  Arvin requests a lodestar multiplier of 1.5 times the $2,968,428.00 figure resulting in an adjusted fee request of $4,452,642.00.  In addition, Arvin requests fees for this Motion in the amount of $181,290.00. Arvin is not seeking a multiplier for the fees for this Motion.

The total attorneys' fee request is $4,633,932.00. Arvin also requests costs in the amount of $7,780.31. The grand total requested is $4,641,712.31.

Arvin claims to have written off 40.3 percent of their attorneys' hours actually spent on this matter. (O'Brien Decl., para. 98).

### E.  Some of the Time Spent by Arvin's Attorneys is Excessive. Those Amounts are therefore Subtracted from the Lodestar:

Arvin is entitled to the hourly rates claimed. At those rates, however, much is reasonably expected regarding how much time should be devoted to a given task. The Court has reviewed the timesheets submitted. A number of the hours that Arvin's attorneys spent doing various tasks was excessive.

Initially, the Court notes that Arvin's attorneys were already intimately familiar with this matter when they filed the Petition for Writ of Mandate in this case on March 10, 2021. This is demonstrated by reviewing the history of Arvin's challenges to the 2015 and 2021 Ordinances.

Arvin challenged the 2015 Ordinance on a number of grounds. This Court "found the EIR inadequately analyzed the project's environmental impacts to rangeland and from a road paving mitigation measure, and rejected the other CEQA claims."

On appeal the Court of Appeal found "CEQA violations involving water, agricultural land, and noise…[T]he EIR's disclosures about the mitigation measures were inadequate and, as a result, the adoption of a statement of overriding considerations did not render harmless these failures to comply with CEQA.

"Also, the finding that the project's conversion of agricultural land would be mitigated to a less than significant level is not supported by substantial evidence."

Lastly, the Court of Appeal found "CEQA violations existed with respect to air quality and related health

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

risks." (King and Gardiner Farms, LLC v. County of Kern (2020) 45 CA5th 814, 829-830).

After the County adopted a slightly modified 2021 Ordinance, Arvin challenged that Ordinance on multiple grounds. This Court found "[the SREIR] was deficient in analyzing environmental impacts of [the] ordinance on rangeland and of road paving mitigation measure[s], but denied all other CEQA claims."

The Court of Appeal found CEQA violations where the County removed a water supply mitigation measure and failed to properly assess "cancer risks associated with the drilling of multiple wells near sensitive receptors." The Court also found that Arvin failed to carry their burden of proof on all other alleged CEQA violations. (V Lions Farming, LLC v. County of Kern (2024) 100 CA5th 412, 419-420, 438).

The Court recognizes that Arvin's attorneys represent numerous parties to this litigation including Natural Resources Defense Council and Sierra Club (represented by Earthjustice), Committee for a Better Arvin, Committee for a Better Shafter, and Comite Profreso de Lamont (represented by Center on Race, Poverty, and the Environment), Natural Resources Defense Council (represented by Paulina Torres), and Center for Biological Diversity (represented by Hollin Kretzmann and Talia Nimmer with Center for Biological Diversity).

All of these parties, however, basically presented a united argument in this litigation and the previous litigation. The Court is therefore of the opinion that Arvin billed for too many attorneys. "The lodestar may be reduced due to the inefficient use of multiple counsel." (California Attorney Fee Awards, sec. 9.73; Mikhaeilpoor v. BMW of N. America, LLC (2020) 48 CA5th 240, 255; Chavez v. Netflix, Inc. (2008) 162 CA4th 43, 64).

A pattern repeated throughout the billings submitted is the significant amount of time spent by various attorneys reviewing the work of others. While reviewing others' work is necessary, the amount of time spent in reviewing appears to be the product of having so many different attorneys working on the same, similar, or overlapping issues. As shown below, Arvin billed for eight different attorneys from several law firms for work on the administrative proceedings, nine attorneys for work on trial court proceedings, eight on appellate court proceedings, and five on remand proceedings. Much of this appears to result in the inefficient use of attorney time.

 (a) Time Spent on the Administrative Proceedings is Excessive:

ADMINISTRATIVE PROCEEDINGS:

Colin O'Brien, JD 2003 $ 875 per hour, 278.1 hours= $243,337.50

Greg Muren, JD 2017 $ 550 per hour, 232.6 hours= $ 127,930.00

Michelle Ghafar, JD 2016 $ 600 per hour, 20.4 hours= $12,240.00

Hollin Kretzmann, JD 2008 $725 per hour, 52.9 hours=$38,352.50

Ann Alexander, JD 1987 $ 890 per hour, 54.1 hours=$ 48,149.00

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

Elizabeth Benson, JD 2009 $700 per hour, 9.6 hours=$6,720.00

Chelsea Tu, JD 2013 $350 per hour, 80.1 hours= $28,035.00

Dan Ress, JD 2020 $300 per hour, 5.4 hours= $1,620.00

Total Billed for Administrative Proceedings: $506,383.50

A total of eight attorneys billed for time spent during the administrative proceedings. The Court reviewed the timesheets for all eight. The use of all these attorneys appears to have resulted in redundancy in terms of work done on particular topics as well as time billed.

The Court finds that the amount billed is excessive. Examples include the following:

The lead attorney, Mr. O'Brien, billed approximately 172 hours reviewing, editing, and in some cases drafting, comments to the SREIR. Attorney Muren spent approximately 149 hours reviewing, revising, and occasionally drafting comments to the SREIR.  These amounts appear to be excessive. Attorney Kretzmann billed approximately 45 hours for the same or similar work. Attorney Alexander billed approximately 24.2 hours for this work. Attorney Benson billed about 7.6 hours in this category. The Court believes that time spent on this category is excessive and often redundant.

The Court therefore finds the time spent during the administrative proceedings was excessive, and the billing for a reasonable amount of time must be reduced from $506,383.50 to the reasonable sum of $250,000.

(b) Time Spent on the Trial Court Proceedings is Excessive:

TRIAL COURT PROCEEDINGS:

Colin O'Brien, JD 2003 $ 875 per hour, 902.9 hours=$ 790,037.50

Greg Muren JD 2017 $ 550 per hour, 754.1 hours=$ 414,755.00

Richard Franco, JD 1993 $ 850 per hour, 192.0 hours= $ 163,200.00

Earthjustice Law Clerks / Externs $200 per hour, 133.8 hours= $26,760.00

Hollin Kretzmann, JD 2008 $725 per hour, 118.8 hours= $86,130.00

Caroline Farrell, $525 per hour, 11.3 hours=$5,932.50

Ann Alexander, JD 1987 $ 890 per hour, 179.0 hours= $ 159,310.00

Elizabeth Benson, JD 2009 $700 per hour, 22.5 hours=$15,750.00

Chelsea Tu, JD 2013 $350 per hour, 62.6 hours= $21,910.00

Dan Ress, JD 2020 $300 per hour, 38.9 hours= $11,670.00

Total billed for Trial Court Proceedings: $1,695,455.00

VAQUERO ENERGY VS COUNTY OF KERN                                                      BCV-15-101645

_MINUTES FINALIZED BY:_        Robin McDonald                                    _ON:_    3/6/2025

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

A total of nine attorneys billed for time spent during the trial court proceedings. This appears to be an inefficient use of attorney time.

The Court finds the amount billed is excessive. Examples include the following:

The lead attorney, Mr. O'Brien, billed approximately 25.4 hours for editing and/or reviewing the Petition. This amount is excessive. The Petition contained many allegations that were similar or identical to the first Petition. Mr. O'Brien also billed approximately 85.4 hours for meetings and emails related to "litigation strategy" and "case management."

He billed approximately 4.7 hours for reviewing a stipulation. He billed approximately 11.8 hours for reviewing a draft of a motion to enforce writ and another approximately 20.7 hours to review and edit a second motion to enforce writ.  He billed about 16.3 hours for drafting the "background section" of the opening brief. For reviewing arguments made by the opposition on only one issue, he billed approximately 30 hours. These amounts appear to be excessive.

Another example of excessive and redundant billing is reflected in the billing of attorney Alexander. She billed approximately 25 hours for researching and drafting a memo on "overriding considerations," while also spending 1.5 hours summarizing a memo from attorneys at SMW on the same subject. She spent approximately 25.5 hours drafting and revising the "overriding considerations section" while also spending 3.2 hours reviewing SMW's  overriding considerations section.

Attorney Benson billed a total of 22.8 hours for time spent under the category of trial court proceedings; yet, 14.4 of those hours were spent in phone calls with other counsel. Attorney Tu billed a total of 62.6 hours under court proceedings, but approximately 18.9 of those hours were phone calls with co-counsel. Attorney Ress billed 38.9 hours to trial court proceedings, but approximately 6 hours of that time was reviewing the work of others, and approximately 4.3 hours were spent with calls or correspondence with co-counsel.

Attorney Farrell billed a total of 11.3 hours under trial court proceedings; yet 3.3 of those hours were spent reviewing the work of others, and 4.4 hours were spent in phone calls with co-counsel.

The Court therefore finds the time spent during the trial court proceedings was excessive, and the billing for a reasonable amount of time must be reduced from $1,695,455.00 to the reasonable sum of $900,000.

(c) Time Spent on the Appeal is Excessive:

APPELLATE COURT PROCEEDINGS:

Colin O'Brien, JD 2003 $ 875 per hour, 411.4 hours=$ 359,975.00

Greg Muren, JD 2017 $ 550 per hour, 411.0 hours= $ 226,050.00

Nirit Lotan, LLM 2011 $ 475 per hour, 90.3 hours= $42,892.50

Hollin Kretzmann, JD 2008 $725 per hour, 37.1 hours=$26,897.50

VAQUERO ENERGY VS COUNTY OF KERN                                                      BCV-15-101645

_MINUTES FINALIZED BY:_          Robin McDonald                                    _ON:_      3/6/2025

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

Caroline Farrell, $525 per hour, 8.8 Hours=$4,620.00

Ann Alexander, JD 1987 $ 890 per hour, 43.5 hours= $ 38,715.00

Elizabeth Benson, JD 2009 $700 per hour, 22.3 hours= $15,610.00

Dan Ress, JD 2020 $300 per hour, 50.0 hours= $15,000.00

Total billed for Appellate Court Proceedings: $729,760.00

When comparing the complexity of the issues Arvin raised on appeal in response to the 2015 Ordinance compared to the issues Arvin raised in response to the 2021 Ordinance, it would appear that the challenges to the 2015 Ordinance were similar to and at least as complex as the issues raised concerning the 2021 Ordinance. Yet, Arvin requests attorneys' fees in the amount of $729,760.00 for the appellate proceedings here, while requesting $414,175.00 for the first appeal. While the Court understands that in the current case there was some extra briefing done as a result of requesting a writ of supersedeas and responding to amicus briefs that were filed, nevertheless, the Court believes the hours requested for work on the appeal are excessive.

The Court finds that the issues addressed by Arvin on appeal were not overly complex. The Appellate Court addressed those issues in the unpublished portion of its opinion. The Court found that the SREIR's discussion of the cancer risk associated with the drilling of more than one well near a sensitive receptor was inadequate for purposes of CEQA. The Court also found that the SREIR should have addressed information about baseline water supply conditions in disadvantaged communities and the nature or magnitude of the impacts to those communities. The Court ruled that Arvin did not meet "its burden of establishing prejudicial error involving (1) the air quality mitigation measures addressing emissions of particulate matter, (2) the analysis of impacts to the Temblor legless lizard, or (3) the absence of Spanish language translations of certain notices and portions of the SREIR." (V Lions Farming at p. 420).

The remedies requested by VLF and granted by the Court were the types of remedies that are normally requested in a CEQA action (e.g., setting aside the Ordinance and the SREIR, remanding the matter to the trial court, etc.).

In addition, the Court finds the amount billed is excessive. Examples include the following:

Attorney O'Brien billed approximately 101.3 hours for work on the writ of supersedeas. Attorney Muren billed approximately 130.9 hours for work on the same writ. Attorney Kretzmann billed 6.1 hours and attorney Alexander billed for 5.2 hours for work on the same writ. The amount of time spent by Mr. O'Brien alone or Mr. Muren alone is excessive, not to mention the cumulative time spent.

The Court therefore finds that the time spent on the appeal was excessive and reduces the amount of $729,760.00 to the reasonable amount of $500,000.

(d) Time Spent on Court Proceedings on Remand is Reasonable:

TRIAL COURT REMAND:

Colin O'Brien, JD 2003 $ 875 per hour, 33.6 hours= $29,400.00

Hollin Kretzmann, JD 2008 $725 per hour, 4.4 hours= $3,190.00

Ann Alexander, JD 1987 $ 890 per hour, 2.1 hours=$ 1,869.00

Elizabeth Benson, JD 2009 $700 per hour, 2.7 hours=$1,890.00

Dan Ress, JD 2020 $300 per hour, 1.6 hours= $480.00

Total billed for Trial Court Remand: $36,829.00

The Court will award this amount.

(e) Time Spent on Fees for this Motion is Reasonable:

FEES FOR THIS MOTION:

Total hours: 259.3=$181,290.00

The Court finds this amount to be reasonable.

(f) COSTS in the amount of $7,780.31 are awarded:

Arvin requests $7,780.31 in costs as documented in its Memorandum of Costs. There is no objection to this amount. The Court will therefore award this amount.

**F.    Ruling on Amount of Fees and Costs Granted by the Court to Arvin:**

Based on the calculations referenced above, the Court awards a lodestar of $1,868,119.00. The Court awards a 1.1 multiplier for a sub-total of $2,054,930.90, fees for this Motion of $181,290.00 and recoverable expenses of $7,780.31 for a grand total of $2,244,001.21.

**DISPOSITION:**

Each Petitioner shall prepare an order consistent with this ruling for the Court's signature pursuant to the California Rules of Court.

Copy of minute order provided to all parties as stated in the attached Certificate of Service.

*MINUTES FINALIZED BY:*        Robin McDonald                *ON:*    3/6/2025

Declaration of Peter M. K. Frost, Ex. B, Case No. 3:22-cv-03520-TLT

**VAQUERO ENERGY VS COUNTY OF KERN**
**BCV-15-101645**

### CERTIFICATE OF SERVICE

The undersigned, of said Kern County, certify:  That I am a Deputy Clerk of the Superior Court of the State of California, in and for the County of Kern, that I am a citizen of the United States, over 18 years of age, I reside in or am employed in the County of Kern, that I am not a party to the within action and that my business address is 1215 Truxtun Avenue Bakersfield, CA 93301, that I served the **Minutes dated  March 06, 2025** attached hereto on all interested parties and any respective counsel of record in the within action, following standard Court practices, by: (a) enclosing true copies thereof in a sealed envelope(s) with postage fully prepaid and depositing/placing for collection and delivery in the United States mail at Bakersfield, California; and/or (b) enclosing true copies thereof in a Kern County interoffice envelope(s) and placing for collection and delivery; and/or (c) by posting true copies thereof, to the Superior Court of California, County of Kern, Non-Criminal Case Information Portal (www.kern.courts.ca.gov); and/or (d) electronically transmitting true copies thereof by electronic service or e-mail. Service address(es) are indicated on the attached service list.

