Thomas E. Wheeler, CA Bar #304191
Environmental Protection Information Center
145 G Street, Suite A
Arcata, California 95521
Tel: (707) 822-7711; email: tom@wildcalifornia.org

Peter M. K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: (541) 359-3238; email: frost@westernlaw.org

Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: (541) 778-6626; email: sangyeij@westernlaw.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ALECIA VAN ATTA, et al.,<br><br>Defendants. | Case No. 3:22-cv-03520-TLT<br><br>**DECLARATION OF SANGYE INCE-JOHANNSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES** |

Declaration of Sangye Ince-Johannsen, No. 3:22-cv-03520-TLT

I, Sangye Ince-Johannsen, hereby declare as follows:

1. I am a staff attorney with the Western Environmental Law Center. I served as counsel for Plaintiffs in this case. I submit this declaration in support of Plaintiffs' motion for an award of attorneys' fees, costs, and other expenses pursuant to the Equal Access to Justice Act ("EAJA"). 28 U.S.C. §§ 2412 *et seq*.

2. I earned my Bachelor of Arts *summa cum laude* from Southern Oregon University in 2012. I subsequently enrolled at Lewis & Clark Law School, which I selected specifically because of its renowned environmental law program. During my legal education, I completed specialized coursework in administrative law, environmental law, and federal jurisdiction, among other relevant subjects.

3. My professional training included a position at Earthrise Law Center in San Francisco during my first law school summer, where I contributed to active litigation seeking to compel Forest Service actions mandated in a forest plan, and disclosure of improperly withheld documents under the Freedom of Information Act. During my second law school summer, I worked for the Center for Biological Diversity in Portland, Oregon, where I drafted portions of an amicus brief opposing a petition to delist the endangered Golden-cheeked warbler under the Endangered Species Act ("ESA"), and assisted attorneys developing a legal strategy for challenging executive branch actions taken without authority under the Federal Vacancies Reform Act and the Appointments Clause. I continued to work for the Center for Biological Diversity over fall semester of my third year, through an externship placement with attorneys in the discovery phase of an ESA lawsuit challenging steep-slope logging in the Oregon Coast Range harming threatened native Coho salmon. In that capacity, I reviewed, prepared, and classified materials for discovery, and captured aerial photographs of landslides found near recent logging sites.

4. While in law school, I served as an editor for the *Environmental Law Review*, where I edited and cite-checked scholarly submissions and authored case summaries for its subsidiary publication, the *Ninth Circuit Review*.

5. While in law school, I distinguished myself as a member of the environmental law moot court team, advancing through intramural competition to achieve a position on the three-student national team. Among the approximately 60 law school teams competing in 2019, our team reached the quarterfinals at the 2019 National Environmental Law Moot Court Competition at Pace Law School in New York.

6. In 2019, I graduated *cum laude* from Lewis & Clark Law School, completing my J.D. and earning certificates in Environmental and Natural Resources Law and in International Law. Lewis & Clark Law School awarded me both the Williamson Public Interest Environmental Law Award, for demonstrating exceptional commitment, vision, leadership, and creativity in the field of public interest environmental law; and the Environmental, Natural Resources, and Energy Law Leadership Award, for making significant contributions to the school's environmental, natural resources, and energy law program over the course of my studies.

7. In 2019, I joined the Western Environmental Law Center as a two-year legal fellow. The firm promoted me to staff attorney in 2020, before my fellowship ended. I have focused on federal environmental litigation concerning wildlife and public land management, with particular emphases on the National Environmental Policy Act and the ESA.

8. I have represented clients in cases brought under the ESA, the National Environmental Policy Act, the Clean Water Act, and the Administrative Procedure Act. These cases include *Back Country Horsemen of America v. U.S. Forest Service*, 19-cv-02149 (E.D. Cal.); *WildEarth Guardians v. U.S. Forest Service*, 1:19-cv-00203-CWD (D. Idaho) and *WildEarth Guardians v. U.S. Forest Service*, 23-35352 (9th Cir.) (oral argument); *Klamath-Siskiyou Wildlands Center v. Bureau of Land Management*, 19-cv-01810 (D. Or.) and *Klamath-Siskiyou Wildlands Center v. Bureau of Land Management*, 22-35035 (9th Cir.); *In re Clean Water Act Rulemaking*, 3:20-cv-04636-WHA (N.D. Cal.), *In re American Rivers v. American Petroleum Institute*, 21-16958 (9th. Cir.), and *Louisiana v. American Rivers*, 142 S.Ct. 1347 (2022); *Klamath-Siskiyou Wildlands Center v. U.S. Fish and Wildlife Service*, 1:20-cv-00952-AA (D. Or.); *Klamath-Siskiyou Wildlands Center v. U.S. Fish and Wildlife Service*, 1:21-cv-00058-CL (D. Or.); *Willamette RiverKeeper v. National Marine Fisheries Service*, 6:21-cv-00034-AA (D. Or.); *Cascadia*

*Wildlands v. Adcock*, 6:22-cv-00767-AA (D. Or.); *Envtl. Prot. Info. Ctr. v. Nat'l Marine Fisheries Service*, 3:22-cv-03520-TLT (N.D. Cal.); *Envtl. Prot. Info. Ctr. v. U.S. Fish and Wildlife Service*, 2:23-cv-02611-TKN-KJN (E.D. Cal.); and *Envtl. Prot. Info. Ctr. v. U.S. Fish and Wildlife Service*, 1:25-cv-03049-RMI (N.D. Cal.).

9. From 2019 to 2024, I served each semester as the supervising attorney for one or more students enrolled in the Environmental Law Clinic at University of Oregon School of Law. From 2022 to 2024, I co-taught the Environmental Law Clinic as a pro tem instructor for the University of Oregon School of Law.

10. Since 2019, I have mentored Lewis & Clark Law School students pursuing careers in public interest environmental law. From 2019 to 2022, I participated as a volunteer judge for Lewis & Clark Law School's environmental law moot court team, helping it prepare for the National Environmental Law Moot Court Competition at Pace Law School.

11. In 2023, I served as a panelist at the Public Interest Environmental Law Conference at the University of Oregon School of Law, analyzing the ESA implications of the Bureau of Land Management ("BLM")'s resource management plan implementation in western Oregon under the Federal Land Policy and Management Act. My analysis drew on insights from my recent successful representation of clients in federal litigation brought under Section 7(a)(2) of the ESA, addressing effects of two BLM timber sales on the northern spotted owl.

12. In my capacity as counsel for Plaintiffs in this matter, I conducted work including, but not limited to, reviewing agency documents and the administrative record, researching and developing legal theories and strategies, preparing pleadings, drafting and filing briefs, and discussing the matter with Plaintiffs and opposing and co-counsel.

13. I attach as Exhibit A my time sheets in this case. I recorded time in six-minute increments and rounded up to the nearest decimal. I generally kept my time and expense reports contemporaneously. Since June 1, 2023, I have used automated time-tracking software to verify entries. My time sheets accurately reflect the time I spent working on this case. Exercising sound billing judgment, I have carefully reviewed my time sheets and omitted excessive, redundant, and otherwise unnecessary time. I claim at total of 341.90 hours working on this case.

