1

Thomas E. Wheeler, CA Bar #304191
Environmental Protection Information Center

2

145 G Street, Suite A
Arcata, California 95521

3

Tel: (707) 822-7711; email: tom@wildcalifornia.org

4

Peter M. K. Frost, *pro hac vice*

5

Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340

6

Eugene, Oregon 97401
Tel: (541) 359-3239; email: frost@westernlaw.org

7

8

Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center

9

120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401

10

Tel: (541) 778-6626; email: sangyeij@westernlaw.org

11

Attorneys for Plaintiffs

12

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

16

17

ENVIRONMENTAL PROTECTION
INFORMATION CENTER, et al.,

18

Plaintiffs,

19

vs.

20

ALECIA VAN ATTA, et al.,

21

22

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:22-cv-03520-TLT

**DECLARATION OF THOMAS E.
WHEELER IN SUPPORT OF
PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES, COSTS, AND
OTHER EXPENSES**

23

24

25

26

27

28

Declaration of Thomas E. Wheeler, No. 3:22-cv-03520-TLT

1      I, Thomas E. Wheeler, hereby declare:

2      1.      I am the Executive Director of Environmental Protection Information Center ("EPIC")

3      based in Arcata, California. EPIC is a registered tax-exempt organization under Section

4      501(c)(3) of the Internal Revenue Code. EPIC has seven paid staff members.

5      2.      EPIC sought legal representation to undertake this case, but was unable to find a qualified

6      attorney who would agree to represent it at base rates under the Equal Access to Justice Act

7      ("EAJA"). EPIC is currently involved in approximately five lawsuits against federal agencies in

8      federal courts. Based on my experience seeking qualified attorneys to agree to undertake these

9      cases, it is nearly impossible to find qualified attorneys in California willing to litigate against

10     federal agencies in federal court under EAJA base rates. Indeed, in my experience, for even

11     relatively simple civil lawsuits (which this case was not) in the forum, qualified attorneys

12     routinely charge far higher than EAJA base rates.

13     3.      I am an attorney of record in this case, and served as both local counsel (for the purposes

14     of pro hac vice admission and participation; to participate as to clients and tribes; and to

15     thoroughly review papers) and co-counsel with Peter M. K. Frost and Sangye Ince-Johannsen.

16     They did the lion's share of the work, but I conferred frequently with them as to case strategies

17     and theories; I reviewed papers before filing; and I otherwise worked as legal counsel.

18     4.      I attach to this declaration as Exhibit A my timesheets in this case. My time is tracked in

19     increments of six minutes. I seek 28.90 hours of time in this case. I seek rates under EAJA of

20     $217.54 for 2021, $234.95 for 2022, $244.62 for 2023, and $251.84 for 2024 and 2025. I seek a

21     total of $6,641.35.

22          I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §

23     1746(2).

24          Executed on April 11, 2025.        /s/ Thomas E. Wheeler
                                                Thomas E. Wheeler
25

