Thomas E. Wheeler, CA Bar #304191
Environmental Protection Information Center
145 G Street, Suite A
Arcata, California 95521
Tel: (707) 822-7711; email: tom@wildcalifornia.org

Peter M. K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: (541) 359-3239; email: frost@westernlaw.org

Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: (541) 778-6626; email: sangyeij@westernlaw.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALECIA VAN ATTA, et al., <br><br> Defendants. | Case No. 3:22-cv-03520-TLT <br><br> **DECLARATION OF NICK JOSLIN IN SUPPORT OF MOTION OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES** |

Declaration of Nick Joslin, No. 3:22-cv-03520-TLT

I, Nick Joslin, hereby declare:

1. I am President of Friends of the Shasta River ("Friends") based in Yreka, California. Friends is a registered tax-exempt organization under Section 501(c)(3) of the Internal Revenue Code. Friends has no paid staff members.

2. Friends diligently sought legal representation to undertake this case, and was unable to find a qualified attorney who would agree to represent Friends at the base rate under the Equal Access to Justice Act ("EAJA"). In my experience, it is often very difficult to find qualified attorneys willing to litigate against federal agencies, in part because of the uncertainty of any success, and because of the considerable resources of the U.S. Department of Justice. In fact, Friends continues to need and seek representation in other legal matters related to the Shasta River, but qualified and experienced attorneys demand rates far higher than the base rate under EAJA, and we are unable to meet our needs.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Executed on April 11, 2025.    */s/* Nick Joslin
                               Nick Joslin