1   Thomas E. Wheeler, CA Bar #304191
    Environmental Protection Information Center
2   145 G Street, Suite A
    Arcata, California 95521
3   Tel: (707) 822-7711; email: tom@wildcalifornia.org

4
    Peter M. K. Frost, *pro hac vice*
5   Western Environmental Law Center
    120 Shelton McMurphey Blvd., Suite 340
6   Eugene, Oregon 97401
    Tel: (541) 359-3238; email: frost@westernlaw.org
7

8   Sangye Ince-Johannsen, *pro hac vice*
    Western Environmental Law Center
9   120 Shelton McMurphey Blvd., Suite 340
    Eugene, Oregon 97401
10  Tel: (541) 778-6626; email: sangyeij@westernlaw.org

11  Attorneys for Plaintiffs

12

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16
    ENVIRONMENTAL PROTECTION          )  Case No. 3:22-cv-03520-TLT
17  INFORMATION CENTER, et al.,       )
                                      )  **DECLARATION OF MICHAEL**
18          Plaintiffs,               )  **R. LOZEAU IN SUPPORT OF**
                                      )  **PLAINTIFFS' MOTION FOR**
19          vs.                       )  **ATTORNEYS' FEES, COSTS, AND**
                                      )  **OTHER EXPENSES**
20  ALECIA VAN ATTA, et al.,          )
                                      )
21          Defendants.               )
                                      )
22  _____  )

23

24

25

26

27

28


Declaration of Michael R. Lozeau, No. 3:22-cv-03520-TLT

I, Micheal R. Lozeau, hereby declare:

1.      I am a partner in the law firm Lozeau Drury LLP based in Oakland, California. Our firm represents Indian tribes, neighborhood associations, non-profit conservation organizations, and labor groups seeking to preserve and restore a clean and healthy environment.

2.      I earned a B.A. in Zoology from University of New Hampshire in 1983, and graduated with Honors from Rutgers Law School-Newark in 1989. While in law school, I helped establish the Rutgers Public Interest Law Foundation.

3.      In 1989, I became an Associate Attorney with Earthjustice (then the Sierra Club Legal Defense Fund) in its office in San Francisco. From 1994 to 1999, I served as the Executive Director of Waterkeepers Northern California, and served as the San Francisco Baykeeper, based in San Francisco. From 1999 through 2004, I was a staff attorney with the Earthjustice Environmental Law Clinic at Stanford Law School, and a Lecturer at Stanford Law School, teaching environmental law. On January 1, 2005, I left Earthjustice and Stanford Law School to return to practicing public interest environmental law in private practice. For the last 20 years, the last seventeen years as a founding partner at Lozeau Drury LLP, I have continued my work representing groups in administrative and court actions addressing a variety of land use, water quality, endangered species and other environmental issues.

4.      I have extensive experience representing clients in cases in the U.S. District Court for the Northern District of California, and in the other federal district courts in California, on matters involving the Clean Water Act, the Endangered Species Act, the National Environmental Policy Act, and other federal environmental laws. I also have extensive experience representing clients in California state courts related to state law counterparts to these federal statutes.

5.      As a managing partner of our law firm, I am well aware of prevailing market rates for attorneys who practice federal (and state) environmental law in the Northern District and in San Francisco Bay area courts generally. It is my opinion that such rates are currently in the range of $800 to over $1,100 per hour.  I have obtained this knowledge through my own experience of practicing law in the San Francisco Bay area, as well as my discussions with other attorneys, including attorneys who have successfully brought motions for attorney's fees.

Declaration of Michael R. Lozeau, No. 3:22-cv-03520-TLT                                                    1

1       6.      For example, over the last few years, I have typically obtained hourly rates of

2   $900 to $1,000 per hour in actions brought in the U.S. District Courts for the Northern and

3   Central Districts of California settling claims under the federal Clean Water Act. Although the

4   attorney fee rates and hours in these settlements were not contested, the rates are based on my

5   market rate for the San Francisco area through the end of 2024.

6       7.      Based on my knowledge, experience, and research, I am aware that the prevailing

7   market rate for associates with comparable experience as associates at Lozeau Drury LLP who

8   worked on this case range from $400 to $575 in the San Francisco area.  I am also aware that

9   market rates for paralegals range from $200 to $395 in the San Francisco area.

10      8.      In January 2025, in the case *Supporters Alliance For Environmental*

11  *Responsibility*, Case No. 23STCP00195 (Los Angeles Superior Court), I was awarded a market

12  rate fee of $1,000 per hour. In my experience, market rate attorneys fees in Los Angeles are the

13  same or similar to the San Francisco market rates.

14      9.      Another useful benchmark in determining reasonable market rates is the adjusted

15  *Laffey* Matrix, named after *Laffey v. Northwest Airlines, Inc.* (D.D.C. 1983) 572 F. Supp. 354,

16  371. In the past, my reasonable hourly rate has been supported, in part, by a court's reference to

17  the *Laffey* Matrix. *See San Francisco Baykeeper v. W. Bay Sanitary Dist.*, No. C-09-5676 EMC,

18  2011 WL 6012936, at *7–8 (N.D. Cal. Dec. 1, 2011) (in motion for interim fees in a Clean Water

19  Act matter, federal court relied on *Laffey* Matrix to set reasonable hourly rates in San Francisco

20  Bay area and noting that as of 2011 Michael Lozeau's market rate was $650 per hour). The

21  adjusted *Laffey* Matrix is available on-line at: http://www.laffeymatrix.com/see.html. According

22  to the most recent adjusted Laffey Matrix, current market rates are: paralegals - $258; 1-3 year

23  lawyers - $473; 4-7 year lawyers - $581; 8-10 year lawyers - $839; 11-19 year lawyers - $948;

24  20+ year lawyers - $1141.

25      10.     I have carefully reviewed the parties' motions and memoranda in this case,

26  including the cross-motions for summary judgment, and the Rule 59(e) proceeding, as well as the

27  Plaintiffs' motion for fees and costs, and supporting documentation. I have also carefully

28  reviewed the Court's orders in this case. I am familiar with the underlying statutes, regulations,

1    and caselaw at issue in this case. In my view, successfully prosecuting this case on behalf of the

2    Plaintiffs required particular skill and experience in the specialized field of federal environmental

3    law and, in this case, Peter M. K. Frost and Sangye Ince-Johannsen exhibited that skill and

4    experience to prevail on behalf of their clients.

5         11.    I have reviewed Mr. Frost's and Mr. Ince-Johannsen's timesheets. Their

6    timesheets are more than sufficiently detailed. Their entries have the specificity that is

7    appropriate in order to bill private law firm clients. Their omissions appear to be appropriate, as

8    well. The amount of time they seek is reasonable for a case of this detail and complexity.

9         12.    I noted above my knowledge and understanding of market value rates in this

10   forum for attorneys of Mr. Frost's and Mr. Ince-Johannsen's skills, and their levels of

11   experience. In my view, in their motion, Mr. Ince-Johannsen seeks reasonable hourly rates, and

12   Mr. Frost seeks hourly market rates somewhat below prevailing rates, for attorneys of their skill

13   and experience prosecuting a case of this detail and complexity.

14        I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §

15   1746(2).

16        Executed on May 2, 2025.        /s/ Michael R. Lozeau
                                           Michael R. Lozeau
17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Michael R. Lozeau, No. 3:22-cv-03520-TLT                                           3