| WORK DATE | TIME KEEPER NAME | TIME KEEPER'S REQUESTED RATE | TIME KEEPER'S CLAIMED HOURS | PLAINTIFF OMITTED HOURS | TIME KEEPER'S REQUESTED FEE | FEE DESCRIPTION | WORK TYPE 3 |
|---|---|---|---|---|---|---|---|
| 4/6/21 | Frost | 835.00 | 1.60 | | $1,336.00 | VM/TC expert re Shasta safe harbor agreements, enhancement permits, BiOp, EA, document review, potential claims [1.6] | NEPA |
| 4/6/21 | Frost | 835.00 | 0.20 | | $167.00 | Respond Wheeler re same [.2] | NEPA |
| 4/6/2021 | Frost | 835.00 | 0.20 Hrs. | | $167.00 | TC Sangye re same [.2] | NEPA |
| 5/18/21 | Frost | 835.00 | 0.90 | | $751.50 | Review EA, associated materials for client call tomorrow [.9] | NEPA |
| 5/18/21 | Frost | 835.00 | 0.10 | | $83.50 | TC Sangye re cancellation [.1] | NEPA |
| 5/18/21 | Frost | 835.00 | 0.10 | | $83.50 | TC Wheeler re same [.1] | NEPA |
| 5/18/21 | Frost | 835.00 | 0.10 Hrs. | | $83.50 | Email out to clients [.1] | NEPA |
| 11/10/21 | Frost | 835.00 | 0.40 | 0.40 | $0.00 | Shasta: TC Amy/Roses re update [.4] | NEPA |
| 11/10/21 | Frost | 835.00 | 0.20 | | $167.00 | read EA provision re TAC non-disclosure, email Cordalis re same and call [.2] | NEPA |
| 11/10/21 | Frost | 835.00 | 0.60 | | $501.00 | review notes and to-dos [.6] | NEPA |
| 11/10/21 | Frost | 835.00 | 4.30 | 4.30 | $0.00 | drive Shasta to EUG [4.3] | NEPA |
| 12/7/21 | Frost | 835.00 | 2.90 | | $2,421.50 | Read Stenhouse (2012) re temperatures, read BiOp provisions, read EA re triggering temps, compare Hole in the Wall and Hidden Valley site agreements, TC Sangye re same, review permits, write up draft [2.9] | NEPA |
| 12/9/21 | Frost | 835.00 | 0.30 | | $250.50 | forward email re NEPA disclosure and permit/site agreement [.3] | NEPA |
| 5/20/22 | Frost | 850.00 | 0.90 | | $765.00 | Read docs, email clients re historic flows, complete draft temp argument [.9] | NEPA |
| 5/20/22 | Frost | 850.00 | 0.30 | | $255.00 | TC Sangye re same, strategic use of validation monitoring re ITS claim [.3] | NEPA |

| Date | Attorney | Rate | Hours | | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 5/20/22 | Frost | 850.00 | 0.20 | | $170.00 | read Webb post re instream flows, respond [.2] | NEPA |
| 5/20/22 | Frost | 850.00 | 0.90 | | $765.00 | read Karuk, McBain et al comments on draft EA, notes [.9] | NEPA |
| 6/10/22 | Frost | 850.00 | 1.00 | | $850.00 | Reading local rules, complaint prep [1] | NEPA |
| 6/10/22 | Frost | 850.00 | 0.40 | | $340.00 | read new BOEM Ninth Cir opinion re NEPA adequacy [.4] | NEPA |
| 6/10/22 | Frost | 850.00 | 0.70 | | $595.00 | TC Sangye re public ownership bed and banks, Safe Harbor implications, his Section 10 write up, length/density [.7] | NEPA |
| 6/10/22 | Frost | 850.00 | 1.80 | | $1,530.00 | read Tribal comments pp. 1-35, edit complaint, draft substantive arguments [1.8] | NEPA |
| 1/26/23 | Frost | 865.00 | 2.80 Hrs. | | $2,422.00 | Read AR complete/supplement cases, notes re AR citations/referrals/discussions, TC Sangye re same and strategy [2.8] | NEPA |
| 1/26/23 | Frost | 865.00 | 0.20 Hrs. | | $173.00 | TC Sangye re final draft email, note review, email DOJ [.2] | NEPA |
| 1/26/23 | Frost | 865.00 | 0.70 Hrs. | | $605.50 | review Webb Excel temp data, query, read respond Webb re admissions in EA comment responses, read respond Webb re RCD data and reports [.7] | NEPA |
