| WORK DATE | TIME KEEPER NAME | TIME KEEPER'S REQUESTED RATE | TIME KEEPER'S CLAIMED HOURS | PLAINTIFF OMITTED HOURS | TIME KEEPER'S REQUESTED FEE | FEE DESCRIPTION | WORK TYPE |
|---|---|---|---|---|---|---|---|
| 3/20/21 | Wheeler | 217.54 | 0.30 | | $65.26 | Email Frost Safe Harbor and Shasta situation [.3] | Safe-Harbor Related Tasks |
| 3/21/21 | Frost | 835.00 | 0.10 | | $83.50 | Review email from Wheeler re Safe harbor problems [.1] | Safe-Harbor Related Tasks |
| 4/2/21 | Frost | 835.00 | 0.10 | | $83.50 | VM expert re Shasta safe harbor [.1] | Safe-Harbor Related Tasks |
| 4/6/21 | Frost | 835.00 | 1.60 | | $1,336.00 | VM/TC expert re Shasta safe harbor agreements, enhancement permits, BiOp, EA, document review, potential claims [1.6] | Safe-Harbor Related Tasks |
| 4/7/21 | Frost | 835.00 | 1.30 | | $1,085.50 | ESA safe harbor case research [1.3] | Safe-Harbor Related Tasks |
| 4/15/21 | Frost | 835.00 | 0.30 | | $250.50 | TC Sangye re prospective case, SHAs, reading, call next Wed 11 am | Safe-Harbor Related Tasks |
| 4/21/21 | Frost | 835.00 | 0.50 | | $417.50 | Read Aiken SHA standing decision and Ninth Circuit reversal, respond Sangye [.5] | Safe-Harbor Related Tasks |
| 9/29/21 | Frost | 835.00 | 0.40 | | $334.00 | TC Wheeler re Yurok representation, terms, role in SHA, any conflicts [.4] | Safe-Harbor Related Tasks |
| 9/29/21 | Frost | 835.00 | 0.20 | | $167.00 | State court SHA decision, implications [.2] | Safe-Harbor Related Tasks |
| 10/2/21 | Frost | 835.00 | 1.50 Hrs. | | $1,252.50 | Draft portions of memo re SHA policy misuse [1.5] | Safe-Harbor Related Tasks |
| 10/28/21 | Ince-Johannsen | 450.00 | 0.50 | | $225.00 | 0.5 - Review EPIC SHA state case | Safe-Harbor Related Tasks |
| 11/3/21 | Frost | 835.00 | 1.50 Hrs. | | $1,252.50 | research ITP differences from SHA immunity [1.5] | Safe-Harbor Related Tasks |

| Date | Attorney | Rate | Hours | Hours (2) | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 11/3/21 | Ince-Johannsen | 450.00 | 4.20 | 4.20 | $0.00 | 0.8 - Review Karuk Tribe letter on SHA DFW 1600 permits, client correspondence 3.4 - Research whether existing legal duty can be used to mitigate or erase adverse effects of new proposed action, consulting with WELC & other attys on this question | Safe-Harbor Related Tasks |
| 11/4/21 | Frost | 835.00 | 0.30 | | $250.50 | TC Sangye re same, Montague use of settlement as baseline/basis for SHA [.3] | Safe-Harbor Related Tasks |
| 1/20/22 | Frost | 850.00 | 0.30 | | $255.00 | Read/respond re Yurok/Tucker concerns re SHA [.3] | Safe-Harbor Related Tasks |
| 1/21/22 | Frost | 850.00 | 0.40 Hrs. | | $340.00 | TC Sangye re net conservation benefit, FWS presentation; thoughts re SHA and no jeopardy opinion [.4] | Safe-Harbor Related Tasks |
| 2/17/22 | Frost | 850.00 | 0.40 | | $340.00 | TC Webb re irrigation district/irrigated areas maps, SHA covered areas, bases for mapping, declaration; NPDES permitting for Montague [.4] | Safe-Harbor Related Tasks |
| 4/5/22 | Ince-Johannsen | 465.00 | 0.20 | | $93.00 | 0.2 - TC Pete re: NMFS's positions on NOI, SHA | Safe-Harbor Related Tasks |
