| WORK DATE | TIME KEEPER NAME | TIME KEEPER'S REQUESTED RATE | TIME KEEPER'S CLAIMED HOURS | PLAINTIFF OMITTED HOURS | TIME KEEPER'S REQUESTED FEE | FEE DESCRIPTION | WORK TYPE |
|---|---|---|---|---|---|---|---|
| 5/6/21 | Wheeler | 217.54 | 0.40 | | $87.02 | Email Frost to set up potential client call; discuss tribes w Amber [.4] | Soliciting Potential Clients |
| 5/18/21 | Frost | 835.00 | 0.90 | | $751.50 | Review EA, associated materials for client call tomorrow [.9] | Soliciting Potential Clients |
| 5/18/21 | Frost | 835.00 | 0.10 | | $83.50 | TC Sangye re cancellation [.1] | Soliciting Potential Clients |
| 5/18/21 | Frost | 835.00 | 0.10 | | $83.50 | TC Wheeler re same [.1] | Soliciting Potential Clients |
| 5/18/21 | Frost | 835.00 | 0.10 Hrs. | | $83.50 | Email out to clients [.1] | Soliciting Potential Clients |
| 5/18/21 | Wheeler | 217.54 | 0.20 | | $43.51 | Call Frost whether to cancel conference; Karuk; read cancel email [.2] | Soliciting Potential Clients |
| 5/25/21 | Frost | 835.00 | 2.70 | | $2,254.50 | Shasta: review comments/responses; TCs Sangye re legal standards; review clients' comments; TC Wheeler re EJ; TC Goldman re Logan; email clients re Net Conservation Benefit doc; read Zoom call info; read FOA cases ED Cal and 9th (MBTA) [2.7] | Soliciting Potential Clients |
| 5/25/21 | Wheeler | 217.54 | 0.20 | | $43.51 | Call Frost re Earthjustice co-representation; its state case; difficulty [.2] | Soliciting Potential Clients |
| 5/26/21 | Frost | 835.00 | 1.00 | | $835.00 | Conference call prospective clients [1] | Soliciting Potential Clients |
| 5/26/21 | Frost | 835.00 | 0.10 | | $83.50 | TC Hawley re same [.1] | Soliciting Potential Clients |
| 5/26/21 | Frost | 835.00 | 0.50 Hrs. | | $417.50 | TC Logan Earthjustice re co-representation, parties, venue, state laws, next steps [.5] | Soliciting Potential Clients |
| 5/26/21 | Wheeler | 217.54 | 1.00 | | $217.54 | Conference call clients [1] | Soliciting Potential Clients |

| Date | Timekeeper | Rate | Hours | | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 9/10/21 | Frost | 835.00 | 0.40 | | $334.00 | Shasta: TC Webb re Earthjustice, representation, parties [.4] | Soliciting Potential Clients |
| 9/10/21 | Wheeler | 217.54 | 0.20 | | $43.51 | Call Frost re Earthjustice [.2] | Soliciting Potential Clients |
| 9/15/21 | Frost | 835.00 | 0.40 | | $334.00 | Shasta: TC Tucker re potential case, issues, parties/opponents, tribes and tribal interests [.4] | Soliciting Potential Clients |
| 9/15/21 | Frost | 835.00 | 1.40 | | $1,169.00 | Shasta: Read docs, TC and Zoom call Tucker re watershed, diversions, strategies, parties, tribes and tribal interests [1.4] | Soliciting Potential Clients |
| 9/16/21 | Frost | 835.00 | 0.40 | | $334.00 | TC Katzen re prospective case, Klamath basin tribal issues [.4] | Soliciting Potential Clients |
| 9/17/21 | Frost | 835.00 | 0.90 | | $751.50 | Shasta: Conference call potential clients re potential plaintiffs, venue, costs/fees, claims, relief, in-person meeting [.9] | Soliciting Potential Clients |
| 9/17/21 | Wheeler | 217.54 | 0.90 | | $195.79 | Conference call clients re tribes, the Karuk settlement, venue, retainer agreement terms, Shasta City meeting [.9] | Soliciting Potential Clients |
