| WORK DATE | TIME KEEPER NAME | TIME KEEPER'S REQUESTED RATE | TIME KEEPER'S CLAIMED HOURS | PLAINTIFF OMITTED HOURS | TIME KEEPER'S REQUESTED FEE | FEE DESCRIPTION |
|---|---|---|---|---|---|---|
| 3/20/21 | Wheeler | 217.54 | 0.30 | | $65.26 | Email Frost Safe Harbor and Shasta situation [.3] |
| 4/2/21 | Wheeler | 217.54 | 0.40 | | $87.02 | Read Frost email about Shasta, discuss w staff resource and expert help, respond Frost [.4] |
| 4/6/21 | Wheeler | 217.54 | 0.50 | | $108.77 | Read Frost email about representation, call board member, discuss w staff [.5] |
| 5/6/21 | Wheeler | 217.54 | 0.40 | | $87.02 | Email Frost to set up potential client call; discuss tribes w Amber [.4] |
| 5/18/21 | Wheeler | 217.54 | 0.20 | | $43.51 | Call Frost whether to cancel conference; Karuk; read cancel email [.2] |
| 5/25/21 | Wheeler | 217.54 | 0.20 | | $43.51 | Call Frost re Earthjustice co-representation; its state case; difficulty [.2] |
| 5/26/21 | Wheeler | 217.54 | 1.00 | | $217.54 | Conference call clients [1] |
| 5/26/21 | Wheeler | 217.54 | 0.10 Hrs. | | $21.75 | Email Frost re NCB finding [.1] |
| 9/10/21 | Wheeler | 217.54 | 0.20 | | $43.51 | Call Frost re Earthjustice [.2] |
| 9/17/21 | Wheeler | 217.54 | 0.90 | | $195.79 | Conference call clients re tribes, the Karuk settlement, venue, retainer agreement terms, Shasta City meeting [.9] |

| Date | Attorney | Rate | Hours | | Amount | Description |
|---|---|---|---|---|---|---|
| 9/29/21 | Wheeler | 217.54 | 0.40 | | $87.02 | Call Frost about Yurok, its other cases, group it left, required confidentiality [.4] |
| 11/8/21 | Wheeler | 217.54 | 0.10 | | $21.75 | Email Frost can't make meeting [.1] |
| 11/29/21 | Wheeler | 217.54 | 0.30 | | $65.26 | Confer board re litigation approval, any issues [.3] |
| 11/29/21 | Wheeler | 217.54 | 0.10 | | $21.75 | email Frost [.1] |
| 12/10/21 | Wheeler | 217.54 | 2.20 | | $478.59 | Multiparty conference call Shasta and basin issues and strategy, litigation [2.2] |
| 1/11/22 | Wheeler | 234.95 | 0.60 | | $140.97 | Call Frost about tribal council and fish staff, Big Springs dam and projects, case strategy [.6] |
| 1/15/22 | Wheeler | 234.95 | 0.30 Hrs. | | $70.49 | Call Yurok about case [.3] |
| 1/15/22 | Wheeler | 234.95 | 0.10 | | $23.50 | email Frost about call [.1] |
| 1/19/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Read Frost email about Yurok/Belchik [.1] |
| 1/26/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Email Frost call conflict [.1] |
| 2/9/22 | Wheeler | 234.95 | 0.60 | 0.30 | $70.49 | Call Frost NOI and tribal interests/concerns streambed permits, comments [.6] |
| 2/16/22 | Wheeler | 234.95 | 0.70 | | $164.47 | Conference call WELC and other clients [.7] |

| Date | Attorney | Rate | Hours | Adj | Amount | Description |
|---|---|---|---|---|---|---|
| 2/22/22 | Wheeler | 234.95 | 0.30 | | $70.49 | Call Frost communications w Belchik, any required notice [.3] |
| 2/24/22 | Wheeler | 234.95 | 0.20 | | $46.99 | Read retainer agreement, notes [.2] |
| 2/24/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Call Frost re tribes [.1] |
| 2/25/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Call Frost about retainer [.1] |
| 3/8/22 | Wheeler | 234.95 | 0.20 | | $46.99 | Call Frost Friends' board of directors changes [.2] |
| 3/29/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Read email and revised retainer [.1] |
| 3/31/22 | Wheeler | 234.95 | 0.80 | | $187.96 | Conference call with clients - possible settlement with NMFS, data and information needs [.8] |
| 4/5/22 | Wheeler | 234.95 | 1.30 | | $305.44 | Conference call NMFS and clients about disputes and settlement [1.3] |
| 5/25/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Read Frost email - improper action area |
| 6/2/22 | Wheeler | 234.95 | 1.00 | | $234.95 | Conference call clients - status of research and claims, |
| 6/10/22 | Wheeler | 234.95 | 0.40 | | $93.98 | Read portions of draft complaint, email Frost about same [.4] |
| 6/13/22 | Wheeler | 234.95 | 0.20 | | $46.99 | Call Frost standing allegations, declarants, tribes [.2] |
| 6/15/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Call Frost assignment to Mag Hixon, whether consent, pro hac vice [.1] |
| 6/15/22 | Wheeler | 234.95 | 0.10 | 0.10 | $0.00 | email Frost about media [.1] |
| 7/5/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Read reassignment to Corley [.1] |

