| WORK DATE | TIME KEEPER NAME | TIME KEEPER'S REQUESTED RATE | TIME KEEPER'S CLAIMED HOURS | PLAINTIFF OMITTED HOURS | TIME KEEPER'S REQUESTED FEE | FEE DESCRIPTION | WORK TYPE | U.S. OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 5/18/21 | Frost | 835.00 | 0.10 | | $83.50 | TC Sangye re cancellation [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 5/18/21 | Frost | 835.00 | 0.10 | | $83.50 | TC Wheeler re same [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 9/15/21 | Frost | 835.00 | 0.40 | | $334.00 | Shasta: TC Tucker re potential case, issues, parties/opponents, tribes and tribal interests [.4] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 9/15/21 | Frost | 835.00 | 1.40 | | $1,169.00 | Shasta: Read docs, TC and Zoom call Tucker re watershed, diversions, strategies, parties, tribes and tribal interests [1.4] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 9/17/21 | Frost | 835.00 | 0.90 | | $751.50 | Shasta: Conference call potential clients re potential plaintiffs, venue, costs/fees, claims, relief, in-person meeting [.9] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 9/17/21 | Wheeler | 217.54 | 0.90 | | $195.79 | Conference call clients re tribes, the Karuk settlement, venue, retainer agreement terms, Shasta City meeting [.9] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 10/18/21 | Frost | 835.00 | 0.20 | | $167.00 | Shasta: TC Shoemaker re meeting [.2] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 10/18/21 | Frost | 835.00 | 0.10 | | $83.50 | VM Marx re same [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 11/16/21 | Frost | 835.00 | 0.90 Hrs. | | $751.50 | Shasta: diversions as environmental baseline research [.9] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 11/16/21 | Frost | 835.00 | 0.90 | | $751.50 | cf Section 10 baseline research [.9] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 12/8/21 | Ince-Johannsen | 450.00 | 1.00 Hrs. | | $450.00 | 1.0 - Review Stenhouse 2012 | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 12/10/21 | Frost | 835.00 | 0.40 | | $334.00 | TC Sangye re temperature data and documents; ESA leg hist; research tasks [.4] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 12/10/21 | Ince-Johannsen | 450.00 | 0.40 | | $180.00 | 0.4 - TC Pete re: ESA claims | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 12/13/21 | Ince-Johannsen | 450.00 | 0.90 | | $405.00 | 0.9 - Research, email Pete re: 10(a)(1)(B) legislative history | Pre-Retainer Work | Duplicative/Excessive (50%) |

| Date | Attorney | Rate | Hours | | Amount | Description | Category | Reduction |
|---|---|---|---|---|---|---|---|---|
| 12/13/21 | Ince-Johannsen | 450.00 | 1.40 | | $630.00 | 1.4 - Research legislative history of ESA § 10(a)(1)(B), writing memo for Pete about it | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 12/22/21 | Frost | 835.00 | 0.10 | | $83.50 | re-arrange Webb conference call [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 12/22/21 | Frost | 835.00 | 1.10 | | $918.50 | conference call Webb, Sangye re 12 possible claims re BiOp, different standards of review, facts/documents re each, next steps [1.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 12/22/21 | Frost | 835.00 | 0.30 | | $250.50 | TC Sangye re same, unique recovery claim [.3] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 12/22/21 | Frost | 835.00 | 0.10 | | $83.50 | TC/VM Belchick Yurok/email same, re representation [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 12/22/21 | Ince-Johannsen | 450.00 | 1.10 Hrs. | | $495.00 | 1.1 - Conference TC FoSR re: coho, take, ESA violations | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 12/22/21 | Ince-Johannsen | 450.00 | 0.40 Hrs. | | $180.00 | 0.4 - TC Pete follow up FoSR conference; ESA claims | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/11/22 | Frost | 850.00 | 0.60 | | $510.00 | TC Wheeler re Yurok representation, his contacts, next steps; consistency determinations, import; Big Springs and CEQA [.6] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/11/22 | Wheeler | 234.95 | 0.60 | | $140.97 | Call Frost about tribal council and fish staff, Big Springs dam and projects, case strategy [.6] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/15/22 | Frost | 850.00 | 0.10 | | $85.00 | Read/respond Wheeler re Yurok call [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/15/22 | Wheeler | 234.95 | 0.10 | | $23.50 | email Frost about call [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/18/22 | Frost | 850.00 | 0.10 | | $85.00 | Confer Sangye re client call today [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/18/22 | Frost | 850.00 | 1.00 Hrs. | | $850.00 | conference call clients [1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/18/22 | Frost | 850.00 | 0.30 Hrs. | | $255.00 | TC Sangye re same, claims, timing [.3] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/18/22 | Frost | 850.00 | 0.20 | | $170.00 | confer Wheeler re Yurok representation, issues, relief [.2] | Pre-Retainer Work | Duplicative/Excessive (50%) |

| Date | Timekeeper | Rate | Hours | | Amount | Description | Category | Objection |
|---|---|---|---|---|---|---|---|---|
| 1/18/22 | Ince-Johannsen | 465.00 | 0.60 | | $279.00 | 0.6 - Review Shasta River Temp Assessment | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/18/22 | Ince-Johannsen | 465.00 | 0.50 | | $232.50 | 0.5 - Review Shasta TMDL | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/19/22 | Frost | 850.00 | 1.20 | | $1,020.00 | Review Wheeler input re Yurok, review tribe's litigation papers in Klamath cases, respond Wheeler re call w outside tribal counsel/Belchik fish bio [1.2] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/19/22 | Frost | 850.00 | 0.20 | | $170.00 | email Wheeler EPIC re status of calls, Yurok call, participation; forward to Sangye [.2] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/19/22 | Frost | 850.00 | 0.10 | | $85.00 | review/respond Tucker re call Friday [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/19/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Read Frost email about Yurok/Belchik [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/21/22 | Frost | 850.00 | 0.40 Hrs. | | $340.00 | TC Sangye re net conservation benefit, FWS presentation; thoughts re SHA and no jeopardy opinion [.4] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/21/22 | Frost | 850.00 | 0.70 | | $595.00 | TC Tucker re Big Springs and CDFW management, Montague take, non-SHA diversions, coordination with tribes [.7] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/21/22 | Ince-Johannsen | 465.00 | 0.50 | | $232.50 | 0.5 - Review docs re MWCD discharge permit | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/24/22 | Frost | 850.00 | 0.10 | | $85.00 | Review response [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/24/22 | Frost | 850.00 | 0.10 | | $85.00 | respond Webb re Wed call [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/26/22 | Frost | 850.00 | 0.20 | | $170.00 | prep for weekly client strategy call [.2] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 1/26/22 | Frost | 850.00 | 0.20 | | $170.00 | notes re same and to-do tasks [.2] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/3/22 | Frost | 850.00 | 0.30 | | $255.00 | TC Sangye re relief [.3] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/3/22 | Frost | 850.00 | 0.30 | | $255.00 | C Webb re relief phase of any suit, NOI, call tomorrow [.3] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/3/22 | Frost | 850.00 | 0.50 | | $425.00 | conference call Hawley/Sangye relief [.5] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/3/22 | Ince-Johannsen | 465.00 | 0.50 | | $232.50 | 0.5 - Conference TC AH, Pete re: litigation strategy | Pre-Retainer Work | Duplicative/Excessive (50%) |

| Date | Timekeeper | Rate | Hours | | Amount | Description | Category | Reduction |
|---|---|---|---|---|---|---|---|---|
| 2/3/22 | Ince-Johannsen | 465.00 | 1.00 | | $465.00 | 1.0 - Review client-provided docs | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/4/22 | Ince-Johannsen | 465.00 | 1.00 | | $465.00 | 1.0 - Review client-provided docs | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/8/22 | Frost | 850.00 | 0.30 | | $255.00 | TC Sangye re second iteration potential claims memo [.3] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/8/22 | Ince-Johannsen | 465.00 | 0.30 | | $139.50 | 0.3 - TC Pete re: potential ESA & CWA claims | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/9/22 | Frost | 850.00 | 0.30 | 0.3 | $0.00 | TC Sangye re disadvantage finding, legislative history re same, read email re same [.3] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/15/22 | Frost | 850.00 | 0.40 | | $340.00 | TC Belchik Yurok re claims, notice, timing, next steps [.4] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/15/22 | Frost | 850.00 | 0.20 | | $170.00 | TC Sangye re same, ITS [.2] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/15/22 | Ince-Johannsen | 465.00 | 0.40 | | $186.00 | 0.4 - TC Mike Belichek & Pete | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/15/22 | Ince-Johannsen | 465.00 | 0.30 | | $139.50 | 0.3 - TC Pete re: CWA / WTR | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/16/22 | Frost | 850.00 | 0.70 | | $595.00 | Review notes, conference call Sangye, clients [.7] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/16/22 | Wheeler | 234.95 | 0.70 | | $164.47 | Conference call WELC and other clients [.7] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/17/22 | Frost | 850.00 | 1.90 | | $1,615.00 | TC Sangye re water transfers rule, legal research same [1.9] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/17/22 | Ince-Johannsen | 465.00 | 1.10 | | $511.50 | 1.1 - Research, update Pete re: Water Transfers Rule | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/18/22 | Ince-Johannsen | 465.00 | 0.80 | | $372.00 | 0.8 - Review docs, maps provided by FoSR | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/18/22 | Ince-Johannsen | 465.00 | 0.60 | | $279.00 | 0.6 - Review client feedback and edits on draft claims outline | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/22/22 | Frost | 850.00 | 0.80 | | $680.00 | review client recommended edits to NOI, incorporate [.8] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/24/22 | Frost | 850.00 | 0.10 | | $85.00 | confer Sangye re NOI [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/24/22 | Ince-Johannsen | 465.00 | 0.20 | | $93.00 | 0.2 - TC Pete re: NOI | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/24/22 | Ince-Johannsen | 465.00 | 0.40 | | $186.00 | 0.4 - Review retainer agreements | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/24/22 | Wheeler | 234.95 | 0.20 | | $46.99 | Read retainer agreement, notes [.2] | Pre-Retainer Work | Duplicative/Excessive (50%) |

| Date | Timekeeper | Rate | Hours | | Amount | Description | Category | Reduction |
|---|---|---|---|---|---|---|---|---|
| 2/24/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Call Frost re tribes [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/25/22 | Frost | 850.00 | 0.10 | | $85.00 | Respond Scoble re FOSR retainer [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/25/22 | Frost | 850.00 | 0.10 | | $85.00 | confer Wheeler re EPIC retainer [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 2/28/22 | Ince-Johannsen | 465.00 | 0.30 | | $139.50 | 0.3 - Email clients re: NOI | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/8/22 | Frost | 850.00 | 0.10 | | $85.00 | set up conf call w Webb [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/8/22 | Frost | 850.00 | 0.20 | | $170.00 | TC Wheeler re changes [.2] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/8/22 | Frost | 850.00 | 0.50 | | $425.00 | conference call Webb, Sangye re board changes, policies, retainer, conflicts, multiple representation [.5] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/8/22 | Wheeler | 234.95 | 0.20 | | $46.99 | Call Frost Friends' board of directors changes [.2] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/15/22 | Frost | 850.00 | 0.20 | | $170.00 | TC Sangye re NOAA NOI call, strategy; retainer agreement [.2] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/15/22 | Frost | 850.00 | 0.40 | | $340.00 | conference call NOAA, Sangye re settlement [.4] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/15/22 | Frost | 850.00 | 0.10 | | $85.00 | TC Sangye re same [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/15/22 | Ince-Johannsen | 465.00 | 0.40 | | $186.00 | 0.4 - TC Pete re: NMFS perspective on NOI | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/15/22 | Ince-Johannsen | 465.00 | 0.20 | | $93.00 | 0.2 - Conference TC Pete, Laurie Beale re: NOI | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/21/22 | Frost | 850.00 | 0.10 | | $85.00 | Email Laurie Beale NOAA re call this week [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/21/22 | Frost | 850.00 | 0.10 | | $85.00 | read response, calendar call [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/23/22 | Frost | 850.00 | 1.00 | | $850.00 | Strategy call Joslin, Webb, Chesney re NOAA call, claims, parties, retainer provisions and confidentiality boundaries [1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/23/22 | Frost | 850.00 | 0.40 | | $340.00 | TC Sangye re same, discuss confidentiality needs re Montague and other meetings [.4] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/29/22 | Frost | 850.00 | 0.10 | | $85.00 | email Joslin/Wheeler re revised retainers [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/29/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Read email and revised retainer [.1] | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 3/31/22 | Ince-Johannsen | 465.00 | 0.70 | | $325.50 | 0.7 - Conference TC NMFS re: NOI | Pre-Retainer Work | Duplicative/Excessive (50%) |

| Date | Timekeeper | Rate | Hours | Hours (adj) | Amount | Description | Category | Objection |
|---|---|---|---|---|---|---|---|---|
| 3/31/22 | Ince-Johannsen | 465.00 | 0.20 | | $93.00 | 0.2 - TC Pete re: NMFS meeting, next steps | Pre-Retainer Work | Duplicative/Excessive (50%) |
| 4/28/22 | Frost | 850.00 | 0.10 | | $85.00 | confer Sangye re NOI timing, receipts [.1] | Pre-Complaint | Duplicative/Excessive (50%) |
| 4/28/22 | Ince-Johannsen | 465.00 | 0.10 | | $46.50 | 0.1 - Confer Pete re NOI timing, receipts | NOI | Duplicative/Excessive (50%) |
| 5/18/22 | Frost | 850.00 | 0.80 | 0.80 | $0.00 | Conf call clinic student/Sangye re baseline [.8] | Pre-Complaint | Duplicative/Excessive (50%) |
| 5/18/22 | Ince-Johannsen | 465.00 | 0.70 | | $325.50 | 0.7 - Conference TC Pete & clinic student re: envtl baseline issue | Pre-Complaint | Duplicative/Excessive (50%) |
| 5/24/22 | Frost | 850.00 | 0.30 | | $255.00 | TC Sangye re his completion draft ITS argument, submerged lands ownership, concession re downstream areas excluded from | Pre-Complaint | Duplicative/Excessive (50%) |
| 5/24/22 | Ince-Johannsen | 465.00 | 0.50 | | $232.50 | 0.5 - TC Pete re: claims work up, action area issue | Pre-Complaint | Duplicative/Excessive (50%) |
| 7/5/22 | Frost | 850.00 | 0.90 | | $765.00 | read reassignment to Judge Corley, research her enviro cases [.9] | Case Management | Duplicative/Excessive (50%) |
| 7/5/22 | Ince-Johannsen | 465.00 | 0.50 | | $232.50 | 0.5 - Research Judge Corley | Case Management | Duplicative/Excessive (50%) |
| 7/5/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Read reassignment to Corley [.1] | Case Management | Duplicative/Excessive (50%) |
| 8/29/22 | Ince-Johannsen | 465.00 | 0.10 | | $46.50 | Review docket entries: 0.1 | Case Management | Duplicative/Excessive (50%) |
| 8/29/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Read reassignment to Thompson [.1] | Case Management | Duplicative/Excessive (50%) |
| 8/29/22 | Frost | $835.00/Hour | 0.10 Hrs. | | $83.50 | Read ECF judge reassignment [.1] | Case Management | Duplicative/Excessive (50%) |
| 10/25/22 | Ince-Johannsen | 465.00 | 0.70 Hrs. | 0.70 | $0.00 | Conference TC DOJ re: CMS (0.7) | Case Management | Duplicative/Excessive (50%) |
| 10/25/22 | Ince-Johannsen | 465.00 | 0.60 Hrs. | 0.60 | $0.00 | TC Pete re: CMS (0.6) | Case Management | Duplicative/Excessive (50%) |
| 10/25/22 | Ince-Johannsen | 465.00 | 0.20 | 0.20 | $0.00 | Email Pete re: CMS (0.2) | Case Management | Duplicative/Excessive (50%) |
| 10/25/22 | Frost | 850.00 | 0.50 Hrs. | | $425.00 | conf call Grosko/DOJ [.5] | Case Management | Duplicative/Excessive (50%) |
| 10/25/22 | Frost | 850.00 | 0.40 Hrs. | | $340.00 | confer Sangye, update and format draft, to Grosko [.4] | Case Management | Duplicative/Excessive (50%) |
| 10/25/22 | Frost | 850.00 | 0.20 Hrs. | | $170.00 | emails client re conference call [.2] | Case Management | Duplicative/Excessive (50%) |
| 10/27/22 | Ince-Johannsen | 465.00 | 0.50 Hrs. | | $232.50 | TC Pete re: litigation strategy, MWCD (0.5) | Case Management | Duplicative/Excessive (50%) |
| 10/27/22 | Frost | 850.00 | 0.30 | | $255.00 | Conferrals re clients/Sangye re CMS [.3] | Case Management | Duplicative/Excessive (50%) |

| Date | Attorney | Rate | Hours | Hours2 | Amount | Description | Category | Reduction |
|---|---|---|---|---|---|---|---|---|
| 1/6/23 | Ince-Johannsen | 480.00 | 0.10 Hrs. | | $48.00 | Download & Review AR, review index, organization, contents [0.1] | Admin Record | Duplicative/Excessive (50%) |
