| WORK DATE | TIME KEEPER NAME | TIME KEEPER'S REQUESTED RATE | TIME KEEPER'S CLAIMED HOURS | PLAINTIFF OMITTED HOURS | TIME KEEPER'S REQUESTED FEE | FEE DESCRIPTION | WORK TYPE | U.S. OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 5/18/21 | Wheeler | 217.54 | 0.20 | | $43.51 | Call Frost whether to cancel conference; Karuk; read cancel email [.2] | Pre-Retainer Work | Administrative (50%) |
| 9/10/21 | Frost | 835.00 | 0.20 | | $167.00 | TC Wheeler re same, call next week [.2] | Pre-Retainer Work | Administrative (50%) |
| 9/14/21 | Frost | 835.00 | 0.10 Hrs. | | $83.50 | Shasta: set up call tomorrow w Tucker [.1] | Pre-Retainer Work | Administrative (50%) |
| 10/11/21 | Frost | 835.00 | 0.40 | | $334.00 | Shasta: TC Hawley re attorney-client/work product privileges, onset, phone log/client communication duties [.4] | Pre-Retainer Work | Administrative (50%) |
| 10/18/21 | Frost | 835.00 | 0.30 Hrs. | | $250.50 | TC Marx re same, logistics, agenda, conflicts check [.3] | Pre-Retainer Work | Administrative (50%) |
| 10/22/21 | Frost | 835.00 | 0.10 | | $83.50 | Shasta: TC Sangye re-schedule strategy call [.1] | Pre-Retainer Work | Administrative (50%) |
| 11/8/21 | Wheeler | 217.54 | 0.10 | | $21.75 | Email Frost can't make meeting [.1] | Pre-Retainer Work | Administrative (50%) |
| 11/10/21 | Frost | 835.00 | 0.60 | | $501.00 | review notes and to-dos [.6] | Pre-Retainer Work | Administrative (50%) |
| 11/17/21 | Frost | 835.00 | 0.80 | 0.80 | $0.00 | meeting Amy/Roses re assignments [.8] | Pre-Retainer Work | Administrative (50%) |
| 11/18/21 | Frost | 835.00 | 0.30 | 0.30 | $0.00 | Convert timeslips [.3] | Pre-Retainer Work | Administrative (50%) |
| 12/1/21 | Frost | 835.00 | 0.20 | | $167.00 | Confer Sangye re Shasta strategy, re-schedule [.2] | Pre-Retainer Work | Administrative (50%) |
| 12/9/21 | Frost | 835.00 | 0.10 | 0.10 | $0.00 | contact Tucker re strategy meeting tomorrow [.1] | Pre-Retainer Work | Administrative (50%) |
| 12/16/21 | Frost | 835.00 | 0.10 Hrs. | | $83.50 | Read Marx response availability call, respond re noon [.1] | Pre-Retainer Work | Administrative (50%) |
| 12/16/21 | Frost | 835.00 | 0.10 | | $83.50 | review/respond Sangye re same [.1] | Pre-Retainer Work | Administrative (50%) |
| 12/20/21 | Frost | 835.00 | 0.10 | | $83.50 | Read/respond Webb email re call this week [.1] | Pre-Retainer Work | Administrative (50%) |
| 12/21/21 | Frost | 835.00 | 0.30 | | $250.50 | TC Sangye re intentional/incidental permitting; SH fit; leg hist cites; client call tomorrow [.3] | Pre-Retainer Work | Administrative (50%) |

| Date | Timekeeper | Rate | Hours | | Amount | Description | Phase | Category |
|---|---|---|---|---|---|---|---|---|
| 12/22/21 | Frost | 835.00 | 0.10 | | $83.50 | re-arrange Webb conference call [.1] | Pre-Retainer Work | Administrative (50%) |
| 1/26/22 | Frost | 850.00 | 0.20 | | $170.00 | notes re same and to-do tasks [.2] | Pre-Retainer Work | Administrative (50%) |
| 1/26/22 | Frost | 850.00 | 0.90 | | $765.00 | review Webb comments/edits to first iteration potential claims worksheet, incorporate some, respond Webb re origin of figure 19 [.9] | Pre-Retainer Work | Administrative (50%) |
| 1/31/22 | Frost | 850.00 | 0.10 | | $85.00 | Read Wheeler email calendar client call Friday [.1] | Pre-Retainer Work | Administrative (50%) |
| 2/8/22 | Frost | 850.00 | 0.10 | | $85.00 | confer Wheeler re availability tomorrow [.1] | Pre-Retainer Work | Administrative (50%) |
| 2/8/22 | Frost | 850.00 | 0.10 | | $85.00 | email clients re conference call [.1] | Pre-Retainer Work | Administrative (50%) |
| 2/24/22 | Frost | 850.00 | 0.10 | | $85.00 | check Scoble re service [.1] | Pre-Retainer Work | Administrative (50%) |
