ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

ERIKA FURLONG, Trial Attorney (PA Bar No. 319350)
YOUNG KANG, Trial Attorney (FL Bar No. 1025505)
P.O. Box 7611
Washington, DC 20044-7611
Tel:    (202) 598-9571 (Furlong)
        (202) 322-8378 (Young)
E-mail: erika.furlong@usdoj.gov
        young.kang@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

ENVIRONMENTAL PROTECTION
INFORMATION CENTER, *et al.*,

    *Plaintiffs*,

    v.

PENNY RUVELAS, in her official capacity as
Assistant Regional Administrator, California Coastal
Area Office, National Marine Fisheries Service, *et al.*,

    *Defendants*.

Case No. 3:22-cv-03520-TLT

**FEDERAL DEFENDANTS'
NOTICE OF APPEAL**

      PLEASE TAKE NOTICE that Federal Defendants—Penny Ruvelas, in her official

capacity as Acting Assistant Regional Administrator, California Coastal Area Office, National

Marine  Fisheries Service ("NMFS");  Dan Wilson, in his official capacity as Acting Klamath

Branch Chief, California Costal  Area Office, NMFS;  and NMFS—hereby appeal this Court's

December 22, 2025 Order granting in part and denying in part Plaintiffs' Motion for Attorneys'

Fees, Costs, and Other Expenses. ECF No. 105.

FEDERAL DEFENDANTS' NOTICE OF APPEAL, Case No. 3:22-cv-03520-TLT

Respectfully submitted this 20th day of February, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

/s/ Erika Furlong
ERIKA FURLONG (PA Bar No. 319350)
Wildlife & Marine Resources Section
YOUNG KANG (FL Bar No. 1025505)
Natural Resources Section
Trial Attorneys
150 M Street NE
Washington, DC 20002
Tel:    (202) 598-9571 (Furlong)
        (202) 322-8378 (Kang)
Fax:    (202)305-0506
Erika.Furlong@usdoj.gov
Young.Kang@usdoj.gov

Attorneys for Federal Defendants

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

ERIKA FURLONG, Trial Attorney (PA Bar No. 319350)
YOUNG KANG, Trial Attorney (FL Bar No. 1025505)
P.O. Box 7611
Washington, DC 20044-7611
Tel:    (202) 598-9571 (Furlong)
        (202) 322-8378 (Young)
E-mail: erika.furlong@usdoj.gov
        young.kang@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, *et al.*,<br><br>       *Plaintiffs*,<br><br>       v.<br><br>PENNY RUVELAS, in her official capacity as Assistant Regional Administrator, California Coastal Area Office, National Marine Fisheries Service, *et al.*,<br><br>       *Defendants*. | Case No. 3:22-cv-03520-TLT<br><br>**FEDERAL DEFENDANTS' REPRESENTATION STATEMENT** |

The following identifies all parties to this action and the names, addresses, and telephone numbers of their respective counsel:

## Counsel for Plaintiffs

Peter Frost
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Suite 340
Eugene, OR 97401
Email: Frost@westernlaw.org
Phone: 541-359-3238

Sangye Ince-Johannsen
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Suite 340
Eugene, OR 97401
Email: Sangyeij@westernlaw.org
Phone: 541-778-6626

Thomas Wheeler
Environmental Protection Information Center
145 G Street, Suite A
Arcata, CA 95521
Email: Tom@wildcalifornia.org
Phone: 707-822-7711

**<u>Counsel for Federal Defendants</u>**

Erika Furlong
150 M Street NE, Room 3.1124
Washington, DC 20002
Email: Erika.Furlong@usdoj.gov
Phone: 202-598-9571

Young Kang
150 M Street NE, Room 3.116
Washington, DC 20002
Email: Young.Kang@usdoj.gov
Phone: 202-322-8378

Respectfully submitted this 20th day of February, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Erika Furlong*
ERIKA FURLONG (PA Bar No. 319350)
Wildlife & Marine Resources Section
YOUNG KANG (FL Bar No. 1025505)
Natural Resources Section
Trial Attorneys
150 M Street NE
Washington, DC 20002
Tel:    (202) 598-9571 (Furlong)
          (202) 322-8378 (Kang)
Fax:    (202)305-0506
Erika.Furlong@usdoj.gov
Young.Kang@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and that all counsel of record will receive an electronic copy through the Court's CM/ECF system.


*/s/ Erika Furlong*
Erika Furlong