**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, *et al.*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>PENNY RUVELAS, in her official capacity as Assistant Regional Administrator, California Coastal Area Office, National Marine Fisheries Service, *et al.*,<br><br>  *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:22-cv-03520-TLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT**

Defendants, Penny Ruvelas, in her official capacity as Acting Assistant Regional Administrator, California Coastal Area Office, National Marine Fisheries Service ("NMFS"); Dan Wilson, in his official capacity as Acting Klamath Branch Chief, California Coastal Area Office, NMFS, and NMFS (collectively, "Defendants"), submit the following status report updating the Court about the status of the activities enumerated in the January 23, 2024, Order Granting Plaintiffs' Motion Under Rule 59(e), Dkt. 58 at 2.

In the previous joint status report, filed on January 23, 2026, Dkt. 107, the parties indicated that NMFS would be receiving reports from permittees on the implementation of their Site Plan Agreements. The parties agreed that NMFS would "file an update on which activities are commenced or ongoing within 21 days of receipt of those reports." By April 1, 2026, NMFS received all of the completed reports. Attached as Exhibit A is a table outlining the number of activities that have been commenced, ongoing or completed. NMFS reports that 32 projects have been "commenced," 40 projects are "ongoing", and 9 projects are "completed."

Dated: April 17, 2026.     Respectfully submitted,
                                              ADAM R.F. GUSTAFSON
                                              Principal Deputy Assistant Attorney General
                                              Environment & Natural Resources Division

Status Report, Case No. 3:22-cv-03520-TLT

*/s/ Young Kang*
YOUNG KANG
*Trial Attorney*
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 322-8378
Facsimile: (202) 305-0275
Email: young.kang@usdoj.gov

ERIKA FURLONG
*Trial Attorney*
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0424
Facsimile: (202) 305-0275
Email: erika.furlong@usdoj.gov

*Counsel for the Defendants*