**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>PENNY RUVELAS, in her official capacity as Assistant Regional Administrator, California Coastal Area Office, National Marine Fisheries Service, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-03520-TLT |

## JOINT STATUS REPORT

Plaintiffs Environmental Protection Information Center and Friends of the Shasta River ("Plaintiffs"), and Defendants, Penny Ruvelas, in her official capacity as Acting Assistant Regional Administrator, California Coastal Area Office, National Marine Fisheries Service ("NMFS"); Dan Wilson, in his official capacity as Acting Klamath Branch Chief, California Coastal Area Office, NMFS, and NMFS (collectively, "Defendants"), submit the following status report pursuant to the Court's July 16, 2026, Order, Dkt. 114, and state:

Since the July 16, 2026 Status Conference in front of this Court, the parties have continued to engage in productive negotiations regarding a stipulation and proposed order. The parties have reached staff-level agreement on significant components of the stipulation and proposed order and continue to engage in productive discussions on remaining issues.

Dated: August 13, 2026. Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
(541) 359-3238
frost@westernlaw.org

Thomas E. Wheeler, CA Bar #304191
Environmental Protection Information Center
145 G Street, Suite A
Arcata, California 95521
(707) 822-7711
tom@wildcalifornia.org

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Young Kang*
YOUNG KANG
*Trial Attorney*
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 322-8378
Facsimile: (202) 305-0275
Email: young.kang@usdoj.gov

ERIKA FURLONG
*Trial Attorney*
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0424
Facsimile: (202) 305-0275
Email: erika.furlong@usdoj.gov

*Counsel for the Defendants*