Thomas E. Wheeler, CA Bar #304191
Environmental Protection Information Center
145 G Street, Suite A
Arcata, California 95521
Tel: (707) 822-7711; email: tom@wildcalifornia.org

Peter M. K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: (541) 359-3238; email: frost@westernlaw.org

Attorneys for Plaintiffs

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

ERIKA FURLONG, Trial Attorney (PA Bar No. 319350)
YOUNG KANG, Trial Attorney (FL Bar No. 1025505)
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-9571 (Furlong)
(202) 322-8378 (Young)
E-mail: erika.furlong@usdoj.gov
young.kang@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PENNY RUVELAS, et al.,<br><br>Defendants. | Case No. 3:22-cv-03520-TLT<br><br>**PARTIES' JOINT STIPULATION AND PROPOSED ORDER** |

Pursuant to the Parties' Joint Status Report of July 1, 2026 (ECF No. 113), Joint Status Report of August 13, 2026 (ECF No. 115), and as discussed in a status conference with this Court, ECF No. 114, Plaintiffs Environmental Protection Information Center et al. and Federal Defendants Penny Ruvelas, in her official capacity as Acting Assistant Regional Administrator, California Coastal Area Office, National Marine Fisheries Service; Dan Wilson, in his official capacity as Acting Klamath Branch Chief, California Coastal Area Office, NMFS, and NMFS (collectively, "NMFS") hereby respectfully file this joint stipulation and proposed order.

The parties agree on the following recitals:

*Whereas*, Plaintiffs filed this suit on June 15, 2022, seeking judicial review of NMFS's decision to issue 14 Endangered Species Act (ESA) Section 10(a)(1) enhancement of survival "take" permits related to effects of certain "Covered Activities" in the Shasta River Basin in Northern California on coho salmon listed as threatened under the ESA. ECF No. 1. Covered Activities were defined to include Routine Agricultural Activities, Beneficial Management Activities, Avoidance and Minimization Measures, Return to Baseline, and associated monitoring activities. Due to a land transfer, there are now 13 permits.

*Whereas*, on the parties' cross-motions for summary judgment, on July 11, 2023, the Court granted in part and denied in part Plaintiffs' motion and ordered NMFS to prepare a new Biological Opinion (BiOp) under the ESA and an Environmental Impact Statement (EIS) under the National Environmental Policy Act (NEPA). ECF No. 47.

*Whereas*, on January 23, 2024, the Court granted Plaintiffs' motion to amend the judgment, ordered NMFS to prepare the BiOp and EIS by December 31, 2026, and allowed the existing permits to cover ten enumerated activities beneficial to coho salmon during the remand period before NMFS prepared a new BiOp and an EIS. ECF No. 58.

*Whereas*, NMFS intends to amend or modify the existing take permits to provide that they non-renewably expire on December 31, 2031. *See* ECF No. 113.

*Whereas*, as NMFS states in the July 2026 joint status report, it intends to work collaboratively with the permittees to seek additional or modified voluntary conservation approaches and regulatory assurances to benefit ESA-listed coho salmon, and more effectively

achieve the original goals of the permits; and to seek input from potentially affected Indian tribes. ECF No. 113.

*Whereas*, as a result of NMFS's plans, the permits would non-renewably expire by the end of 2031. In light of the foregoing, NMFS no longer intends to retain the permits in their existing form, and no longer sees the necessity to complete a new BiOp and an EIS for the existing permits. ECF No. 113.

*Whereas*, NMFS intends to continue, through December 31, 2031, to compile and perform quality assurance and control on real-time water flow and temperature data provided by permittees from the monitoring stations in enrolled properties; and publish the data to the public in NMFS's annual implementation reports.

Accordingly, the parties have conferred. To obviate further motion proceedings in this case, and to seek to facilitate survival and recovery of ESA-listed coho in the Shasta River, the parties hereby stipulate to, and respectfully request that the Court enter, an order specifying the following terms and conditions:

1. Upon notice to Plaintiffs and the Court that NMFS has amended or modified the existing permits to provide that they non-renewably expire on December 31, 2031, the Court's Orders of July 11, 2023 (ECF No. 47) and January 23, 2024 (ECF No. 58) are modified so that NMFS is not required to prepare a new BiOp or an EIS for the amended or modified permits.

2. In the period before the amended or modified permits expire, the limitation on ESA Section 10 take authorization under the amended or modified permits to only the ten enumerated beneficial activities specified by the Court's Order of January 23, 2024 (ECF No. 58), shall continue.

3. The provision of the Court's Order of January 23, 2024 (ECF No. 58), requiring the parties to file a joint status report every six months, shall remain in effect through December 31, 2031. During the remaining term of these permits, NMFS intends to continue to issue annual consolidated public implementation reports based on implementation reports submitted by permittees, as to permittee's implementation and monitoring results.

4. If NMFS were to take action to issue any new permits, issue superseding permits, or otherwise grant an exemption from take liability to any of the permittees regarding activities or operations that may affect ESA-listed coho salmon in the Shasta River Basin, NMFS will comply with the ESA and NEPA as those laws and implementing regulations exist at that time.

5. The Court shall retain jurisdiction to review compliance with this Order. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994). The Court's jurisdiction shall end upon notice that NMFS has enacted a superseding action, or upon expiration of the amended permits on or before December 31, 2031. Any superseding action taken as described in this paragraph would constitute new agency action so that any request for judicial review of such action as described in this paragraph must be brought as its own suit.

Date: September 2, 2026. Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, *pro hac vice*
Thomas E. Wheeler
Attorneys for Plaintiffs

/s/ Young Kang
Young Kang
Erika Furlong
Attorneys for Federal Defendants

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED.

Date: __________, 2026.

______________________________
TRINA L. THOMPSON
United States District Judge