Date of Service:          March 06, 2025

Place of Service:          Bakersfield, CA

Sent from electronic service address:       donotreply@kern.courts.ca.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Tara Leal**
CLERK OF THE SUPERIOR COURT

Date:  March 06, 2025

By:        *Robin McDonald*
           Robin McDonald, Deputy Clerk

**VAQUERO ENERGY VS COUNTY OF KERN**
**BCV-15-101645**

### SERVICE LIST

MARGO A. RAISON
KERN COUNTY COUNSEL
1115 TRUXTUN AVENUE, FOURTH FLOOR
BAKERSFIELD, CA  93301
mraison@kerncounty.com

EMILY MARTINEZ LIEGAN
HOLLAND & KNIGHT LLP
560 MISSION STREET, SUITE 1900
SAN FRANCISCO, CA  94105-1434
emily.lieban@hklaw.com

BLAINE I. GREEN
PILLSBURY WINTHROP SHAW PITTMAN LLP
P.O. BOX 2824
SAN FRANCISCO, CA  94126-2824
blaine.green@pillsburylaw.com

RACHEL BENTLEY HOOPER
KEVIN P. BUNDY
SUSANNAH T. FRENCH
SHUTE, MIHALY & WEINBERGER LLP
396 HAYES STREET
SAN FRANCISCO, CA  94102
Hooper@smwlaw.com
Bundy@smwlaw.com
French@smwlaw.com

HOLLIN N. KRETZMANN
CENTER FOR BIOLOGICAL DIVERSITY
2100 FRANKLIN STREET, SUITE 375
OAKLAND, CA  94612
hkretzmann@biologicaldiversity.org

COLIN CASEY OBRIEN
GABRIEL F. GREIF
EARTHJUSTICE
50 CALIFORNIA STREET, SUITE 500
SAN FRANCISCO, CA  94111
cobrien@earthjustice.org
ggreif@earthjustice.org
JAKE ITZKOWITZ
MANATT PHELPS LLP
2049 CENTURY PARK E, SUITE 1700
LOS ANGELES, CA  90067-3119
jake.itzkowitz@gmail.com

KAYLA KARIMI
CENTER ON RACE, POVERTY AND THE
    ENVIRONMENT
1012 JEFFERSON STREET
DELANO, CA  93215-2239
kkarimi@crpe-ej.org

PAULINA NICOLE TORRES
NATURAL RESOURCES DEFENCE COUNCIL
1314 2ND STREET
SANTA MONICA, CA  90401-1103
ptorres@nrdc.org

1  RACHEL B. HOOPER (State Bar No. 98569)
   KEVIN P. BUNDY (State Bar No. 231686)
2  SUSANNAH T. FRENCH (State Bar No. 168317)
   TORI GIBBONS (State Bar No. 286112)
3  DANIEL P. SELMI (State Bar No. 67481)
   SHUTE, MIHALY & WEINBERGER LLP
4  396 Hayes Street
   San Francisco, California 94102
5  Telephone:    (415) 552-7272
   Facsimile:    (415) 552-5816
6  Hooper@smwlaw.com
   Bundy@smwlaw.com
7  French@smwlaw.com
   Gibbons@smwlaw.com
8  Dselmi@aol.com

9

10  Attorneys for V Lions Farming, LLC

11          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

12                  **COUNTY OF KERN**

13  VAQUERO ENERGY INC., a California
    corporation; and HUNTER EDISON OIL
14  DEVELOPMENT LIMITED PARTNERSHIP, a
    California limited partnership,
15
            Petitioners and Plaintiffs,
16
        v.
17
    COUNTY OF KERN, KERN COUNTY BOARD
18  OF SUPERVISORS, and DOES 1-10,
19          Respondents.
20
    ────────────────────────────────
    CALIFORNIA INDEPENDENT PETROLEUM
21  ASSOCIATION, a California non-profit mutual
    benefit corporation; INDEPENDENT OIL
22  PRODUCERS' AGENCY, a California
    corporation; WESTERN STATES PETROLEUM
23  ASSOCIATION, a California non-profit mutual
    benefit corporation; and DOES 11-20,
24
            Real Parties in Interest.
25
    ────────────────────────────────
26  AND CONSOLIDATED CASES

27

28

FILED
KERN COUNTY SUPERIOR COURT
04/03/2025
BY Evans, Gricelda
DEPUTY

Case No. BCV-15-101645-GP (Lead Case)
Consolidated with
Case No. BCV-21-100533-GP and
Case No. BCV-21-100536-GP

**[PROPOSED] ORDER GRANTING IN PART PETITIONER V LIONS FARMING LLC'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Date:  February 19, 2025
Time:  8:30 a.m.
Div.:  J
Judge: Hon. Gregory Pulskamp

This matter came for hearing on February 19, 2025, in the above-titled Court. All parties were represented by their counsel. Having reviewed the pleadings and having considered oral argument, and for the reasons set forth in the Court's March 6, 2025 Ruling on Petitioners' Motions for Attorneys' Fees, the Court HEREBY ORDERS as follows:

1.    The Request for Judicial Notice ("RJN") of the (a) July 31, 2020 Declaration of Eric Moorman made in Opposition to both Motions for Attorneys' Fees (Exhibit 1) and (b) Judge Bradshaw's October 6, 2020 ruling on the prior Motions for Attorneys' Fees in this case (Exhibit 2), which RJN was filed by Real Parties in Interest and not opposed by any party, is GRANTED.

2.    Petitioner V Lions Farming, LLC ("VLF") is entitled to attorneys' fees pursuant to Code of Civil Procedure section 1021.5 because it is a successful party in this litigation and (1) the action resulted in an enforcement of an important right affecting the public interest; (2) the action conferred a significant benefit on the general public or a large class of persons; and (3) the necessity and financial burden of private enforcement make the award appropriate.

3.    The reasonable hourly rates of compensation for the work performed by VLF's attorneys and other professionals on this case are as follows:

| Biller | Hourly Rate |
|---|---|
| Rachel B. Hooper (Partner/Of Counsel) | $925 |
| Kevin Bundy (Partner) | $875 |
| Susannah T. French (Of Counsel) | $850 |
| Tori Gibbons (Senior Associate) | $690 |
| Carmen Borg (Senior Planner) | $250 |
| Maureen Ryan (Senior Paralegal) | $250 |
| Julie Dolinsek (Junior Paralegal) | $200 |
| Law Clerks | $200 |

4.    VLF's motion requested a lodestar in the amount of $2,476,315.50. The court found that some time spent by VLF during the administrative, trial court, appellate and remand phases was

2

excessive. After making deductions for excessive time, the total lodestar fee to which VLF is entitled for legal work on the underlying litigation is $1,640,000.00.

    5.    VLF requested a 1.5 lodestar multiplier, and the court found VLF is entitled to a multiplier of 1.1, for a fee enhancement of $164,000.00.

    6.    VLF is also entitled to an additional $190,601.00 for fees incurred in connection with this motion (fees-on-fees), which does not include a multiplier.

    7.    VLF is therefore awarded a total of $1,994,601.00 in fees. Respondents and Real Parties in Interest are jointly and severally liable for paying these fees.

    8.    VLF's request for $5,360.85 for recoverable expenses in litigating this case is DENIED.

    9.    VLF filed both a memorandum of costs and a memorandum of costs on appeal on October 15, 2024. Because no timely motion to strike or tax costs was filed in response to either memorandum, VLF is entitled to costs as set forth in those memoranda, and the clerk shall enter those costs on the judgment. (Cal. Rules of Court, Rules 3.1700(b)(4), 8.278(c).)


DATED:    Signed: 4/3/2025 12:37 PM    , 2025



_____
Honorable Gregory Pulskamp

---

3

[Proposed] Order Granting In Part VLF's Motion For Attorneys' Fees And Expenses
BCV-15-101645-GP (Lead Case)                    Declaration of Peter M. K. Frost, Ex. C, Case No. 3:22-cv-03520-TLT

Copyright © ALM Media Properties, LLC. All rights reserved.

**2017 NLJ Billing Report**

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | A.O.E Law & Associates, Apc | Los Angeles | CA | | | | | $300 | $350 | $350 | | | |
| 2017 | Abarbanel Law Offices | Fort Lauderdale | FL | | | | | | | | $350* | | |
| 2017 | Ackerman Fox | East Meadow | NY | | | | $425* | $350 | $475 | $413 | | | |
| 2017 | Acree Law Firm | Springfield | MO | | | | $275* | | | | | | |
| 2017 | Adam Law Group | Jacksonville | FL | | | | $350 | | | | $250 | | |
| 2017 | Adams, Morris & Sessing | Germantown | MD | | | | $365* | | | | | | |
| 2017 | Adelman & Gettleman Ltd | Chicago | IL | | $395 | $525 | $465 | | | | $325 | | |
| 2017 | Affinity Law Group | St. Louis | MO | | | | | $185 | $315 | $250 | | | |
| 2017 | Agilis Legal, PC | Denver | CO | | | | $350* | | | | $295* | | |
| 2017 | Akerman LLP | Miami | FL | 76 | | | $350* | | | | $275* | | |
| 2017 | Albert H.Barkey,Attorney at Law | New York | NY | | | | | | | | $360 | | |
| 2017 | Allan D. Newdelman | Phoenix | AZ | | | | $315 | $395 | $355 | | | | |
| 2017 | Allen Barnes & Jones PLC | Phoenix | AZ | | $345 | $595 | $510 | $275 | $295 | $285 | | | $480 |
| 2017 | Allen Turnage, P.A. | Tallahassee | FL | | | | $400* | | | | | | |
| 2017 | Allen Vellone Wolf Helfrich & Factor P.C. | Denver | CO | | | | $215 | $450 | $323 | | | | |
| 2017 | Allied Legal Group Inc | Los Angeles | CA | | | | $250* | | | | | | |
| 2017 | Almeida & Davila PSC | San Juan | PR | | | | $200 | $175 | $200 | $188 | | | |
| 2017 | Andersen Law Firm, Ltd. | Las Vegas | NV | | | | $285 | | | | | | |
| 2017 | Andrew M. Ellis Law | Phoenix | AZ | | | | $285* | | | | | | |
| 2017 | Andrews Myers PC | Houston | TX | | | | | | | | $325 | $375 | $350 |
| 2017 | Anthony O. Egbase & Associates Attorneys At Law | Los Angeles | CA | | | | $150* | | | | | | |
| 2017 | Antonik Law Offices | Mount Vernon | IL | | | | $275* | | | | | | |
| 2017 | Antonio Martinez | McAllen | TX | | | | $250 | | | | $175 | | |
| 2017 | Anyama Law Firm | Cerritos | CA | | | | $400 | $175 | $200 | $188 | | | |
| 2017 | Arboleda Brechner | Phoenix | AZ | | | | $400* | | | | | | |
| 2017 | Arlene Gordon-Oliver | White Plains | NY | | | | $485* | | | | | | |
| 2017 | Armstrong Teasdale LLP | St. Louis | MO | 181 | $370 | $660 | $590 | $225 | $285 | $250 | | | |
| 2017 | Ast & Schmidt, P.C. | Morristown | NJ | | | | $395* | | | | | | |
| 2017 | Atkinson Law Associates Ltd | Las Vegas | NV | | | | $520* | | | | | | |
| 2017 | Attorney Justin Oliverio, LLC | Decatur | GA | | | | $275* | | | | | | |
| 2017 | Attorney Robert H. Holber PC | Media | PA | | | | $250 | | | | | | |
| 2017 | Avanesian Law Firm | Glendale | CA | | | | $250 | $375 | $313 | | | | |
| 2017 | B. Weldon Ponder Jr. | Austin | TX | | | | $350* | | | | | | |
| 2017 | Babcoke Law Office | Miller Beach | IN | | | | $350 | | | | | | |
| 2017 | Bach Law Offices | Northbrook | IL | | | | $425 | $300 | $425 | $300 | | | |
| 2017 | Backenroth Frankel & Krinsky, LLP | New York | NY | | $505 | $550 | $528 | $485 | $550 | $505 | | | |
| 2017 | Baker & Associates | Houston | TX | | | | $450 | $300 | $375 | $305 | | | |
| 2017 | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Nashville | TN | 55 | | | $405 | | | | | | |
| 2017 | Ballard Spahr LLP | Washington | DC | 85 | $650 | $1,195 | $895 | $395 | $510 | $453 | | | $505 |
| 2017 | Bankruptcy Law Center | San Diego | CA | | | | $425* | | | | | | |
| 2017 | Barrick Switzer Long Balsley & Van Evera, LLP | Rockford | IL | | | | | $225 | $275 | $250 | | | |
| 2017 | Barron & Newburger, P.C. | Austin | TX | | | | $495 | | | | $495 | | |
| 2017 | Barry Scott Miller, Esq | Newark | NJ | | | | $250* | | | | | | |
| 2017 | Bartolone Legal Group, PA | Orlando | FL | | | | $325* | | | | | | |
| 2017 | Bass Berry & Sims | Nashville | TN | 165 | | | $525* | | | | $425* | | |
| 2017 | Bast Amron LLP | Miami | FL | | | | $525* | | | | | | |
| 2017 | Baumeister Denz LLP | Buffalo | NY | | $275 | $300 | $288 | | | | $175 | | |
| 2017 | Bayard, P.A. | Wilmington | DE | | $475 | $675 | $525 | | | | $305 | | |
| 2017 | Beall and Burkhardt, APC | Santa Barbara | CA | | $400 | $475 | $438 | | | | $300* | | |
| 2017 | Beard & Savory, PLLC | Memphis | TN | | | | $275 | | | | | | |
| 2017 | Behar, Gutt & Glazer, P.A. | Fort Lauderdale | FL | | | | $400 | | | | $335 | | |
| 2017 | Belden Blaine Raytis LLP | Bakersfield | CA | | | | $330* | | | | | | |
| 2017 | Bell, Davis & Pitt, PA | Winston-Salem | NC | | | | $300* | | | | | | |
| 2017 | Bella Rose Skin Care PLLC | Midland | MI | | | | | | | | $125 | | |
| 2017 | Belvedere Legal, APC | San Mateo | CA | | | | $495* | | | | $395* | | |
| 2017 | Benari & Nguyen LLP | Irvine | CA | | | | $350* | | | | $350* | | |
| 2017 | Benjamin Brand, LLP | Chicago | IL | | | | $425 | $250 | $395 | $395 | | | |
| 2017 | Bereliani Law Firm | Los Angeles | CA | | | | $425 | | | | $300* | | |
| 2017 | Berg Hill Greenleaf & Ruscitti, LLP | Denver | CO | | | | $400* | | | | | | |

ALM LEGAL INTELLIGENCE
More research. More insight. More business.

Copyright © ALM Media Properties, LLC. All rights reserved.

Declaration of Peter M. K. Frost, Ex. D, Case No. 3:22-cv-03520-TLT

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Berger Singerman | Miami | FL | 496 | | | $695* | | | | | | |
| 2017 | Berman DeLeve Kuchan and Chapman | Kansas City | MO | | | | $300 | | | $300 | | | |
| 2017 | Bernstein-Burkley | Pittsburgh | PA | | $300 | $545 | $350 | $235 | $300 | $270 | | | |
| 2017 | Bielli & Klauder, LLC | Wilmington | DE | | | | $325 | | | $205* | | | $325 |
| 2017 | Bigas & Bigas | Ponce | PR | | | | $250* | | | | | | |
| 2017 | BKN Murray LLP | St. Petersburg | FL | | | | $375* | | | | | | |
| 2017 | Black Square Financial | Coral Springs | FL | | | | $500* | | | | | | |
| 2017 | Blake D. Gunn | Mesa | AZ | | | | | $175 | $300 | $238 | | | |
| 2017 | Blanchard Law, PA | Largo | FL | | | | $225 | | | | | | |
| 2017 | Blank Rome LLP | Philadelphia | PA | 78 | $310 | $725 | $615 | $435 | $470 | $453 | | | |
| 2017 | Bohnhoff & Mahoney | Lansing | MI | | | | $215* | | | | | | |
| 2017 | Bond, Schoeneck & King, PLLC | Syracuse | NY | 164 | $360 | $400 | $380 | | | | | | |
| 2017 | Bononi & Company, P.C. | Greensburg | PA | | | | $400* | $185 | $280 | $195 | $635 | $650 | $643 |
| 2017 | Bosley Till Neue & Talerico LLP | Newport Beach | CA | | | | $595* | | | | $350 | $595 | $395 |
| 2017 | Boul & Associates, P.C. | Columbia | MO | | | | $250* | | | $250* | | | |
| 2017 | Bracewell LLP | Houston | TX | 114 | $1,000 | $1,100 | $1,050 | $550 | $755 | $653 | | | |
| 2017 | Bradley Arant Boult Cummings LLP | Birmingham | AL | 93 | | | $570* | | | | | | |
| 2017 | Brian K. McMahon, P.A. | West Palm Beach | FL | | | | $400* | | | | | | |
| 2017 | Broege, Neumann, Fischer & Shaver | Manasquan | NJ | | | | | $275 | $590 | $500 | | | |
| 2017 | Bronson Law Offices | Harrison | NY | | | | | $275 | $400 | $375 | | | |
| 2017 | Broussard Poche LLP | Lafayette | LA | | | | $220* | | | | | | |
| 2017 | Brown Rudnick LLP | Boston | MA | 203 | $905 | $1,245 | $1,075 | | | $515* | | | |
| 2017 | Brownstein Hyatt Farber Schreck, LLP | Denver | CO | 192 | | | $655* | | | $330* | | | |
| 2017 | Bruce W. Radowitz, Esq. P.A. | Union | NJ | | | | | | | $300* | | | |
| 2017 | Bruner Wright. P.A. | Tallahassee | FL | | | | | $225 | $350 | $288 | | | |
| 2017 | Brutzkus Gubner Rozansky Seror Weber LLP | Woodland Hills | CA | | $235 | $850 | $625 | $325 | $500 | $485 | $495 | $675 | $573 |
| 2017 | Bryan Cave LLP | St. Louis | MO | 37 | $594 | $660 | $627 | $369 | $625 | $487 | | | |
| 2017 | Bryan Diaz Law, APC | Ventura | CA | | | | | | | $350* | | | |
| 2017 | Buddy Ford, P.A | Tampa | FL | | | | | $300 | $375 | $338 | | | |
| 2017 | Buechler & Garber LLC | Denver | CO | | | | $350 | | | | | | |
| 2017 | Bufete Negron García, C.S.P | Guaynabo | PR | | | | | | | $150* | | | |
| 2017 | Burger Law Firm | Houston | TX | | | | $300* | $350 | $440 | $395 | | | |
| 2017 | Burke, Warren, MacKay & Serritella, P.C. | Chicago | IL | | | | $510* | | | $325* | | | |
| 2017 | Bush Kornfeld LLP | Seattle | WA | | | | | $285 | $365 | $325 | | | |
| 2017 | Byrd & Wiser | Biloxi | MS | | | | | | | $300* | | | |
| 2017 | C Conde & Associates | San Juan | PR | | | | | $175 | $275 | $200 | | | |
| 2017 | Cairncross & Hempelmann | Seattle | WA | | | | | | | $560* | | | |
| 2017 | Calaiaro Valencik | Pittsburgh | PA | | $300 | $375 | $350 | $250 | $350 | $250 | | | |
| 2017 | Campbell and Coombs | Mesa | AZ | | | | $500 | | | | | | |
| 2017 | Canterbury Law Group | Scottsdale | AZ | | | | | $150 | $400 | $275 | | | |
| 2017 | Cardwell & Chang P.L.L.C | Houston | TX | | | | | $250 | $400 | $400 | | | |
| 2017 | Carkhuff & Radmin | North Plainfield | NJ | | | | $400 | | | | | | |
| 2017 | Carlos J Cuevas Esq | Yonkers | NY | | | | $450* | | | $495* | | | |
| 2017 | Carman Law Firm | Prescott | AZ | | | | $250* | | | | | | |
| 2017 | Carmody MacDonald PC | St. Louis | MO | | | | $350* | | | | | | |
| 2017 | Carter Ledyard & Milburn LLP | New York | NY | 458 | | | $900* | $285 | $700 | $493 | | | |
| 2017 | Catalyst Lifestyles Sport Resort, LLC | Indianapolis | IN | | | | | | | $350* | | | |
| 2017 | CBG Law Group | Bellevue | WA | | | | $320* | | | | | | |
| 2017 | Center City Law Offices LLC | Philadelphia | PA | | | | $250* | | | | | | |
| 2017 | CGA Law Firm | York | PA | | | | $345* | $200 | $270 | $235 | | | |
| 2017 | Chambliss, Bahner & Stophel, P.C. | Chattanooga | TN | | $245 | $385 | $290 | $150 | $350 | $298 | | | |
| 2017 | Charles A Curpill, PSC Law Office | San Juan | PR | | | | | $250 | $350 | $300 | | | |
| 2017 | Charles M Wynn Law Offices PA | Marianna | FL | | | | | $200 | $325 | $250 | | | |
| 2017 | Charles R. Chesnutt | Dallas | TX | | | | | $250 | $450 | $350 | | | |
| 2017 | Chase Bylenga Hulst, PLLC | Grand Rapids | MI | | | | $350* | | | $275* | | | |
| 2017 | ChildersLaw, LLC | Gainesville | FL | | | | | $275 | $375 | $325 | | | |
| 2017 | Christopher C. Gautschi Attorney At Law | Santa Barbara | CA | | | | | | | $400* | | | |
| 2017 | Ciardi Ciardi & Astin | Philadelphia | PA | | | | $515* | $300 | $350 | $350 | | | |
| 2017 | Cleary Gottlieb Steen & Hamilton LLP | New York | NY | 18 | | | $445 | $490 | $468 | | | | |