14. Based on my qualifications, experience, and the demands of this case, I seek market rates under EAJA in the forum of San Francisco of $450 in 2021, $465 in 2022, $480 in 2023, $495 in 2024, and $510 in 2025. Multiplying reasonable hours by reasonable rate, I seek $160,678.50 in attorneys' fees.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Executed on May 1, 2025.        /s/ Sangye Ince-Johannsen
                                Sangye Ince-Johannsen

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 10/26/21 | Ince-Johannsen | 0.3 - Review case law on ambiguous ITS triggers<br>0.5 - Outline potential ESA claims<br>1.8 - Research potential claims<br>1.2 - Review record / agency docs | 450.00 | 3.80 | | 1,710.00 |
| 10/27/21 | Ince-Johannsen | 1.5 - Review record / agency docs | 450.00 | 1.50 | | 675.00 |
| 10/28/21 | Ince-Johannsen | 0.5 - Review EPIC SHA state case<br>1.5 - Work up potential claims | 450.00 | 2.00 | | 900.00 |
| 10/29/21 | Ince-Johannsen | 1.6 - Review record | 450.00 | 1.60 | | 720.00 |
| 11/1/21 | Ince-Johannsen | 0.3 - Email Pete re: client meeting planning<br>2.8 - Review record, work up potential claims | 450.00 | 3.10 | | 1,395.00 |
| 11/2/21 | Ince-Johannsen | 1.5 - Review record, work up potential claims | 450.00 | 1.50 | | 675.00 |
| 11/3/21 | Ince-Johannsen | 0.8 - Review Karuk Tribe letter on SHA DFW 1600 permits, client correspondence thereabout<br>3.4 - Research whether existing legal duty can be used to mitigate or erase adverse effects of new proposed action, consulting with WELC & other attys on this question | 450.00 | 4.20 | 4.20 | - |
| 11/5/21 | Ince-Johannsen | 1.7 - Review record, work up potential claims | 450.00 | 1.70 | | 765.00 |
| 11/8/21 | Ince-Johannsen | 0.5 - Prepare & printing materials for client meeting<br>6.0 - Travel to client meeting | 450.00 | 6.50 | 6.50 | - |
| 11/9/21 | Ince-Johannsen | 0.6 - Confer Pete ahead of client meeting<br>6.3 - Client meeting + lunch with clients<br>3.5 - Return travel from client meeting<br>0.3 - Review data re: impaired and unimpaired flows<br>0.8 - Review supplemental materials provided by clients | 450.00 | 11.50 | 10.40 | 495.00 |
| 11/12/21 | Ince-Johannsen | 0.5 - Review water board staff report re: baseline temps<br>4.0 - Outline, draft, edit NMF | 450.00 | 4.50 | 4.00 | 225.00 |
| 11/15/21 | Ince-Johannsen | 0.3 - Email AH re: TMDL enforceability | 450.00 | 0.30 | 0.30 | - |
| 11/16/21 | Ince-Johannsen | 2.2 - Review CHERP BiOp, record | 450.00 | 2.60 | | 1,170.00 |
| 11/17/21 | Ince-Johannsen | 0.3 - Review temperature reports<br>1.1 - Review record / agency docs | 450.00 | 1.40 | | 630.00 |
| 11/18/21 | Ince-Johannsen | 0.4 - Review coho return data | 450.00 | 0.40 | | 180.00 |
| 11/23/21 | Ince-Johannsen | 1.0 - Research legislative history of section 10(a)(1)(A) | 450.00 | 1.00 | | 450.00 |
| 12/2/21 | Ince-Johannsen | 3.3 - Research & prepare litigation memo on legislative history of ESA 10(a)(1)(A) | 450.00 | 3.30 | | 1,485.00 |
| 12/7/21 | Ince-Johannsen | 0.7 - TC Pete re: ESA claims, § 10 legislative history | 450.00 | 0.70 | | 315.00 |
| 12/8/21 | Ince-Johannsen | 0.7 - Review draft arguments re: temperatures<br>1.0 - Review Stenhouse 2012<br>0.8 - Review 2003 temp TMDL | 450.00 | 2.50 | | 1,125.00 |
| 12/9/21 | Ince-Johannsen | 2.8 - Research, email Pete re: legislative history of ESA 10(a)(1)(A), (B)<br>1.5 - Work up ESA § 10 claims | 450.00 | 4.30 | | 1,935.00 |
| 12/10/21 | Ince-Johannsen | 0.4 - TC Pete re: ESA claims | 450.00 | 0.40 | | 180.00 |
| 12/13/21 | Ince-Johannsen | 0.9 - Research, email Pete re: 10(a)(1)(B) legislative history<br>1.4 - Research legislative history of ESA § 10(a)(1)(B), writing memo for Pete about it<br>0.5 - Email DW re: FMS, MWCD's contractual obligations, Hidden Valley Ranch temps<br>0.7 - Research ESA 10(d), and whether it may give rise to a freestanding violation/claim in this case | 450.00 | 3.30 | 0.70 | 1,170.00 |
| 12/14/21 | Ince-Johannsen | 2.4 - Research ESA 10(d), and whether it may give rise to a freestanding violation/claim in this case<br>1.8 - Work up other ESA § 10 claims | 450.00 | 4.20 | 2.40 | 810.00 |
| 12/15/21 | Ince-Johannsen | 0.2 - Email Pete, DW re: FMS | 450.00 | 0.20 | | 90.00 |
| 12/20/21 | Ince-Johannsen | 0.3 - Research legislative history, email Pete | 450.00 | 0.30 | | 135.00 |
| 12/22/21 | Ince-Johannsen | 0.8 - Review client memo<br>1.1 - Conference TC FoSR re: coho, take, ESA violations<br>0.4 - TC Pete follow up FoSR conference; ESA claims<br>0.7 - Review Pete's take memo | 450.00 | 3.00 | | 1,350.00 |
| 12/23/21 | Ince-Johannsen | 1.1 - Review materials provided by DW re: MWCD temp monitoring, releases, obligations | 450.00 | 1.10 | | 495.00 |
| 1/3/22 | Ince-Johannsen | 0.3 - Review clients' top 6 site plans | 465.00 | 0.30 | | 139.50 |
| 1/6/22 | Ince-Johannsen | 0.5 - Review EPA docs from clients<br>0.7 - Review temperature docs from clients<br>0.6 - Review SONCC recovery plan | 465.00 | 1.80 | | 837.00 |
| 1/7/22 | Ince-Johannsen | 1.0 - Review Klamath TMDL | 465.00 | 1.00 | | 465.00 |
| 1/10/22 | Ince-Johannsen | 0.4 - Review docs provided by clients | 465.00 | 0.40 | | 186.00 |
| 1/11/22 | Ince-Johannsen | 2.1 - Review FoSR documentation of Shasta conditions, work up claims | 465.00 | 2.10 | | 976.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 1/14/22 | Ince-Johannsen | 0.5 - Reading materials provided by clients<br>0.2 - Email clients | 465.00 | 0.70 | 0.20 | 232.50 |
| 1/18/22 | Ince-Johannsen | 0.6 - Review Shasta River Temp Assessment<br>0.3 - Review Normandeau study re flows<br>0.5 - Review Shasta TMDL | 465.00 | 1.60 | | 744.00 |
| 1/21/22 | Ince-Johannsen | 0.5 - Review docs re MWCD discharge permit | 465.00 | 0.50 | | 232.50 |