26

27

28

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 3/20/21 | Wheeler | Email Frost Safe Harbor and Shasta situation [.3] | 217.54 | 0.30 | | 65.26 |
| 4/2/21 | Wheeler | Read Frost email about Shasta, discuss w staff resource and expert help, respond Frost [.4] | 217.54 | 0.40 | | 87.02 |
| 4/6/21 | Wheeler | Read Frost email about representation, call board member, discuss w staff [.5] | 217.54 | 0.50 | | 108.77 |
| 5/6/21 | Wheeler | Email Frost to set up potential client call; discuss tribes w Amber [.4] | 217.54 | 0.40 | | 87.02 |
| 5/18/21 | Wheeler | Call Frost whether to cancel conference; Karuk; read cancel email [.2] | 217.54 | 0.20 | | 43.51 |
| 5/25/21 | Wheeler | Call Frost re Earthjustice co-representation; its state case; difficulty [.2] | 217.54 | 0.20 | | 43.51 |
| 5/26/21 | Wheeler | Conference call clients [1]; email Frost re NCB finding [.1] | 217.54 | 1.10 | | 239.29 |
| 9/10/21 | Wheeler | Call Frost re Earthjustice [.2] | 217.54 | 0.20 | | 43.51 |
| 9/17/21 | Wheeler | Conference call clients re tribes, the Karuk settlement, venue, retainer agreement terms, Shasta City meeting [.9] | 217.54 | 0.90 | | 195.79 |
| 9/29/21 | Wheeler | Call Frost about Yurok, its other cases, group it left, required confidentiality [.4] | 217.54 | 0.40 | | 87.02 |
| 11/8/21 | Wheeler | Email Frost can't make meeting [.1] | 217.54 | 0.10 | | 21.75 |
| 11/29/21 | Wheeler | Confer board re litigation approval, any issues [.3]; email Frost [.1] | 217.54 | 0.40 | | 87.02 |
| 12/10/21 | Wheeler | Multiparty conference call Shasta and basin issues and strategy, litigation [2.2] | 217.54 | 2.20 | | 478.59 |
| 1/11/22 | Wheeler | Call Frost about tribal council and fish staff, Big Springs dam and projects, case strategy [.6] | 234.95 | 0.60 | | 140.97 |
| 1/15/22 | Wheeler | Call Yurok about case [.3]; email Frost about call [.1] | 234.95 | 0.40 | | 93.98 |
| 1/19/22 | Wheeler | Read Frost email about Yurok/Belchik [.1] | 234.95 | 0.10 | | 23.50 |
| 1/26/22 | Wheeler | Email Frost call conflict [.1] | 234.95 | 0.10 | | 23.50 |
| 2/9/22 | Wheeler | Call Frost NOI and tribal interests/concerns streambed permits, comments [.6] | 234.95 | 0.60 | 0.30 | 70.49 |
| 2/16/22 | Wheeler | Conference call WELC and other clients  [.7] | 234.95 | 0.70 | | 164.47 |
| 2/22/22 | Wheeler | Call Frost communications w Belchik, any required notice [.3] | 234.95 | 0.30 | | 70.49 |
| 2/24/22 | Wheeler | Read retainer agreement, notes [.2]; Call Frost re tribes [.1] | 234.95 | 0.30 | | 70.49 |
| 2/25/22 | Wheeler | Call Frost about retainer [.1] | 234.95 | 0.10 | | 23.50 |
| 3/8/22 | Wheeler | Call Frost Friends' board of directors changes [.2] | 234.95 | 0.20 | | 46.99 |
| 3/29/22 | Wheeler | Read email and revised retainer [.1] | 234.95 | 0.10 | | 23.50 |
| 3/31/22 | Wheeler | Conference call with clients - possible settlement with NMFS, data and information needs [.8] | 234.95 | 0.80 | | 187.96 |
| 4/5/22 | Wheeler | Conference call NMFS and clients about disputes and settlement [1.3] | 234.95 | 1.30 | | 305.44 |
| 5/25/22 | Wheeler | Read Frost email - improper action area | 234.95 | 0.10 | | 23.50 |
| 6/2/22 | Wheeler | Conference call clients - status of research and claims, strategy | 234.95 | 1.00 | | 234.95 |
| 6/10/22 | Wheeler | Read portions of draft complaint, email Frost about same [.4] | 234.95 | 0.40 | | 93.98 |
| 6/13/22 | Wheeler | Call Frost standing allegations, declarants, tribes [.2] | 234.95 | 0.20 | | 46.99 |
| 6/15/22 | Wheeler | Call Frost assignment to Mag Hixon, whether consent, pro hac vice [.1] email Frost about media [.1] | 234.95 | 0.20 | 0.10 | 23.50 |