| 2/7/23 | Ince-Johannsen | 480.00 | 0.70 Hrs. | | $336.00 | Research case law re: major federal action' under NEPA [0.7] | NEPA |
| 2/7/23 | Ince-Johannsen | 480.00 | 0.40 Hrs. | | $192.00 | Confer Pete re MSJ, NEPA arguments [0.4] | NEPA |
| 2/7/23 | Ince-Johannsen | 480.00 | 0.20 Hrs. | | $96.00 | Confer Pete re: net conservation benefit claim [0.2] | NEPA |
| 2/7/23 | Ince-Johannsen | 480.00 | 0.30 Hrs. | | $144.00 | Confer Pete re: action area claim [0.3] | NEPA |
| 2/8/23 | Ince-Johannsen | 480.00 | 0.80 Hrs. | | $384.00 | Search AR for comment letters [0.8] | NEPA |
| 2/8/23 | Ince-Johannsen | 480.00 | 1.10 Hrs. | | $528.00 | Research, draft claim challenging use of safe harbor / NCB finding [1.1] | NEPA |
| 2/8/23 | Ince-Johannsen | 480.00 | 0.20 Hrs. | | $96.00 | Confer Pete re: NEPA comment letters missing from AR [0.2] | NEPA |

| Date | Timekeeper | Rate | Hours | | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 2/8/23 | Ince-Johannsen | 480.00 | 0.20 Hrs. | | $96.00 | Confer Pete re MSJ [0.2] | NEPA |
| 2/8/23 | Ince-Johannsen | 480.00 | 0.20 | | $96.00 | Confer DOJ counsel re NEPA comment letters missing from AR [0.2] | NEPA |
| 2/14/23 | Ince-Johannsen | 480.00 | 0.30 Hrs. | | $144.00 | Confer Pete re MSJ draft opening memo, ESA claims [0.3] | NEPA |
| 2/14/23 | Ince-Johannsen | 480.00 | 0.20 Hrs. | | $96.00 | Confer Pete re NEPA challenge to FONSI [0.2] | NEPA |
| 2/14/23 | Ince-Johannsen | 480.00 | 0.30 Hrs. | | $144.00 | Research case law on NEPA challenges to FONSI vs. failure to prepare EIS [0.3] | NEPA |
| 2/14/23 | Ince-Johannsen | 480.00 | 2.40 Hrs. | | $1,152.00 | Review, edit MSJ draft opening memo [2.4] | NEPA |
| 2/14/23 | Ince-Johannsen | 480.00 | 2.80 | | $1,344.00 | Review, categorizing provisions of Site Plan Agreements [2.8] | NEPA |
| 2/17/23 | Frost | 865.00 | 0.30 Hrs. | | $259.50 | TC Sangye re status of his edits to brief, AR complete issue [.3] | NEPA |
| 2/17/23 | Frost | 865.00 | 1.00 Hrs. | | $865.00 | TC Webb re coho distribution, maps, state. diversion records, CA watermaster records, brief review [1] | NEPA |
| 2/17/23 | Frost | 865.00 | 0.70 Hrs. | | $605.50 | receive Sangye edited version, review AR cites/accept via track changes, forward to Hawley [.7] | NEPA |
| 2/17/23 | Frost | 865.00 | 0.40 Hrs. | | $346.00 | TC Sangye re ITS population argument drafting no jeopardy, NEPA arguments [.4] | NEPA |
| 2/17/23 | Frost | 865.00 | 0.40 Hrs. | | $346.00 | review Chesney email and bio materials, respond substantive part of relief dec [.4] | NEPA |
| 2/17/23 | Frost | 865.00 | 0.10 Hrs. | 0.10 | $0.00 | review Sweeney email re media [.1] | NEPA |
| 2/17/23 | Frost | 865.00 | 1.70 Hrs. | | $1,470.50 | NEPA FONSI research and argument drafts [1.7] | NEPA |
| 2/17/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | email standing decs to McGinnis for format changes [.1] | NEPA |
| 2/19/23 | Ince-Johannsen | 480.00 | 0.70 Hrs. | | $336.00 | Confer Pete re NEPA compliance with law significance factor, Shasta TMDL [0.7] | NEPA |

| Date | Name | Rate | Hours | | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 2/19/23 | Ince-Johannsen | 480.00 | 1.30 Hrs. | | $624.00 | Review, edit draft MSJ opening brief [1.3] | NEPA |
| 2/19/23 | Ince-Johannsen | 480.00 | 0.20 | | $96.00 | Review, corresponding re DW's draft map of Shasta River basin [0.2] | NEPA |