| 5/12/22 | Ince-Johannsen | 465.00 | 0.30 | | $139.50 | 0.3 - Review SHA re: Lusardi study | Safe-Harbor Related Tasks |
| 5/16/22 | Ince-Johannsen | 465.00 | 1.80 | | $837.00 | 1.8 - Research scope of take immunity under SHA | Safe-Harbor Related Tasks |
| 6/8/22 | Ince-Johannsen | 465.00 | 2.60 | | $1,209.00 | 2.6 - Research, outline, email clients re: claim challenging use of safe harbor | Safe-Harbor Related Tasks |
| 6/10/22 | Frost | 850.00 | 0.70 | | $595.00 | TC Sangye re public ownership bed and banks, Safe Harbor implications, his Section 10 write up, length/density [.7] | Safe-Harbor Related Tasks |
| 6/10/22 | Ince-Johannsen | 465.00 | 0.50 | | $232.50 | 0.5 - TC Pete re: claims workup, use of safe harbor | Safe-Harbor Related Tasks |
| 6/10/22 | Ince-Johannsen | 465.00 | 2.50 | | $1,162.50 | 2.5 - Research, edit memo re: use of safe harbor | Safe-Harbor Related Tasks |
| 6/16/22 | Ince-Johannsen | 465.00 | 0.40 | | $186.00 | 0.4 - Review NOAA SHA presentation to KBMP group | Safe-Harbor Related Tasks |

| Date | Attorney | Rate | Hours | Hours (2) | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 6/16/22 | Ince-Johannsen | 465.00 | 1.10 | | $511.50 | 1.1 - Research & Email clients re: applicability of EPA's water transfers rule to safe harbor permitees | Safe-Harbor Related Tasks |
| 6/21/22 | Frost | 850.00 | 0.10 | | $85.00 | Read/respond Preso re call re safe harbor agreements [.1] | Safe-Harbor Related Tasks |
| 6/22/22 | Frost | 850.00 | 0.80 | 0.80 | $0.00 | TC reg bd temp staffer re 18 and 16, documents, status of Montague petition to State Board re SHA [.8] | Safe-Harbor Related Tasks |
| 6/24/22 | Ince-Johannsen | 465.00 | 0.30 | | $139.50 | 0.3 - TC Pete re: CWA § 401 applicability to SHA | Safe-Harbor Related Tasks |
| 7/8/22 | Frost | 850.00 | 1.90 | 1.90 | $0.00 | Review Joslin email re Reg Bd protest of SHA petition, read associated documents, notes for files [1.9] | Safe-Harbor Related Tasks |
| 8/9/22 | Ince-Johannsen | 465.00 | 0.50 | | $232.50 | 0.5 - Review NMFS's SHA monitoring requirements, other docs sent by clients | Safe-Harbor Related Tasks |
| 8/23/22 | Ince-Johannsen | 465.00 | 0.80 Hrs. | | $372.00 | 0.8 - TC Pete re: jurisdictional questions, case mgmt statement, history of NMFS SHA regs | Safe-Harbor Related Tasks |
| 8/23/22 | Ince-Johannsen | 465.00 | 0.50 Hrs. | | $232.50 | 0.5 - Research history of NMFS SHA regs | Safe-Harbor Related Tasks |
| 9/8/22 | Ince-Johannsen | 465.00 | 0.60 Hrs. | | $279.00 | Researching and developing SHA claim: 0.6. | Safe-Harbor Related Tasks |
| 9/8/22 | Ince-Johannsen | 465.00 | 0.30 | | $139.50 | Review FOIA responses re: Shasta SHA: 0.3. | Safe-Harbor Related Tasks |
| 11/16/22 | Frost | 850.00 | 1.90 Hrs. | | $1,615.00 | work up SHA challenge, email attorneys in Sheehan re BiOp ITS [1.9] | Safe-Harbor Related Tasks |
| 11/17/22 | Frost | 850.00 | 1.70 Hrs. | | $1,445.00 | work on SHA/ESA argument [1.7] | Safe-Harbor Related Tasks |
| 11/30/22 | Ince-Johannsen | 465.00 | 1.00 Hrs. | | $465.00 | TC Scott McBain re: SHA, BiOp, temperatures & flows (1.0) | Safe-Harbor Related Tasks |
| 2/8/23 | Ince-Johannsen | 480.00 | 1.10 Hrs. | | $528.00 | Research, draft claim challenging use of safe harbor / NCB finding [1.1] | Safe-Harbor Related Tasks |