| 9/29/21 | Frost | 835.00 | 0.40 | | $334.00 | TC Wheeler re Yurok representation, terms, role in SHA, any conflicts [.4] | Soliciting Potential Clients |
| 9/29/21 | Wheeler | 217.54 | 0.40 | | $87.02 | Call Frost about Yurok, its other cases, group it left, required confidentiality [.4] | Soliciting Potential Clients |
| 10/4/21 | Frost | 835.00 | 0.10 | | $83.50 | Shasta: read Cordalis/Yurok response [.1] | Soliciting Potential Clients |
| 10/18/21 | Frost | 835.00 | 0.20 | | $167.00 | Shasta: TC Shoemaker re meeting [.2] | Soliciting Potential Clients |
| 10/18/21 | Frost | 835.00 | 0.10 | | $83.50 | VM Marx re same [.1] | Soliciting Potential Clients |
| 10/21/21 | Frost | 835.00 | 0.10 | | $83.50 | Shasta: Confer Sangye meeting tomorrow [.1] | Soliciting Potential Clients |
| 10/22/21 | Frost | 835.00 | 0.10 Hrs. | | $83.50 | read/respond clients re Nov meeting [.1] | Soliciting Potential Clients |

| Date | Timekeeper | Rate | Hours | | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 11/1/21 | Ince-Johannsen | 450.00 | 0.30 Hrs. | | $135.00 | 0.3 - Email Pete re: client meeting planning | Soliciting Potential Clients |
| 11/3/21 | Frost | 835.00 | 0.20 | 0.20 | $0.00 | Set up meetings Amy/Roses [.2] | Soliciting Potential Clients |
| 11/8/21 | Frost | 835.00 | 0.30 | 0.30 | $0.00 | Shasta: TC Sangye re game plan for client meeting tomorrow [.3] | Soliciting Potential Clients |
| 11/8/21 | Frost | 835.00 | 1.10 | | $918.50 | initial meeting Shoemaker re new non-profit status, board members, dynamics [1.1] | Soliciting Potential Clients |
| 11/8/21 | Wheeler | 217.54 | 0.10 | | $21.75 | Email Frost can't make meeting [.1] | Soliciting Potential Clients |
| 11/9/21 | Frost | 835.00 | 0.60 | | $501.00 | Pre-meeting conferral Sangye [.6] | Soliciting Potential Clients |
| 11/9/21 | Frost | 835.00 | 6.30 | | $5,260.50 | Shasta clients/expert meeting [6.3] | Soliciting Potential Clients |
| 11/9/21 | Ince-Johannsen | 450.00 | 0.60 | 0.6 | $0.00 | 0.6 - Confer Pete ahead of client meeting | Soliciting Potential Clients |
| 11/9/21 | Ince-Johannsen | 450.00 | 6.30 | 6.3 | $0.00 | 6.3 - Client meeting + lunch with clients | Soliciting Potential Clients |
| 11/9/21 | Ince-Johannsen | 450.00 | 3.50 | 3.5 | $0.00 | 3.5 - Return travel from client meeting | Soliciting Potential Clients |
| 11/17/21 | Frost | 835.00 | 0.20 | | $167.00 | Shasta: read Katzen response re tribes, draft Sangye response re venue [.2] | Soliciting Potential Clients |
| 11/24/21 | Frost | 835.00 | 0.10 | | $83.50 | read responses, calendar retainer call [.1] | Soliciting Potential Clients |
| 12/1/21 | Frost | 835.00 | 0.20 | | $167.00 | Confer Sangye re Shasta strategy, re-schedule [.2] | Soliciting Potential Clients |
| 12/9/21 | Frost | 835.00 | 0.40 | | $334.00 | TC Marx re tribal/NGO strategy meeting Arcata, substance, disclosures [.4] | Soliciting Potential Clients |
| 12/10/21 | Frost | 835.00 | 2.30 | | $1,920.50 | Zoom call clients, tribes, NGOs re Shasta and Scott River issues [2.3] | Soliciting Potential Clients |
| 12/10/21 | Wheeler | 217.54 | 2.20 | | $478.59 | Multiparty conference call Shasta and basin issues and strategy, litigation [2.2] | Soliciting Potential Clients |