| Date | Attorney | Rate | Hours | | Amount | Description |
|---|---|---|---|---|---|---|
| 7/11/22 | Wheeler | 234.95 | 0.30 | | $70.49 | Read litigation hold letter, discuss w staff [.3]; email |
| 7/11/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Frost acknowledge [.1] |
| 8/18/22 | Wheeler | 234.95 | 0.80 | | $187.96 | Attorney and client status and strategy call [.8] |
| 8/29/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Read reassignment to Thompson [.1] |
| 9/22/22 | Wheeler | 234.95 | 1.10 | | $258.45 | Conference call about settlement and ADR, in person meeting, strategy, possible outcomes [1.1] |
| 9/23/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Email Frost our bylaws, note any concerns [.1] |
| 9/29/22 | Wheeler | 234.95 | 0.50 | | $117.48 | Confer staff re tribal standing declarant, phone Frost about same and any public trust duties, who can assert |
| 11/1/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Call Frost about meeting [.1] |
| 1/6/23 | Wheeler | 244.62 | 0.10 Hrs. | | $24.46 | Read AR filing, email clients [.1] |
| 1/9/23 | Wheeler | 244.62 | 0.40 Hrs. | | $97.85 | Call Frost about AR review, any challenge/supplementation, client help [.4] |
| 2/2/23 | Wheeler | 244.62 | 0.80 | | $195.70 | Status/strategy call with co-counsel and clients [.8] |
| 4/25/23 | Wheeler | 244.62 | 1.80 | | $440.32 | Read Fed Defs opening/opposition papers, prepare notes to circulate [1.8] |
| 5/22/23 | Wheeler | 244.62 | 0.60 | | $146.77 | Read draft reply brief, respond Frost [.6] |
| 5/25/23 | Wheeler | 244.62 | 0.40 | | $97.85 | Read final reply brief [.4] |
| 6/24/23 | Wheeler | 244.62 | 0.20 | | $48.92 | Call Frost about standing decs [.2] |

| Date | Attorney | Rate | Hours | | Amount | Description |
|---|---|---|---|---|---|---|
| 6/27/23 | Wheeler | 244.62 | 0.20 | | $48.92 | Confer Frost about oral argument [.2] |
| 7/11/23 | Wheeler | 244.62 | 0.40 Hrs. | | $97.85 | Read District Court order, notes [.4] |
| 7/11/23 | Wheeler | 244.62 | 0.10 | | $24.46 | Call Frost same [.1] |
| 7/12/23 | Wheeler | 244.62 | 1.00 | | $244.62 | Conference call co-counsel/clients about case result, strategy [1] |
| 8/3/23 | Wheeler | 244.62 | 0.30 | | $73.39 | Read draft FRCP 59 motion, suggest edits [.3] |
| 8/5/23 | Wheeler | 244.62 | 0.10 | | $24.46 | Read final FRCP 59 motion [.1] |
| 9/11/23 | Wheeler | 244.62 | 0.30 | | $73.39 | Read Fed Defs response to FRCP 59 motion, notes [.3] |
| 10/30/23 | Wheeler | 244.62 | 0.10 | | $24.46 | Read court order no oral argument [.1] |
| 1/12/24 | Wheeler | 251.84 | 0.20 | 0.20 | $0.00 | Phone Frost our state SHA argument [.2] |
| 1/23/24 | Wheeler | 251.84 | 0.10 | | $25.18 | Read court order granting FRCP 59 motion [.1] |
| 1/25/24 | Wheeler | 251.84 | 1.00 | | $251.84 | Conference call co-counsel, clients about 59 order, permitted activities, any appeal [1] |
| 4/11/25 | Wheeler | 251.84 | 1.10 | | $277.02 | Call Frost fees motion; EAJA rates; review timesheets and edits/omissions, return [1.1] |
| **Totals** | | | **28.90 Hrs.** | **0.60 Hrs.** | **$6,641.35** | |