| 1/6/23 | Wheeler | 244.62 | 0.10 Hrs. | | $24.46 | Read AR filing, email clients [.1] | Admin Record | Duplicative/Excessive (50%) |
| 1/6/23 | Frost | 865.00 | 0.30 Hrs. | | $259.50 | Read ECF filing of AR, download, TC Sangye re same and search function, combination [.3] | Admin Record | Duplicative/Excessive (50%) |
| 1/25/23 | Ince-Johannsen | 480.00 | 0.30 | | $144.00 | Confer Pete re email to DOJ re completeness of AR, missing docs [0.3] | Summary Judgment | Duplicative/Excessive (50%) |
| 1/25/23 | Frost | 865.00 | 0.30 Hrs. | | $259.50 | Review AR, confer Sangye re docs [.3] | Summary Judgment | Duplicative/Excessive (50%) |
| 1/25/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | VM Sangye difference between completing and supplementing [.1] | Summary Judgment | Duplicative/Excessive (50%) |
| 1/25/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | email Sangye again re complete v supplement AR [.1] | Summary Judgment | Duplicative/Excessive (50%) |
| 8/29/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | VM Webb re same [.1] | Case Management | Duplicative/Excessive (50%) |
| 8/29/23 | Frost | 865.00 | 0.80 Hrs. | | $692.00 | TC Webb re same flows petition NMFS appeal [.8] | Case Management | Duplicative/Excessive (50%) |
| 1/12/24 | Wheeler | 251.84 | 0.20 | 0.20 | $0.00 | Phone Frost our state SHA argument [.2] | Case Management | Duplicative/Excessive (50%) |
| 1/12/24 | Frost | 880.00 | 0.20 | 0.20 | $0.00 | Confer Wheeler re state SHA oral argument [.2] | Case Management | Duplicative/Excessive (50%) |
| 1/25/24 | Wheeler | 251.84 | 1.00 | | $251.84 | Conference call co-counsel, clients about 59 order, permitted activities, any appeal [1] | Case Management | Duplicative/Excessive (50%) |
| 1/25/24 | Frost | 880.00 | 1.00 Hrs. | | $880.00 | Status call clients re court 59(e) order, joint status reports, contents and data opportunities possible appeal; next steps re flows [1] | Notice of Appeal | Duplicative/Excessive (50%) |
| 2/21/24 | Frost | 880.00 | 0.20 Hrs. | 0.20 | $0.00 | Review Webb, Joslin emails re TMDLs, state board response; set up Zoom call [.2] | Notice of Appeal | Duplicative/Excessive (50%) |
| 2/21/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | set up status call tomorrow [.1] | Notice of Appeal | Duplicative/Excessive (50%) |
| 3/21/24 | Ince-Johannsen | 495.00 | 0.10 | 0.10 | $0.00 | TC Pete re Shasta NOA [0.1] | Notice of Appeal | Duplicative/Excessive (50%) |
| 3/21/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | TC Sangye re notice of appeal [.1] | Notice of Appeal | Duplicative/Excessive (50%) |
| 6/6/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | read Yowell email re conferring re appeal [.1] | 1st Appeal Brief | Duplicative/Excessive (50%) |
| 6/8/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | Review/respond Yowell re call [.1] | 1st Appeal Brief | Duplicative/Excessive (50%) |

| Date | Timekeeper | Rate | Hours | Hours2 | Amount | Description | Category | Reason |
|---|---|---|---|---|---|---|---|---|
| 6/10/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | TC Hawley re brief review [.1] | 1st Appeal Brief | Duplicative/Excessive (50%) |
| 6/10/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | TC Wheeler re same [.1] | 1st Appeal Brief | Duplicative/Excessive (50%) |
| 7/9/24 | Frost | 880.00 | 0.10 Hrs. | | $88.00 | read ECF appellants extension, calendar [.1] | 2nd Appeal Brief | Duplicative/Excessive (50%) |
| 10/9/24 | Frost | 880.00 | 0.30 Hrs. | 0.30 | $0.00 | TC Wheeler re same [.3] | App. Reply Brief | Duplicative/Excessive (50%) |
| 10/9/24 | Frost | 880.00 | 0.20 Hrs. | 0.20 | $0.00 | TC Sangye re same, enforceability [.2] | App. Reply Brief | Duplicative/Excessive (50%) |
| 12/19/24 | Frost | 880.00 | 0.50 Hrs. | | $440.00 | email Webb, TC Webb re project status, fish returns/outmigrants, data for joint report [.5] | Case Management | Duplicative/Excessive (50%) |
| 12/19/24 | Frost | 880.00 | 0.20 Hrs. | | $176.00 | email Webb queries re 2024 data and median temp/flow info [.2] | App. Oral Arg. | Duplicative/Excessive (50%) |
| 2/8/25 | Frost | 895.00 | 0.30 Hrs. | 0.30 | $0.00 | billing, timeslips [.3] | App. Oral Arg. | Duplicative/Excessive (50%) |
| **Totals** | | | **54.70 Hrs.** | **4.70 Hrs.** | **$32,828.47** | | | |