| 2/25/22 | Frost | 850.00 | 0.10 | | $85.00 | confer Wheeler re EPIC retainer [.1] | Pre-Retainer Work | Administrative (50%) |
| 2/25/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Call Frost about retainer [.1] | Pre-Retainer Work | Administrative (50%) |
| 3/16/22 | Frost | 850.00 | 0.10 | | $85.00 | email Sangye re prospective days/times for NOAA call [.1] | Pre-Retainer Work | Administrative (50%) |
| 3/21/22 | Frost | 850.00 | 0.10 | | $85.00 | Email Laurie Beale NOAA re call this week [.1] | Pre-Retainer Work | Administrative (50%) |
| 3/21/22 | Frost | 850.00 | 0.10 | | $85.00 | read response, calendar call [.1] | Pre-Retainer Work | Administrative (50%) |
| 3/22/22 | Frost | 850.00 | 0.10 | | $85.00 | Emails Brannon re NOAA call today [.1], ` | Pre-Retainer Work | Administrative (50%) |
| 3/22/22 | Frost | 850.00 | 0.20 | | $170.00 | TC Sangye/Brannon to prep [.2] | Pre-Retainer Work | Administrative (50%) |
| 3/22/22 | Frost | 850.00 | 0.10 | 0.10 | $0.00 | respond Webb re retainer call tomorrow [.1] | Pre-Retainer Work | Administrative (50%) |
| 3/24/22 | Ince-Johannsen | 465.00 | 0.20 | | $93.00 | 0.2 - Email clients re: NOAA meeting | Pre-Retainer Work | Administrative (50%) |
| 3/29/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Read email and revised retainer [.1] | Pre-Retainer Work | Administrative (50%) |
| 4/7/22 | Frost | 850.00 | 0.10 | | $85.00 | calendar conference call next Tuesday [.1] | Pre-Complaint | Administrative (50%) |
| 4/21/22 | Frost | 850.00 | 0.10 | | $85.00 | read client confirmation call next Tues [.1] | Pre-Complaint | Administrative (50%) |
| 4/28/22 | Frost | 850.00 | 0.10 | | $85.00 | confer Sangye re NOI timing, receipts [.1] | Pre-Complaint | Administrative (50%) |

| Date | Attorney | Rate | Hours | Hours (2) | Amount | Description | Phase | Category |
|---|---|---|---|---|---|---|---|---|
| 4/28/22 | Ince-Johannsen | 465.00 | 0.10 | | $46.50 | 0.1 - Confer Pete re NOI timing, receipts | NOI | Administrative (50%) |
| 5/10/22 | Frost | 850.00 | 0.10 | | $85.00 | Confer Sangye, email clients re status call, change of time [.1] | Pre-Complaint | Administrative (50%) |
| 5/25/22 | Ince-Johannsen | 465.00 | 0.70 | 0.70 | $0.00 | 0.7 - Troubleshoot google drive issues with client | Pre-Complaint | Administrative (50%) |
| 5/30/22 | Ince-Johannsen | 465.00 | 2.40 | 2.40 | $0.00 | 2.4 - Receive, validate, setup share, then review NOAA project file | Pre-Complaint | Administrative (50%) |
| 6/1/22 | Ince-Johannsen | 465.00 | 0.50 | 0.50 | $0.00 | 0.5 - TC comms team re: filing case | Pre-Complaint | Administrative (50%) |
| 6/6/22 | Ince-Johannsen | 465.00 | 1.00 | 1.00 | $0.00 | 1.0 - TC comms team & clients re: filing case | Pre-Complaint | Administrative (50%) |
| 6/14/22 | Frost | 850.00 | 0.30 | | $255.00 | confer Webb re Montague delivery amounts, edit [.3] | Pre-Complaint | Administrative (50%) |
| 6/14/22 | Frost | 850.00 | 0.30 | | $255.00 | TC Wheeler re pro hac, filing, review [.3] | Pre-Complaint | Administrative (50%) |
| 6/15/22 | Frost | 850.00 | 0.20 | | $170.00 | TC Sangye re Wheeler and filing, pro hac forms [.2] | Pre-Complaint | Administrative (50%) |
| 6/15/22 | Ince-Johannsen | 465.00 | 0.40 | | $186.00 | 0.4 - TC Pete, TW@EPIC re: filing complaint | Pre-Complaint | Administrative (50%) |
| 6/15/22 | Ince-Johannsen | 465.00 | 0.50 | | $232.50 | 0.5 - Prepare initial case filings | Pre-Complaint | Administrative (50%) |
| 6/15/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Call Frost assignment to Mag Hixon, whether consent, pro hac vice [.1] | Pre-Complaint | Administrative (50%) |