Copyright 2016 ALM Media properties, LLC. All rights reserved.        2

**ALM LEGAL INTELLIGENCE**
*More research. More insight. More business.*

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Clinton A Block Attorney At Law | Kewanee | IL | | | | | | | $150* | | | |
| 2017 | Coats Rose | Houston | TX | 362 | $475 | $650 | $563 | | | $325 | | | |
| 2017 | Cohen & Krol | Chicago | IL | | $505 | $515 | $510 | | | $350 | | | |
| 2017 | Cohen, Baldinger & Greenfield, LLC | Rockville | MD | | | | | $295 | $450 | $425 | | | |
| 2017 | Cohen Pollock Merlin & Small, P.C. | Atlanta | GA | | | | | $305 | $385 | $345 | | | |
| 2017 | Cole & Cole Law, P.A | Sarasota | FL | | | | | $300 | $400 | $350 | | | |
| 2017 | Cole Schotz P.C. | Hackensack | NJ | 330 | $495 | $915 | $658 | $280 | $445 | $305 | | | |
| 2017 | Collins, Vella & Casello | Manasquan | NJ | | | | | | | $400* | | | |
| 2017 | Connolly, Rosania and Lofstedt | Louisville | CO | | | | | | | $340* | | | $375* |
| 2017 | Consumer Action Law Group PC | Los Angeles | CA | | | | $425 | $225 | $425 | $325 | | | |
| 2017 | Cooley LLP | Palo Alto | CA | 39 | | | $1,100 | $595 | $835 | $735 | $850 | $1,065 | $998 |
| 2017 | Coon & Cole, LLC | Towson | MD | | | | | | | $350* | | | $350* |
| 2017 | Cooper & Scully, P.C | Dallas | FL | | | | | | | $435* | | | |
| 2017 | Cooper, Pautz, Weiermiller & Daubner, LLP | Horseheads | NY | | | | | | | $250* | | | |
| 2017 | Copeland Law Firm, P.C. | Abingdon | VA | | | | | | | $300 | | | |
| 2017 | Corash & Hollender PC | Staten Island | NY | | | | $450* | | | $425* | | | $425* |
| 2017 | Cordova Ayuso Law Office LLC | San Juan | PR | | | | $100 | | | $100 | | | |
| 2017 | Corral Tran Singh, LLP | Houston | TX | | $275 | $325 | $300 | | | | | | |
| 2017 | Correa Business Consulting Group, Llc | San Juan | PR | | | | | | | $150* | | | |
| 2017 | Cozen O'Connor | Philadelphia | PA | 79 | $550 | $730 | $710 | | | $405* | | | |
| 2017 | Craig & Lofton, P.C. | Memphis | TN | | | | | | | $50* | | | |
| 2017 | Crain, Caton & James | Houston | TX | | | | | | | $400* | | | $325* |
| 2017 | Crane Heyman Simon Welch & Clar | Chicago | IL | | $445 | $510 | $510 | | | $325* | | | $400* |
| 2017 | Crowley, Liberatore, Ryan & Brogan, P.C. | Norfolk | VA | | | | | | | $330* | | | |
| 2017 | Cunningham, Chernicof & Warshawsky, P.C. | Harrisburg | PA | | | | | | | $350 | | | |
| 2017 | Curtis Castillo PC | Dallas | TX | | | | $425* | $195 | $225 | $210 | | | |
| 2017 | Dallas W Jolley, Jr Attorney at Law | Tacoma | WA | | | | | | | $325* | | | |
| 2017 | Dana M. Douglas Attorney At Law | Granada Hills | CA | | | | | | | $200* | | | $200* |
| 2017 | Daniel J. Rylander, P.C. | Tucson | AZ | | | | | $200 | $300 | $250 | | | |
| 2017 | Daniels & Taylor, PC | Lawrenceville | GA | | | | | | | $300* | | | |
| 2017 | Dann & Merino, P.C. | East Rutherford | NJ | | | | | | | $425* | | | |
| 2017 | Danoff & King, P.A | Towson | MD | | | | | | | $350* | | | |
| 2017 | Danowitz & Associates, P.C. | Atlanta | GA | | | | | $275 | $350 | $300 | | | |
| 2017 | David C. Jones, Jr., P.C. | Fairfax | VA | | | | | | | $350* | | | |
| 2017 | David Dunn Law Offices PC | Allentown | PA | | | | | | | $300* | | | |
| 2017 | David E. Lynn, P.C. | Rockville | MD | | | | | | | $425* | | | |
| 2017 | David E. Mullis, P.C. | Valdosta | GA | | | | | | | $250* | | | |
| 2017 | David P. Lloyd, Ltd | LaGrange | IL | | | | | | | $400* | | | |
| 2017 | David R. Shook, Attorney at Law, PLLC | Clarkston | MI | | | | | | | $350* | | | |
| 2017 | David R. Softness, PA | Miami | FL | | | | | | | $550* | | | |
| 2017 | David Rosenthal Law Firm | Lafayette | IN | | | | | | | $300* | | | |
| 2017 | David Schroeder Law Offices, PC | Springfield | MO | | | | | | | $300* | | | |
| 2017 | David T Cain Law Offices | San Antonio | TX | | | | | | | $300* | | | |
| 2017 | David W Steen, P.A. | Tampa | FL | | | | $450* | $300 | $450 | $300 | | | |
| 2017 | Davis Miles McGuire Gardner | Tempe | AZ | | | | $380* | | | $240* | | | |
| 2017 | Davis Polk & Wardwell LLP | New York | NY | 35 | | | | | | $1025* | | | |
| 2017 | Davis, Ermis & Roberts, P.C | Arlington | TX | | | | | | | $350* | | | |
| 2017 | Dean G. Sutton, Esq | Sparta | NJ | | | | | | | $400* | | | |
| 2017 | Dean W. Greer, Attorney at Law | San Antonio | TX | | | | $300* | | | | | | |
| 2017 | Deborah Lawson, Attorney At Law, P.L.L.C. | Ventura | CA | | | | | | | $35* | | | |
| 2017 | DeCaro & Howell PC | Upper Marlboro | MD | | | | $425* | | | $380* | | | |
| 2017 | Deiches & Ferschmann | Haddonfield | NJ | | | | | | | $425* | | | |
| 2017 | DelBello Donnella Weingarten Wise & Wiederkehr LLP | White Plains | NY | | $410 | $620 | $515 | | | | | | $375* |
| 2017 | DeMarco-Mitchell, PLLC | Plano | TX | | $285 | $350 | $350 | | | $125* | | | |
| 2017 | Dent Law Office, Ltd | Effingham | IL | | | | | | | $300* | | | |
| 2017 | Dentons US LLP | Atlanta | GA | | $575 | $675 | $625 | | | $345* | | | |
| 2017 | Diamond McCarthy LLP | Houston | TX | | $420 | $750 | $585 | $320 | $340 | $330 | | | |
| 2017 | Dibble & Miller | Rochester | NY | | | | | | | $300* | | | |
| 2017 | Dilworth Paxson LLP | Philadelphia | PA | 422 | $375 | $895 | $533 | $300 | $330 | $315 | | | |

Copyright 2016 ALM Media properties, LLC. All rights reserved.     3

**ALM LEGAL INTELLIGENCE**

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Dishbak Law Firm | Beverly Hills | CA | | | | $400* | | | | | | |
| 2017 | DLA Piper | New York | NY | 2 | $725 | $1,120 | $985 | $265 | $850 | $595 | $720 | $805 | $775 |
| 2017 | Donahoe & Young LLP | Santa Clarita | CA | | $375 | $500 | $438 | $60 | $500 | $300 | | | |
| 2017 | Doran & Doran, P.C. | Wilkes-Barre | PA | | | | | $285 | $300 | $293 | | | |
| 2017 | Dorsey & Whitney LLP | Minneapolis | MN | 89 | $555 | $980 | $680 | $410 | $515 | $463 | $480 | $555 | $513 |
| 2017 | Dougherty and Guenther | Salinas | CA | | | | | | | $395* | | | |
| 2017 | Douglas Haun and Heidemann, P.C. | Springfield | MO | | | | | | | $250* | | | |
| 2017 | Drake Law Firm PLC | Scottsdale | AZ | | | | $300* | $125 | $300 | $213 | | | |
| 2017 | Drescher & Associates | Baltimore | MD | | | | | | | $350* | | | |
| 2017 | Dsouza Law Group, P.A. | Plantation | FL | | | | | | | $350* | | | |
| 2017 | Dunn Law, P.A | Miami | FL | | | | $325* | | | $325* | | | |
| 2017 | Durand & Associates, P.C. | Lewisville | TX | | | | $300* | | | | | | |
| 2017 | E. P. Bud Kirk, Attorney at Law | El Paso | TX | | | | | | | $300* | | | |
| 2017 | E. Waters & Associates, P.C. | North Bergen | NJ | | | | $400* | | | $300 | | | |
| 2017 | Eason & Tamborini, A Law Corporation | Sacramento | CA | | | | $400* | $250 | $400 | $250 | | | |
| 2017 | Edmiston Cambron, PLLC | Knoxville | TN | | | | $250* | | | $250 | | | |
| 2017 | Elizabeth A Haas Esq PLLC | New City | NY | | | | $400* | | | $400* | | | |
| 2017 | Elkington Shepherd LLP | Oakland | CA | | | | | | | $400 | | | |
| 2017 | Ellett Law Offices, P.C | Phoenix | AZ | | | | | $275 | $525 | $405 | | | |
| 2017 | EPTMS, INC | El Paso | TX | | | | | | | $300* | | | |
| 2017 | Eric A. Liepins | Dallas | TX | | | | | | | $275* | | | |
| 2017 | Eric Slocum Sparks PC | Tucson | AZ | | | | | $275 | $375 | $325 | | | |
| 2017 | Estabrook & Company | Baltimore | MD | | | | | | | $125* | | | |
| 2017 | Estudio Legal 1611 Corp | San Juan | PR | | | | | | | $225* | | | |
| 2017 | Eubanks Law Firm, PC | Seymour | TN | | | | | | | $250* | | | |
| 2017 | Fabian Law Office | San Juan | PR | | | | | $190 | $375 | $305 | | | |
| 2017 | Fedoroff Firm, LLC | Howell | NJ | | | | $350* | | | | | | |
| 2017 | Financial Relief Law Center | Irvine | CA | | $325 | $300 | $313 | $295 | $350 | $300 | | | |
| 2017 | Finestone Hayes LLP | San Francisco | CA | | | | $435* | $370 | $435 | $403 | | | |
| 2017 | Fisher and Associates | Houston | TX | | | | $395* | $240 | $395 | $240 | | | |
| 2017 | Fisher Rushmer, PA | Orlando | FL | | | | | | | | | | $475* |
| 2017 | FisherBroyles, LLP | Atlanta | GA | | $350 | $375 | $350 | $350 | $375 | $363 | | | |
| 2017 | Flaster Greenberg | Cherry Hill | NJ | | $490 | $500 | $495 | | | | | | |
| 2017 | Foley & Lardner LLP | Milwaukee | WI | 43 | | | $795* | | | | | | $630* |
| 2017 | Forrester & Worth PLLC | Phoenix | AZ | | | | $450* | | | $400* | | | |
| 2017 | Forshey & Prostok, LLP | Fort Worth | TX | | $425 | $575 | $575 | | | $400* | | | |
| 2017 | Foster Law Offices | Sayrem | PA | | | | | | | $250* | | | |
| 2017 | Foster Legal Services PLLC | Orland Park | IL | | | | | | | $420* | | | |
| 2017 | Fox Rothschild LLP | Philadelphia | PA | 49 | | | $725* | $300 | $585 | $450 | | | |
| 2017 | Francis E. Corbett, Attorney at Law | Pittsburgh | PA | | | | | | | $250* | | | |
| 2017 | Frank A. Principe | Tampa | FL | | | | | | | $300* | | | |
| 2017 | Frank Lyon Law Offices | Austin | TX | | | | $395 | | | $305 | | | |
| 2017 | Franklin Hayward LLP | Dallas | TX | | | | $400* | | | | | | |
| 2017 | Fuentes Law Offices, LLC | San Juan | PR | | | | | | | $250* | | | |
| 2017 | Fuqua & Associates, PC | Houston | TX | | | | | $225 | $500 | $250 | | | |
| 2017 | Gagnon Eisele and Rigby, PLLC | Winter Park | FL | | | | $350* | | | | | | |
| 2017 | Gainey Law Offices | Pittsburgh | PA | | | | | | | $250* | | | |
| 2017 | Gardere Wynne Sewell LLP | Dallas | TX | 194 | $640 | $725 | $640 | $280 | $385 | $360 | | | |
| 2017 | Gardner Law Offices, PLLC | Raleigh | NC | | | | | | | $275* | | | |
| 2017 | Garman Turner Gordon LLP | Las Vegas | NV | | $395 | $775 | $435 | | | $385* | | | |
| 2017 | Garvey Cushner & Associates PLLC | White Plains | NY | | | | $500 | | | $350* | | | |
| 2017 | Garvey Tirelli & Cushner Ltd | White Plains | NY | | | | $500 | | | $350* | | | |
| 2017 | Gary W. Short | Pittsburgh | PA | | | | | $300 | $350 | $325* | | | |
| 2017 | Geiger Law LLC | Atlanta | GA | | | | | | | $330* | | | |
| 2017 | George M. Geeslin | Atlanta | GA | | | | | | | $350* | | | |
| 2017 | Gerald B. Stewart Attorney & Counselor at Law | Jacksonville | FL | | | | | | | $300* | | | |
| 2017 | Gerald K. Smith and John C. Smith Law Offices | Tucson | AZ | | $250 | $600 | $350 | $350 | $250 | $350 | $300 | | |
| 2017 | Gerdes Law Firm, L.L.C | Hammond | LA | | | | | | | $200* | | | |
| 2017 | Gibson, Dunn & Crutcher LLP | New York | NY | 17 | $925 | $1,195 | $1,150 | $250 | $875 | $685 | | | |

Copyright 2016 ALM Media properties, LLC. All rights reserved.