| 1/24/22 | Ince-Johannsen | 3.5 - Review, draft, edit, working outline of potential claims | 465.00 | 3.50 | | 1,627.50 |
| 1/26/22 | Ince-Johannsen | 0.4 - Review water board letter to Emmerson re: TMDL compliance<br>0.4 - Review TMDL staff report & maps of tailwater source areas<br>0.5 - Review client feedback on outline of potential claims | 465.00 | 1.30 | | 604.50 |
| 1/27/22 | Ince-Johannsen | 0.4 - Prepare client email re: docs, violations, potential claims, remedies<br>0.4 - Review Scott/Shasta FLIR Report<br>1.1 - Classify, review, annotate docs from FoSR | 465.00 | 1.90 | | 883.50 |
| 2/2/22 | Ince-Johannsen | 2.0 - Work up ESA BiOp claims | 465.00 | 2.00 | | 930.00 |
| 2/3/22 | Ince-Johannsen | 0.5 - Conference TC AH, Pete re: litigation strategy<br>0.3 - Review comment letter from RWQ re temps<br>1.0 - Review client-provided docs | 465.00 | 1.80 | | 837.00 |
| 2/4/22 | Ince-Johannsen | 0.4 - TC Pete re: ESA claims, strategy<br>1.0 - Review client-provided docs | 465.00 | 1.40 | | 651.00 |
| 2/8/22 | Ince-Johannsen | 0.3 - TC Pete re: potential ESA & CWA claims<br>1.4 - Review client-provided docs, studies, maps<br>1.6 - Work up ESA claims, develop and edit claim outline doc | 465.00 | 3.30 | | 1,534.50 |
| 2/9/22 | Ince-Johannsen | 0.2 - TC Pete re: § 10 violations<br>0.9 - Research Water Transfers Rule applicability to Dwinnell<br>0.3 - Confer & email Pete re: applicability of ESA § 10(d)<br>0.7 - Research applicability of ESA § 10(d)<br>1.3 - Review docs from FoSR<br>0.4 - Review client input on draft claims outline | 465.00 | 3.80 | 1.00 | 1,302.00 |
| 2/11/22 | Ince-Johannsen | 0.3 - Email clients<br>0.9 - Review client-provided docs | 465.00 | 1.20 | 0.30 | 418.50 |
| 2/14/22 | Ince-Johannsen | 2.3 - Draft NOI letter | 465.00 | 2.30 | | 1,069.50 |
| 2/15/22 | Ince-Johannsen | 0.4 - TC Mike Belichek & Pete<br>0.3 - TC Pete re: CWA / WTR<br>0.6 - Review client provided docs re tailwaters | 465.00 | 1.30 | | 604.50 |
| 2/16/22 | Ince-Johannsen | 0.8 - Review client-provided docs re habitat conditions | 465.00 | 0.80 | | 372.00 |
| 2/17/22 | Ince-Johannsen | 0.5 - Email clients<br>1.1 - Research, update Pete re: Water Transfers Rule | 465.00 | 1.60 | | 744.00 |
| 2/18/22 | Ince-Johannsen | 0.8 - Review docs, maps provided by FoSR<br>0.6 - Review client feedback and edits on draft claims outline | 465.00 | 1.40 | | 651.00 |
| 2/22/22 | Ince-Johannsen | 0.8 - Review studies provided by FoSR | 465.00 | 0.80 | | 372.00 |
| 2/23/22 | Ince-Johannsen | 0.1 - TC Pete re: NOI, Press Release<br>0.4 - Edit Press Release<br>0.8 - Press Release coordination<br>0.6 - Edit NOI | 465.00 | 1.90 | 1.20 | 325.50 |
| 2/24/22 | Ince-Johannsen | 0.2 - TC Pete re: NOI<br>0.4 - Email clients re: NOI<br>0.4 - Review retainer agreements | 465.00 | 1.00 | 0.40 | 279.00 |
| 2/28/22 | Ince-Johannsen | 0.8 - Review EPIC & ELF comments for Upper Shasta River streambed alterations<br>0.3 - Email clients re: NOI | 465.00 | 1.10 | | 511.50 |
| 3/11/22 | Ince-Johannsen | 0.6 - Research case law applicable to ESA claims | 465.00 | 0.60 | | 279.00 |
| 3/15/22 | Ince-Johannsen | 0.4 - TC Pete re: NMFS perspective on NOI<br>0.2 - Conference TC Pete, Laurie Beale re: NOI | 465.00 | 0.60 | | 279.00 |
| 3/22/22 | Ince-Johannsen | 0.2 - TC Pete & clinic student ahead of TC NOAA attorneys<br>0.5 - TC NOAA attorneys re: NOI<br>0.5 - TC Pete re: NOAA response, next steps | 465.00 | 1.20 | | 558.00 |
| 3/24/22 | Ince-Johannsen | 0.2 - Email clients re: NOAA meeting | 465.00 | 0.20 | | 93.00 |
| 3/28/22 | Ince-Johannsen | 0.2 - Email reporter re: NOI<br>0.3 - Email clients re: NMFS meeting, relief<br>0.4 - Review issues & ideas for relief | 465.00 | 0.90 | 0.20 | 325.50 |
| 3/31/22 | Ince-Johannsen | 0.7 - Conference TC NMFS re: NOI<br>0.2 - TC Pete re: NMFS meeting, next steps<br>0.5 - Zoom with Pete, JM, SN re: possible conflicts between Green Diamond and Shasta Coho cases<br>0.6 - Review DFW report on fish traps, 2020 adult report | 465.00 | 2.00 | 0.50 | 697.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 4/1/22 | Ince-Johannsen | 0.2 - Review final retainer agreement<br>0.2 - Email clients re: retainer, next steps<br>1.5 - Review case notes, research, claim work-up; outlining arguments | 465.00 | 1.90 | 0.40 | 697.50 |
| 4/5/22 | Ince-Johannsen | 1.3 - Zoom TC NMFS staff & counsel re: NOI<br>0.2 - TC Pete re: NMFS's positions on NOI, SHA | 465.00 | 1.50 | | 697.50 |
| 4/22/22 | Ince-Johannsen | 0.5 - Review NMFS' answers to clients' questions, documents produced | 465.00 | 0.50 | | 232.50 |
| 4/26/22 | Ince-Johannsen | 0.4 - Review docs provided by clients | 465.00 | 0.40 | | 186.00 |
| 4/27/22 | Ince-Johannsen | 1.0 - Analyzing environmental baseline in BiOp | 465.00 | 1.00 | | 465.00 |
| 4/28/22 | Ince-Johannsen | 0.1 - Confer Pete re NOI timing, receipts;<br>0.3 - Review client comments on Lusardi study | 465.00 | 1.30 | | 604.50 |
| 5/9/22 | Ince-Johannsen | 0.5 - Litigation strategy TC Pete<br>1.9 - Research, work up ESA claims | 465.00 | 2.40 | | 1,116.00 |
| 5/10/22 | Ince-Johannsen | 0.5 - Research, update Pete re: NMFS FOIA process | 465.00 | 0.50 | | 232.50 |
| 5/11/22 | Ince-Johannsen | 1.0 - Review environmental baseline memo<br>0.8 - Review flow mgmt schedule docs<br>3.0 - Work up ITS claims | 465.00 | 4.80 | | 2,232.00 |
| 5/12/22 | Ince-Johannsen | 0.3 - TC/Email Pete re: envtl baseline issue<br>0.3 - Review SHA re: Lusardi study<br>2.3 - Work up ESA § 10 claims<br>1.6 - Work up ITS claims | 465.00 | 4.50 | | 2,092.50 |
| 5/16/22 | Ince-Johannsen | 0.3 - Review FOSR FOIA request<br>1.8 - Research scope of take immunity under SHA<br>0.6 - Edit environmental baseline memo<br>0.7 - Confer AH/MB/Pete re: ITS, take surrogate, etc | 465.00 | 3.40 | | 1,581.00 |
| 5/17/22 | Ince-Johannsen | 1.8 - Work up ESA claims<br>0.8 - Research ESA § 10(d) issues | 465.00 | 2.60 | 0.80 | 837.00 |