| 7/5/22 | Wheeler | Read reassignment to Corley [.1] | 234.95 | 0.10 | | 23.50 |
|---|---|---|---|---|---|---|
| 7/11/22 | Wheeler | Read litigation hold letter, discuss w staff [.3]; email Frost acknowledge [.1] | 234.95 | 0.40 | | 93.98 |
| 8/18/22 | Wheeler | Attorney and client status and strategy call [.8] | 234.95 | 0.80 | | 187.96 |
| 8/29/22 | Wheeler | Read reassignment to Thompson [.1] | 234.95 | 0.10 | | 23.50 |
| 9/22/22 | Wheeler | Conference call about settlement and ADR, in person meeting, strategy, possible outcomes [1.1] | 234.95 | 1.10 | | 258.45 |
| 9/23/22 | Wheeler | Email Frost our bylaws, note any concerns [.1] | 234.95 | 0.10 | | 23.50 |
| 9/29/22 | Wheeler | Confer staff re tribal standing declarant, phone Frost about same and any public trust duties, who can assert | 234.95 | 0.50 | | 117.48 |
| 11/1/22 | Wheeler | Call Frost about meeting [.1] | 234.95 | 0.10 | | 23.50 |
| 1/6/23 | Wheeler | Read AR filing, email clients [.1] | 244.62 | 0.10 | | 24.46 |
| 1/9/23 | Wheeler | Call Frost about AR review, any challenge/supplementation, client help [.4] | 244.62 | 0.40 | | 97.85 |
| 2/2/23 | Wheeler | Status/strategy call with co-counsel and clients [.8] | 244.62 | 0.80 | | 195.70 |
| 2/22/23 | Wheeler | Read draft opening motion SJ, propose edits [1.7] | 244.62 | 1.70 | | 415.85 |
| 4/25/23 | Wheeler | Read Fed Defs opening/opposition papers, prepare notes to circulate [1.8] | 244.62 | 1.80 | | 440.32 |
| 5/22/23 | Wheeler | Read draft reply brief, respond Frost [.6] | 244.62 | 0.60 | | 146.77 |
| 5/25/23 | Wheeler | Read final reply brief [.4] | 244.62 | 0.40 | | 97.85 |
| 6/24/23 | Wheeler | Call Frost about standing decs [.2] | 244.62 | 0.20 | | 48.92 |
| 6/27/23 | Wheeler | Confer Frost about oral argument [.2] | 244.62 | 0.20 | | 48.92 |
| 7/11/23 | Wheeler | Read District Court order, notes [.4]; Call Frost same [.1] | 244.62 | 0.50 | | 122.31 |
| 7/12/23 | Wheeler | Conference call co-counsel/clients about case result, strategy [1] | 244.62 | 1.00 | | 244.62 |
| 8/3/23 | Wheeler | Read draft FRCP 59 motion, suggest edits [.3] | 244.62 | 0.30 | | 73.39 |
| 8/5/23 | Wheeler | Read final FRCP 59 motion [.1] | 244.62 | 0.10 | | 24.46 |
| 9/11/23 | Wheeler | Read Fed Defs response to FRCP 59 motion, notes [.3] | 244.62 | 0.30 | | 73.39 |
| 10/30/23 | Wheeler | Read court order no oral argument [.1] | 244.62 | 0.10 | | 24.46 |
| 1/12/24 | Wheeler | Phone Frost our state SHA argument [.2] | 251.84 | 0.20 | 0.20 | - |
| 1/23/24 | Wheeler | Read court order granting FRCP 59 motion [.1] | 251.84 | 0.10 | | 25.18 |
| 1/25/24 | Wheeler | Conference call co-counsel, clients about 59 order, permitted activities, any appeal [1] | 251.84 | 1.00 | | 251.84 |
| 4/11/25 | Wheeler | Call Frost fees motion; EAJA rates; review timesheets and edits/omissions, return [1.1] | 251.84 | 1.10 | | 277.02 |
| | | | | **28.90** | **0.60** | **6,641.35** |