| 2/19/23 | Frost | 865.00 | 0.80 Hrs. | | $692.00 | Edit brief to date, comments, forward to Sangye [.8] | NEPA |
| 2/19/23 | Frost | 865.00 | 1.90 Hrs. | | $1,643.50 | FONSI record research and argument drafts [1.9] | NEPA |
| 2/19/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | review Webb email CA state reporting [.1] | NEPA |
| 2/20/23 | Ince-Johannsen | 480.00 | 0.20 Hrs. | | $96.00 | Confer AH re applicability of TMDLs to NEPA compliance with law significance factor [0.2] | NEPA |
| 2/20/23 | Ince-Johannsen | 480.00 | 1.30 Hrs. | | $624.00 | Research applicability of TMDLs to NEPA compliance with law significance factor [1.3] | NEPA |
| 2/20/23 | Ince-Johannsen | 480.00 | 0.50 Hrs. | | $240.00 | Confer Pete re claim on NEPA compliance with law significance factor [0.5] | NEPA |
| 2/20/23 | Ince-Johannsen | 480.00 | 1.50 | | $720.00 | Review, edit draft MSJ opening brief [1.5] | NEPA |
| 2/21/23 | Frost | 865.00 | 0.30 | | $259.50 | Review/respond Chesney re dec [.3] | NEPA |
| 2/21/23 | Frost | 865.00 | 0.20 | | $173.00 | review McGinnis re format standing decs, responses [.2] | NEPA |
| 2/21/23 | Frost | 865.00 | 0.10 | | $86.50 | calendar edits Joslin dec [.1] | NEPA |
| 2/21/23 | Frost | 865.00 | 1.20 | | $1,038.00 | research FONSI challenge flows, draft [1.2] | NEPA |
| 2/21/23 | Frost | 865.00 | 0.40 | | $346.00 | confer Sangye status of his review brief, no jeopardy argument, timing [.4] | NEPA |
| 2/21/23 | Frost | 865.00 | 0.90 | | $778.50 | read Webb email non Covered Area irrigated lands, read record, edit arguments [.9] | NEPA |
| 2/22/23 | Frost | 865.00 | 0.90 Hrs. | | $778.50 | Status conference Sangye re remaining work discuss NEPA draft, relief components, Joslin dec, relief decs, divide tasks [.9] | NEPA |

| Date | Timekeeper | Rate | Hours | | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 2/22/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | respond McGinnis re draft brief [.1] | NEPA |
| 2/22/23 | Frost | 865.00 | 0.70 Hrs. | | $605.50 | read FWS Fed Reg proposed SHA regulations, confer Sangye same [.7] | NEPA |
| 2/22/23 | Frost | 865.00 | 1.20 Hrs. | | $1,038.00 | read Sinkiyone case, recast portions of env baseline arg [1.2] | NEPA |
| 2/22/23 | Frost | 865.00 | 0.20 Hrs. | | $173.00 | confer Webb re state water reporting [.2] | NEPA |
| 2/22/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | review/finalize map suggestions [.1] | NEPA |
| 5/18/23 | Frost | 865.00 | 1.70 | | $1,470.50 | First read NMFS's NEPA arguments, initial case research re LaFlamme, significance, benefit/degradation [1.7] | NEPA |
| 5/24/23 | Frost | 865.00 | 2.60 Hrs. | | $2,249.00 | Research and draft three of four NEPA arguments, multiple conferrals w Sangye, researching EA/AR [2.6] | NEPA |
| 5/24/23 | Frost | 865.00 | 0.40 Hrs. | | $346.00 | confer Webb re his recommended edits to brief, emphases [.4] | NEPA |
| 5/24/23 | Frost | 865.00 | 0.30 Hrs. | | $259.50 | review/input some of his changes [.3] | NEPA |
| 5/24/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | confer Joslin re brief [.1] | NEPA |
| 5/24/23 | Frost | 865.00 | 0.20 Hrs. | | $173.00 | confer Chesney re brief and temps response, other issues [.2] | NEPA |
| 5/24/23 | Frost | 865.00 | 0.70 Hrs. | | $605.50 | read full draft brief, round of edits, note research needs [.7] | NEPA |