| 2/22/23 | Ince-Johannsen | 480.00 | 2.30 | | $1,104.00 | Research, draft MSJ challenge to use of SH [2.3] | Safe-Harbor Related Tasks |
| 2/22/23 | Frost | 865.00 | 0.70 Hrs. | | $605.50 | read FWS Fed Reg proposed SHA regulations, confer Sangye same [.7] | Safe-Harbor Related Tasks |

| Date | Attorney | Rate | Hours | | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 2/23/23 | Ince-Johannsen | 480.00 | 2.30 Hrs. | | $1,104.00 | Research, work up challenge to use of SH [2.3] | Safe-Harbor Related Tasks |
| 2/23/23 | Frost | 865.00 | 1.70 Hrs. | | $1,470.50 | Conferral Sangye SHA section, overhaul and restructure, edits [1.7] | Safe-Harbor Related Tasks |
| 2/24/23 | Frost | 865.00 | 1.60 Hrs. | | $1,384.00 | Read updated draft SHA arguments, check legal citations, read case, edit [1.6] | Safe-Harbor Related Tasks |
| 4/10/23 | Frost | 865.00 | 0.70 Hrs. | | $605.50 | read FWS 2/9/23 proposed revision SH regulations, notes [.7] | Safe-Harbor Related Tasks |
| 4/26/23 | Frost | 865.00 | 2.80 Hrs. | | $2,422.00 | Reread DOJ SHA argument, frame and research possible avenues to response [2.8] | Safe-Harbor Related Tasks |
| 5/5/23 | Ince-Johannsen | 480.00 | 1.00 | | $480.00 | Drafting response brief re: SH policy's status under APA (1.0) | Safe-Harbor Related Tasks |
| 5/12/23 | Ince-Johannsen | 480.00 | 2.00 | | $960.00 | Research, outlining arguments re enforceability of SH policy (2.0) | Safe-Harbor Related Tasks |
| 5/12/23 | Frost | 865.00 | 1.00 Hrs. | | $865.00 | continue SHA violated argument [1] | Safe-Harbor Related Tasks |
| 5/12/23 | Frost | 865.00 | 0.30 Hrs. | | $259.50 | TC Sangye re SHA enforceability argument [.3] | Safe-Harbor Related Tasks |
| 5/14/23 | Frost | 865.00 | 2.60 Hrs. | | $2,249.00 | research and complete draft response to SHA policy complied with [2.6] | Safe-Harbor Related Tasks |
| 5/15/23 | Ince-Johannsen | 480.00 | 1.20 | | $576.00 | Drafting argument re: enforceability of SH Policy (1.2) | Safe-Harbor Related Tasks |
| 5/15/23 | Frost | 865.00 | 0.30 Hrs. | | $259.50 | meeting Sangye his prep standing response, Chesney dec, SHA enforceability, timing [.3] | Safe-Harbor Related Tasks |
| 5/19/23 | Frost | 865.00 | 2.60 Hrs. | | $2,249.00 | Confer Eubanks re agency discretion when issuing permits, research write final draft SHA violated piece, to Sangye [2.6] | Safe-Harbor Related Tasks |
| 5/20/23 | Frost | 865.00 | 1.10 Hrs. | | $951.50 | review and again edit SHP enforceability argument [1.1] | Safe-Harbor Related Tasks |
| 5/21/23 | Ince-Johannsen | 480.00 | 1.50 | | $720.00 | Edit SH Policy argument (1.5) | Safe-Harbor Related Tasks |
| 5/21/23 | Frost | 865.00 | 0.50 Hrs. | | $432.50 | Review/edits SHP enforceability piece, reframe Friends DCT treatment [.5] | Safe-Harbor Related Tasks |
| 6/4/23 | Frost | 865.00 | 2.60 | | $2,249.00 | Reread Home Builders and NW Ecosystem Ninth Cir cases, outline/draft text for SHP origin, | Safe-Harbor Related Tasks |

| Date | Attorney | Rate | Hours | Hours (2) | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 6/7/23 | Frost | 865.00 | 1.90 | | $1,643.50 | Oral arg prep re SHP enforceability; jurisdiction [1.9] | Safe-Harbor Related Tasks |