| Date | Timekeeper | Rate | Hours | | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 12/11/21 | Frost | 835.00 | 0.30 | | $250.50 | Email clients re meeting follow-up, temperature triggers, FMS document, why canal temps [.3] | Soliciting Potential Clients |
| 12/16/21 | Frost | 835.00 | 0.10 Hrs. | | $83.50 | Read Marx response availability call, respond re noon [.1] | Soliciting Potential Clients |
| 12/16/21 | Frost | 835.00 | 0.10 | | $83.50 | review/respond Sangye re same [.1] | Soliciting Potential Clients |
| 12/20/21 | Frost | 835.00 | 0.10 | | $83.50 | Read/respond Webb email re call this week [.1] | Soliciting Potential Clients |
| 12/21/21 | Frost | 835.00 | 0.30 | | $250.50 | TC Sangye re intentional/incidental permitting; SH fit; leg hist cites; client call tomorrow [.3] | Soliciting Potential Clients |
| 12/22/21 | Frost | 835.00 | 0.10 | | $83.50 | TC/VM Belchick Yurok/email same, re representation [.1] | Soliciting Potential Clients |
| 12/22/21 | Ince-Johannsen | 450.00 | 0.80 | | $360.00 | 0.8 - Review client memo | Soliciting Potential Clients |
| 1/11/22 | Frost | 850.00 | 0.60 | | $510.00 | TC Wheeler re Yurok representation, his contacts, next steps; consistency determinations, import; Big Springs and CEQA [.6] | Soliciting Potential Clients |
| 1/15/22 | Frost | 850.00 | 0.10 | | $85.00 | Read/respond Wheeler re Yurok call [.1] | Soliciting Potential Clients |
| 1/15/22 | Wheeler | 234.95 | 0.30 Hrs. | | $70.49 | Call Yurok about case [.3] | Soliciting Potential Clients |
| 1/15/22 | Wheeler | 234.95 | 0.10 | | $23.50 | email Frost about call [.1] | Soliciting Potential Clients |
| 1/18/22 | Frost | 850.00 | 0.10 | | $85.00 | Confer Sangye re client call today [.1] | Soliciting Potential Clients |
| 1/18/22 | Frost | 850.00 | 1.00 Hrs. | | $850.00 | conference call clients [1] | Soliciting Potential Clients |
| 1/18/22 | Frost | 850.00 | 0.30 Hrs. | | $255.00 | TC Sangye re same, claims, timing [.3] | Soliciting Potential Clients |
| 1/18/22 | Frost | 850.00 | 0.20 | | $170.00 | confer Wheeler re Yurok representation, issues, relief [.2] | Soliciting Potential Clients |

| Date | Timekeeper | Rate | Hours | Adj | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 1/19/22 | Frost | 850.00 | 1.20 | | $1,020.00 | Review Wheeler input re Yurok, review tribe's litigation papers in Klamath cases, respond Wheeler re call w outside tribal counsel/Belchik fish bio [1.2] | Soliciting Potential Clients |
| 1/19/22 | Frost | 850.00 | 0.20 | | $170.00 | email Wheeler EPIC re status of calls, Yurok call, participation; forward to Sangye [.2] | Soliciting Potential Clients |
| 1/19/22 | Frost | 850.00 | 0.10 | | $85.00 | review/respond Tucker re call Friday [.1] | Soliciting Potential Clients |
| 1/19/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Read Frost email about Yurok/Belchik [.1] | Soliciting Potential Clients |
| 1/20/22 | Frost | 850.00 | 0.30 | | $255.00 | Read/respond re Yurok/Tucker concerns re SHA [.3] | Soliciting Potential Clients |
| 1/21/22 | Frost | 850.00 | 0.70 | | $595.00 | TC Tucker re Big Springs and CDFW management, Montague take, non-SHA diversions, coordination with tribes [.7] | Soliciting Potential Clients |
| 1/26/22 | Frost | 850.00 | 0.10 | | $85.00 | Review/respond Wheeler cannot call in [.1] | Soliciting Potential Clients |