| 6/16/22 | Frost | 850.00 | 0.30 | 0.30 | $0.00 | TC Sangye cert good standing, access/apply; fill out PHV form [.3] | Case Management | Administrative (50%) |
| 6/21/22 | Ince-Johannsen | 465.00 | 0.30 | | $139.50 | 0.3 - TC Pete re: service, PHV, consent to magistrate, next steps | Case Management | Administrative (50%) |
| 6/21/22 | Ince-Johannsen | 465.00 | 1.40 | 1.40 | $0.00 | 1.4 - Prepare/giving instructions to admin assistant re: service & proof of service of process | Case Management | Administrative (50%) |
| 6/22/22 | Frost | 850.00 | 0.10 | 0.10 | $0.00 | email Sangye re call tomorrow [.1] | Case Management | Administrative (50%) |
| 6/30/22 | Frost | 850.00 | 0.20 | 0.2 | $0.00 | TC ECF help desk, fix password, e-file PHV [.2] | Administrative | Administrative (50%) |
| 7/1/22 | Frost | 850.00 | 0.10 | 0.10 | $0.00 | fill out form, e-file [.1] | Case Management | Administrative (50%) |
| 7/5/22 | Frost | 850.00 | 0.30 | 0.30 | $0.00 | Multiple tries ECF declination, conferrals courtroom deputy [.3] | Case Management | Administrative (50%) |

| Date | Timekeeper | Rate | Hours | | Amount | Description | Category | Classification |
|---|---|---|---|---|---|---|---|---|
| 7/7/22 | Frost | 850.00 | 1.40 | | $1,190.00 | research same and forward docs to clients [1.4] | Case Management | Administrative (50%) |
| 7/11/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Frost acknowledge [.1] | Case Management | Administrative (50%) |
| 7/21/22 | Ince-Johannsen | 465.00 | 0.80 | 0.80 | $0.00 | 0.8 - Research/troubleshoot service of process issue with KS | Case Management | Administrative (50%) |
| 7/26/22 | Frost | 850.00 | 0.10 | | $85.00 | forward to Sangye [.1] | Case Management | Administrative (50%) |
| 7/28/22 | Frost | 850.00 | 0.10 | | $85.00 | Email clients re-schedule status call [.1] | Case Management | Administrative (50%) |
| 7/28/22 | Frost | 850.00 | 0.10 | | $85.00 | read ECF, re-calendar case management conference [.1] | Case Management | Administrative (50%) |
| 7/28/22 | Frost | 850.00 | 0.10 | | $85.00 | Confer Sangye re difficulty in Silver Spring MD service to NOAA [.1] | Case Management | Administrative (50%) |
| 7/28/22 | Ince-Johannsen | 465.00 | 0.20 | 0.2 | $0.00 | 0.2 - Email KS & Pete re: undelivered service packet, next steps | Case Management | Administrative (50%) |
| 7/28/22 | Ince-Johannsen | 465.00 | 0.50 | | $232.50 | 0.5 - Research implications of undelivered service packet, possible reasons | Case Management | Administrative (50%) |
| 8/5/22 | Ince-Johannsen | 465.00 | 0.20 | 0.20 | $0.00 | 0.2 - Email KS & Pete re: undelivered service packet, next steps | Case Management | Administrative (50%) |
| 8/6/22 | Frost | 850.00 | 0.10 | | $85.00 | find MWCD 2021 report, forward clients [.1] | Case Management | Administrative (50%) |
| 8/11/22 | Frost | 850.00 | 0.60 | | $510.00 | Status call clients / agenda items / follow-up [.6] | Case Management | Administrative (50%) |
| 8/11/22 | Frost | 850.00 | 0.20 | | $170.00 | read Wheeler text, TC Sangye, email Grosko/O'Keefe re coordination call tomorrow [.2] | Case Management | Administrative (50%) |
| 8/15/22 | Frost | 850.00 | 0.10 | | $85.00 | Read O'Keefe draft stip, check LR re stips and timing, email back [.1] | Case Management | Administrative (50%) |
| 8/18/22 | Frost | 850.00 | 0.80 | | $680.00 | Client status call, to do list [.8] | Case Management | Administrative (50%) |
| 8/23/22 | Frost | 850.00 | 0.10 Hrs. | | $85.00 | circulate to clients, query re permitees [.1] | Case Management | Administrative (50%) |
| 8/31/22 | Frost | $850.00/Hour | 1.00 Hrs. | | $850.00 | Check court and case documents, TC Sangye, draft and email proposed certification [1] | Case Management | Administrative (50%) |