Declaration of Peter M. K. Frost, Ex. D, Case No. 3:22-cv-03520-TLT

**ALM LEGAL INTELLIGENCE**

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Gillman & Gillman, LLC | Edison | NJ | | | | $350* | | | | | | |
| 2017 | Giordano Halleran & Ciesla, P.C | Red Bank | NJ | | | | $425 | | | $250 | | | |
| 2017 | Glankler Brown PLLC | Memphis | TN | | | | $400* | | | | | | |
| 2017 | Gleichenhaus Marchese & Weishaar PC | Buffalo | NY | | | | | $250 | $350 | $325 | | | |
| 2017 | Goe & Forsythe LLC | Irvine | CA | | $300 | $395 | $395 | $295 | $315 | $300 | | | |
| 2017 | Goetz Fitzpatrick | New York | NY | | | | | $550 | $580 | $565 | | | |
| 2017 | Gold, Lange & Majoros PC | Southfield | MI | | $325 | $395 | $340 | $230 | $260 | $235 | | | |
| 2017 | Goldberg Weprin Finkel Goldstein LLP | New York | NY | | | | $550* | | | $550* | | | |
| 2017 | Goldman & Beslow, LLC | East Orange | NJ | | | | $400* | | | $375* | | | |
| 2017 | Goldsmith & Guymon, P.C. | Las Vegas | NV | | | | $425* | | | $425* | | | |
| 2017 | Goldstein and McClintock | Chicago | IL | | $435 | $525 | | | | $285* | | | |
| 2017 | Goldstein Bershad & Fried PC | Southfield | MI | | | | | | | $400 | | | |
| 2017 | Gonzalez Cordero Law Offices | Guaynabo | PR | | | | | | | $250* | | | |
| 2017 | Goodman Law Offices, APC | Encino | CA | | | | $395* | | | | | | |
| 2017 | Goodrich Postnikoff & Associates, LLP | Fort Worth | TX | | | | | | | $200* | | | |
| 2017 | Gorski & Knowlton PC | Hamilton | NJ | | | | $400 | | | | | | |
| 2017 | Gouveia and Associates | Merrillville | IN | | | | | $275 | $400 | $275 | | | |
| 2017 | Grasl PLC | Farmington Hills | MI | | | | $350* | | | | | | |
| 2017 | Gratacos Law Firm, PSC | Caguas | PR | | | | | | | $200* | | | |
| 2017 | Gray Reed & McGraw LLP | Houston | TX | 336 | | | $685* | $375 | $455 | $415 | | | $575* |
| 2017 | Greenberg & Bass | Encino | CA | | | | $450* | $335 | $450 | $400 | | | $495 |
| 2017 | Greenberg Traurig, LLP | New York | NY | 8 | $625 | $1,080 | $790 | $450 | $475 | $475 | | | $795 |
| 2017 | Greene Infuso, LLP | Las Vegas | NV | | $325 | $450 | $398 | $225 | $450 | $338 | | | |
| 2017 | Gregory K. Stern, P.C | Chicago | IL | | | | $465* | $325 | $465 | $445 | | | |
| 2017 | Grier Furr & Crisp, PA | Charlotte | NC | | $360 | $550 | $445 | $250 | $340 | $295 | | | |
| 2017 | Grossbart, Portney & Rosenberg | Baltimore | MD | | | | | | | $445* | | | |
| 2017 | Guarino Law, LLC | Montclair | NJ | | | | | | | $250* | | | |
| 2017 | Gudeman and Associates | Royal Oak | MI | | | | $350* | | | $300* | | | |
| 2017 | Guerra & Smeberg, PLLC | San Antonio | TX | | | | | | | $275 | | | |
| 2017 | Haberbush & Associates LLP | Long Beach | CA | | | | | $90 | $450 | $225 | | | $175* |
| 2017 | Halabu Law Group, P.C | Birmingham | MI | | | | $300* | | | | | | |
| 2017 | Harold M Somer PC | Westbury | NY | | | | | | | $350* | | | |
| 2017 | Harrell & Associates | Memphis | TN | | | | | | | $200* | | | |
| 2017 | Harris Law Practice LLC | Reno | NV | | | | | | | $400* | | | |
| 2017 | Harriss Hartmann Law Firm PC | Rossville | GA | | | | | | | $175* | | | |
| 2017 | Hartman & Hartman | Reno | NV | | | | | | | $450* | | | |
| 2017 | Harvell and Collins, P.A. | Morehead City | NC | | | | | $195 | $260 | $228 | | | |
| 2017 | Hatilo Law Office, PSC | Bayamon | PR | | | | | | | $250* | | | |
| 2017 | Haynes and Boone, LLP | Dallas | TX | 82 | $500 | $960 | $675 | $288 | $660 | $472 | | | |
| 2017 | Hayward, Parker, O'Leary & Pinsky | Middletown | NY | | | | $400* | | | $400* | | | |
| 2017 | Heidi McLeod Law Office, PLLC | San Antonio | TX | | | | | | | $300* | | | |
| 2017 | Heller, Draper, Patrick, Horn & Dabney, LLC | Baton Rouge | LA | | $375 | $400 | $388 | $275 | $400 | $350 | | | |
| 2017 | Henry D Paloci III PA | Thousand Oaks | CA | | | | | | | $300* | | | |
| 2017 | Henshaw Law Office | San Jose | CA | | $350 | $400 | $375 | | | $250 | | | |
| 2017 | Herbert C. Broadfoot II, PC | Atlanta | GA | | | | | $350 | $375 | $363 | | | |
| 2017 | Heritage Pacific Law Group, PC | Murrieta | CA | | | | $250* | | | $175* | | | |
| 2017 | Herren, Dare & Streett | St. Louis | MO | | | | $300* | | | | | | |
| 2017 | Herron Hill Law Group, PLLC | Orlando | FL | | | | | | | $300* | | | |
| 2017 | Hester Baker Krebs, LLC | Indianapolis | IN | | | | $350* | $275 | $375 | $373 | | | |
| 2017 | Heyboer Law PLC | Fort Gratiot | MI | | | | | | | $250* | | | |
| 2017 | Hirschler, Fleischer | Richmond | VA | | | | $425* | | | $250* | | | |
| 2017 | Hodges, Doughty & Carson PLLC | Knoxville | TN | | $250 | $325 | $288 | | | $200* | | | |
| 2017 | Hodgson Russ LLP | Buffalo | NY | 206 | | | $360* | | | | | | |
| 2017 | Hoffman & Saweris, P.C. | Houston | TX | | $235 | $335 | $285 | | | | | | |
| 2017 | Hoffman, Larin and Agnetti | Miami | FL | | | | | | | $325* | | | |
| 2017 | Holly E. Estes, Esq | Reno | NV | | | | | | | $350* | | | |
| 2017 | Homady & Corcoran, LLC | Hollidaysburg | PA | | | | | | | $210* | | | |
| 2017 | Homel Antonio Mercado Justiniano | Mayaguez | PR | | | | | | | $250* | | | |
| 2017 | Hook & Fatovich, LLC | Wayne | NJ | | | | $350 | | | | | | |

Declaration of Peter M. K. Frost, Ex. D, Case No. 3:22-cv-03520-TLT

**ALM LEGAL INTELLIGENCE**
more research. More insight. More business.

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Hoover Penrod PLC | Harrisonburg | VA | | | | $300* | | | $250* | | | |
| 2017 | Hoover Slovacek LLP | Houston | TX | | | | $475* | | | $320* | $300 | $350 | $343 |
| 2017 | Horowitz Law Group, PLLC | New York | NY | | | | $375* | | | | | | |
| 2017 | Hughes, Watters & Askanase | Houston | TX | | | | | | | | | | $350* |
| 2017 | Hunter Parker LLC | Las Vegas | NV | | | | | | | $450* | | | |
| 2017 | Hunton & Williams LLP | Richmond | VA | 61 | $625 | $775 | $730 | $350 | $535 | $515 | | | |
| 2017 | Husch Blackwell LLP | St. Louis | MO | 70 | | | $450* | | | $315* | $395 | $450 | $423 |
| 2017 | Ice Miller LLP | Indianapolis | IN | 152 | $477 | $698 | $554 | | | $324* | | | |
| 2017 | Imblum Law Offices, PC | Harrisburg | PA | | | | $295* | | | | | | $235* |
| 2017 | Ivey, McClellan, Gatton, & Talcott, LLP | Greensboro | NC | | $150 | $480 | $338 | | | | | | |
| 2017 | J.M. Cook, P.A | Raleigh | NC | | | | $300* | | | | | | |
| 2017 | Jackson Walker LLP | Dallas | TX | 124 | $545 | $750 | $695 | $465 | $515 | $490 | | | |
| 2017 | Jake Blanchard Law, PA | Largo | FL | | | | $250* | | | | | | |
| 2017 | James & Haugland, P.C | El Paso | TX | | | | $350 | $250 | $350 | $300 | | | |
| 2017 | James F. Kahn, P.C. | Phoenix | AZ | | | | $400 | | | $250 | | | |
| 2017 | James H. Henderson, P.C. | Charlotte | NC | | | | | | | $450* | | | |
| 2017 | James L. Drake, Jr. P.C. | Savannah | GA | | | | | $285 | $300 | $293 | | | |
| 2017 | Janvier Law Firm, PLLC | Raleigh | NC | | | | | $200 | $450 | $300 | | | |
| 2017 | Jay Lauer, Attorney at Law | South Bend | IN | | | | | | | $200* | | | |
| 2017 | Jay S. Kalish & Associates, P.C | Farmington | MI | | | | $225* | | | | | | |
| 2017 | Jeffrey A. Cogan, Esq., Ltd | Las Vegas | NV | | | | | | | $400* | | | |
| 2017 | Jeffrey C. Alandt | Traverse City | MI | | | | | | | $240* | | | |
| 2017 | Jeffrey M Pitchford, CPA | Denver | CO | | | | | | | $350* | | | |
| 2017 | Jeffrey Strange & Associates | Wilmette | IL | | | | $450* | | | $395* | | | |
| 2017 | Jesse Blanco and Associates | San Antonio | TX | | | | | | | $450* | | | |
| 2017 | Jimenez Vazquez & Associates, PSC | San Juan | PR | | | | | | | $145* | | | |
| 2017 | Joel D. Russman, Attorney at Law | Denver | CO | | | | | | | $395* | | | |
| 2017 | John A. Vos | San Rafael | CA | | | | | | | $495* | | | |
| 2017 | John E. Dunlap, Attorney at law | Memphis | TN | | | | | | | $200* | | | |
| 2017 | John M. Brunson, Attorney at Law | St. Petersburg | FL | | | | | | | $200* | | | |
| 2017 | John M. Mcauliffe & Associates, P.C. | Newton | MA | | | | $350* | $150 | $300 | $300 | | | $300 |
| 2017 | Johnny W. Thomas, Attorney at Law | San Antonio | TX | | | | | | | $310* | | | |
| 2017 | Johnson & Gubler, P.C | Las Vegas | NV | | | | | | | $245 | | | |
| 2017 | Johnson Pope Bokor Ruppel & Burns, LLP | Tampa | FL | | $325 | $395 | $373 | | | | | | |
| 2017 | Johnston & Street | Franklin | TN | | | | $300* | | | | | | |
| 2017 | Jones Day | Washington | DC | 5 | $700 | $1,050 | $950 | $300 | $800 | $525 | | | $850* |
| 2017 | Jones Walker LLP | New Orleans | LA | 117 | $285 | $475 | $388 | | | $235* | | | |
| 2017 | Jordan Price Wall Gray Jones & Carlton, PLLC | Raleigh | NC | | | | $250* | | | | | | |
| 2017 | Joseph V. Meyers, Esq | Hackensack | NJ | | | | $350* | | | | | | |
| 2017 | Joyce W. Lindauer Attorney, PLLC | Dallas | TX | | | | $350* | $185 | $395 | $195 | | | |
| 2017 | Juan C Bigas Law Office | Ponce | PR | | | | $250* | | | | | | |
| 2017 | Justiniano's Law Office | Mayaguez | PR | | | | | $125 | $250 | $188 | | | |
| 2017 | Kahn & Ahart Pllc | Phoenix | AZ | | | | $425* | $300 | $425 | $300 | | | |
| 2017 | Kane Russell Coleman Logan PC | Dallas | TX | 423 | $375 | $575 | $475 | | | $260* | | | |
| 2017 | Kasen & Kasen | Cherry Hill | PA | | $350 | $500 | $425 | | | $350* | | | |
| 2017 | Kasey C. Nye, Lawyer, PLLC | Tucson | AZ | | | | | $200 | $275 | $238 | | | |
| 2017 | Kasuri & Levy, LLC | Edison | NJ | | | | | | | $425* | | | |
| 2017 | Kasuri Byck, LLC. | Edison | NJ | | | | | | | $450* | | | |
| 2017 | Katz, Flatau, Popson and Boyer, LLP | Macon | GA | | | | | | | $325* | | | |
| 2017 | Kell C. Mercer, PC | Austin | TX | | | | $400* | | | | | | |
| 2017 | Keller & Almassian PLC | Grand Rapids | MI | | | | $350* | | | $295* | | | |
| 2017 | Kelley & Clements LLP | Gainesville | GA | | | | $400* | | | | | | |
| 2017 | Kelley and Fulton P.L. | West Palm Beach | FL | | | | $425* | | | $425 | | | |
| 2017 | Kelly / Warner, PLLC | Scottsdale | AZ | | | | $325* | | | | | | |
| 2017 | Kelly G. Black, PLC | Mesa | AZ | | | | | | | $300* | | | |
| 2017 | Kelly Hart Hallman | Fort Worth | TX | 252 | $405 | $495 | $450 | $235 | $320 | $265 | | | |
| 2017 | Kenneth H.J. Henjum, Law Offices | Ventura | CA | | | | $350* | | | $195* | | | |
| 2017 | Kera & Graubard | Flushing | NY | | | | $450* | | | | | | |
| 2017 | Kerney Law Office | Gallatin | TN | | | | | | | $350* | | | |

Copyright 2016 ALM Media properties, LLC. All rights reserved.

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Khang & Khang LLP | Irvine | CA | | | | $350* | | | | | | |
| 2017 | Kilmer Crosby & Walker PLLC | Houston | TX | | $325 | $425 | $375 | | | | | | |
| 2017 | King & Spalding LLP | Atlanta | GA | 23 | $775 | $1,435 | $1,000 | $525 | $790 | $525 | | | |
| 2017 | King Law Offices, P.C | Dublin | TX | | | | | | | | | | $300* |
| 2017 | Kinkead Law Offices | Amarillo | TX | | | | | | | $350* | | | |
| 2017 | Kirkland & Ellis LLP | Chicago | IL | 12 | $235 | $1,410 | $1,115 | $210 | $955 | $735 | | | |
| 2017 | Klein & Associates, LLC | Annapolis | MD | | | | $275* | | | $325* | | | |
| 2017 | Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball | Bakersfield | CA | | | | $315* | | | | | | |
| 2017 | Klestadt Winters Jureller Southard & Stevens, LLP | New York | NY | | $575 | $675 | $625 | | | | | | |
| 2017 | Klug Law Firm | Okemos | MI | | | | $300* | $185 | $225 | $205 | | | |
| 2017 | Kogan Law Firm APC | Los Angeles | CA | | | | $300* | | | $300* | | | |
| 2017 | Koh Law Firm, LLC | Bethesda | MD | | | | | | | $300* | | | |
| 2017 | Kornfield, Nyberg, Bendes, Kuhner & Little P.C | Oakland | CA | | | | $385* | $375 | $425 | $390 | | | |
| 2017 | Kudman Trachten Aloe LLP | New York | NY | | | | $550* | | | | | | |
| 2017 | Kung & Associates | Las Vegas | NV | | | | $450 | | | | | | |
| 2017 | Kurt Stephen, PLLC | McAllen | TX | | | | | | | $375* | | | |
| 2017 | Kurtzman Matera, PC | Spring Valley | NY | | | | | | | $525* | | | |
| 2017 | Kurtzman Steady LLC | Philadelphia | PA | | | | $480* | | | $325* | | | |
| 2017 | KutnerBrinen, PC | Denver | CO | | $400 | $500 | $465 | $260 | $340 | $300 | | | |
| 2017 | Lake & Cobb PLC | Tempe | AZ | | | | | $200 | $300 | $238 | | | |
| 2017 | Lamberth, Cifelli, Ellis & Nason, P.A | Atlanta | GA | | $360 | $495 | $450 | $250 | $360 | $350 | | | |
| 2017 | LaMonica Herbst & Maniscalco, LLP | Wantagh | NY | | | | $595 | | | $415 | | | |
| 2017 | Landrau Rivera & Assoc | San Juan | PR | | | | $200* | | | $175* | | | |
| 2017 | Lane & Wilkinson, LLC | Chattanooga | TN | | | | | | | $250* | | | |
| 2017 | Langley & Banack, Inc | San Antonio | TX | | $350 | $495 | $350 | $275 | $375 | $325 | | | |
| 2017 | Larry Vick, Attorney at Law | Houston | TX | | | | | | | $375* | | | |
| 2017 | Latham, Shuker, Barker, Eden & Beaudine LLP | Orlando | FL | | | | | | | $550* | | | |
| 2017 | Law at Tyson Law Firm, P.C | Greenwood | IN | | | | | | | $130* | | | |
| 2017 | Law firm of Berger Singerman LLP | Miami | FL | | | | $625 | | | | | | |
| 2017 | Law Firm of Brian W. Hofmeister, LLC | Trenton | NJ | | | | | | | $425 | | | |
| 2017 | Law Firm of Dean W Greer | San Antonio | TX | | | | $300* | | | | | | |
| 2017 | Law Firm Of Homel Mercado Justiniano | Mayaguez | PR | | | | | | | $125* | | | |
| 2017 | Law Firm of Joel M. Aresty, Esq | Tierra Verde | FL | | | | | | | $400* | | | |
| 2017 | Law Firm of Jose R Cintron | San Juan | PR | | | | | | | $150* | | | |
| 2017 | Law Office Emily D Davila Rivera | San Juan | PR | | | | | | | $200* | | | |
| 2017 | Law Office of Alan C Stein PC | Woodbury | NY | | | | $400* | | | | | | |
| 2017 | Law Office of Albert G. Reese, Jr | Pittsburgh | PA | | | | | | | $225* | | | |
| 2017 | Law Office of Aldo Caller | Overland Park | KS | | | | | | | $250* | | | |
| 2017 | Law Office of Allen P. Turnage | Tallahassee | FL | | | | | | | $300* | | | |
| 2017 | Law Office of Antonio I Hernandez Santiago | San Juan | PR | | | | | | | $250* | | | |
| 2017 | Law Office of Bethany A. Ralph | Amenia | NY | | | | $300* | | | $250* | | | |
| 2017 | Law Office of Carl M. Barto | Laredo | TX | | | | | | | $350 | | | |
| 2017 | Law Office of Craig D. Robins | Melville | NY | | | | | $275 | $385 | $330 | | | |
| 2017 | Law Office of Craig K. Welch | Petaluma | CA | | | | | $275 | $420 | $348 | | | |
| 2017 | Law Office of Daren M Schlecter | Los Angeles | CA | | | | | | | $350* | | | $275* |
| 2017 | Law Office Of David A. Scholl | Newtown Square | PA | | | | | | | $300* | | | |
| 2017 | Law Office of David Cahn, LLC | Silver Spring | MD | | | | | | | $300* | | | |
| 2017 | Law Office of David M. Serafin | Denver | CO | | | | | | | $325* | | | |
| 2017 | Law Office of David W. Cohen | Baltimore | MD | | | | | | | $275* | | | |
| 2017 | Law Office of Dick Harris, PC | Abilene | TX | | | | | | | $290* | | | |
| 2017 | Law Office of Dino S. Mantzas | Marlton | NJ | | | | | | | $300* | | | |
| 2017 | Law Office of Edward Gonzalez, P.C. | Washington | DC | | | | $450* | $350 | $410 | $380 | | | |
| 2017 | Law Office of Ehsanul Habib | Forest Hills | NY | | | | | | | $275 | | | |
| 2017 | Law Office of Erik G. Soderberg | Rockville | MD | | | | | | | $400* | | | |
| 2017 | Law Office of Gary W. Cruickshank | Boston | MA | | | | | | | $400 | | | |
| 2017 | Law Office Of Gina M. Corena, Esq | Las Vegas | NV | | | | $400* | | | $400* | | | |
| 2017 | Law Office of Gregory Messer PLLC | Brooklyn | NY | | | | | $350 | $575 | $463 | | | |
| 2017 | Law Office of H. Anthony Hervol | San Antonio | TX | | | | $285* | | | $285* | | | |
| 2017 | Law Office of Harvey I. Marcus | Saddle Brook | NJ | | | | | | | $350* | | | |