| 5/18/22 | Ince-Johannsen | 0.7 - Conference TC Pete & clinic student re: envtl baseline issue<br>1.0 - Research envtl baseline in prior BiOps<br>1.1 - Review historic decrees, water rights<br>1.5 - Work up ESA § 10 claims | 465.00 | 4.30 | | 1,999.50 |
| 5/19/22 | Ince-Johannsen | 0.5 - TC Pete re: ESA claim work-up<br>1.5 - Research ESA § 10(d) & related issues, work up claims | 465.00 | 2.00 | 1.50 | 232.50 |
| 5/20/22 | Ince-Johannsen | 0.3 - Email clients re: water withdrawals, temps<br>0.2 - TC Pete re ESA claim workup<br>3.3 - Research, work up ESA / ITS claims | 465.00 | 3.80 | | 1,767.00 |
| 5/24/22 | Ince-Johannsen | 0.5 - TC Pete re: claims work up, action area issue<br>1.8 - Research, work up ITS claims<br>3.4 - Outline & draft memo on ITS issues | 465.00 | 5.70 | | 2,650.50 |
| 5/25/22 | Ince-Johannsen | 0.4 - TC Pete re: ESA claims<br>0.7 - Troubleshoot google drive issues with client | 465.00 | 1.10 | 0.70 | 186.00 |
| 5/26/22 | Ince-Johannsen | 1.2 - Review project folder<br>0.1 - TC Pete re: claims workup | 465.00 | 1.30 | 1.20 | 46.50 |
| 5/27/22 | Ince-Johannsen | 0.5 - TC Pete re: claim workup | 465.00 | 0.50 | | 232.50 |
| 5/30/22 | Ince-Johannsen | 2.4 - Receive, validate, setup share, then review NOAA project file | 465.00 | 2.40 | 2.40 | - |
| 5/31/22 | Ince-Johannsen | 0.5 - TC Pete re: ITS claim | 465.00 | 0.50 | | 232.50 |
| 6/1/22 | Ince-Johannsen | 0.5 - TC comms team re: filing case | 465.00 | 0.50 | 0.50 | - |
| 6/2/22 | Ince-Johannsen | 0.3 - Review client presentation on coho rearing<br>0.4 - Review NOAA VSP document<br>1.1 - Review, edit draft ITS memo<br>0.5 - TC Pete re: ITS claim | 465.00 | 2.30 | | 1,069.50 |
| 6/3/22 | Ince-Johannsen | 0.3 - Review draft temperature memo<br>1.2 - Research, edit draft action area memo | 465.00 | 1.50 | | 697.50 |
| 6/6/22 | Ince-Johannsen | 1.0 - TC comms team & clients re: filing case<br>0.3 - Email clients re: strategy for taking on temperature issues through BiOp challenges<br>1.0 - Research, email Pete re: possible Govt in the Sunshine Act claim<br>0.7 - Edit draft ITS memo<br>0.4 - Edit draft action area argument | 465.00 | 3.40 | 2.00 | 651.00 |
| 6/7/22 | Ince-Johannsen | 0.4 - Review info, docs, email clients re: base flows and adult returns<br>1.3 - Research, edit draft memo re: envtl baseline claim | 465.00 | 1.70 | | 790.50 |
| 6/8/22 | Ince-Johannsen | 1.0 - TC Pete re: BiOp challenges<br>1.1 - Review case law on BiOps relying on uncertain mitigation measures<br>0.4 - Review, edit updated draft memo re: BiOp envtl baseline claim<br>2.6 - Research, outline, email clients re: claim challenging use of safe harbor<br>0.5 - Edit draft memo re: action area | 465.00 | 5.60 | | 2,604.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 6/10/22 | Ince-Johannsen | 0.5 - TC Pete re: claims workup, use of safe harbor<br>0.6 - Review background section of complaint<br>0.4 - Review clients proposed edits to background section of complaint<br>1.3 - Research history of NMFS's ESP regs<br>2.5 - Research, edit memo re: use of safe harbor | 465.00 | 5.30 | | 2,464.50 |
| 6/14/22 | Ince-Johannsen | 0.4 - TC Pete re: litigation strategy<br>0.3 - Email clients re: Novy ranch use of riparian water on nonriparian ground<br>0.7 - Doc review re: Novy ranch use of riparian water on nonriparian ground<br>0.5 - Edit press release re: complaint<br>1.1 - Work up, draft, edit complaint | 465.00 | 3.00 | 0.50 | 1,162.50 |
| 6/15/22 | Ince-Johannsen | 0.4 - TC Pete, TW@EPIC re: filing complaint<br>0.5 - Prepare initial case filings | 465.00 | 0.90 | | 418.50 |
| 6/16/22 | Ince-Johannsen | 0.4 - Review NOAA SHA presentation to KBMP group<br>0.4 - Read press re: complaint<br>0.2 - TC Pete<br>1.1 - Research & Email clients re: applicability of EPA's water transfers rule to safe harbor permitees<br>0.3 - Research, email clients re: issues with complaint as filed | 465.00 | 2.40 | 0.70 | 790.50 |
| 6/21/22 | Ince-Johannsen | 0.3 - TC Pete re: service, PHV, consent to magistrate, next steps<br>1.4 - Prepare/giving instructions to admin assistant re: service & proof of service of process | 465.00 | 1.70 | 1.40 | 139.50 |
| 6/22/22 | Ince-Johannsen | 0.7 - Review MWCD discharge data & reports | 465.00 | 0.70 | | 325.50 |
| 6/23/22 | Ince-Johannsen | 1.5 - Research N.D.Cal judges, prepare advice for clients re: consent to magistrate, TC Pete | 465.00 | 1.50 | | 697.50 |
| 6/24/22 | Ince-Johannsen | 0.3 - TC Pete re: CWA § 401 applicability to SHA<br>0.5 - Research possible CWA§ 401 claim re: Safe Harbor program | 465.00 | 0.80 | | 372.00 |
| 7/5/22 | Ince-Johannsen | 0.1 - Review docket entries<br>0.5 - Research Judge Corley | 465.00 | 0.60 | | 279.00 |
| 7/7/22 | Ince-Johannsen | 0.4 - Review order on MTD re: complaint failing to identify harmed individuals | 465.00 | 0.40 | | 186.00 |
| 7/8/22 | Ince-Johannsen | 0.6 - Research client duties re: retention of records for discovery<br>0.2 - Review, edit litigation hold letter<br>0.2 - Email clients | 465.00 | 1.00 | 1.00 | - |
| 7/21/22 | Ince-Johannsen | 0.8 - Research/troubleshoot service of process issue with KS | 465.00 | 0.80 | 0.80 | - |
| 7/28/22 | Ince-Johannsen | 0.2 - Email KS & Pete re: undelivered service packet, next steps<br>0.5 - Research implications of undelivered service packet, possible reasons | 465.00 | 0.70 | 0.20 | 232.50 |
| 8/3/22 | Ince-Johannsen | 0.2 - Review client comments to WRCB re: temperatures<br>0.3 - Review Klamath R TMDL | 465.00 | 0.50 | | 232.50 |
| 8/5/22 | Ince-Johannsen | 0.2 - Email KS & Pete re: undelivered service packet, next steps | 465.00 | 0.20 | 0.20 | - |
| 8/8/22 | Ince-Johannsen | 0.3 - Review MWCD 2021 discharge report | 465.00 | 0.30 | | 139.50 |
| 8/9/22 | Ince-Johannsen | 0.5 - Review NMFS's SHA monitoring requirements, other docs sent by clients | 465.00 | 0.50 | | 232.50 |