| 5/24/23 | Frost | 865.00 | 0.20 Hrs. | | $173.00 | read Amber proposed edits, incorporate [.2] | NEPA |
| 5/24/23 | Frost | 865.00 | 0.40 Hrs. | | $346.00 | confer Sangye re latest iteration, his edits, recommended removal footnotes, Skidmore argument, Handbook differences, deference to both, changes [.4] | NEPA |
| 5/24/23 | Frost | 865.00 | 0.60 Hrs. | | $519.00 | research and draft fourth NEPA argument re EA [.6] | NEPA |

| Date | Attorney | Rate | Hours | | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 5/24/23 | Frost | 865.00 | 1.00 Hrs. | | $865.00 | third, fourth, fifth edits to brief, review/respond clients' input re iterations, multiple conferrals Sange, finalize for tables [1] | NEPA |
| 5/24/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | TC Sange re proposed order, forward [.1] | NEPA |
| 5/24/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | respond client re filing tonight [.1] | NEPA |
| 5/24/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | TC Sangye re status of filing [.1] | NEPA |
| 7/3/23 | Frost | 865.00 | 0.20 Hrs. | | $173.00 | TC Hawley re hearing, lateness, firm review [.2] | NEPA |
| 7/3/23 | Frost | 865.00 | 0.50 Hrs. | 0.30 | $173.00 | read Ninth Cir BMBP case re NEPA challenge to FONSI, confer Sangye re any 28j letter [.5] | NEPA |
| 7/20/23 | Frost | 865.00 | 1.00 Hrs. | | $865.00 | Case research vacatur BiOp and internal ITS [1] | NEPA |
| 7/20/23 | Frost | 865.00 | 1.10 Hrs. | | $951.50 | same re EA and evaluated (permitted) activities [1.1] | NEPA |
| 7/20/23 | Frost | 865.00 | 0.30 Hrs. | | $259.50 | TC Sangye re position to take in opening motion, case results [.3] | NEPA |
| 7/20/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | prep for client status call [.1] | NEPA |
| 7/20/23 | Frost | 865.00 | 0.90 Hrs. | | $778.50 | client status call, answer questions, informational/data needs, declaration [.9] | NEPA |
| 7/20/23 | Frost | 865.00 | 0.20 Hrs. | | $173.00 | notes re same and next steps [.2] | NEPA |
| 11/1/24 | Frost | 880.00 | 0.20 Hrs. | 0.20 | $0.00 | Meeting Rain re SSER [.2] | NEPA |
| 11/1/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | forward docs [.1] | NEPA |
| 11/1/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | confer re same and EA, tables Monday [.1] | NEPA |
| 11/1/24 | Frost | 880.00 | 0.30 Hrs. | 0.30 | $0.00 | research/contact Tullos re Klamath salmon research [.3] | NEPA |

| 1/15/25 | Frost | 895.00 | 0.10 Hrs. | 0.10 | $0.00 | Appeal: confer Rain re CMEC v ACMS [.1] | NEPA |
|---------|-------|--------|-----------|------|-------|------------------------------------------|------|
| 1/15/25 | Frost | 895.00 | 0.10 Hrs. | 0.10 | $0.00 | read email, file acknowledgment [.1] | NEPA |
| 1/15/25 | Frost | 895.00 | 0.10 Hrs. | 0.10 | $0.00 | Ongoing: read/respond Konrad re expert call Friday [.1] | NEPA |
| 1/15/25 | Frost | 895.00 | 2.80 Hrs. | 2.80 | $0.00 | research record, draft components of responses to NEPA scoping inquiries [2.8] | NEPA |
| 4/14/25 | Frost | 895.00 | 0.10 Hrs. | | $89.50 | Fees: check Ecological Rights ECF re order [.1] | NEPA |
| 4/14/25 | Frost | 895.00 | 1.00 Hrs. | | $895.00 | draft substantial justification re NEPA [1] | NEPA |
| 4/14/25 | Frost | 895.00 | 0.10 Hrs. | | $89.50 | add Ninth Cir cite re special circumstances [.1] | NEPA |
| **Totals** | | | **69.20 Hrs.** | **8.90 Hrs.** | **$45,803.50** | | |