| 6/23/23 | Ince-Johannsen | 480.00 | 1.30 Hrs. | | $624.00 | Research rebuttals to govts reply brief, re: safe harbor policy [1.3] | Safe-Harbor Related Tasks |
| 12/14/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | read Wheeler email re state appellate SHA argument [.1] | Safe-Harbor Related Tasks |
| 1/12/24 | Wheeler | 251.84 | 0.20 | 0.20 | $0.00 | Phone Frost our state SHA argument [.2] | Safe-Harbor Related Tasks |
| 1/12/24 | Frost | 880.00 | 0.20 | 0.20 | $0.00 | Confer Wheeler re state SHA oral argument [.2] | Safe-Harbor Related Tasks |
| 1/17/24 | Frost | 880.00 | 0.10 Hrs. | | $88.00 | Check NDCA website SHA oral arg, email Wheeler re same [.1] | Safe-Harbor Related Tasks |
| 1/17/24 | Frost | 880.00 | 0.10 Hrs. | | $88.00 | read response [.1] | Safe-Harbor Related Tasks |
| 1/26/24 | Frost | 880.00 | 0.70 | 0.70 | $0.00 | Read Wheeler email, Cal state appellate court marten safe harbor ruling [.7] | Safe-Harbor Related Tasks |
| 2/21/24 | Frost | 880.00 | 1.30 Hrs. | 1.30 | $0.00 | Conf call Webb, Joslin re TMDL processes, WDRs, flow petition denial (meeting tomorrow), state SHA concurrences, appeal [1.3] | Safe-Harbor Related Tasks |
| 4/23/24 | Frost | 880.00 | 1.90 Hrs. | 1.90 | $0.00 | appeal research, new FWS SH regulation, read prior draft, seek Fed Reg comments [1.9] | Safe-Harbor Related Tasks |
| 4/30/24 | Frost | 880.00 | 0.70 Hrs. | 0.70 | $0.00 | notes re different discharges SH v NPDES permit, timing, monitoring [.7] | Safe-Harbor Related Tasks |
| 5/2/24 | Frost | 880.00 | 1.40 Hrs. | 1.40 | $0.00 | read SH AR for data, check Montague settlement terms, re-read temp papers [1.4] | Safe-Harbor Related Tasks |
| 5/29/24 | Frost | 880.00 | 1.90 Hrs. | 1.90 | $0.00 | research and draft SHP enforceability argument [1.9] | Safe-Harbor Related Tasks |
| 5/30/24 | Frost | 880.00 | 1.20 Hrs. | 1.20 | $0.00 | Zoom call clients re joint status report, data collection, monitoring stations, Del Campo ranch exiting SH, sale of other ranch to TNC | Safe-Harbor Related Tasks |
| 6/6/24 | Frost | 880.00 | 1.20 Hrs. | 1.20 | $0.00 | edits SH argument [1.2] | Safe-Harbor Related Tasks |
| 6/8/24 | Frost | 880.00 | 0.80 Hrs. | 0.80 | $0.00 | edit SHP as applied argument one [.8] | Safe-Harbor Related Tasks |

| Date | Timekeeper | Rate | Hours | Hours | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 6/9/24 | Frost | 880.00 | 0.80 Hrs. | 0.80 | $0.00 | check record cites, edit second SHP infirmity [.8] | Safe-Harbor Related Tasks |
| 6/10/24 | Frost | 880.00 | 1.30 Hrs. | 1.30 | $0.00 | Research and edit third SHP argument re Section 10(a)(1)(A) [1.3] | Safe-Harbor Related Tasks |
| 6/10/24 | Frost | 880.00 | 0.60 Hrs. | 0.60 | $0.00 | draft fourth SHP argument [.6] | Safe-Harbor Related Tasks |
| 6/13/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | TC Webb re NMFS annual SH report [.1] | Safe-Harbor Related Tasks |
| 1/13/25 | Frost | 895.00 | 0.40 Hrs. | 0.40 | $0.00 | read/respond Amber re SHA scoping call tomorrow, consider issues re same [.4] | Safe-Harbor Related Tasks |
| **Totals** | | | **82.50 Hrs.** | **21.60 Hrs.** | **$41,713.76** | | |