| 1/26/22 | Frost | 850.00 | 0.20 | | $170.00 | prep for weekly client strategy call [.2] | Soliciting Potential Clients |
| 1/26/22 | Frost | 850.00 | 1.30 | | $1,105.00 | strategy call [1.3] | Soliciting Potential Clients |
| 1/26/22 | Frost | 850.00 | 0.20 | | $170.00 | notes re same and to-do tasks [.2] | Soliciting Potential Clients |
| 1/26/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Email Frost call conflict [.1] | Soliciting Potential Clients |
| 1/31/22 | Frost | 850.00 | 0.10 | | $85.00 | Read Wheeler email calendar client call Friday [.1] | Soliciting Potential Clients |
| 2/1/22 | Frost | 850.00 | 0.10 | 0.10 | $0.00 | Email clients re Wed/Fri calls [.1] | Soliciting Potential Clients |
| 2/3/22 | Frost | 850.00 | 0.60 | | $510.00 | prep for conference call Yurok/clients call tomorrow [.6] | Soliciting Potential Clients |
| 2/3/22 | Frost | 850.00 | 0.50 | | $425.00 | conference call Hawley/Sangye relief [.5] | Soliciting Potential Clients |

| Date | Name | Rate | Hours | | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 2/3/22 | Ince-Johannsen | 465.00 | 0.50 | | $232.50 | 0.5 - Conference TC AH, Pete re: litigation strategy | Soliciting Potential Clients |
| 2/8/22 | Frost | 850.00 | 0.10 | | $85.00 | email clients re conference call [.1] | Soliciting Potential Clients |
| 2/9/22 | Frost | 850.00 | 1.30 | | $1,105.00 | Shasta client conference call [1.3] | Soliciting Potential Clients |
| 2/9/22 | Frost | 850.00 | 0.60 | | $510.00 | TC Wheeler re Yurok, NOI, Karuk history, streambed alteration permits, comments [.6] | Soliciting Potential Clients |
| 2/9/22 | Wheeler | 234.95 | 0.60 | 0.30 | $70.49 | Call Frost NOI and tribal interests/concerns streambed permits, comments [.6] | Soliciting Potential Clients |
| 2/11/22 | Ince-Johannsen | 465.00 | 0.30 | 0.3 | $0.00 | 0.3 - Email clients | Soliciting Potential Clients |
| 2/11/22 | Ince-Johannsen | 465.00 | 0.90 | | $418.50 | 0.9 - Review client-provided docs | Soliciting Potential Clients |
| 2/15/22 | Frost | 850.00 | 0.40 | | $340.00 | TC Belchik Yurok re claims, notice, timing, next steps [.4] | Soliciting Potential Clients |
| 2/15/22 | Frost | 850.00 | 1.30 | | $1,105.00 | research Yurok v Bur Rec case, orders, ITS claims [1.3] | Soliciting Potential Clients |
| 2/16/22 | Frost | 850.00 | 0.70 | | $595.00 | Review notes, conference call Sangye, clients [.7] | Soliciting Potential Clients |
| 2/16/22 | Wheeler | 234.95 | 0.70 | | $164.47 | Conference call WELC and other clients [.7] | Soliciting Potential Clients |
| 2/22/22 | Frost | 850.00 | 0.30 | | $255.00 | TC Wheeler re representing Yurok, communications re Belchik, NOI [.3] | Soliciting Potential Clients |
| 2/23/22 | Frost | 850.00 | 0.60 | | $510.00 | Conference call clients re notice, Yurok, temp std, press release, next steps [.6] | Soliciting Potential Clients |
| 2/23/22 | Frost | 850.00 | 0.30 | | $255.00 | VM/TC Flanders re CA ethics requirements retainer agreements [.3] | Soliciting Potential Clients |
| 2/23/22 | Frost | 850.00 | 0.40 | | $340.00 | check ethical rules re rates [.4] | Soliciting Potential Clients |