| 8/31/22 | Frost | $850.00/Hour | 0.20 Hrs. | | $170.00 | coordination re call tomorrow [.2] | Case Management | Administrative (50%) |
| 9/1/22 | Frost | $850.00/Hour | 0.10 Hrs. | | $85.00 | Emails clients changed conf call [.1] | Case Management | Administrative (50%) |
| 9/1/22 | Frost | $850.00/Hour | 0.20 Hrs. | | $170.00 | confer Sangye, finalize/file Cert Interested Entities [.2] | Case Management | Administrative (50%) |

| Date | Attorney | Rate | Hours | | Amount | Description | Category | Classification |
|---|---|---|---|---|---|---|---|---|
| 9/1/22 | Frost | $850.00/Hour | 0.60 Hrs. | | $510.00 | read up, calendar ADR responsibilities [.6] | Alternative Dispute Resolution | Administrative (50%) |
| 9/8/22 | Frost | $850.00/Hour | 0.10 Hrs. | 0.10 | $0.00 | calendar Reg Bd call tomorrow [.1] | Case Management | Administrative (50%) |
| 9/16/22 | Frost | $850.00/Hour | 1.30 Hrs. | | $1,105.00 | Read LR, ADR rules, ADR handbook, email clients synopsis, set/calendar call to discuss provisions/requirements/opportunities [1.3] | Case Management | Administrative (50%) |
| 9/22/22 | Ince-Johannsen | 465.00 | 0.20 Hrs. | | $93.00 | Email clients re: standing declarants, membership policies: 0.2. | Case Management | Administrative (50%) |
| 9/27/22 | Frost | $850.00/Hour | 0.10 Hrs. | | $85.00 | read Grosko email re ADR certification, e-file ours [.1] | Alternative Dispute Resolution | Administrative (50%) |
| 10/14/22 | Ince-Johannsen | 465.00 | 0.30 Hrs. | 0.30 | $0.00 | TC Pete re case work up, scheduling, CMS (0.3) | Case Management | Administrative (50%) |
| 10/15/22 | Frost | 850.00 | 0.50 | | $425.00 | Review Sangye's proposed changes to joint CMS, change/edit schedule, check order format, return for | Case Management | Administrative (50%) |
| 10/24/22 | Ince-Johannsen | 465.00 | 0.40 Hrs. | | $186.00 | TC Pete re: claim work up, scheduling, CMS (0.4) | Case Management | Administrative (50%) |
| 10/27/22 | Frost | 850.00 | 0.10 Hrs. | | $85.00 | review Grosko email, form fix, TC Grosko [.1] | Case Management | Administrative (50%) |
| 11/1/22 | Wheeler | 234.95 | 0.10 | | $23.50 | Call Frost about meeting [.1] | Case Management | Administrative (50%) |
| 11/1/22 | Frost | 850.00 | 0.10 Hrs. | | $85.00 | TC Wheeler re meeting [.1] | Case Management | Administrative (50%) |
| 11/4/22 | Frost | 850.00 | 0.10 Hrs. | 0.10 | $0.00 | email Sangye re Zoom link [.1] | Case Management | Administrative (50%) |
| 11/7/22 | Frost | 850.00 | 0.20 Hrs. | | $170.00 | Read ECF CMS minute order, confer Sangye re initial disclosures, email DOJ re understanding of deadline [.2] | Case Management | Administrative (50%) |
| 11/8/22 | Frost | 850.00 | 0.10 Hrs. | | $85.00 | Confirm Mon Nov 11 SC meeting [.1] | Case Management | Administrative (50%) |
| 11/8/22 | Frost | 850.00 | 0.10 Hrs. | | $85.00 | email Mangels meeting [.1] | Case Management | Administrative (50%) |
| 11/14/22 | Frost | 850.00 | 0.10 Hrs. | | $85.00 | Review/respond Groske re IDs [.1] | Case Management | Administrative (50%) |
| 11/17/22 | Frost | 850.00 | 0.10 Hrs. | | $85.00 | read ECF, note mispelling in proposed order [.1] | Case Management | Administrative (50%) |
| 11/28/22 | Frost | 850.00 | 0.10 Hrs. | | $85.00 | email McBain Zoom link [.1] | Case Management | Administrative (50%) |
| 11/30/22 | Frost | 850.00 | 0.20 Hrs. | | $170.00 | devise agenda tomorrow status call [.2] | Amended Complaint | Administrative (50%) |
| 12/7/22 | Frost | 850.00 | 0.10 Hrs. | | $85.00 | Read client emails re conflicts, cancel, re-schedule tomorrow's status call [.1] | Case Management | Administrative (50%) |