Declaration of Peter M. K. Frost, Ex. D, Case No. 3:22-cv-03520-TLT

**ALM LEGAL INTELLIGENCE**
More research. More insight. More business.

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Law Office Of Jackie R. Geller | San Diego | CA | | | | | | | $325* | | | |
| 2017 | Law Office of Jacqueline E. Hernandez Santiago, Esq | San Juan | PR | | | | | | | $250* | | | |
| 2017 | Law Office of Jeffrey L. Smoot | Seattle | WA | | | | $300* | | | | | | |
| 2017 | Law Office of Jeffrey L. Zimring | Albany | NY | | | | | | | $275* | | | |
| 2017 | Law Office of Jerome M. Douglas, LLC | Hawthorne | NJ | | | | $425 | $350 | $425 | $400 | | | |
| 2017 | Law Office of Jonathan A. Backman | Bloomington | IL | | | | | | | $325* | | | |
| 2017 | Law Office of Jonathan H. Stanwood, LLC | Philadelphia | PA | | | | | | | $325* | | | |
| 2017 | Law Office Of Jonathan J. Sobel | Philadelphia | PA | | | | | | | $250* | | | |
| 2017 | Law Office of Judith A. Descalso | Escondido | CA | | | | $400* | | | $300* | | | |
| 2017 | Law Office of Kim Y. Johnson | Laurel | MD | | | | | | | $205* | | | |
| 2017 | Law Office of Lee M. Perlman | Cherry Hill | NJ | | | | $350* | $250 | $350 | $275 | | | |
| 2017 | Law Office of Lewis R. Landau | Calabasas | CA | | | | | | | $495* | | | |
| 2017 | Law Office of Margaret Maxwell McClure | Houston | TX | | | | $400* | | | $400* | | | |
| 2017 | Law Office of Mark B. French | Bedford | TX | | | | | $50 | $350 | $112 | | | |
| 2017 | Law Office Of Mark J. Giunta | Phoenix | AZ | | | | $425* | $175 | $225 | $200 | | | |
| 2017 | Law Office of Mark S. Roher, P.A. | Fort Lauderdale | FL | | | | | | | $300* | | | |
| 2017 | Law Office Of Marvin Levy | Studio City | CA | | | | | | | $250* | | | |
| 2017 | Law Office of Michael A King | Brooklyn | NY | | | | | | | $250* | | | |
| 2017 | Law Office of Michael J. Harker | Las Vegas | NV | | | | | $275 | $325 | $325 | | | |
| 2017 | Law Office Of Michael J. O'Connor | San Antonio | TX | | | | $300* | | | | | | |
| 2017 | Law Office of Michael Y Lo | Alhambra | CA | | | | $475* | $375 | $475 | $425 | | | |
| 2017 | Law Office of Nelson M. Jones III | Houston | TX | | | | | $250 | $375 | $312 | | | |
| 2017 | Law Office of O. Allan Fridman | Northbrook | IL | | | | $425* | | | $425* | | | |
| 2017 | Law Office of Olga Zlotnik, PLLC | Scottsdale | AZ | | | | $220* | | | | | | |
| 2017 | Law Office of Rachel S. Blumenfeld | Brooklyn | NY | | | | | | | $450 | | | $400* |
| 2017 | Law Office of Raquel S. White, LLC | Largo | MD | | | | | | | $295* | | | |
| 2017 | Law Office Of Robert M Aronson | Los Angeles | CA | | | | | | | $400 | | | |
| 2017 | Law Office of Rowena N. Nelson, LLC | Largo | MD | | | | | | | $325* | | | |
| 2017 | Law Office of Scott B. Riddle, LLC | Atlanta | GA | | | | $350* | | | $350* | | | |
| 2017 | Law Office of Scott M. Hare | Pittsburgh | PA | | | | $400* | | | $200* | | | |
| 2017 | Law Office of Sheila Durant | Baltimore | MD | | | | | | | $375* | | | |
| 2017 | Law Office of Stan L Riskin P A | Aventura | FL | | | | | | | $375* | | | |
| 2017 | Law Office of Steven M. Olson | Santa Rosa | CA | | | | | $275 | $475 | $375 | | | |
| 2017 | Law Office Of Thomas B. Gorrill | San Diego | CA | | | | | | | $400* | | | |
| 2017 | Law Office of Thomas W. Lynch | Hickory Hills | IL | | | | | | | $275* | | | |
| 2017 | Law Office of Timothy G. Niarhos | Nashville | TN | | | | | $250 | $350 | $250 | | | |
| 2017 | Law Office Of Timothy M. Mauser | Danvers | MA | | | | $420* | | | | | | |
| 2017 | Law Office of Toni Campbell Parker | Memphis | TN | | | | | | | $300* | | | |
| 2017 | Law Office of W. Derek May | Upland | CA | | | | | | | $250* | | | |
| 2017 | Law Office of W. Thomas Bible, Jr. | Chattanooga | TN | | | | | | | $250 | | | |
| 2017 | Law Office of Warren J. Fields | Katy | TX | | | | | | | $325* | | | |
| 2017 | Law Office of Will B. Geer, LLC | Atlanta | GA | | | | | | | $325* | | | |
| 2017 | Law Office of William F. Kunofsky | Dallas | TX | | | | | | | $350* | | | |
| 2017 | Law Office of William P. Fennell, APLC | San Diego | CA | | | | | | | $375* | | | |
| 2017 | Law Office Of Yasha Rahimzadeh | Sacramento | CA | | | | | | | $250* | | | |
| 2017 | Law Offices Lefkovitz & Lefkovitz | Nashville | TN | | | | | $325 | $485 | $405 | | | |
| 2017 | Law Offices of Adam Farber, P.A. | West Palm Beach | FL | | | | | | | $300* | | | |
| 2017 | Law Offices of Alan M Lurya | Irvine | CA | | | | | | | $375* | | | |
| 2017 | Law Offices of Alla Kachan P.C. | Brooklyn | NY | | | | | | | $300* | | | |
| 2017 | Law Offices of Allen A. Kolber, Esq | Suffern | NY | | | | | | | $450* | | | |
| 2017 | Law Offices of Andrew A. Moher | San Diego | CA | | | | | | | $350* | | | |
| 2017 | Law Offices Of Andrew H. Griffin, III | El Cajon | CA | | | | | $250 | $350 | $300 | | | |
| 2017 | Law Offices of Anthony O Egbase & Associates | Los Angeles | CA | | | | $450* | $150 | $350 | $325 | | | |
| 2017 | Law Offices of Binder and Malter | Santa Clara | CA | | $395 | $525 | $475 | $225 | $475 | $400 | | | |
| 2017 | Law Offices of Brooks, Frank & De La Guardia | Miami | FL | | | | $475* | | | | | | |
| 2017 | Law Offices of Buddy D. Ford, PA | Tampa | FL | | | | $425 | $300 | $425 | $375 | | | |
| 2017 | Law Offices of C. Conde & Assoc. | San Juan | PR | | | | $300* | | | $250* | | | |
| 2017 | Law Offices of C.R. Hyde | Tucson | AZ | | | | | $250 | $295 | $272 | | | |
| 2017 | Law Offices of Charles B. Greene | San Jose | CA | | | | | | | $495* | | | |

Declaration of Peter M. K. Frost, Ex. D, Case No. 3:22-cv-03520-TLT

Copyright 2016 ALM Media properties, LLC. All rights reserved.

**ALM LEGAL INTELLIGENCE**
More research. More insight. More business.

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Law Offices of Christopher S. Moffitt | Alexandria | VA | | | | $450* | | | | | | |
| 2017 | Law Offices of Craig A. Diehl | Camp Hill | PA | | | | $250* | | | $150* | | | |
| 2017 | Law Offices of Craig M. Geno, PLLC | Ridgeland | MS | | | | $375* | | | $225* | | | |
| 2017 | Law Offices of Craig V. Winslow | San Mateo | CA | | | | $350* | | | | | | |
| 2017 | Law Offices of David A Tilem | Glendale | CA | | | | $600* | $400 | $500 | $450 | | | |
| 2017 | Law Offices of David A. Arietta | Walnut Creek | CA | | | | | | | $350* | | | |
| 2017 | Law Offices of David Carlebach, Esq | New York | NY | | | | $450* | | | | | | $485* |
| 2017 | Law Offices of David H. Lang | Media | PA | | | | | | | $300* | | | |
| 2017 | Law Offices Of David N. Chandler | Santa Rosa | CA | | | | | $420 | $520 | $470 | | | |
| 2017 | Law Offices of David W. Meadows | Los Angeles | CA | | | | | | | $550* | | | |
| 2017 | Law Offices of Dimitri L. Karapelou, LLC | Philadelphia | PA | | | | | $225 | $350 | $287 | | | |
| 2017 | Law Offices of Douglas Jacobson, LLC | Cumming | GA | | | | $300* | | | | | | |
| 2017 | Law Offices of Douglas T Tabachnik, PC | Freehold | NJ | | | | $500* | | | $500* | | | |
| 2017 | Law Offices of Drew Henwood | San Jose | CA | | | | | | | $250* | | | |
| 2017 | Law Offices Of Eric J. Gravel | San Francisco | CA | | | | | | | $350* | | | |
| 2017 | Law Offices Of Francisco Javier Aldana Law Firm, LLP | San Diego | CA | | | | | | | $450* | | | |
| 2017 | Law Offices of Gabriel Del Virginia | New York | NY | | | | $650* | | | $350* | | | |
| 2017 | Law Offices of Gabriel Liberman, APC | Sacramento | CA | | | | $250* | | | | | | |
| 2017 | Law Offices of George J. Paukert | Palm Desert | CA | | | | $200* | | | | | | |
| 2017 | Law Offices of Gold & Gold | Hatboro | PA | | | | | | | $150* | | | |
| 2017 | Law Offices of Henry F. Sewell, Jr | Atlanta | GA | | | | $350* | | | | | | |
| 2017 | Law Offices of Ira Benjamin Katz, A Professional Corpor | Los Angeles | CA | | | | $595* | | | | | | |
| 2017 | Law Offices of James E Hurley Jr | New York | NY | | | | | | | $400* | | | |
| 2017 | Law Offices of James J. Joyce PLLC | Lancaster | NY | | | | | | | $250* | | | |
| 2017 | Law Offices Of James Yan | Pasadena | CA | | | | | | | $350* | | | |
| 2017 | Law Offices Of Janet A. Lawson | Ventura | CA | | | | | | | $350* | | | |
| 2017 | Law Offices of Jeffrey M Sherman | Arlington | MD | | | | | | | $500* | | | |
| 2017 | Law Offices of Joann M. Hennessey, PL | Miami | FL | | | | | | | $350* | | | |
| 2017 | Law Offices of Joel Schechter | Chicago | IL | | | | $450* | | | | | | |
| 2017 | Law Offices of John C. Hanrahan, LLC | Frederick | MD | | | | $300* | | | $300* | | | |
| 2017 | Law Offices of John D. Moore, P.A. | Ridgeland | MS | | | | | $375 | $425 | $400 | | | |
| 2017 | Law Offices of Kevin Michael Madden PLLC | Houston | TX | | | | | | | $275* | | | |
| 2017 | Law Offices of Konstantine Sparagis, P.C | Chicago | IL | | | | | | | $250* | | | |
| 2017 | Law Offices of L. William Porter III | Orlando | FL | | | | $400* | | | $400* | | | |
| 2017 | Law Offices of Lawrence G. Papale | Dillsburg | PA | | | | | | | $300* | | | |
| 2017 | Law Offices Of Lawrence L. Szabo | Oakland | CA | | | | | | | $450* | | | |
| 2017 | Law Offices of Lewis Phon | Antioch | CA | | | | $300* | | | | | | |
| 2017 | Law Offices of Lionel E Giron | Ontario | CA | | | | $350* | | | $350* | | | |
| 2017 | Law Offices of Louis J. Esbin | Stevenson Ranch | CA | | | | | $250 | $550 | $375 | | | |
| 2017 | Law Offices of Love & Dillenbeck, PLLC | Rural Hall | NC | | | | $300* | | | | | | |
| 2017 | Law Offices of Marc A. Duxbury | Carlsbad | CA | | | | | | | $350* | | | |
| 2017 | Law Offices of Marc R. Kivitz | Baltimore | MD | | | | | | | $400 | | | |
| 2017 | Law Offices of Marc Voisenat | Alameda | CA | | | | | | | $400* | | | |
| 2017 | Law Offices of Marilyn D. Garner | Arlington | TX | | | | | $375 | $400 | $388 | | | |
| 2017 | Law Offices of Mark E Goodfriend | Encino | CA | | | | | | | $350* | | | |
| 2017 | Law Offices of Mark S Martinez | Fountain Valley | CA | | | | $350* | | | $200 | | | |
| 2017 | Law Offices of Martha J. Simon | San Francisco | CA | | | | | $350 | $450 | $400 | | | |
| 2017 | Law Offices Of Marvin H. Gold | Hatboro | PA | | | | | $250 | $500 | $400 | | | |
| 2017 | Law Offices of Michael G. Spector | Santa Ana | CA | | | | | | | $410* | | | $380* |
| 2017 | Law Offices of Michael J. Henny | Pittsburgh | PA | | | | $300* | | | | | | |
| 2017 | Law Offices of Michael Jay Berger | Beverly Hills | CA | | $495 | $525 | $510 | $265 | $495 | $373 | | | |
| 2017 | Law Offices of Michael K. Mehr | Santa Cruz | CA | | | | | | | $400* | | | |
| 2017 | Law Offices of Moses S. Bardavid | Encino | CA | | | | | $275 | $350 | $313 | | | |
| 2017 | Law Offices of Nicholas Gebelt | Whittier | CA | | | | | | | $350* | | | |
| 2017 | Law Offices of Norman and Bullington, P.A. | Tampa | FL | | | | $300* | | | | | | |
| 2017 | Law Offices of Oxana Kozlov | Sunnyvale | CA | | | | $350* | | | | | | |
| 2017 | Law Offices of Paul R. Torre | Encino | CA | | | | $400* | | | | | | |
| 2017 | Law Offices of Perez & Bonomo, LLC | Hackensack | NJ | | | | $475* | | | | | | |
| 2017 | Law Offices of Perry Ian Tischler | Bayside | NY | | | | | | | $300* | | | |

Declaration of Peter M. K. Frost, Ex. D, Case No. 3:22-cv-03520-TLT

Copyright 2016 ALM Media properties, LLC. All rights reserved.