| 8/12/22 | Ince-Johannsen | 0.6 - TC DOJ counsel<br>0.3 - TC Pete re: jurisdictional issues, next steps | 465.00 | 0.90 | | 418.50 |
| 8/15/22 | Ince-Johannsen | 0.6 - Review materials provided by clients re: temperature thresholds<br>0.4 - Reading client memo re: temperature thresholds | 465.00 | 1.00 | | 465.00 |
| 8/17/22 | Ince-Johannsen | 0.6 - Review CHERP BiOp<br>0.5 - Review materials re: temperatures causing coho displacement | 465.00 | 1.10 | | 511.50 |
| 8/18/22 | Ince-Johannsen | 0.3 - Review curtailment orders, media re: violations | 465.00 | 0.30 | | 139.50 |
| 8/22/22 | Ince-Johannsen | 0.7 - Research, email Pete re: a substantive jeopardy claim proceeding under ESA citizen suit provision | 465.00 | 0.70 | | 325.50 |
| 8/23/22 | Ince-Johannsen | 0.8 - TC Pete re: jurisdictional questions, case mgmt statement, history of NMFS SHA regs<br>0.5 - Research history of NMFS SHA regs<br>0.6 - Research, update Pete re: duty of self-consulting agency to avoid jeopardy<br>0.5 - Research whether substantive ESA claims against self-consulting agency proceed under citizen suit provision<br>0.5 - Review ND. Cal. guidelines for professional conduct<br>0.3 - Reading draft SWB order re: illegal diversions, email clients | 465.00 | 3.20 | | 1,488.00 |
| 8/29/22 | Ince-Johannsen | Review docket entries: 0.1 | 465.00 | 0.10 | | 46.50 |
| 8/30/22 | Ince-Johannsen | Reading articles re: Shasta curtailment disputes: 0.2.<br>Research Shasta curtailments: 0.3. | 465.00 | 0.50 | | 232.50 |
| 8/31/22 | Ince-Johannsen | Review NMFS's answer: 0.3.<br>Talking with Pete re: NMFS's answer, certification of interested entities: 0.4. | 465.00 | 0.70 | | 325.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 9/1/22 | Ince-Johannsen | TC Pete re: ADR, certification of interested entities: 0.3.<br>Research requirements for certification of interested entities: 0.5.<br>Review docs provided by clients: 0.3. | 465.00 | 1.10 | 0.80 | 139.50 |
| 9/2/22 | Ince-Johannsen | Research Judge Thompson: 0.4. | 465.00 | 0.40 | | 186.00 |
| 9/8/22 | Ince-Johannsen | Researching and developing SHA claim: 0.6.<br>Review FOIA responses re: Shasta SHA: 0.3. | 465.00 | 0.90 | | 418.50 |
| 9/9/22 | Ince-Johannsen | Review new materials provided by clients: 0.3.<br>TC Pete: 0.2. | 465.00 | 0.50 | | 232.50 |
| 9/22/22 | Ince-Johannsen | Review info re: Shasta temperature standards: 0.4.<br>Review EPA temperature guidance: 0.3.<br>Email clients re: standing declarants, membership policies: 0.2.<br>Research case law re: standing declarant membership in organization: 0.7. | 465.00 | 1.60 | | 744.00 |
| 9/23/22 | Ince-Johannsen | TC Pete re: ADR requirements: 0.2. | 465.00 | 0.20 | | 93.00 |
| 9/25/22 | Ince-Johannsen | Reading CA state court decision re: Scott & Shasta coho permitting program: 0.5.<br>Review client write-up re: temperature standards: 0.3. | 465.00 | 0.80 | | 372.00 |
| 9/26/22 | Ince-Johannsen | Review materials on temps (0.6)<br>Email clients re: Shasta River temp issue (0.2) | 465.00 | 0.60 | | 279.00 |
| 9/27/22 | Ince-Johannsen | TC Pete re: ADR, case mgmt (0.6)<br>Email DOJ re: ADR, case mgmt (0.1)<br>Review mono lake public trust decision (0.3) | 465.00 | 1.00 | 0.30 | 325.50 |
| 9/28/22 | Ince-Johannsen | Confer Pete re: ESA issues in case (0.3)<br>Research scope of jeopardy analysis (0.8)<br>Research case law re: ESA action area (0.4) | 465.00 | 1.50 | | 697.50 |
| 9/29/22 | Ince-Johannsen | Research case law re: jeopardy for actions that create marginal improvement over baseline (0.6)<br>TC Pete re: jeopardy - baseline interplay (0.2) | 465.00 | 0.80 | | 372.00 |
| 10/5/22 | Ince-Johannsen | Emails re: press strategy (0.2)<br>Emails from clients re: MWCD (0.3) | 465.00 | 0.50 | 0.20 | 139.50 |
| 10/6/22 | Ince-Johannsen | Review materials re: CHERP temps (0.3)<br>Review new info re: MWCD diversion sent from clients (0.4) | 465.00 | 0.70 | | 325.50 |
| 10/7/22 | Ince-Johannsen | Working up § 7 jeopardy claim (0.3)<br>TC Pete re: jeopardy claim (0.2) | 465.00 | 0.50 | | 232.50 |
| 10/10/22 | Ince-Johannsen | Emails from clients re: MWCD (0.2) | 465.00 | 0.20 | | 93.00 |
| 10/14/22 | Ince-Johannsen | TC Pete re case work up, scheduling, CMS (0.3)<br>Review, edit draft CMS (0.6) | 465.00 | 0.90 | 0.30 | 279.00 |
| 10/16/22 | Ince-Johannsen | Review, edit draft CMS (0.8)<br>Email Pete re: CMS (0.2)<br>Research case law on implied causes of action (0.4)<br>Email Pete re: APA vs. ESA cause of action (0.3) | 465.00 | 1.70 | 1.00 | 325.50 |
| 10/18/22 | Ince-Johannsen | Emails from clients re: MWCD (0.3) | 465.00 | 0.20 | | 93.00 |
| 10/21/22 | Ince-Johannsen | Research scope of jeopardy analysis (1.4) | 465.00 | 1.40 | | 651.00 |
| 10/24/22 | Ince-Johannsen | TC Pete re: claim work up, scheduling, CMS (0.4)<br>Reading briefing re: scope of jeopardy analysis (0.7) | 465.00 | 1.10 | | 511.50 |
| 10/25/22 | Ince-Johannsen | Conference TC DOJ re: CMS (0.7)<br>Review, edit draft CMS (0.6)<br>TC Pete re: CMS (0.6)<br>Email Pete re: CMS (0.2) | 465.00 | 2.10 | 2.10 | - |
| 10/26/22 | Ince-Johannsen | Review, email Pete & DOJ re: joint CMS (0.3)<br>TC Pete re: CMS (0.3) | 465.00 | 0.60 | 0.60 | - |
| 10/27/22 | Ince-Johannsen | TC Pete re: litigation strategy, MWCD (0.5)<br>Review, email Pete & DOJ re: joint CMS (0.2)<br>Email clients re: standing declarations (0.1) | 465.00 | 0.70 | 0.20 | 232.50 |
| 11/4/22 | Ince-Johannsen | Review Tenaya declaration (0.3)<br>Confer Pete re: Tanaya dec contents (0.2) | 465.00 | 0.50 | | 232.50 |
| 11/11/22 | Ince-Johannsen | Calls, emails re: DOJ's intention to seek clarification on CMS (0.2) | 465.00 | 0.20 | 0.20 | - |
| 11/14/22 | Ince-Johannsen | Emails re: DOJ's intention to seek clarification on CMS (0.3)<br>TC Pete re litigation strategy (0.6) | 465.00 | 0.90 | 0.30 | 279.00 |