| Date | Attorney | Rate | Hours | | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 2/23/22 | Frost | 850.00 | 0.80 | | $680.00 | Review/edit proposed retainer, email to clients [.8] | Soliciting Potential Clients |
| 2/24/22 | Frost | 850.00 | 1.20 | | $1,020.00 | draft, edit, finalize retainers, to clients [1.2] | Soliciting Potential Clients |
| 2/24/22 | Ince-Johannsen | 465.00 | 0.40 | | $186.00 | 0.4 - Review retainer agreements | Soliciting Potential Clients |
| 2/24/22 | Wheeler | 234.95 | 0.20 | | $46.99 | Read retainer agreement, notes [.2] | Soliciting Potential Clients |
| 2/24/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Call Frost re tribes [.1] | Soliciting Potential Clients |
| 2/25/22 | Frost | 850.00 | 0.10 | | $85.00 | Respond Scoble re FOSR retainer [.1] | Soliciting Potential Clients |
| 2/25/22 | Frost | 850.00 | 0.10 | | $85.00 | confer Wheeler re EPIC retainer [.1] | Soliciting Potential Clients |
| 2/25/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Call Frost about retainer [.1] | Soliciting Potential Clients |
| 3/8/22 | Frost | 850.00 | 0.20 | | $170.00 | emails clients re board changes FOSR [.2] | Soliciting Potential Clients |
| 3/8/22 | Frost | 850.00 | 0.20 | | $170.00 | TC Sangye re ethical questions re conflicts, retainer [.2] | Soliciting Potential Clients |
| 3/8/22 | Frost | 850.00 | 0.50 | | $425.00 | conference call Webb, Sangye re board changes, policies, retainer, conflicts, multiple representation [.5] | Soliciting Potential Clients |
| 3/8/22 | Wheeler | 234.95 | 0.20 | | $46.99 | Call Frost Friends' board of directors changes [.2] | Soliciting Potential Clients |
| 3/15/22 | Frost | 850.00 | 0.20 | | $170.00 | TC Sangye re NOAA NOI call, strategy; retainer agreement [.2] | Soliciting Potential Clients |
| 3/15/22 | Frost | 850.00 | 1.90 | | $1,615.00 | read CA ethical rules and cases re client conflicts and representation [1.9] | Soliciting Potential Clients |
| 3/15/22 | Frost | 850.00 | 0.30 | | $255.00 | TC Webb re retainer, appointed rep [.3] | Soliciting Potential Clients |
| 3/16/22 | Frost | 850.00 | 0.10 | | $85.00 | Read respond Joslin re retainer [.1] | Soliciting Potential Clients |
| 3/22/22 | Frost | 850.00 | 0.10 | 0.10 | $0.00 | respond Webb re retainer call tomorrow [.1] | Soliciting Potential Clients |

| Date | Attorney | Rate | Hours | | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 3/23/22 | Frost | 850.00 | 1.00 | | $850.00 | Strategy call Joslin, Webb, Chesney re NOAA call, claims, parties, retainer provisions and confidentiality boundaries [1] | Soliciting Potential Clients |
| 3/23/22 | Frost | 850.00 | 0.40 | | $340.00 | TC Sangye re same, discuss confidentiality needs re Montague and other meetings [.4] | Soliciting Potential Clients |
| 3/23/22 | Frost | 850.00 | 1.60 | | $1,360.00 | research conflict of interest pre-nup agreements, email clients proposed additional language [1.6] | Soliciting Potential Clients |
| 3/29/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Read email and revised retainer [.1] | Soliciting Potential Clients |
| 3/31/22 | Frost | 850.00 | 0.40 | | $340.00 | Conf call Mellgren, Sadie, Sangye re Yurok and potential conflicts [.4] | Soliciting Potential Clients |
| 3/31/22 | Frost | 850.00 | 0.80 | | $680.00 | conference call clients re retainer, data to request from NMFS, NMFS settlement call next week [.8] | Soliciting Potential Clients |