| Date | Attorney | Rate | Hours | | Amount | Description | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 12/7/22 | Frost | 850.00 | 0.10 Hrs. | | $85.00 | confirm Sangye meeting temps tomorrow [.1] | Case Management | Administrative (50%) |
| 1/4/23 | Frost | 865.00 | 0.20 Hrs. | | $173.00 | Read Webb response St John retirement, PRA [.2] | Case Management | Administrative (50%) |
| 1/6/23 | Ince-Johannsen | 480.00 | 0.10 Hrs. | | $48.00 | Download & Review AR, review index, organization, contents [0.1] | Admin Record | Administrative (50%) |
| 1/6/23 | Wheeler | 244.62 | 0.10 Hrs. | | $24.46 | Read AR filing, email clients [.1] | Admin Record | Administrative (50%) |
| 1/6/23 | Frost | 865.00 | 0.30 Hrs. | | $259.50 | Read ECF filing of AR, download, TC Sangye re same and search function, combination [.3] | Admin Record | Administrative (50%) |
| 1/7/23 | Frost | 865.00 | 0.40 Hrs. | | $346.00 | TC Sangye re AR, omnibus search, bates stamps, identifying docs, organization, tasks [.4] | Admin Record | Administrative (50%) |
| 1/9/23 | Frost | 865.00 | 0.40 Hrs. | | $346.00 | confer Sangye AR contents, organization, search mechanism read his email re same and included documents [.4] | Admin Record | Administrative (50%) |
| 1/10/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | Read Sangye email, forward updated AR link to clients [.1] | Admin Record | Administrative (50%) |
| 1/12/23 | Frost | 865.00 | 0.10 Hrs. | 0.10 | $0.00 | e-file [.1] | Amended Complaint | Administrative (50%) |
| 2/10/23 | Frost | 865.00 | 0.50 Hrs. | | $432.50 | meeting Sangye re same, tasks, substance of claims, calendar [.5] | Summary Judgment | Administrative (50%) |
| 2/17/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | email standing decs to McGinnis for format changes [.1] | Summary Judgment | Administrative (50%) |
| 2/21/23 | Frost | 865.00 | 0.10 | | $86.50 | calendar edits Joslin dec [.1] | Summary Judgment | Administrative (50%) |
| 2/21/23 | Frost | 865.00 | 0.40 | | $346.00 | confer Sangye status of his review brief, no jeopardy argument, timing [.4] | Summary Judgment | Administrative (50%) |
| 2/24/23 | Frost | 865.00 | 1.70 Hrs. | | $1,470.50 | print out edits/questions brief as whole [1.7] | Summary Judgment | Administrative (50%) |
| 2/24/23 | Frost | 865.00 | 0.20 Hrs. | 0.20 | $0.00 | confer McGinnis tables [.2] | Summary Judgment | Administrative (50%) |
| 2/24/23 | Frost | 865.00 | 0.80 Hrs. | 0.80 | $0.00 | read version, create Word documents [.8] | Summary Judgment | Administrative (50%) |
| 2/24/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | confer Sangye signing [.1] | Summary Judgment | Administrative (50%) |
| 2/24/23 | Ince-Johannsen | 480.00 | 2.00 | 2.00 | $0.00 | Confer Pete re: finalizing, formatting & filing MSJ brief, declarations [2.0] | Summary Judgment | Administrative (50%) |
| 2/24/23 | Ince-Johannsen | 480.00 | 1.30 Hrs. | 1.30 | $0.00 | Prepare tables, formatting opening MSJ memo [1.3] | Summary Judgment | Administrative (50%) |
| 2/24/23 | Ince-Johannsen | 480.00 | 0.40 | 0.40 | $0.00 | Filing MSJ opening memo & supporting declarations [0.4] | Summary Judgment | Administrative (50%) |

| Date | Attorney | Rate | Hours | | Amount | Description | Category | Classification |
|---|---|---|---|---|---|---|---|---|
| 3/2/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | Read Sangye email cancel status call [.1] | Case Management | Administrative (50%) |
| 3/2/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | read clients' responses [.1] | Case Management | Administrative (50%) |
| 3/20/23 | Ince-Johannsen | 480.00 | 0.50 | | $240.00 | Review recent case filings (0.5) | Case Management | Administrative (50%) |