**ALM LEGAL INTELLIGENCE**

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Law Offices of Ray Battaglia, PLLC | San Antonio | TX | | | | | | | $450* | | | |
| 2017 | Law Offices of Raymond B. Rounds | East Orange | NJ | | | | | | | $150* | | | |
| 2017 | Law Offices of Raymond C Stilwell | Amherst | NY | | | | | | | $250* | | | |
| 2017 | Law Offices of Raymond H Aver APC | Los Angeles | CA | | | | $525* | | | $375* | | | |
| 2017 | Law Offices of Richard D. Gaines Esq. | Newton | NJ | | | | $350* | | | | | | |
| 2017 | Law Offices of Richard F. Fellrath | Troy | MI | | | | $200* | | | | | | |
| 2017 | Law Offices of Robert M. Yaspan | Woodland Hills | CA | | | | | $300 | $550 | $435 | | | |
| 2017 | Law Offices of Robert N. Bassel | Clinton | MI | | | | | | | $300* | | | |
| 2017 | Law Offices of Robert O Lampl | Pittsburgh | PA | | | | | | | $275* | | | |
| 2017 | Law Offices of Russell King, PC | Dublin | TX | | | | | | | $350* | | | |
| 2017 | Law Offices Of Ruth Elin Auerbach | San Francisco | CA | | | | | | | $350* | | | |
| 2017 | Law Offices of Scott J. Sagaria | San Jose | CA | | | | $500* | | | $450* | | | |
| 2017 | Law Offices Of Selwyn D. Whitehead | Oakland | CA | | | | $400* | | | | | | |
| 2017 | Law Offices of Sheila Esmaili, Esq | Los Angeles | CA | | | | | | | $300* | | | |
| 2017 | Law Offices of Stephen J. Kleeman | Towson | MD | | | | | | | $350* | | | |
| 2017 | Law offices of Steven T Stanton | Maryville | IL | | | | $225* | | | | | | |
| 2017 | Law Offices of Susan J. Cofano | Montrose | CO | | | | | | | $250 | | | |
| 2017 | Law Offices of Timothy P. Thomas, Llc | Las Vegas | NV | | | | | | | $350* | | | |
| 2017 | Law Offices of Todd B Becker | Long Beach | CA | | | | $400* | | | $400* | | | |
| 2017 | Law Offices of W. Steven Shumway | Roseville | CA | | | | | | | $300* | | | |
| 2017 | Law Offices of William F. McLaughlin | Oakland | CA | | | | $350* | | | | | | |
| 2017 | Law Offices of William S. Katchen, LLC | Florham Park | NJ | | | | | | | $850* | | | |
| 2017 | Law Offices of Yvette V. Dudley, P.C | Springfield Gardens | NY | | | | | | | $300* | | | |
| 2017 | LawCare Ltd | Greensburg | PA | | | | | $275 | $325 | $300 | | | |
| 2017 | Ledford, Wu & Borges, LLC | Chicago | IL | | $350 | $400 | $400 | | | $250* | | | |
| 2017 | Leech Tishman Fuscaldo & Lampl, Inc | Los Angeles | CA | | $290 | $595 | $428 | $200 | $215 | $208 | | | $215* |
| 2017 | Leiderman Shelomith, P.A | Fort Lauderdale | FL | | $325 | $425 | $375 | | | | | | |
| 2017 | Leonard, Key & Key PLLC | Wichita Falls | TX | | | | | | | $300* | | | |
| 2017 | Leslie Cohen Law PC | Santa Monica | CA | | | | $575 | $297 | $390 | $350 | | | $390* |
| 2017 | Lesnick Prince & Pappas LLP | Los Angeles | CA | | $395 | $495 | $495 | | | $275* | | | |
| 2017 | Lester & Associates, P.C. | Garden City | NY | | | | $375* | | | | | | |
| 2017 | Levene Neale Bender Yoo & Brill LLP | Los Angeles | CA | | $515 | $595 | $575 | $335 | $555 | $425 | $515 | $595 | $575 |
| 2017 | Levitt & Slafkes, P.C. | Maplewood | NJ | | | | $400* | | | | | | |
| 2017 | Liskow & Lewis | New Orleans | LA | 324 | | | | | | $200* | | | |
| 2017 | Litt Law Group LLC | Rockville Centre | NY | | | | | | | | | | $525* |
| 2017 | Little & Milligan, PLLC | Knoxville | TN | | | | | | | $300 | | | |
| 2017 | Lobel Weiland Golden Friedman LLP | Costa Mesa | CA | | $550 | $850 | $750 | | | | | | $650* |
| 2017 | Lohr & Associates, Ltd | West Chester | PA | | | | $300* | | | | | | $250* |
| 2017 | Lube & Soto Law Offices PSC | San Juan | PR | | | | $250 | | | | | | |
| 2017 | Lugo Mender Group, LLC | Guaynabo | PR | | | | | $175 | $300 | $238 | | | |
| 2017 | Lusky and Associates | Dallas | TX | | | | | | | $350* | | | |
| 2017 | Lyssete Morales Law Office | Mayaguez | PR | | | | | $125 | $275 | $225 | | | |
| 2017 | M Jones & Assoicates, PC | Santa Ana | CA | | $300 | $400 | $350 | $300 | $400 | $350 | | | |
| 2017 | M. Denise Dotson, LLC | Atlanta | GA | | | | | | | $250* | | | |
| 2017 | Macdonald Fernandez LLP | San Francisco | CA | | | | $450 | | | $350* | | | |
| 2017 | Macey, Wilensky & Hennings, LLC | Atlanta | GA | | $350 | $450 | $425 | $195 | $450 | $398 | | | |
| 2017 | Maciag Law, LLC | Princeton | NJ | | | | | $465 | $475 | $470 | | | |
| 2017 | Magee Goldstein Lasky & Sayers, P.C. | Roanoke | VA | | | | $375* | $200 | $275 | $238 | | | |
| 2017 | Mahady & Mahady | Greensburg | PA | | | | | | | $275* | | | |
| 2017 | Malaise Law Firm | San Antonio | TX | | | | $275* | | | $275 | | | |
| 2017 | Malone Akerly Martin PLLC | Dallas | TX | | | | $350* | | | | | | |
| 2017 | Mansfield Law Corporation | Oxnard | CA | | | | | | | $360* | | | |
| 2017 | Marc A. Duxbury | Murrieta | CA | | | | | | | $350* | | | |
| 2017 | Marc A. Zaid Esq., P.C | Woodbury | PA | | | | | | | $300* | | | |
| 2017 | Marcos D. Oliva, PC | McAllen | TX | | | | $250* | | | $250* | | | |
| 2017 | Mark E. Cohen Bankruptcy Law Firm | Forest Hills | NY | | | | $400* | | | | | | |
| 2017 | Mark M. Jones & Associates, P.C. | Santa Ana | CA | | | | | $300 | $425 | $350 | | | |
| 2017 | Markus Williams, Young & Zimmermann LLC | Denver | CO | | | | $445* | | | $315* | | | |
| 2017 | Marshall Socarras Grant, P.L. | Boca Raton | FL | | | | | | | $275* | | | |

Declaration of Peter M. K. Frost, Ex. D, Case No. 3:22-cv-03520-TLT

Copyright 2016 ALM Media properties, LLC. All rights reserved.

**ALM LEGAL INTELLIGENCE**

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Martin Keith Thomas, Attorney at Law | Dallas | TX | | | | | | | $400* | | | |
| 2017 | Maxwell Dunn, PLC | Southfield | MI | | $300 | $350 | $325 | | | $200* | | | |
| 2017 | Mayerson & Hartheimer PLLC | New York | NY | | | | $600 | | | $350* | | | |
| 2017 | Mazur & Brooks, A P.L.C. | Las Vegas | NV | | | | | | | $350* | | | |
| 2017 | McAllister Garfield, P.C. | Denver | CO | | $415 | $435 | $425 | $200 | $250 | $225 | $175 | $375 | $275 |
| 2017 | McAuliffe Law Firm | Melville | NY | | | | $350* | | | | | | |
| 2017 | McBreen & Kopko | Jericho | NY | | | | $400* | | | | | | |
| 2017 | McBryan, LLC | Atlanta | GA | | | | | | | $400* | | | |
| 2017 | McCallar Law Firm | Savannah | GA | | | | | $290 | $390 | $300 | | | |
| 2017 | McCann Garland Ridall & Burke | Pittsburgh | PA | | | | | | | $350* | | | |
| 2017 | McCrystal Law Office | Emmaus | PA | | | | $275* | | | | | | |
| 2017 | McCullough Eisenberg, LLC | Warminster | PA | | | | | | | $350 | | | |
| 2017 | McDonald Hopkins | Cleveland | OH | 292 | $415 | $72 | $720 | $568 | | | | | |
| 2017 | McDonald, Sutton & Duval, PLC | Richmond | VA | | | | | $225 | $395 | $310 | | | |
| 2017 | McDowell Posternock Apell & Detrick, PC | Maple Shade | NJ | | | | $400 | $250 | $300 | $275 | | | |
| 2017 | McElwee Firm, PLLC | North Wilkesboro | NC | | | | | | | $250* | | | |
| 2017 | McGuire, Craddock & Strother | Dallas | TX | | | | $450* | | | | | | |
| 2017 | McKinley Onua & Associates PLLC | Brooklyn | NY | | | | | | | $250* | | | $350* |
| 2017 | McKool Smith PC | Dallas | TX | 230 | $620 | $1,200 | $800 | $325 | $345 | $335 | | | $545* |
| 2017 | McMillan Law Group | San Diego | CA | | | | | | | $375* | | | |
| 2017 | McNally & Busche, L.L.C. | Newton | NJ | | | | | | | $350* | | | |
| 2017 | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A | Greenbelt | MD | | $375 | $500 | $438 | $325 | $350 | $338 | | | |
| 2017 | McQueen & Ashman LLP | Irvine | CA | | $390 | $450 | $410 | | | | $350 | $365 | $358 |
| 2017 | McWhorter, Cobb & Johnson, LLP | Lubbock | TX | | | | | | | $300 | | | |
| 2017 | Medina Law Firm LLC | New York | NY | | | | | $385 | $425 | $405 | | | $425 |
| 2017 | Mellinger, Sanders & Kartzman, LLC | Morris Plains | NJ | | | | | $335 | $395 | $365 | | | |
| 2017 | Meridian Law | San Jose | CA | | | | | | | $250* | | | |
| 2017 | Meridian Law, LLC | Baltimore | MD | | $300 | $325 | $313 | | | $250* | | | |
| 2017 | Merrill & Stone, LLC | Swainsboro | GA | | | | | | | $285 | | | |
| 2017 | Merrill PA | West Palm Beach | FL | | | | | | | $450 | | | |
| 2017 | Mesch Clark & Rothschild | Tucson | AZ | | $400 | $575 | $450 | $275 | $395 | $335 | | | |
| 2017 | Messana PA | Fort Lauderdale | FL | | | | | | | $350* | | | |
| 2017 | Mestone & Associates LLC | North Andover | MA | | $350 | $400 | $400 | | | $275* | | | |
| 2017 | Meyer, Suozzi, English & Klein, PC | Garden City | NY | | | | $550* | | | | | | |
| 2017 | Michael A King, Attorney at Law | New York | NY | | | | | | | $250* | | | |
| 2017 | Michael J. Davis | Denver | CO | | | | $350* | | | | | | |
| 2017 | Michael J. Goldstein & Associates | San Francisco | CA | | | | | $425 | $550 | $488 | | | |
| 2017 | Michael W. Carmel, Ltd. | Phoenix | AZ | | | | | | | $600* | | | |
| 2017 | Micheal J. Brock, Llc | Las Vegas | NV | | | | $250* | | | $180* | | | |
| 2017 | Middlebrooks Shapiro, P.C. | Springfield | NJ | | $350 | $400 | $375 | $250 | $350 | $300 | | | |
| 2017 | Millan Law Offices | San Juan | PR | | | | | | | $200* | | | |
| 2017 | Miller & Martin PLLC | Chattanooga | TN | 353 | | | $295 | | | | | | |
| 2017 | Miller and Miller, LLP | Westminster | MD | | | | | | | $225* | | | |
| 2017 | Miller, Johnson, Snell & Cummiskey, P.L.C | Grand Rapids | MI | | $370 | $460 | $420 | | | | | | $300* |
| 2017 | Mincin Law, PLLC | Las Vegas | NV | | | | $350* | | | $360* | | | |
| 2017 | Minden Lawyers, LLC | Minden | NV | | $325 | $400 | $363 | $150 | $225 | $200 | | | |
| 2017 | Minion & Sherman | West Caldwell | NJ | | | | $325* | | | | | | |
| 2017 | Mitchell A. Sommers ESQ, P.C. | Ephrata | PA | | | | | | | $225* | | | |
| 2017 | Moher Law Group | San Francisco | CA | | | | | | | $350* | | | |
| 2017 | Montez & Williams PC | Waco | TX | | | | | $225 | $350 | $288 | | | |
| 2017 | Moon Wright & Houston, PLLC | Charlotte | NC | | | | | $240 | $350 | $350 | | | |
| 2017 | Moretsky Law Firm | Huntingdon Valley | PA | | | | $220* | | | $125* | | | |
| 2017 | Morgan & Bley, Ltd | Chicago | IL | | | | $450* | | | $265* | | | |
| 2017 | Morris, Nichols, Arsht & Tunnell LLP | Wilmington | DE | 421 | $650 | $1,050 | $775 | $395 | $625 | $415 | | | $595* |
| 2017 | Morris, Polich & Purdy, LLP | Los Angeles | CA | 472 | | | $575* | | | $575* | | | |
| 2017 | Moses & Singer | New York | NY | 413 | | | $895* | | | | | | |
| 2017 | Morrison-Tenenbaum PLLC | New York | NY | | | | $495* | | | $350 | | | |
| 2017 | Motschenbacher & Blattner LLP | Portland | OR | | | | $375* | $315 | $375 | $345 | | | |
| 2017 | MRO Attorneys at Law, LLC | San Juan | PR | | | | | | | $250* | | | |

Copyright 2016 ALM Media properties, LLC. All rights reserved.

**ALM LEGAL INTELLIGENCE**

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Ms Lozada Law Office | San Juan | PR | | $150 | $200 | $175 | | | $150* | | | |
| 2017 | Mullin Hoard & Brown, LLP | Lubbock | TX | | $275 | $420 | $348 | | | | | | |
| 2017 | Munsch Hardt Kopf & Harr PC | Dallas | TX | 360 | $480 | $650 | $565 | | | $300* | | | |
| 2017 | Murphy Mahon Keffler & Farrier, L.L.P | Fort Worth | TX | | | | $450* | | | $400* | | | |
| 2017 | Nathan Sommers Jacobs PC | Houston | TX | | | | $550* | | | $330* | | | |
| 2017 | Neeleman Law Group | Everett | WA | | | | | $275 | $360 | $318 | | | |
| 2017 | Neeley Law Firm Plc | Chandler | AZ | | | | | | | $300* | | | |
| 2017 | Neff & Boyer, P.C. | Tucson | AZ | | | | | $200 | $350 | $275 | | | |
| 2017 | Nelson Mullins Riley & Scarborough LLP | Atlanta | GA | 86 | $410 | $570 | $450 | $300 | $390 | $335 | | | |
| 2017 | Newman & Newman, PC | Ridgeland | MS | | | | | | | $300* | | | |
| 2017 | Niarhos & Waldron, PLC | Nashville | TN | | $250 | $350 | $300 | | | $250* | | | |
| 2017 | Nicolas A. Wong Law Offices | San Juan | PR | | | | | $200 | $225 | $213 | | | |
| 2017 | Noble Law Firm, P.A | Boca Raton | FL | | | | $300* | | | | | | |
| 2017 | Noonan & Lieberman Ltd | Chicago | IL | | | | $150* | | | | | | |
| 2017 | Norgaard O'Boyle, Attorneys At Law | Englewood | NJ | | $400 | $525 | $463 | $300 | $350 | $325 | | | |
| 2017 | Nuti Hart LLP | Oakland | CA | | | | $575 | | | $575* | | | |
| 2017 | Nutovic & Associates | New York | NY | | | | $560* | | | | | | |
| 2017 | Oaktree Law | Cerritos | CA | | | | | $250 | $400 | $400 | | | |
| 2017 | Obermayer Rebmann Maxwell & Hippel LLP | Philadelphia | PA | 367 | | | | | | $350* | | | |
| 2017 | Odin, Feldman & Pittleman | Reston | VA | | | | $485* | | | | | | |
| 2017 | Offit Kurman, PA | Bethesda | MD | 308 | | | $440* | | | | | | |
| 2017 | Okin & Adams, LLP | Houston | TX | | | | $425* | | | | $295 | $345 | $320 |
| 2017 | Olshan Frome Wolosky LLP | New York | NY | 431 | | | $730* | | | $360* | | | |
| 2017 | Olson Nicoud & Gueck, LLP | Dallas | TX | | | | $400 | | | $400* | | | |
| 2017 | Onukwugha & Associates, LLC | Baltimore | MD | | | | | | | $375* | | | |
| 2017 | Orantes Law Firm PC | Los Angeles | CA | | | | $500* | | | $500 | | | |
| 2017 | Orenstein Law Group | Dallas | TX | | | | $425* | | | $225* | | | $350* |
| 2017 | Ortiz & Ortiz LLP | Astoria | NY | | $400 | $450 | $425 | $325 | $350 | $325 | | | $325* |
| 2017 | Pachulski, Stang, Ziehl, and Jones LLP | Wilmington | DE | | $850 | $1,095 | $1,050 | $240 | $1,195 | $438 | | | |
| 2017 | Palm Harbor Law Group | Palm Harbor | FL | | | | | | | $200* | | | |
| 2017 | Pamela G. Magee, Attorney at Law | Baton Rouge | LA | | | | | | | $325* | | | |
| 2017 | Pamela Jan Zylstra, A Professional Corporation | Irvine | CA | | | | | | | $425* | | | |
| 2017 | Parker & DuFresne, P.A | Jacksonville | FL | | | | | | | $300 | | | |
| 2017 | Parker Poe Adams & Bernstein LLP | Charlotte | NC | 219 | $380 | $475 | $428 | | | $575* | | | |
| 2017 | Parry Tyndall White | Chapel Hill | NC | | | | $325* | | | $200* | | | |
| 2017 | Pasquale Menna, Esq | Red Bank | NJ | | | | | | | $250* | | | |
| 2017 | Paul D. Bradford, PLLC | Cary | NC | | | | | | | $350* | | | |
| 2017 | Paul Reece Marr, P.C. | Atlanta | GA | | | | | | | $325 | | | |
| 2017 | Paul Weiss Rifkind Wharton Garrison LLP | New York | NY | 28 | $1,220 | $1,395 | $1,320 | $820 | $1,040 | $995 | | | |
| 2017 | Penachio Malara LLP | White Plains | NY | | $325 | $450 | $388 | $325 | $400 | $363 | | | |
| 2017 | Pendergraft & Simon LLP | Houston | TX | | | | $450* | $200 | $250 | $225 | | | |
| 2017 | Pepper Hamilton LLP | Philadelphia | PA | 92 | $555 | $835 | $765 | $330 | $485 | $475 | | | |
| 2017 | Perkins Coie LLP | Seattle | WA | 31 | | | $695* | | | | | | |
| 2017 | Phil Rhodes Law Corporation | Fair Oaks | CA | | | | $350* | $300 | $350 | $325 | | | |
| 2017 | Phillabaum Ledlin Matthews Sheldon PLLC | Spokane | WA | | | | | | | $300* | | | |
| 2017 | Phillip K. Wallace, PLLC | Mandeville | LA | | | | | | | $250* | | | |
| 2017 | Pick & Zabicki LLP | New York | NY | | $325 | $425 | $375 | | | $250* | | | |
| 2017 | Pillar+Aught | Harrisburg | PA | | | | | | | $395* | | | |
| 2017 | Pillsbury Winthrop Shaw Pittman LLP | Washington | DC | 73 | $790 | $1,235 | $830 | | | $680* | | | |
| 2017 | Pletz and Reed, P.C. | Jefferson City | MO | | | | | $150 | $200 | $175 | | | |
| 2017 | Pollan Legal | Jacksonville | FL | | | | | | | $200 | | | |
| 2017 | Polsinelli PC | Kansas City | MO | 51 | $400 | $625 | $513 | $260 | $360 | $310 | | | |
| 2017 | Porter Hedges LLP | Houston | TX | 383 | | | $485* | | | $320* | | | |
| 2017 | Porter Law Network | Chicago | IL | | $400 | $450 | $425 | | | | | | |
| 2017 | Procopio, Cory, Hargreaves & Savitch LLP | San Diego | CA | 255 | | | $525* | $350 | $525 | $438 | | | |
| 2017 | Pronske Goolsby & Kathman, P.C. | Dallas | TX | | | | $600* | $195 | $225 | $210 | | | |
| 2017 | Proskauer Rose LLP | New York | NY | 57 | | | $1200* | | | | | | |
| 2017 | Pulman, Cappuccio, Pullen, Benson & Jones LLP | San Antonio | TX | | $350 | $425 | $350 | | | $200* | | | |
| 2017 | Purcell Krug and Haller | Harrisburg | PA | | | | $300* | | | $250* | | | |