| 11/17/22 | Ince-Johannsen | Research availability of Zoom recording of CM hearing (0.8) | 465.00 | 0.80 | 0.80 | - |
| 11/17/22 | Ince-Johannsen | Confer Pete re litigation strategy, claims (0.5) | 465.00 | 0.50 | | 232.50 |
| 11/18/22 | Ince-Johannsen | Email Pete re: potential APA claims (0.2)<br>Research potential APA claims (0.4)<br>Review revised CM & scheduling order (0.1) | 465.00 | 0.70 | 0.10 | 279.00 |
| 11/21/22 | Ince-Johannsen | Research, work up ITS arguments (0.7)<br>Research, work up action area arguments (1.2) | 465.00 | 1.90 | | 883.50 |
| 11/23/22 | Ince-Johannsen | Search ESA legislative history re Section 10 (0.5) | 465.00 | 0.50 | | 232.50 |
| 11/29/22 | Ince-Johannsen | Review McBain comments on SHA (0.5) | 465.00 | 0.50 | | 232.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 11/30/22 | Ince-Johannsen | TC Scott McBain re: SHA, BiOp, temperatures & flows (1.0)<br>Debrief with Pete after McBain call (0.2)<br>Review N.D. Cal. local rules on filing amended complaints (0.3)<br>Email clients re: Press Release (0.3)<br>Edit ITS memo (1.4)<br>Edit action area memo (0.8)<br>Edit environmental baseline memo (1.3) | 465.00 | 5.30 | 0.30 | 2,325.00 |
| 12/1/22 | Ince-Johannsen | Review NCRWQCB report about Emerson site visit (0.8) | 465.00 | 0.80 | | 372.00 |
| 12/6/22 | Ince-Johannsen | Confer Pete re: temperature claim memo (0.2)<br>Confer Pete re: amended complaint proposal (0.2) | 465.00 | 0.40 | | 186.00 |
| 12/8/22 | Ince-Johannsen | Confer Pete re: temperature claim memo, litigation strategy (0.5) | 465.00 | 0.50 | | 232.50 |
| 12/13/22 | Ince-Johannsen | Confer Pete re: litigation strategy (0.3)<br>Research source of 16' C threshold for core rearing (0.3) | 465.00 | 0.60 | | 279.00 |
| 12/15/22 | Ince-Johannsen | Confer Pete re: litigation strategy, plan (0.4)<br>Email clients re: litigation strategy, updates (0.3) | 465.00 | 0.70 | | 325.50 |
| 12/21/22 | Ince-Johannsen | Review, edit draft amended complaint (0.6) | 465.00 | 0.60 | | 279.00 |
| 12/27/22 | Ince-Johannsen | Review common interest agreement (0.4) | 465.00 | 0.40 | | 186.00 |
| 1/3/23 | Ince-Johannsen | Review draft press release [0.2]<br>Confer clients re: PRA reqs [0.2] | 480.00 | 0.40 | 0.20 | 96.00 |
| 1/4/23 | Ince-Johannsen | Strategy Email clients [0.1]<br>Review Joslin dec [0.3] | 480.00 | 0.40 | | 192.00 |
| 1/5/23 | Ince-Johannsen | Confer Pete re: summary judgment strategy [0.2] | 480.00 | 0.20 | | 96.00 |
| 1/6/23 | Ince-Johannsen | TC Pete re: summary judgment strategy [0.3]<br>Download & Review AR, review index, organization, contents [0.1] | 480.00 | 0.40 | | 192.00 |
| 1/9/23 | Ince-Johannsen | Review, edit Gensaw dec [0.6]<br>Confer Pete re Gensaw dec [0.2]<br>Confer Pete re contents of AR [0.5]<br>Review AR index [0.3]<br>Search AR for project file docs [0.3]<br>Search AR for SONCC RP, SR, VSP study, CHERP BiOp, McBain 2013, Stenhouse 2012, NCRWQCB docs, other studies [0.5]<br>Confer DOJ re amending complaint [0.2] | 480.00 | 2.60 | | 1,248.00 |
| 1/10/23 | Ince-Johannsen | Search AR for MWCD restoration project BA [0.2]<br>Review AR index [0.5]<br>Review AR References [1.4]<br>TC Pete re AR review, amended complaint [0.4] | 480.00 | 2.50 | | 1,200.00 |
| 1/11/23 | Ince-Johannsen | Review AR Draft Docs [1.1]<br>Review AR Emails [0.3]<br>Answering client questions re: AR [0.5] | 480.00 | 1.90 | | 912.00 |
| 1/12/23 | Ince-Johannsen | Confer Pete re MSJ, AR, strategy [1.1] | 480.00 | 1.10 | | 528.00 |
| 1/13/23 | Ince-Johannsen | Confer Pete re AR, summary judgment strategy [0.3]<br>Confer clients re: AR [0.2] | 480.00 | 0.50 | | 240.00 |
| 1/17/23 | Ince-Johannsen | Review AR References [0.8]<br>Review AR final decision docs [0.7]<br>Confer clients re: AR [0.2] | 480.00 | 1.70 | | 816.00 |
| 1/18/23 | Ince-Johannsen | Research SONCC 4(d) rules [0.7]<br>Confer Pete re SONCC 4(d) rules [0.2] | 480.00 | 0.90 | | 432.00 |
| 1/19/23 | Ince-Johannsen | Review AR References [0.6]<br>Review AR emails [1.2]<br>Review AR draft docs [0.3]<br>TC Pete re AR review [0.2] | 480.00 | 2.30 | | 1,104.00 |
| 1/20/23 | Ince-Johannsen | Confer Pete re AR review [0.2]<br>Search AR for CDFW annual salmonid reports [0.2]<br>Search AR for outmigrant monitoring reports [0.2]<br>Search AR for Shasta TMDL or supporting docs [0.3]<br>Review AR references [0.6] | 480.00 | 1.50 | | 720.00 |
| 1/23/23 | Ince-Johannsen | Confer Pete re AR [0.2] | 480.00 | 0.20 | | 96.00 |
| 1/24/23 | Ince-Johannsen | Review AR emails [0.5]<br>Review AR references [1.3]<br>Review AR draft docs [0.6]<br>TC Pete re AR, strategy [0.7] | 480.00 | 3.10 | 0.70 | 1,152.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 1/25/23 | Ince-Johannsen | Review AR draft docs [0.5]<br>Review AR references [1.2]<br>Search AR for CDFW outmigrant reports [0.2]<br>Search AR for cites to Lestelle 2012 [0.1]<br>Search AR for cites to EPA 2013 [0.3]<br>Review Bauer 1999, Dunham 2001, Materna 2001, McCullough 1999 [0.8]<br>Confer Pete re email to DOJ re completeness of AR, missing docs [0.3] | 480.00 | 3.40 | | 1,632.00 |
| 1/26/23 | Ince-Johannsen | Email DOJ re supp of AR [0.1]<br>Confer Pete re supplementation of AR [0.2]<br>Confer Pete re MSJ [0.5]<br>Confer FoSR re legal effect of responses to comments [0.2]<br>Review recent case law on judicial notice of materials outside AR [0.3] | 480.00 | 1.30 | | 624.00 |
| 1/30/23 | Ince-Johannsen | Confer Pete re docs missing from AR [0.2]<br>Confer Pete re MSJ [0.3] | 480.00 | 0.50 | | 240.00 |
| 2/1/23 | Ince-Johannsen | Review fed. defs answer to amended cmplt [0.4]<br>Edit MSJ brief [0.8] | 480.00 | 1.20 | | 576.00 |
| 2/1/23 | Ince-Johannsen | Search AR for juvenile outmigrant reports [0.4] | 480.00 | 0.40 | | 192.00 |