| 3/31/22 | Frost | 850.00 | 0.20 | | $170.00 | Follow-up with Sangye [.2] | Soliciting Potential Clients |
| 3/31/22 | Frost | 850.00 | 0.20 | | $170.00 | circulate modified retainers [.2] | Soliciting Potential Clients |
| 4/1/22 | Ince-Johannsen | 465.00 | 0.20 | 0.2 | $0.00 | 0.2 - Review final retainer agreement | Soliciting Potential Clients |
| 4/5/22 | Frost | 850.00 | 0.70 | | $595.00 | review client updates re info and reaction [.7] | Soliciting Potential Clients |
| 5/9/22 | Frost | 850.00 | 0.40 | | $340.00 | ECF search Karuk/Dwinnell settlement agreement, read, VM Wheeler re same [.4] | Soliciting Potential Clients |
| 5/10/22 | Frost | 850.00 | 0.30 | | $255.00 | confer Sangye re Montague settlement, Karuk representation [.3] | Soliciting Potential Clients |
| 5/19/22 | Frost | 850.00 | 0.40 | | $340.00 | Call expert re Yurok, ITS [.4] | Soliciting Potential Clients |
| 5/20/22 | Frost | 850.00 | 0.90 | | $765.00 | read Karuk, McBain et al comments on draft EA, notes [.9] | Soliciting Potential Clients |
| 6/10/22 | Frost | 850.00 | 1.80 | | $1,530.00 | read Tribal comments pp. 1-35, edit complaint, draft substantive arguments [1.8] | Soliciting Potential Clients |

| Date | Attorney | Rate | Hours | Hours2 | Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 6/13/22 | Wheeler | 234.95 | 0.20 | | $46.99 | Call Frost standing allegations, declarants, tribes [.2] | Soliciting Potential Clients |
| 6/16/22 | Frost | 850.00 | 1.00 | | $850.00 | client status call [1] | Soliciting Potential Clients |
| 11/10/22 | Frost | 850.00 | 2.30 Hrs. | 2.30 | $0.00 | Prep for and Arcata meeting Tucker re tribal concerns, strategy [2.3] | Soliciting Potential Clients |
| 11/26/22 | Frost | 850.00 | 0.40 Hrs. | | $340.00 | Complete review Karuk settlement [.4] | Soliciting Potential Clients |
| 2/10/23 | Frost | 865.00 | 0.20 Hrs. | | $173.00 | TC Webb re same, Karuk comments [.2] | Soliciting Potential Clients |
| 5/15/23 | Frost | 865.00 | 0.40 Hrs. | | $346.00 | TC Chesney re outmigrant data, temps, Karuk comments, response re juvenile rearing [.4] | Soliciting Potential Clients |
| 7/21/23 | Frost | 865.00 | 0.30 Hrs. | | $259.50 | respond client re Karuk interest, any preclusion from settlement agreement [.3] | Soliciting Potential Clients |
| 8/1/23 | Frost | 865.00 | 0.20 Hrs. | | $173.00 | confer Sangye re attorney client parameters, concerns [.2] | Soliciting Potential Clients |
| 8/3/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | respond Tucker re Karuk attendance [.1] | Soliciting Potential Clients |
| 11/5/24 | Frost | 880.00 | 0.50 Hrs. | 0.50 | $0.00 | TC Wheeler re Quartz Valley, Karuk, PCCFA views and representation [.5] | Soliciting Potential Clients |
| 12/1/24 | Frost | 880.00 | 0.20 | 0.20 | $0.00 | TC Wheeler re Dec strategy meeting, meeting w Karuk [.2] | Soliciting Potential Clients |
| 1/6/25 | Frost | 895.00 | 2.10 Hrs. | 2.10 | $0.00 | Review documents, conference call clients, tribal staff re state water board meeting tomorrow, prep minimum vs recovery flows methodologies hiring experts [2.1] | Soliciting Potential Clients |
| **Totals** | | | **81.30 Hrs.** | **17.00 Hrs.** | **$48,127.60** | | |