| 3/23/23 | Frost | 865.00 | 0.60 Hrs. | | $519.00 | read Grosko email, check court and personal calendars, confer Sangye re shortening time, email courtroom deputy re "re-noticing," email | Case Management | Administrative (50%) |
| 3/23/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | VM Sangye re calendar [.1] | Case Management | Administrative (50%) |
| 3/24/23 | Ince-Johannsen | 480.00 | 0.20 Hrs. | | $96.00 | Confer DOJ re new date for hearing (0.2) | Case Management | Administrative (50%) |
| 3/25/23 | Frost | 865.00 | 0.40 Hrs. | | $346.00 | Review entries court docket, calendar, prepare draft stip re hearing date, forward to Sangye for review [.4] | Case Management | Administrative (50%) |
| 3/25/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | email clients changes briefing schedule, proposed change hearing [.1] | Case Management | Administrative (50%) |
| 3/30/23 | Frost | 865.00 | 0.30 Hrs. | 0.30 | $0.00 | calendar research tasks [.3] | Case Management | Administrative (50%) |
| 4/7/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | review calendar next steps, calendar week Apr 10 [.1] | Case Management | Administrative (50%) |
| 4/12/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | confer Sangye re DOJ hearing date changes, factors [.1] | Case Management | Administrative (50%) |
| 5/9/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | TC Sangye re argument date [.1] | Reply Brief | Administrative (50%) |
| 5/11/23 | Ince-Johannsen | 480.00 | 0.50 | 0.50 | $0.00 | Organizing shared supp AR access (0.5) | Reply Brief | Administrative (50%) |
| 5/11/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | email Sangye Chesney materials [.1] | Reply Brief | Administrative (50%) |
| 5/14/23 | Frost | 865.00 | 0.30 Hrs. | | $259.50 | Strategize week work assignments [.3] | Reply Brief | Administrative (50%) |
| 5/19/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | confer Sangye today's work/production schedule [.1] | Reply Brief | Administrative (50%) |
| 5/19/23 | Frost | 865.00 | 0.20 Hrs. | | $173.00 | read client emails re docs commented upon, links, agency fix to docs [.2] | Case Management | Administrative (50%) |
| 5/24/23 | Ince-Johannsen | 480.00 | 1.20 | 1.20 | $0.00 | Prepare tables (1.2) | Reply Brief | Administrative (50%) |
| 5/24/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | respond client re filing tonight [.1] | Case Management | Administrative (50%) |
| 5/24/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | TC Sangye re status of filing [.1] | Case Management | Administrative (50%) |

| Date | Timekeeper | Rate | Hours | Hours (2) | Amount | Description | Category | Classification |
|---|---|---|---|---|---|---|---|---|
| 5/25/23 | Ince-Johannsen | 480.00 | 0.80 | 0.80 | $0.00 | Confer Pete re MSJ response filing (0.4)<br>File MSJ reponse (0.4) | Reply Brief | Administrative (50%) |
| 5/25/23 | Frost | 865.00 | 0.10 Hrs. | 0.10 | $0.00 | email Grosko/Hannah re motion re day late, prepare [.1] | Reply Brief | Administrative (50%) |
| 5/25/23 | Frost | 865.00 | 0.10 Hrs. | 0.10 | $0.00 | confer Sangye re filing [.1] | Reply Brief | Administrative (50%) |
| 5/28/23 | Ince-Johannsen | 480.00 | 0.50 | | $240.00 | Prepare and submitting proposed orders (0.5) | Case Management | Administrative (50%) |
| 6/5/23 | Frost | 865.00 | 0.70 Hrs. | | $605.50 | read handbook provisions, check w Sangye re errors, confer re errata, draft, e-file [.7] | Case Management | Administrative (50%) |
| 6/27/23 | Frost | 865.00 | 0.50 Hrs. | | $432.50 | to Hastings, document prep [.5] | Oral Arg | Administrative (50%) |