Declaration of Peter M. K. Frost, Ex. D, Case No. 3:22-cv-03520-TLT

**ALM LEGAL INTELLIGENCE**

one research. More insight. More business.

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Rafool Bourne & Shelby | Peoria | IL | | | | $250* | | | | | | |
| 2017 | Randal R Leonard Law Firm | Las Vegas | NV | | | | | | | $350* | | | |
| 2017 | Randall S D Jacobs PLLC | New York | NY | | | | | $300 | $600 | $450 | | | |
| 2017 | Rattet PLLC | White Plains | NY | | | | | $400 | $650 | $525 | | | |
| 2017 | Rayman & Knight | Kalamazoo | MI | | $250 | $325 | $293 | | | | | | |
| 2017 | Redman Ludwig PC | Indianapolis | IN | | | | $250* | | | | | | |
| 2017 | Reed Smith, LLP | New York | NY | 15 | $820 | $902 | $880 | $425 | $675 | $528 | | | |
| 2017 | Reganyan Law Firm | Glendale | CA | | | | | | | $300* | | | |
| 2017 | Renan Buendia Hinojosa | Annandale | VA | | | | | | | $400* | | | |
| 2017 | Reynolds Law Corporation | Davis | CA | | | | $350* | | | | | | |
| 2017 | Richard L Hirsh, P.C. | Lisle | IL | | | | | $75 | $400 | $238 | | | |
| 2017 | Richard S. Feinsilver, Esq. | Carle Place | NY | | | | $350* | | | | | | |
| 2017 | Richard W. Martinez, APLC | New Orleans | LA | | | | $350* | | | | | | |
| 2017 | Richards, Layton & Finger, P.A | Wilmington | DE | 256 | $250 | $850 | $738 | $295 | $465 | $360 | | | |
| 2017 | Rick L. Sponaugle CPA LLC | Denver | CO | | | | | | | $125* | | | |
| 2017 | Riggi Law Firm | Las Vegas | NV | | | | $400* | $195 | $400 | $298 | | | |
| 2017 | Riley & Dever, P.C. | Lynnfield | MA | | | | | $50 | $350 | $200 | | | |
| 2017 | Ritter Spencer PLLC | Addison | TX | | | | | | | $350* | | | |
| 2017 | Rivera-Velez & Santiago LLC | San Juan | PR | | | | | $75 | $200 | $150 | | | |
| 2017 | Roach, Leite & Manyin, LLC | Philadelphia | PA | | | | $250* | | | | | | |
| 2017 | Robert A Angueira, PA | Miami | FL | | | | | $260 | $450 | $355 | | | |
| 2017 | Robert Altman, PA | Palatka | FL | | | | | | | $400* | | | |
| 2017 | Robert C. Bruner, Attorney at Law | Tallahassee | FL | | | | | | | $350 | | | |
| 2017 | Robert O Lampl Law Office | Pittsburgh | PA | | | | | $350 | $450 | $388 | | | |
| 2017 | Robinson, Bradshaw & Hinson, P.A. | Charlotte | NC | 320 | $330 | $565 | $425 | $175 | $565 | $310 | | | |
| 2017 | Robl Law Group LLC | Tucker | GA | | | | $350* | $250 | $350 | $300 | $250 | $300 | $275 |
| 2017 | Rodriguez & Asociados | Vega Baja | PR | | | | | $175 | $250 | $213 | | | |
| 2017 | Rogers Law Offices | Atlanta | GA | | | | $350* | | | $295* | | | |
| 2017 | Ronald D. Weiss, PC | Melville | NY | | | | | | | $350* | | | |
| 2017 | Rosen, Kantrow & Dillon, PLLC | Huntington | NY | | | | | | | $425* | | | |
| 2017 | Rosenberg Musso & Weiner LLP | Brooklyn | NY | | | | $625* | | | $575* | | | |
| 2017 | Rosenstein & Associates | Temecula | CA | | | | $375* | | | | | | |
| 2017 | Rosenthal, Levy, Simon & Ryles | West Palm Beach | FL | | | | | | | | | | $400* |
| 2017 | Rounds & Sutter, LLP | Ventura | CA | | | | $350 | | | $275* | | | |
| 2017 | Roussos, Lassiter, Glanzer & Barnhart | Norfolk | VA | | $325 | $390 | $358 | | | | | | |
| 2017 | Ruben Gonzalez | Bayamon | PR | | | | | | | $250* | | | |
| 2017 | Rubin and Rubin, P.A. | Jacksonville | FL | | | | $575 | | | | | | |
| 2017 | Ruddy, King & Petersen Law Group, LLC | Aurora | IL | | $270 | $280 | $275 | | | | | | |
| 2017 | Rudov & Stein P.C. | Pittsburgh | PA | | | | $400* | | | $185* | | | $280* |
| 2017 | Ruff and Cohen | Gainesville | FL | | | | | | | $300* | | | |
| 2017 | Ruta Soulios Stratis LLP | New York | NY | | | | $440* | | | | | | |
| 2017 | Sabaratnam and Associates | Oakland | CA | | | | $280* | | | $360* | | | |
| 2017 | Sandground, West, Silek & Raminpour, PLC | Vienna | VA | | | | $350* | | | | | | |
| 2017 | Santiago & Gonzalez Law | Yauco | PR | | | | $200* | | | $125* | | | |
| 2017 | Santos Berrios Law Offices LLC | Humacao | PR | | | | | $150 | $200 | $175 | | | |
| 2017 | Sasser Law Firm | Cary | NC | | | | $300* | | | $290* | | | |
| 2017 | Saul Ewing LLP | Philadelphia | PA | 171 | $695 | $780 | $710 | | | $395* | | | |
| 2017 | Scarborough & Fulton | Chattanooga | TN | | | | | | | $375* | | | |
| 2017 | Scaringi & Scaringi, PC | Harrisburg | PA | | | | $275 | | | $175* | | | |
| 2017 | Schachter Harris LLP | Dallas | TX | | | | | $160 | $300 | $210 | | | |
| 2017 | Schafer and Weiner, PLLC | Bloomfield Hills | MI | | $310 | $465 | $373 | $245 | $295 | $275 | | | |
| 2017 | Scheef & Stone, LLP | Frisco | TX | | $400 | $450 | $400 | | | $300* | | | |
| 2017 | Schian Walker, P.L.C | Phoenix | AZ | | | | $560* | | | $220* | | | |
| 2017 | Schneider & Onofry, P.C. | Phoenix | AZ | | | | $385* | | | | | | |
| 2017 | Schneider & Stone | Skokie | IL | | | | | | | $350* | | | |
| 2017 | Schneider Miller, P.C | Detroit | MI | | | | | $175 | $390 | $270 | | | |
| 2017 | Schwartz & Shaw LLC | Bethlehem | PA | | | | | | | $300* | | | |
| 2017 | Scott E. Kaplan, LLC | Allentown | NJ | | | | | $250 | $300 | $275 | | | |
| 2017 | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP | Wayne | NJ | | | | $425 | $350 | $425 | $375 | | | |

Copyright 2016 ALM Media properties, LLC. All rights reserved.

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Seabrook Law Offices | San Jose | CA | | | | $300* | | | | | | |
| 2017 | Serratelli, Schiffman, & Brown P.C | Harrisburg | PA | | | | $300* | | | | $250* | | |
| 2017 | Severaid & Glahn, Pc | Sacramento | CA | | | | $375* | | | | | | |
| 2017 | Sferrazza & Keenan PLLC | Melville | NY | | | | $300* | | | | | | |
| 2017 | SFS Law Group | Charlotte | NC | | | | $400* | | | | | | |
| 2017 | Shafferman & Feldman, LLP | New York | NY | | | | | $325 | $360 | $343 | | | |
| 2017 | Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP | North Haledon | NJ | | | | | | | $375 | | | |
| 2017 | ShapiroSchwartz LLP | Houston | TX | | | | | | | $375* | | | |
| 2017 | Sheehan Law Firm, PLLC | Ocean Springs | MS | | | | $300* | | | | | | |
| 2017 | Sheils Winnubst PC | Richardson | TX | | | | | $225 | $350 | $288 | | | |
| 2017 | Sheppard, Mullin, Richter & Hampton LLP | Los Angeles | CA | 64 | | | $760* | $585 | $630 | $608 | | | |
| 2017 | Sherman Silverstein Kohl Rose & Podolsky | Moorestown | NJ | | $415 | $650 | $533 | | | | | | |
| 2017 | Shevitz Law Firm | Los Angeles | CA | | | | | | | | $350* | | |
| 2017 | Shipkevich PLLC | New York | NY | | | | $500* | | | | $350* | | $500* |
| 2017 | Shralberg, Landau & Page, P.A. | Boca Raton | FL | | $375 | $500 | $438 | | | | $325* | | |
| 2017 | Shulman Hodges & Bastian LLP | Irvine | CA | | $395 | $575 | $550 | $275 | $425 | $350 | $425 | $650 | $513 |
| 2017 | Sichenzia Ross Friedman Ference LLP | New York | NY | | | | $575* | | | | | | |
| 2017 | Sidley Austin LLP | Chicago | IL | 10 | $965 | $1,180 | $1,135 | | | | | | |
| 2017 | Siegel & Siegel, P.C. | New York | NY | | | | $400* | | | | | | |
| 2017 | Sills Cummis & Gross P.C. | Newark | NJ | 311 | $695 | $775 | $735 | | | | $495* | | $525* |
| 2017 | Simbro & Stanley, PLC | Scottsdale | AZ | | | | $500* | | | | | | |
| 2017 | Simon Resnik Hayes LLP | Sherman Oaks | CA | | $385 | $425 | $405 | | | | $350 | | $485 |
| 2017 | Simpson Thacher & Bartlett LLP | New York | NY | 27 | $1,340 | $1,360 | $1,350 | $740 | $1,080 | $900 | $1,115 | $1,170 | $1,143 |
| 2017 | Slipakoff & Slomka, PC | Atlanta | GA | | | | $300* | | | | | | |
| 2017 | Smaha Law Group, APC | San Diego | CA | | | | $425* | | | | $285 | | |
| 2017 | Smith Conerly LLP | Carrollton | GA | | | | $325* | | | | $270* | | |
| 2017 | Snow Spence Green LLP | Houston | TX | | | | | $500 | $650 | $575 | | | |
| 2017 | Southwell & O'Rourke P.S. | Spokane | WA | | | | | $300 | $400 | $350 | | | |
| 2017 | Speckman & Associates | San Diego | CA | | | | $250* | | | | | | |
| 2017 | Spector and Johnson | Dallas | TX | | $325 | $350 | $338 | | | | | | |
| 2017 | Spence Custer Saylor Wolfe & Rose, LLC | Johnstown | PA | | | | $250* | | | | $250 | | |
| 2017 | Spence Law Office, P.C. | Jericho | NY | | | | $450* | | | | | | |
| 2017 | Spigner & Associates, PC | Plano | TX | | | | $450* | | | | $200* | | |
| 2017 | Springer Brown, LLC | Wheaton | IL | | | | $405* | $315 | $375 | $350 | | | |
| 2017 | St. James Law, P.C. | San Francisco | CA | | | | $595* | | | | | | |
| 2017 | Stan L. Riskin, P.A. | Plantation | FL | | | | | | | | $375* | | |
| 2017 | Stanley A Kirshenbaum, Attorney at Law | Pittsburgh | PA | | | | | | | | $250* | | |
| 2017 | Starr & Starr, PLLC | New York | NY | | | | $400* | $90 | $380 | $235 | | | |
| 2017 | Steidl & Steinberg | Pittsburgh | PA | | | | $300* | | | | | | |
| 2017 | Steinberg & Associates Esqs | Kew Gardens | NY | | | | $450* | | | | | | |
| 2017 | Steinberg Nutter & Brent | Calabasas | CA | | | | $450* | | | | $250* | | |
| 2017 | Stephen C. Hinze. Counselor At Law | Vista | CA | | | | $275* | | | | | | |
| 2017 | Steven L. Yarmy, Esq. | Las Vegas | NV | | | | | | | | $450* | | |
| 2017 | Steven M. Fishman P.A. | Clearwater | FL | | | | | | | | $300* | | |
| 2017 | Steven R Fox Law Offices | Encino | CA | | | | $450* | | | | | | |
| 2017 | Steven T. Mulligan | Denver | CO | | | | | $236 | $325 | $293 | | | |
| 2017 | Stevenson & Bullock, P.L.C | Southfield | MI | | $275 | $375 | $325 | $275 | $300 | $300 | | | |
| 2017 | Stewart McArdle & Sorice, LLC | Greensburg | PA | | | | $225* | | | | | | |
| 2017 | Stewart Robbins & Brown, LLC | Baton Rouge | LA | | $285 | $370 | $360 | | | | | | |
| 2017 | Stichter, Riedel, Blain & Postler, P.A. | Tampa | FL | | | | $350* | | | | $225* | | |
| 2017 | Stillman & Associates, P.C. | Miami Beach | FL | | | | | | | | $500* | | |
| 2017 | Stone and Baxter, LLP | Macon | GA | | | | | | | | $135* | | |
| 2017 | Strawn & Edwards, PLLC | Dyersburg | TN | | | | | | | | $285* | | |
| 2017 | SulmeyerKupetz | Los Angeles | CA | | $550 | $800 | $595 | $175 | $550 | $475 | $525 | $560 | $525 |
| 2017 | Suzy Tate, P.A. | Tampa | FL | | $300 | $325 | $313 | | | | $260* | | |
| 2017 | Tang & Associates, P.C. | Los Angeles | CA | | | | $325* | $250 | $400 | $325 | | | |
| 2017 | Tarbox Law, P.C. | Lubbock | TX | | | | | | | | $300* | | |
| 2017 | Tarpy, Cox, Fleishman & Leveille, PLLC | Knoxville | TN | | | | | $200 | $300 | $275 | | | |
| 2017 | Tarter Krinsky & Drogin | New York | NY | | | | $590* | | | | | | |