| 2/2/23 | Ince-Johannsen | Confer Pete re incomplete AR, strategy [0.3]<br>Confer Pete re MSJ opening memo [0.7] | 480.00 | 1.00 | | 480.00 |
| 2/3/23 | Ince-Johannsen | Confer Pete re MSJ opening memo [0.4] | 480.00 | 0.40 | | 192.00 |
| 2/6/23 | Ince-Johannsen | Confer Pete re MSJ [0.9]<br>Review, edit draft MSJ [1.6] | 480.00 | 2.50 | | 1,200.00 |
| 2/7/23 | Ince-Johannsen | Research case law re: major federal action' under NEPA [0.7]<br>Confer Pete re MSJ, NEPA arguments [0.4]<br>Confer Pete re: net conservation benefit claim [0.2]<br>Confer Pete re: action area claim [0.3] | 480.00 | 1.60 | | 768.00 |
| 2/8/23 | Ince-Johannsen | Search AR for comment letters [0.8]<br>Research, draft claim challenging use of safe harbor / NCB finding [1.1]<br>Confer Pete re: NEPA comment letters missing from AR [0.2]<br>Confer Pete re MSJ [0.2]<br>Confer DOJ counsel re NEPA comment letters missing from AR [0.2] | 480.00 | 2.50 | | 1,200.00 |
| 2/10/23 | Ince-Johannsen | Confer Pete re MSJ claims, strategy [0.3] | 480.00 | 0.30 | | 144.00 |
| 2/12/23 | Ince-Johannsen | Edit draft MSJ opening memo [2.2]<br>Research, draft NCB claim [0.5]<br>Research, edit envtl baseline claim [0.9]<br>Review, edit temperatures claim [1.0] | 480.00 | 4.60 | | 2,208.00 |
| 2/13/23 | Ince-Johannsen | Confer Pete re MSJ opening brief [0.4]<br>Review, edit temperatures section of brief [0.8]<br>Review, edit MSJ opening brief [2.3]<br>Conference TC FoSR re draft MSJ opening brief [0.5] | 480.00 | 4.00 | | 1,920.00 |
| 2/14/23 | Ince-Johannsen | Confer Pete re MSJ draft opening memo, ESA claims [0.3]<br>Confer Pete re NEPA challenge to FONSI [0.2]<br>Research case law on NEPA challenges to FONSI vs. failure to prepare EIS [0.3]<br>Review, edit MSJ draft opening memo [2.4]<br>Review, categorizing provisions of Site Plan Agreements [2.8] | 480.00 | 5.00 | | 2,400.00 |
| 2/15/23 | Ince-Johannsen | Review, categorizing provisions of Site Plan Agreements [4.2]<br>Review, edit draft section of MSJ opening brief re monitoring [0.5]<br>Confer Pete re MSJ opening brief progress [0.4] | 480.00 | 5.10 | | 2,448.00 |
| 2/16/23 | Ince-Johannsen | Confer Pete re MSJ opening brief progress, next steps [1.7]<br>Research ESA regs, case law re ITS monitoring obligation [0.5]<br>Confer Pete re monitoring claim, regs for ITS monitoring [0.3]<br>Review, categorizing provisions of Site Plan Agreements [2.5] | 480.00 | 5.00 | | 2,400.00 |
| 2/17/23 | Ince-Johannsen | Confer Pete re MSJ opening memo [0.5]<br>Confer AH re MSJ opening memo, ITS claim [0.4]<br>Review AH's comments on draft MSJ opening brief [0.3]<br>Review, edit draft MSJ opening memo [1.9] | 480.00 | 3.10 | | 1,488.00 |
| 2/19/23 | Ince-Johannsen | Confer Pete re NEPA compliance with law significance factor, Shasta TMDL [0.7]<br>Review, edit draft MSJ opening brief [1.3]<br>Review, corresponding re  DW's draft map of Shasta River basin [0.2] | 480.00 | 2.20 | | 1,056.00 |
| 2/20/23 | Ince-Johannsen | Confer AH re applicability of TMDLs to NEPA compliance with law significance factor [0.2]<br>Research applicability of TMDLs to NEPA compliance with law significance factor [1.3]<br>Confer Pete re claim on NEPA compliance with law significance factor [0.5]<br>Review, edit draft MSJ opening brief [1.5] | 480.00 | 3.50 | | 1,680.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 2/22/23 | Ince-Johannsen | Confer Pete re MSJ opening brief [0.5]<br>Conference TC FoSR clients re MSJ opening brief, factual sections [0.3]<br>Review, edit MSJ opening brief [2.2]<br>Research, draft MSJ challenge to use of SH [2.3] | 480.00 | 5.30 | | 2,544.00 |
| 2/23/23 | Ince-Johannsen | Confer Pete re vacatur vs injunctive relief, necessity of relief decs [0.4]<br>Confer Pete re MSJ opening brief [0.7]<br>Research, work up challenge to use of SH [2.3]<br>Review, proposing edits to Joslin standing dec [0.5]<br>Research, incorporating into brief ESA legislative history re 10(a)(1)(A) and 10(a)(1)(B) permits [0.8]<br>Review, edit draft MSJ opening brief [1.1] | 480.00 | 5.80 | | 2,784.00 |
| 2/24/23 | Ince-Johannsen | Confer Pete re: finalizing, formatting & filing MSJ brief, declarations [2.0] | 480.00 | 2.00 | 2.00 | - |
| 2/24/23 | Ince-Johannsen | Review, edit draft MSJ opening memo [1.4]<br>Confer FoSR re Joslin dec [0.2]<br>Edit Joslin standing dec [0.9]<br>Cite-check opening MSJ memo [2.6]<br>Prepare tables, formatting opening MSJ memo [1.3]<br>Prepare opening MSJ memo and supporting declarations for filing [0.5]<br>Filing MSJ opening memo & supporting declarations [0.4] | 480.00 | 7.30 | 1.70 | 2,688.00 |
| 2/25/23 | Ince-Johannsen | Confer clients re filed opening MSJ memo, strategy [0.5] | 480.00 | 0.50 | | 240.00 |
| 2/27/23 | Ince-Johannsen | Confer Pete re: AR supplementation (0.2) | 480.00 | 0.20 | | 96.00 |
| 3/9/23 | Ince-Johannsen | Review supplemental AR (1.9)<br>Confer Pete re supp AR (0.3) | 480.00 | 2.20 | | 1,056.00 |
| 3/20/23 | Ince-Johannsen | Confer Pete re changes to briefing schedule (0.2)<br>Review recent case filings (0.5)<br>Corresponding with DOJ counsel re: briefing schedule (0.3) | 480.00 | 1.00 | | 480.00 |
| 3/24/23 | Ince-Johannsen | Confer DOJ re new date for hearing (0.2)<br>Review new case mgmt order (0.2) | 480.00 | 0.40 | | 192.00 |
| 4/14/23 | Ince-Johannsen | Review MSJ materials, evaluate next steps (0.5) | 480.00 | 0.50 | | 240.00 |
| 4/18/23 | Ince-Johannsen | Review opening MSJ (0.2) | 480.00 | 0.20 | | 96.00 |
| 4/20/23 | Ince-Johannsen | Confer Pete re MSJ strategy (0.2) | 480.00 | 0.20 | | 96.00 |
| 4/25/23 | Ince-Johannsen | TC Pete re Defs. X-MSJ (0.5)<br>Reading Defs. X-MSJ (0.8)<br>Diagramming arguments in X-MSJ (1.8) | 480.00 | 3.10 | | 1,488.00 |
| 5/2/23 | Ince-Johannsen | Review AR (1.0), outlining MSJ arguments (2.0)<br>Confer Pete re MSJ arguments (0.6) | 480.00 | 2.60 | | 1,248.00 |