| 7/11/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | read FRCP calendar Rule 59 and appeal deadlines [.1] | Notice of Appeal | Administrative (50%) |
| 7/11/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | arrange client call tomorrow [.1] | Case Management | Administrative (50%) |
| 7/17/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | read/respond Kane re call Wed [.1] | Motion to Correct Judgment | Administrative (50%) |
| 7/19/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | agenda tomorrow client call [.1] | Motion to Correct Judgment | Administrative (50%) |
| 7/26/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | review/respond Hunt re rescheduled call [.1] | Motion to Correct Judgment | Administrative (50%) |
| 8/3/23 | Frost | 865.00 | 0.40 Hrs. | | $346.00 | draft invitees and agenda [.4] | Motion to Correct Judgment | Administrative (50%) |
| 10/2/23 | Frost | 865.00 | 0.10 Hrs. | 0.10 | $0.00 | e-file [.1] | Reply Mot. To Appeal | Administrative (50%) |
| 10/23/23 | Frost | 865.00 | 0.10 | | $86.50 | Check court calendar, scheduling notes re hearing<br>next week [.1] | Case Management | Administrative (50%) |
| 12/7/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | Review/respond client re no status call [.1] | Case Management | Administrative (50%) |
| 12/14/23 | Frost | 865.00 | 0.10 Hrs. | | $86.50 | Read clients' emails unavailability re status call today [.1] | Case Management | Administrative (50%) |
| 1/23/24 | Frost | 880.00 | 0.10 Hrs. | | $88.00 | calendar appeal deadline [.1] | Case Management | Administrative (50%) |
| 2/1/24 | Frost | 880.00 | 0.10 Hrs. | | $88.00 | Respond clients no call today [.1] | Notice of Appeal | Administrative (50%) |
| 2/12/24 | Frost | 880.00 | 0.20 | | $176.00 | Check 59(e) order cases, read SCOTUS re same,<br>calendar any appeal deadline [.2] | Notice of Appeal | Administrative (50%) |
| 2/14/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | email clients re status call postponed until next week [.1] | Notice of Appeal | Administrative (50%) |

| Date | Timekeeper | Rate | Hours | | Amount | Description | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 2/21/24 | Frost | 880.00 | 0.20 Hrs. | 0.20 | $0.00 | Review Webb, Joslin emails re TMDLs, state board response; set up Zoom call [.2] | Notice of Appeal | Administrative (50%) |
| 2/21/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | set up status call tomorrow [.1] | Notice of Appeal | Administrative (50%) |
| 3/3/24 | Frost | 880.00 | 0.10 | 0.10 | $0.00 | Read/respond Webb re cancel status call this Thurs reschedule re appeal next [.1] | Notice of Appeal | Administrative (50%) |
| 3/26/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | read ECF re corrected linking [.1] | Case Management | Administrative (50%) |
| 3/26/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | calendar mediation and brief dates [.1] | Case Management | Administrative (50%) |
| 4/24/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | Check ECF, email mediator re opening brief due date [.1] | Mediation | Administrative (50%) |
| 4/25/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | Review/respond mediator re opening brief deadline [.1] | Mediation | Administrative (50%) |
| 4/29/24 | Frost | 880.00 | 0.10 | 0.10 | $0.00 | Read ECFs re new DOJ appellate attorney [.1] | Mediation | Administrative (50%) |
| 5/20/24 | Frost | 880.00 | 0.10 | 0.10 | $0.00 | Read/respond Ninth Cir mediator re call Thurs [.1] | Mediation | Administrative (50%) |
| 5/22/24 | Frost | 880.00 | 0.10 | 0.10 | $0.00 | Read/respond Saltiel re mediation call tomorrow [.1] | Mediation | Administrative (50%) |
| 5/23/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | Confer Rue re filing, work up docs [.1] | Mediation | Administrative (50%) |