Declaration of Peter M. K. Frost, Ex. D, Case No. 3:22-cv-03520-TLT

Copyright 2016 ALM Media properties, LLC. All rights reserved.    14

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Tavenner & Beran, PLC | Richmond | VA | | $405 | $415 | $410 | | | $235* | | | |
| 2017 | Thaler Law Firm PLLC | Westbury | NY | | | | $500* | | | | | | |
| 2017 | The Ballstaedt Law Firm | Las Vegas | NV | | | | | | | $300 | | | |
| 2017 | The Bankruptcy Group, P.C | Roseville | CA | | | | | $200 | $400 | $200 | | | |
| 2017 | The Batista Law Group, PSC | San Juan | PR | | | | | $75 | $225 | $150 | | | |
| 2017 | The Burns Law Firm, LLC | Greenbelt | MD | | | | $495* | | | $355* | | | |
| 2017 | The Callins Law Firm, LLC | Atlanta | GA | | | | $215* | | | | | | |
| 2017 | The Cowart Law Firm, PC | Madison | GA | | | | $250* | | | | | | |
| 2017 | The Coyle Law Group LLC | Columbia | MD | | | | $400* | | | | | | |
| 2017 | The De Leo Law Firm, LLC | Mandeville | LA | | | | | | | $300* | | | |
| 2017 | The DeLorenzo Law Firm | Schenectady | NY | | | | | | | | | | $350* |
| 2017 | The Derbes Law Firm, L.L.C. | Metairie | LA | | $300 | $375 | $350 | $160 | $200 | $180 | | | $275* |
| 2017 | The Dorf Law Firm LLP | Mamaroneck | NY | | | | $495* | | | $375* | | | $850* |
| 2017 | The Dragich Law Firm PLLC | Grosse Pointe Woods | MI | | | | $375* | | | $250* | | | |
| 2017 | The Dribusch Law Firm | East Greenbush | NY | | | | | | | $300* | | | |
| 2017 | The Feldman Law Group | San Diego | CA | | | | | | | $375* | | | |
| 2017 | The Fuller Law Firm, PC | San Jose | CA | | $395 | $505 | $475 | | | | | | |
| 2017 | The Furnier Muzzo Group, Llc | Las Vegas | NV | | | | | | | $300* | | | |
| 2017 | The Guard Law Group, PLLC | Lakeland | FL | | | | | | | $300* | | | |
| 2017 | The Harvey Law Firm | Dallas | TX | | | | $400* | | | | | | |
| 2017 | The Kelly Firm, PC | Spring Lake | NJ | | | | $400 | | | $275 | | | |
| 2017 | The Law Firm Of Ann Shaw, P.A. | Salisbury | MD | | | | | | | $345* | | | |
| 2017 | The Law Firm of Florida Bankruptcy Advisors, P.L. | Fort Lauderdale | FL | | | | $300* | | | | | | |
| 2017 | The Law Office of Barry S. Miller | Newark | NJ | | | | | | | $350* | | | |
| 2017 | The Law Office Of Corey B. Beck, P.C. | Las Vegas | NV | | | | | | | $375* | | | |
| 2017 | The Law Office of David F. Mills | Smithfield | NC | | | | | $150 | $250 | $200 | | | |
| 2017 | The Law Office of Jay Meyers | Staten Island | NY | | | | | | | $450* | | | |
| 2017 | The Law Office of Robert Eckard and Associates, PA | Palm Harbor | FL | | | | | | | $250* | | | |
| 2017 | The Law Office of William J. Factor, Ltd | Northbrook | IL | | $275 | $375 | $325 | | | | | | |
| 2017 | The Law Offices of Eric N. McKay | Jacksonville Beach | FL | | | | $350* | | | | | | |
| 2017 | The Law Offices Of Hector Eduardo Pedrosa Luna | San Juan | PR | | | | | | | $175* | | | |
| 2017 | The Law Offices of Jason A. Burgess, LLC | Atlantic Beach | FL | | $295 | $300 | $295 | $195 | $300 | $248 | | | |
| 2017 | The Law Offices of Jeffrey L. Weinstein | New York | NY | | | | | | | $500* | | | |
| 2017 | The Law Office of Oliver & Cheek, PLLC | New Bern | NC | | | | $175* | | | | | | |
| 2017 | The Law Offices of Richard B. Rosenblatt | Rockville | MD | | | | | $295 | $300 | $350 | | | |
| 2017 | The Law Offices of Robert M. Fox, Esq. | New York | NY | | | | | $275 | $375 | $325 | | | |
| 2017 | The Law Offices of Robert S. Lewis P.C | Nyack | NY | | | | | | | $400* | | | |
| 2017 | The Law Offices of Stephen R Wade | Claremont | CA | | $125 | $415 | $270 | | | $250* | | | |
| 2017 | The Law Office of Tuella O. Sykes | Seattle | WA | | | | | | | $310* | | | |
| 2017 | The Lewis Law Group, P.C. | Arlington | VA | | | | | | | $350* | | | |
| 2017 | The Milledge Law Firm, PLLC | Houston | TX | | | | | | | $350* | | | |
| 2017 | The Mitchell Law Firm, L.P | Dallas | TX | | $325 | $375 | $325 | | | $225 | | | |
| 2017 | The Perez Law Firm | Corpus Christi | TX | | | | $250* | | | $150* | | | |
| 2017 | The Phillips Law Offices, LLC | Saugus | MA | | | | $300* | | | | | | |
| 2017 | The Pope Firm | Johnson City | TN | | | | | | | $250* | | | |
| 2017 | The Pope Law Firm | Houston | TX | | | | $300* | | | $300* | | | |
| 2017 | The Schofield Law Firm, P.C. | Brunswick | GA | | | | | | | $225* | | | |
| 2017 | The Shinbrot Firm | Beverly Hills | CA | | | | | $465 | $525 | $495 | | | |
| 2017 | The Spears & Robl Law Firm, LLC | Decatur | GA | | | | $350* | | | $350* | | | |
| 2017 | The Tracy Firm, Ltd | Chicago | IL | | | | | | | $350* | | | $350* |
| 2017 | The Turoci Firm | Riverside | CA | | | | | $275 | $500 | $400 | | | |
| 2017 | The Vida Law Firm, PLLC | Bedford | TX | | | | | | | $350* | | | |
| 2017 | The Wiley Law Group, PLLC | Dallas | TX | | | | | | | $375* | | | |
| 2017 | The Wright Law Office, PC | Decatur | GA | | | | | | | $285* | | | |
| 2017 | Thomas B. Woodward, Attorney at Law | Tallahassee | FL | | | | $400* | | | | | | |
| 2017 | Thomas E. Crowe, Professional Law Corporation | Las Vegas | NV | | | | $425* | | | | | | |
| 2017 | Thomas F. Quinn, PC | Denver | CO | | | | $250* | | | | | | |
| 2017 | Thomas J. Dwyer & Associates, LLC | New York | NY | | | | $350* | | | | | | |
| 2017 | Thompson & Knight LLP | Dallas | TX | 162 | | | $695* | | | | | | |

Declaration of Peter M. K. Frost, Ex. D, Case No. 3:22-cv-03520-TLT

Copyright 2016 ALM Media properties, LLC. All rights reserved.    15

**2017 NLJ Billing Report**

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Thompson Burton PLLC | Franklin | TN | | | | $395 | $225 | $395 | $310 | | | |
| 2017 | Thompson Law Group, P.C. | Pittsburgh | PA | | | | | | | $250* | | | |
| 2017 | Timothy W Gensmer, PA | Sarasota | FL | | | | | | | $300* | | | |
| 2017 | Togut, Segal & Segal | New York | NY | | $875 | $990 | $933 | | | | | | |
| 2017 | Totaro & Shanahan | Pacific Palisades | CA | | | | | $500 | $550 | $525 | | | |
| 2017 | Trenk, DiPasquale, Della Fera & Sodono, P.C. | West Orange | NJ | | $245 | $580 | $563 | $240 | $615 | $275 | | | |
| 2017 | Trodella & Lapping LLP | San Francisco | CA | | | | $500* | | | | | | |
| 2017 | Tsao-Wu and Yee, LLP | San Jose | CA | | | | | | | $300* | | | |
| 2017 | Tucker Hester Baker & Krebs, LLC | Indianapolis | IN | | | | $350* | | | $350* | | | |
| 2017 | Tully Rinckey PLLC | Albany | NY | | | | $350* | | | $180* | | | |
| 2017 | Tyler S. Van Voorhees Law, LLC | Clermont | FL | | | | | | | $250* | | | |
| 2017 | Underwood, Perkins and Ralston | Dallas | TX | | | | | $225 | $450 | $338 | | | |
| 2017 | Van Dam Law LLP | Newton | MA | | | | | | | $350* | | | |
| 2017 | Van Horn Law Group, PA | Fort Lauderdale | FL | | | | $400* | $350 | $400 | $350 | | | |
| 2017 | Villeda Law Group | McAllen | TX | | | | | $250 | $375 | $313 | | | |
| 2017 | Vincent D. Commisa, Esq. | Warren | NJ | | | | | | | $350* | | | |
| 2017 | Vogel Bach & Horn, P.C. | New York | NY | | | | $225* | | | | | | |
| 2017 | Vokshori Law Group | Los Angeles | CA | | | | | | | $300* | | | |
| 2017 | Vorndran Shilliday PC | Denver | CO | | | | | | | $300* | | | |
| 2017 | Vortman & Feinstein | Seattle | WA | | | | $425* | | | $310* | | | |
| 2017 | Wadsworth Warner Conrardy, P.C. | Denver | CO | | $285 | $400 | $300 | | | $200* | | | |
| 2017 | Walsh, Becker, Wood & Rice | Bowie | MD | | | | $300* | | | | | | |
| 2017 | Warner Norcross & Judd LLP | Grand Rapids | MI | 182 | $410 | $555 | $518 | $285 | $345 | $315 | | | $550* |
| 2017 | Warshaw Burstein, LLP | New York | NY | | $175 | $375 | $275 | | | $275* | | | |
| 2017 | Wasserman, Jurista & Stolz, P.C. | Basking Ridge | NJ | | $375 | $675 | $450 | | | | $500 | $550 | $525 |
| 2017 | Wauson Probus | Sugar Land | TX | | | | $450* | $250 | $450 | $400 | | | |
| 2017 | Wayne Greenwald, P.C. | New York | NY | | | | $600* | | | $550* | | | |
| 2017 | Weinberg Zareh & Geyerhahn, LLP | New York | NY | | | | $575 | | | $325* | | | |
| 2017 | Weinman & Associates, PC | Denver | CO | | | | $475* | | | $475* | | | |
| 2017 | Weintraub & Selth APC | Los Angeles | CA | | $495 | $550 | $523 | $395 | $550 | $430 | | | $435* |
| 2017 | Weiss & Spees, LLP | Los Angeles | CA | | $350 | $500 | $500 | | | | | | |
| 2017 | Weissberg & Associates, Ltd | Chicago | IL | | | | $450* | | | | | | |
| 2017 | Wells And Jarvis, P.S | Seattle | WA | | | | | | | $360* | | | |
| 2017 | Weycer, Kaplan, Pulaski & Zuber, P.C. | Arlington | TX | | | | $385* | | | $195* | | | |
| 2017 | White & Wolnerman, PLLC | New York | NY | | | | | $250 | $400 | $400 | | | |
| 2017 | Whiteford, Taylor & Preston | Baltimore | MD | 265 | $530 | $570 | $550 | | | $340* | | | |
| 2017 | Whitelaw & Fangio | Syracuse | NY | | | | $225* | | | | | | |
| 2017 | Wilcox Law Firm | Ponte Vedra Beach | FL | | | | $325* | | | | | | |
| 2017 | William E. Jamison Jr., Attorney at Law | Chicago | IL | | | | | | | $350* | | | |
| 2017 | William E. Maddox Jr., L.L.C. | Knoxville | TN | | | | | | | $200* | | | |
| 2017 | William F. Davis & Associates, PC | Albuquerque | NM | | | | $475* | $225 | $250 | $238 | | | |
| 2017 | William H. Brownstein & Associates, Professional Corpo | Santa Monica | CA | | | | $525* | | | | | | |
| 2017 | Willis & Wilkins, LLP | San Antonio | TX | | | | $375* | | | | | | |
| 2017 | Willkie Farr & Gallagher LLP | New York | NY | 74 | $1,150 | $1,425 | $1,350 | $625 | $965 | $800 | | | |
| 2017 | Wilson, Harrell, Farrington | Pensacola | FL | | | | | | | $150* | | | |
| 2017 | Winegarden Haley Lindholm & Robertson PLC | Grand Blanc | MI | | | | $225* | | | | | | |
| 2017 | Winstead PC | Dallas | TX | 130 | $550 | $625 | $588 | $335 | $450 | $375 | | | |
| 2017 | Winston & Cashatt, Lawyers | Spokane | WA | | | | | | | $280* | | | |
| 2017 | Winston & Strawn LLP | Chicago | IL | 46 | | | $930* | $560 | $750 | $655 | | | |
| 2017 | Winthrop Couchot Golubow Hollander, LLP | Newport Beach | CA | | $595 | $750 | $595 | | | $425* | | | $750 |
| 2017 | Wiss & Freemyer, LLP | Dallas | TX | | | | | | | $375* | | | |
| 2017 | Wollmuth Maher & Deutsch LLP | New York | NY | | $695 | $795 | $695 | | | $595* | | | |
| 2017 | Womac Law | Houston | TX | | | | | | | $225* | | | |
| 2017 | Womble Carlyle Sandridge & Rice, LLP | Winston-Salem | NC | 97 | | | $525* | $350 | $400 | $375 | | | $450 |
| 2017 | Woods Rogers PLC | Roanoke | VA | | | | $355* | $185 | $200 | $193 | | | |
| 2017 | Wright Law Offices | Phoenix | AZ | | | | | | | $300* | | | |
| 2017 | Wyatt & Mirabella PC | The Woodlands | TX | | | | $600* | | | $600* | | | |
| 2017 | Young Conaway Stargatt & Taylor, LLP | Wilmington | DE | 408 | $520 | $890 | $805 | $285 | $540 | $430 | | | |
| 2017 | Yumkas, Vidmar, Sweeney & Mulrenin, LLC | Columbia | MD | | $295 | $420 | $358 | | | | | | |

Declaration of Peter M. K. Frost, Ex. D, Case No. 3:22-cv-03520-TLT

**2017 NLJ Billing Report**

Copyright ® ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | Counsel Billing Rate High | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Zack A. Clement PLLC | Houston | TX | | | | | | | $600* | | | |
| 2017 | Zalkin Revell, PLLC | Santa Rosa Beach | FL | | | | $300* | $265 | $300 | $300 | | | |
| 2017 | Zolkin Talerico LLP | Los Angeles | CA | | | | $495* | | | | | | |
| 2017 | Zousmer Law Group PLC | Bloomfield Hills | MI | | | | $395 | | | | | | |
| | * Not an average - represents one rate/one positon. | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Declaration of Peter M. K. Frost, Ex. D, Case No. 3:22-cv-03520-TLT

|  |  | Actual | Omit | Total Costs |
|---|---|---|---|---|
| **Court Fees** | | | | |
| 6/17/22 | USDC-NDCA Pro Hac Vice fee, S. Ince-Johannsen | 317.00 | | 317.00 |
| 6/30/22 | USDC-NDCA Pro Hac Vice fee, P. Frost | 317.00 | | 317.00 |
| | **Total Court Fees** $ | **634.00** | $ - | $ **634.00** |
| **Reproduction and Printing** | | | | |
| 11/19/21 | FedEx, Eugene: Printing and laminating | 6.18 | 6.18 | - |
| 2/25/22 | Eugene Copier Log: 4 x $.60 Color, 20 x $.20 B&W | 6.40 | 6.40 | - |
| 6/25/22 | Eugene Copier Log: 131 x $.20 B&W | 26.20 | 26.20 | - |
| 7/25/22 | Eugene Copier Log: 104 x $.20 B&W | 20.80 | 20.80 | - |
| 2/25/23 | Eugene Copier Log: 138 x $.60 Color | 82.80 | 82.80 | - |
| 5/25/23 | Eugene Copier Log: 12 x $.60 Color | 7.20 | 7.20 | - |
| 10/25/23 | Eugene Copier Log: 38 x $.60 Color, 9 x $.20 B&W | 24.60 | 24.60 | - |
| 6/17/24 | FedEx, Eugene: Printing fees | 23.24 | 23.24 | - |
| | **Total Reproduction and Printing** $ | **197.42** | $ **197.42** | $ - |
| **Postage & Delivery** | | | | |
| 2/24/22 | USPS Eugene: Postage for mailing of 4 certified notices | 27.84 | | 27.84 |
| 6/22/22 | USPS Eugene: postage for mailing of 5 service packets | 35.80 | | 35.80 |
| 7/26/24 | USPS: briefs mailed to clients | 39.40 | 39.40 | - |
| 12/17/24 | FedEx: postage for items to clients before meeting | 9.75 | | 9.75 |
| | **Total Postage & Delivery** $ | **112.79** | $ **39.40** | $ **73.39** |
| **Travel, Lodging, & Meals** | | | | |
| 5/23/23 | United Airlines, P. Frost, flight EUG-SFO for hearing | 390.80 | | 390.80 |
| 5/31/23 | BEI San Francisco by Wyndham, 2 nights lodging, P. Frost for court hearing | 452.69 | | 452.69 |
| 6/25/23 | Taxi to airport, Eugene, P. Frost | 37.00 | | 37.00 |
| 6/25/23 | United Airlines, P. Frost, bag fee | 35.00 | | 35.00 |
| 6/25/23 | San Francisco, BART ticket, P. Frost | 24.00 | | 24.00 |
| 6/27/23 | United Airlines, P. Frost, bag fee | 35.00 | | 35.00 |
| | **Total Travel, Lodging, & Meals** $ | **974.49** | $ - | $ **974.49** |
| | **Total Case Expenses** $ | **1,918.70** | $ **236.82** | $ **1,681.88** |