| 5/3/23 | Ince-Johannsen | Research, draft MSJ response brief (2.8) | 480.00 | 2.80 | | 1,344.00 |
| 5/5/23 | Ince-Johannsen | Research legislative vs. interpretive rule distinction (3.4)<br>Drafting response brief re: SH policy's status under APA (1.0) | 480.00 | 4.40 | | 2,112.00 |
| 5/8/23 | Ince-Johannsen | Research, draft MSJ response brief (1.9) | 480.00 | 1.90 | | 912.00 |
| 5/9/23 | Ince-Johannsen | Research, draft MSJ response brief (1.5)<br>Confer Pete re MSJ response (0.3)<br>Research legislative vs. interpretive rule distinction (0.4) | 480.00 | 2.20 | | 1,056.00 |
| 5/11/23 | Ince-Johannsen | Confer Pete re Chesney dec merits (0.3)<br>Organizing shared supp AR access (0.5) | 480.00 | 0.80 | 0.50 | 144.00 |
| 5/12/23 | Ince-Johannsen | Research, outlining arguments re enforceability of SH policy (2.0) | 480.00 | 2.00 | | 960.00 |
| 5/15/23 | Ince-Johannsen | Outline, draft standing argument (0.5)<br>Drafting argument re: enforceability of SH Policy (1.2) | 480.00 | 1.70 | | 816.00 |
| 5/16/23 | Ince-Johannsen | Outline, draft response to standing arguments (3.2) | 480.00 | 3.20 | | 1,536.00 |
| 5/17/23 | Ince-Johannsen | TC Pete re MSJ response (0.2)<br>Review, edit ITS section of brief (1.1)<br>Drafting response re: standing (1.5)<br>Review, edit Pete sections of response brief (0.5) | 480.00 | 3.30 | | 1,584.00 |
| 5/19/23 | Ince-Johannsen | TC Pete re MSJ response workup (0.8)<br>Review, edit draft temperatures piece of argument (0.4) | 480.00 | 1.20 | | 576.00 |
| 5/21/23 | Ince-Johannsen | TC Pete re MSJ response workup (0.6)<br>Edit action area argument (1.2)<br>Edit temperatures argument (0.8)<br>Edit SH Policy argument (1.5) | 480.00 | 4.10 | 0.40 | 1,776.00 |
| 5/22/23 | Ince-Johannsen | TC Pete re MSJ response (0.3)<br>Drafting, edit MSJ response (4.0)<br>Review temperatures piece of argument (0.5)<br>Confer Pete re action area argument (0.4)<br>Email clients (0.4) | 480.00 | 6.00 | 0.40 | 2,688.00 |
| 5/23/23 | Ince-Johannsen | TC Pete re MSJ response (0.1)<br>Edit MSJ response (3.2)<br>Declarations workup (1.0) | 480.00 | 4.30 | | 2,064.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 5/24/23 | Ince-Johannsen | TC Pete re MSJ response, next steps (0.8)<br>Edit MSJ response (3.0)<br>Review, edit draft PO (0.3)<br>Finalizing brief & accompanied filings (1.5)<br>Prepare tables (1.2) | 480.00 | 6.80 | 1.20 | 2,688.00 |
| 5/25/23 | Ince-Johannsen | Confer Pete re MSJ response filing (0.4)<br>File MSJ reponse (0.4) | 480.00 | 0.80 | 0.80 | - |
| 5/28/23 | Ince-Johannsen | Prepare and submitting proposed orders (0.5) | 480.00 | 0.50 | | 240.00 |
| 6/12/23 | Ince-Johannsen | Confer Pete re hearing strategy [0.2] | 480.00 | 0.20 | | 96.00 |
| 6/15/23 | Ince-Johannsen | Review AR [0.2]; Confer Pete re oral argument strategy, questions [0.3] | 480.00 | 0.50 | | 240.00 |
| 6/20/23 | Ince-Johannsen | Review NMFS MSJ memo [0.4] | 480.00 | 0.40 | | 192.00 |
| 6/22/23 | Ince-Johannsen | Emails w clients re hearing, NMFS arguments on standing [0.4]; TC Pete re Govt MSJ brief [0.1]; Review government's reply brief [1.0]; Research standing where Ds conduct foreclosed opportunity for future improvements [1.0]; Review NMFS MSJ memo [0.3] | 480.00 | 2.80 | | 1,344.00 |
| 6/23/23 | Ince-Johannsen | Research rebuttals to govts reply brief, re: safe harbor policy [1.3]; Research rebuttals to govts reply brief, re: standing [1.2]; Research standing theory [0.6] | 480.00 | 3.10 | | 1,488.00 |
| 6/27/23 | Ince-Johannsen | Review AR, briefing ahead of hearing [1] | 480.00 | 1.00 | 1.00 | - |
| 7/11/23 | Ince-Johannsen | Emails re Shasta River media [0.3]; TC Pete re SJ ruling 0.2; Review court's MSJ ruling [0.4]; Confer clients re SJ order [0.5]; Email clients [0.1] | 480.00 | 1.50 | 0.30 | 576.00 |
| 7/12/23 | Ince-Johannsen | Research Rule 59(e) applicability to SJ ruling [0.4] | 480.00 | 0.40 | | 192.00 |
| 7/17/23 | Ince-Johannsen | Confer clients re SJ order [0.3] | 480.00 | 0.30 | | 144.00 |
| 7/20/23 | Ince-Johannsen | TC Pete re: case strategy [0.1] | 480.00 | 0.10 | | 48.00 |
| 8/1/23 | Ince-Johannsen | Emails re Shasta River, status, media 0.3 | 480.00 | 0.30 | 0.30 | - |
| 8/21/23 | Ince-Johannsen | Relief memo [0.8] | 480.00 | 0.80 | | 384.00 |
| 9/11/23 | Ince-Johannsen | Review government's response to 59(e) motion | 480.00 | 0.50 | | 240.00 |
| 9/29/23 | Ince-Johannsen | Confer Pete re: Reply [0.3] | 480.00 | 0.30 | | 144.00 |
| 10/2/23 | Ince-Johannsen | Emails w clients re: 59(e) reply brief [0.2], Confer Pete re 59(e) strategy, next steps (544 - Shasta Coho) [0.3], review opening 59(e) brief, government's opposition [0.5], review, edit FRCP 59(e) reply brief [0.9] | 480.00 | 1.90 | | 912.00 |
| 10/28/23 | Ince-Johannsen | Confer Pete re 59(e) strategy, next steps [0.2] | 480.00 | 0.20 | | 96.00 |
| 11/3/23 | Ince-Johannsen | Confer Pete re obtaining transcripts [0.1]; Review docket entries [0.1] | 480.00 | 0.20 | 0.20 | - |
| 12/7/23 | Ince-Johannsen | Review 9th Circuit CBD v. Haaland order re: appealability of our case [0.3] | 480.00 | 0.30 | 0.30 | - |
| 1/25/24 | Ince-Johannsen | Confer Pete re D. Ct. order on relief [0.2] | 495.00 | 0.20 | | 99.00 |
| 1/25/24 | Ince-Johannsen | Review D.Ct. order re relief | 495.00 | 0.10 | | 49.50 |
| 3/21/24 | Ince-Johannsen | TC Pete re Shasta NOA [0.1] | 495.00 | 0.10 | 0.10 | - |
| 4/25/25 | Ince-Johannsen | Review timesheets, edits/omissions [1.2]; review existing declaration, edit [.4]; TC Pete re rates in forum, proof [.2] | 510.00 | 1.80 | | 918.00 |
| | | **For Professional Services: Sangye Ince-Johannsen** | | **405.80** | **63.90** | **160,678.50** |

|  |  |
|---|---|
| **Total Hours** | 405.80 |
| **Total Hours Omitted** | 63.90 |
| **Total Hours after Omissions** | 341.90 |

| | |
|---|---|
| **Total Attorneys' Fees** | **$ 160,678.50** |