| 5/29/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | email Ninth Cir mediator re schedule/terms of any settlement [.1] | Mediation | Administrative (50%) |
| 5/30/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | Set up client Zoom call [.1] | Mediation | Administrative (50%) |
| 5/31/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | respond Ninth Cir mediator re status, opening brief deadline [.1] | Mediation | Administrative (50%) |
| 6/5/24 | Frost | 880.00 | 0.40 Hrs. | 0.40 | $0.00 | confer Rain re ER, check Ninth Cir rules re form, edits [.4] | 1st Appeal Brief | Administrative (50%) |
| 6/14/24 | Frost | 880.00 | 1.00 Hrs. | 1.00 | $0.00 | read rules Addendum, prepare, travel Kinkos, PDF, paginate, TOC [1] | 2nd Appeal Brief | Administrative (50%) |
| 6/14/24 | Frost | 880.00 | 0.90 Hrs. | 0.90 | $0.00 | review tables to date, check cites, multiple edits, conferrals [.9] | 2nd Appeal Brief | Administrative (50%) |
| 6/14/24 | Frost | 880.00 | 0.20 Hrs. | 0.20 | $0.00 | word count differences, rectify [.2] | 2nd Appeal Brief | Administrative (50%) |
| 6/14/24 | Frost | 880.00 | 0.30 Hrs. | 0.30 | $0.00 | publish docs for filing [.3] | 2nd Appeal Brief | Administrative (50%) |
| 6/14/24 | Frost | 880.00 | 0.20 Hrs. | 0.20 | $0.00 | efiling [.2] | 2nd Appeal Brief | Administrative (50%) |

| Date | Attorney | Rate | Hours | Hours2 | Amount | Description | Category | Type |
|---|---|---|---|---|---|---|---|---|
| 7/9/24 | Frost | 880.00 | 0.10 Hrs. | | $88.00 | appeal: read ECF paper copies filed [.1] | 2nd Appeal Brief | Administrative (50%) |
| 7/9/24 | Frost | 880.00 | 0.10 Hrs. | | $88.00 | read ECF appellants extension, calendar [.1] | 2nd Appeal Brief | Administrative (50%) |
| 9/3/24 | Frost | 880.00 | 0.10 | 0.10 | $0.00 | TC Ninth re streamline brief request, calendar [.1] | App. Reply Brief | Administrative (50%) |
| 10/29/24 | Frost | 880.00 | 0.40 Hrs. | 0.40 | $0.00 | Compile SSER docs from filed docs [.4] | App. Reply Brief | Administrative (50%) |
| 11/1/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | forward docs [.1] | App. Reply Brief | Administrative (50%) |
| 11/4/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | confer Rue re tables [.1] | App. Reply Brief | Administrative (50%) |
| 11/4/24 | Frost | 880.00 | 0.90 Hrs. | 0.90 | $0.00 | complete and e-file brief and SSER [.9] | App. Reply Brief | Administrative (50%) |
| 11/5/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | read ECF Ninth re filing [.1] | Case Management | Administrative (50%) |
| 11/7/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | TC court clerk filed vs printed copy of reply [.1] | Case Management | Administrative (50%) |
| 11/18/24 | Frost | 880.00 | 0.10 Hrs. | 0.10 | $0.00 | calendar meetings [.1] | Case Management | Administrative (50%) |
| 11/25/24 | Frost | 880.00 | 0.10 | 0.10 | $0.00 | Read ECF calendar appellate oral argument [.1] | App. Oral Arg. | Administrative (50%) |
| 1/15/25 | Frost | 895.00 | 0.10 Hrs. | 0.10 | $0.00 | read email, file acknowledgment [.1] | Case Management | Administrative (50%) |
| 3/17/25 | Frost | 895.00 | 0.20 Hrs. | | $179.00 | Check rules, TC court clerk, calendar judgment/mandate/fee motion deadlines, confer Karli re same [.2] | Settling Fees | Administrative (50%) |
| 4/8/25 | Frost | 895.00 | 0.10 Hrs. | | $89.50 | Email Paul Hastings re day/time to talk [.1] | Case Management | Administrative (50%) |
| 5/2/2025 | Frost | 895.00 | 1.00 | 1.00 | $0.00 | Proof and e-file documents [1] | Settlement | Administrative (50%) |
| **Totals** | | | **55.60 Hrs.** | **25.60 Hrs.** | **$23,592.20** | | | |